UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY<br>Plaintiff<br><br>v.<br><br>TOWN OF NORTH BROOKFIELD<br>Defendant | CIVIL ACTION NO.<br><br>03 - 40? |

**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF
AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY
PURSUANT TO LOCAL RULE 7.3**

Pursuant to Rule 1:21 of the Supreme Judicial Court, Defendant American Manufacturers Mutual Insurance Company, hereby makes the following corporate disclosure:

1. Defendant American Manufacturers Mutual Insurance Company is a wholly owned subsidiary, direct or indirect, of the Kemper Insurance Companies.

_____
Deborah S. Griffin, BBO #221460
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
Tel:   (617) 523-2700
Fax:   (617) 523-6850

Dated: Nov- 24, 2003

# 1394743_v1
431261.0000_