

Dore and Whittier, Inc.
Project No. 00-404

North Brookfield Jr./Sr. High School
Estimated Fees to Complete

Updated 12-30-03

**North Brookfield Jr./Sr. High School**
*Estimated Fee to complete project*

| Original Contract Schedule between Dore and Whittier and N. Brookfield | Phase 1 Substantial Completion 6/30/2003 | Phase 2 Substantial Completion 10/31/2003 | 90 days beyond Substantial Comletion 1/31/2004 |
|---|---|---|---|

**Additional Time Duration Breakdown**

| | DW's Proposed new contract to start: 31-Dec-03 | Phase 1 Substantial Completion Date under Completion Contractor 26-Aug-04 | Phase 2 Substantial Completion Date under Completion Contractor 11-Oct-04 | DW Contract with Owner is for 90 days beyond final substantial completion date 11-Dec-04 |
|---|---|---|---|---|
| # of Weeks | | 34 | 40 | 49 |
| # of months | | 8.5 | 10 | 12.25 |

**Basic A/E Services \***

| Work Group | Hourly Rate | Hours Per Week | Estimated # of weeks to complete | Estimated Cost | Cost Per Month |
|---|---|---|---|---|---|
| Project Manager | $116 | 18 | 49 | $101,871 | |
| Job Captain | $102 | 18 | 49 | $89,832 | |
| Project Architect or Engineer | $105 | 16 | 49 | $82,320 | |
| Principal | $128 | 4 | 49 | $24,896 | |

*\* hours based on average. Actual weekly hours may differ (eg. At the beginning of the project they may be higher, slow a bit in the middle and again increase after the first substantial completion date for developing punchlist and initiating close-out procedures*

| Total Estimated Basic A/E Cost to Complete | | | | $298,719 | $24,385.20 |
|---|---|---|---|---|---|

**Additional Services**

| | | |
|---|---|---|
| Civil | | $20,555.25 |
| Abatement Monitoring | | $28,405.00 |
| Food Service | | $3,000.00 |
| F&E Procurement | | $44,275.00 |
| Ch. 17 Testing | | $10,000.00 |
| Technology Procurement | | $32,586.00 |
| **Total Estimated Additional Services Cost to Complete** | $138,822.25 | $11,332.43 |

**Reimbursable Expenses**

| | | | |
|---|---|---|---|
| Lump Sum Reimbursable Expenses | (estimated) | $18,750.00 | $1,530.61 |

**Construction Management**

| Work Group | Hourly Rate | Hours Per Week | Estimated # of weeks to complete | Estimated Cost |
|---|---|---|---|---|
| Construction Manager | 115 | 50 | 49 | $281,750.00 |
| **Total Estimated Construction Management Cost to Complete** | | | | $281,750.00 $23,000.00 |

**Additive Cost Summary**

| | |
|---|---|
| Total Estimated Costs for Completion 12/31/03 - 12/11/04 (TO BE PAID TO DORE AND WHITTIER, INC.) | $738,040.95 |
| Total Invoices Billed to Owner as Time Card Services from 5/30/03 - 9/19/03 (16 weeks @ avg. of $4,800 per week) | $121,159.87 |
| Total Invoices TO BE billed from 9/20/03 to 12/31/03 (15 weeks @ avg. of $4,800 per week) | $72,000.00 |
| Credit Cost Summary | |
| Balance (as of 9/19/03) in Owner's Budget for CM, Basic A/E, Add'l Services & Reimbursables | ($256,593.38) |
| **Total Estimated ADDITIONAL COSTS TO OWNER (TO BE PAID TO THE TOWN BY THE SURETY)** | $874,607.24 |





# KOPELMAN AND PAIGE, P.C.

31 ST. JAMES AVENUE
BOSTON, MA 02116
(617) 556-0007

STATEMENT NO. 50780

BOARD OF SELECTMEN
NORTH BROOKFIELD TOWN HOUSE
185 NORTH MAIN STREET
NORTH BROOKFIELD, MA 01535

JUNE 17, 2003

IN REFERENCE TO: PROFESSIONAL SERVICES THROUGH May 31, 2003

GENERAL LEGAL SERVICES



# KOPELMAN AND PAIGE, P.C.

31 ST. JAMES AVENUE
BOSTON, MA 02116
(617) 556-0007



STATEMENT NO. 51259

BOARD OF SELECTMEN
NORTH BROOKFIELD TOWN HOUSE
185 NORTH MAIN STREET
NORTH BROOKFIELD, MA  01535

JUNE 30, 2003

IN REFERENCE TO: PROFESSIONAL SERVICES THROUGH June 25, 2003

GENERAL LEGAL SERVICES



SUBTOTAL:

JR./SR. HIGH SCHOOL PROJECT

EVALUATE OPTIONS AVAILABLE TO TOWN IN LIGHT OF DEFAULT BY GENERAL

**KOPELMAN AND PAIGE, P.C.**                                                          PAGE: 3

|                    |       |          |
| ------------------ | ----- | -------- |
| SUBTOTAL:          | 8.80  | 1,144.00 |
| TOTAL:             | 19.70 | 2,561.00 |

ACCUMULATED DISBURSEMENTS AT COST; INCLUDING REPRODUCTION OF DOCUMENTS, EXPRESS MAIL, SPECIAL POSTAGE AND TOLL CALLS.

| TOTAL COST: |    | 125.03   |
| ----------- | -- | -------- |
| **TOTAL DUE:** | $ | **2,686.03** |

# KOPELMAN AND PAIGE, P.C.

31 ST. JAMES AVENUE
BOSTON, MA 02116
(617) 556-0007



STATEMENT NO. 52279

BOARD OF SELECTMEN
NORTH BROOKFIELD TOWN HOUSE
185 NORTH MAIN STREET
NORTH BROOKFIELD, MA  01535

AUGUST 28, 2003

IN REFERENCE TO: PROFESSIONAL SERVICES THROUGH  July 31, 2003

GENERAL LEGAL SERVICES



SUBTOTAL: 

GENERAL LABOR SERVICES



SUBTOTAL: 

**KOPELMAN AND PAIGE, P.C.**                                                    PAGE: 2

BUILDING INSPECTOR V. NARDONE



SUBTOTAL:

JR./SR. HIGH SCHOOL PROJECT

REVIEW STATUS OF CONTRACTOR ISSUES AND EVALUATE NEXT ACTION.

TELEPHONE CONFERENCES WITH ARCHITECT RE: SURETY; TELEPHONE
CONFERENCE WITH SURETY'S COUNSEL RE: STATUS OF HIGH SCHOOL PROJECT.

HIGH SCHOOL PROJECT - PREPARE LETTER TO OPPOSING COUNSEL RE: SURETY;
PREPARE LETTER TO OPPOSING COUNSEL AND GENERAL CONTRACTOR RE: NOTICE
OF INTENT TO DECLARE CONTRACTOR DEFAULT.

PREPARE AND DRAFT NOTICE OF DEFAULT UNDER GENERAL CONTRACT.

DRAFT LETTER TO COUNSEL FOR CONTRACTOR AND PERFORMANCE BOND
SURETY RE: TOWN'S INTENTION TO DECLARE CONTRACTOR DEFAULT; DRAFT
LETTER TO SURETY'S COUNSEL RE: STATUS OF RESERVES FOR BOND CLAIMS.

PREPARE LETTERS TO OPPOSING COUNSEL AND GENERAL COUNSEL RE:
PERFORMANCE BOND CLAIM; PREPARE LETTER TO OPPOSING COUNSEL RE:
SURETY.

TELEPHONE CONFERENCE WITH CHAIRMAN, SCHOOL BUILDING COMMITTEE RE:
STATUS OF HIGH SCHOOL PROJECT.

KOPELMAN AND PAIGE, P.C.                                                                                    PAGE: 3

REVIEW LETTER FROM SURETY RE: NOTICE OF INTENT TO DECLARE CONTRACTOR
DEFAULT; TELEPHONE CONFERENCE WITH CHAIRMAN, SCHOOL BUILDING
COMMITTEE RE: SAME; DRAFT CORRESPONDENCE TO CHAIRMAN RE: SAME.

TELEPHONE CONFERENCE WITH GENERAL CONTRACTOR'S COUNSEL RE: HIGH
SCHOOL PROJECT.

HIGH SCHOOL PROJECT - REVIEW E-MAIL FROM ARCHITECT RE: GREENWOOD;
RESPOND TO SAME.

REVIEW E-MAIL FROM ARCHITECT RE: HIGH SCHOOL PROJECT; RESPOND TO SAME.

TELEPHONE CONFERENCE WITH GENERAL CONTRACTOR'S COUNSEL RE: HIGH
SCHOOL PROJECT; PREPARE NOTICE OF DEFAULT.

PREPARE LETTER TO SURETY AND GENERAL CONTRACTOR RE: NOTICE OF
CONTRACTOR DEFAULT.

DRAFT LETTER TO COUNSEL FOR CONTRACTOR AND COUNSEL FOR
PERFORMANCE BOND SURETY RE: TOWN'S DECLARATION OF DEFAULT AND
TERMINATION OF CONTRACT; REVIEW CONTRACT REQUIREMENTS RE: SAME.

TELEPHONE CONFERENCE WITH CHAIRMAN, SCHOOL BUILDING COMMITTEE RE:
HIGH SCHOOL PROJECT; PREPARE LETTER TO SURETY RE: PERFORMANCE BOND
CLAIM AND FACSIMILE TO CHAIRMAN, SCHOOL BUILDING COMMITTEE RE: SAME.

TELEPHONE CONFERENCES WITH SURETY'S COUNSEL AND CHAIRMAN, SCHOOL
BUILDING COMMITTEE RE: HIGH SCHOOL PROJECT.

TELEPHONE CONFERENCE WITH GRIFFIN ELECTRIC RE: HIGH SCHOOL PROJECT;
TELEPHONE CONFERENCE WITH CHAIRMAN, SCHOOL BUILDING COMMITTEE RE:
SAME.

TELEPHONE CONFERENCE WITH CHAIRMAN, SCHOOL BUILDING COMMITTEE AND
GRIFFIN ELECTRIC RE: HIGH SCHOOL PROJECT.

TELEPHONE CONFERENCES WITH ARCHITECT RE: HIGH SCHOOL PROJECT.

REVIEW E-MAIL FROM ARCHITECT RE: HIGH SCHOOL PROJECT; TELEPHONE
CONFERENCE WITH OPPOSING COUNSEL RE: SAME; PREPARE E-MAIL TO
ARCHITECT RE: SAME.

                              SUBTOTAL:                                  8.80      1,144.00

**KOPELMAN AND PAIGE, P.C.**

PAGE: 4



SUBTOTAL:



SUBTOTAL:

# KOPELMAN AND PAIGE, P.C.
31 ST. JAMES AVENUE
BOSTON, MA 02116
(617) 556-0007



STATEMENT NO. 52527

BOARD OF SELECTMEN
NORTH BROOKFIELD TOWN HOUSE
185 NORTH MAIN STREET
NORTH BROOKFIELD, MA 01535

SEPTEMBER 26, 2003

IN REFERENCE TO: PROFESSIONAL SERVICES THROUGH August 31, 2003

GENERAL LEGAL SERVICES



HIGH SCHOOL PROJECT - LEGAL RESEARCH RE: PROPOSED RELEASE OF SURETY.

SUBTOTAL:                                          6.00        780.00

GENERAL LABOR SERVICES



**KOPELMAN AND PAIGE, P.C.**                                                         PAGE: 2

SUBTOTAL:                                               



SUBTOTAL:                                               

JR./SR. HIGH SCHOOL PROJECT

TELEPHONE CONFERENCES WITH CHAIRMAN, SCHOOL BUILDING COMMITTEE AND
OPPOSING COUNSEL RE: HIGH SCHOOL PROJECT.

REVIEW PROPOSED FORM OF AGREEMENT BETWEEN TOWN AND COMPLETION
CONTRACTOR AND ASSUMPTION AGREEMENT BETWEEN COMPLETION
CONTRACTOR AND SURETY AND DRAFT REVISIONS.

PREPARE TAKEOVER AGREEMENT; REVIEW E-MAIL FROM OPPOSING COUNSEL;
REVIEW COMPLETION CONTRACT AND ASSUMPTION AGREEMENT; TELEPHONE
CONFERENCE WITH CHAIRMAN SCHOOL BUILDING COMMITTEE RE: SAME;
PREPARE E-MAIL TO OPPOSING COUNSEL RE: SAME; PREPARE FACSIMILE TO
OPPOSING COUNSEL RE: SAME; TELEPHONE CONFERENCE WITH GRIFFIN ELECTRIC
RE: STATUS.

TELEPHONE CONFERENCE WITH CHAIRMAN SCHOOL BUILDING COMMITTEE RE:
H.S. PROJECT; REVIEW E-MAILS FROM OPPOSING COUNSEL AND ARCHITECT RE:
REQUEST FOR PROPOSALS AND COMPLETION CONTRACT.

TELEPHONE CONFERENCE WITH CHAIRMAN, SCHOOL BUILDING COMMITTEE RE:
TENDER AGREEMENT.

**KOPELMAN AND PAIGE, P.C.**                                      PAGE: 3

TELEPHONE CONFERENCE WITH GRIFFIN ELECTRIC RE: STATUS.

TELEPHONE CONFERENCES WITH TOWN ADMINISTRATOR AND ARCHITECT RE:
HIGH SCHOOL PROJECT AND MEETING SCHEDULED FOR 9/2/03.

PREPARE FOR MEETING SCHEDULED FOR 9/2/03; PREPARE LETTER TO TOWN
ADMINISTRATOR RE: SAME; REVIEW TENDER AGREEMENT.

REVIEW TENDER AGREEMENT; RESEARCH RE: SAME; TELEPHONE CONFERENCES
WITH CHAIRMAN SCHOOL BUILDING COMMITTEE AND ARCHITECT RE: SAME;
PREPARE FOR MEETING SCHEDULED FOR 9/2/03.

RESEARCH RE: OPPOSING COUNSEL'S CASES ON SURETY BOND ISSUES.

SUBTOTAL:                                           7.60        988.00



SUBTOTAL:                                           



SUBTOTAL:

**KOPELMAN AND PAIGE, P.C.**

PAGE: 4



TOTAL:

TOTAL DUE:    $

# KOPELMAN AND PAIGE, P.C.

31 ST. JAMES AVENUE
BOSTON, MA 02116
(617) 556-0007



STATEMENT NO. 0

BOARD OF SELECTMEN
NORTH BROOKFIELD TOWN HOUSE
185 NORTH MAIN STREET
NORTH BROOKFIELD, MA  01535

OCTOBER 14, 2003

IN REFERENCE TO: PROFESSIONAL SERVICES THROUGH  September 30, 2003

## GENERAL LEGAL SERVICES



SUBTOTAL:



## GENERAL LABOR SERVICES



SUBTOTAL:

## APPELLATE TAX BOARD



SUBTOTAL:



**KOPELMAN AND PAIGE, P.C.**



SUBTOTAL:

SUBTOTAL:

JR./SR. HIGH SCHOOL PROJECT

    REVIEW CORRESPONDENCE FROM SURETY'S COUNSEL RE: TAKEOVER AGREEMENT; STRATEGIZE RE: TOWN RESPONSE TO SURETY'S CLAIM FOR DEDUCTION FROM BOND PROCEEDS.

    PREPARE FOR AND MEET WITH BOARD OF SELECTMEN; TELEPHONE CONFERENCE WITH SCHOOL BUILDING COMMITTEE CHAIRMAN RE: SAME; PREPARE LETTER TO OPPOSING COUNSEL RE: TENDER AGREEMENT.

    DRAFT LETTER TO COUNSEL FOR SURETY RE: RESPONSE TO CLAIM THAT SURETY'S PERFORMANCE BOND OBLIGATION HAS BEEN DIMINISHED.

    STRATEGIZE RE: TENDER AGREEMENT; PREPARE FOR MEETING WITH CO-COUNSEL; PREPARE LETTER TO OPPOSING COUNSEL RE: TENDER AGREEMENT AND SURETY'S DEFENSE.

    PREPARE FOR AND MEET WITH CO-COUNSEL RE: TENDER AGREEMENT.

    PREPARE LETTER TO CO-COUNSEL RE: DOCUMENT REQUEST; REVIEW LETTER FROM SURETY TO KEYSPAN RE: GAS BILL.

    REVIEW E-MAIL RE: REPLACEMENT CONSTRUCTOR BIDS; TELEPHONE CONFERENCE WITH CO-COUNSEL RE: SAME; PREPARE E-MAIL TO CO-COUNSEL RE: SAME;

KOPELMAN AND PAIGE, P.C.                                                      PAGE: 3

TELEPHONE CONFERENCE WITH CHAIRMAN OF SCHOOL BUILDING COMMITTEE RE: SAME.

TELEPHONE CONFERENCE WITH ARCHITECT RE: STATUS AND ADDITIONAL COSTS; TELEPHONE CONFERENCE WITH CO-COUNSEL RE: SAME; PREPARE E-MAIL TO OPPOSING COUNSEL RE: STATUS; REVIEW E-MAIL FROM OPPOSING COUNSEL; PREPARE E-MAIL TO CO-COUNSEL, CHAIRMAN OF THE SCHOOL BUILDING COMMITTEE AND ARCHITECT RE: SAME.

TELEPHONE CONFERENCE WITH ARCHITECT RE: STATUS; REVIEW E-MAIL FROM ARCHITECT RE: SAME; PREPARE E-MAIL TO ARCHITECT RE: SAME.

TELEPHONE CONFERENCE WITH GRIFFIN ELECTRIC RE: STATUS; PREPARE E-MAIL TO CHAIRMAN, SCHOOL BUILDING COMMITTEE AND ARCHITECT RE: GRIFFIN ELECTRIC.

TELEPHONE CONFERENCE WITH ARCHITECT RE: STATUS.

TELEPHONE CONFERENCES WITH CO-COUNSEL RE: STATUS; PREPARE LETTER TO OPPOSING COUNSEL RE: SAME; PREPARE E-MAIL TO CO-COUNSEL RE: SAME; TELEPHONE CONFERENCE WITH ARCHITECT RE: SAME.

REVIEW E-MAIL FROM OPPOSING COUNSEL RE: BIDS FOR COMPLETING CONTRACTOR; PREPARE E-MAIL TO CO-COUNSEL RE: SAME; TELEPHONE CONFERENCE WITH CHAIRMAN SCHOOL BUILDING COMMITTEE RE: STATUS.

TELEPHONE CONFERENCE WITH CO-COUNSEL RE: TENDER AGREEMENT; PREPARE E-MAIL TO OPPOSING COUNSEL RE: SCHEDULING MEETING TO DISCUSS PROJECT COMPLETION.

TELEPHONE CONFERENCES WITH OPPOSING COUNSEL AND CHAIRMAN SCHOOL BUILDING COMMITTEE RE: MEETING TO REVIEW TENDER AGREEMENT; PREPARE E-MAIL TO CO-COUNSEL RE: SAME; PREPARE E-MAIL TO CHAIRMAN SCHOOL BUILDING COMMITTEE RE: STATUS.

PREPARE E-MAIL TO OPPOSING COUNSEL RE: MEETING SCHEDULED FOR 10/7/03; REVIEW E-MAIL FROM CO-COUNSEL RE: SAME; TELEPHONE CONFERENCE WITH CO-COUNSEL RE: TENDER AGREEMENT; TELEPHONE CONFERENCES WITH ARCHITECT AND CHAIRMAN SCHOOL BUILDING COMMITTEE RE: TENDER AGREEMENT AND TOWN'S DAMAGES.

REVIEW AND REVISE TENDER AGREEMENT; TELEPHONE CONFERENCE WITH ARCHITECT RE: SAME; REVIEW AND REVISE COMPLETION AGREEMENT.

REVIEW PROPOSED TENDER AGREEMENT WITH SURETY AND DRAFT RECOMMENDED REVISIONS.

TELEPHONE CONFERENCE WITH ARCHITECT RE: TENDER AGREEMENT.