**KOPELMAN AND PAIGE, P.C.**                                      PAGE: 4

TELEPHONE CONFERENCE WITH ARCHITECT RE: TENDER AGREEMENT; TELEPHONE
CONFERENCE WITH CO-COUNSEL RE: SAME; REVIEW E-MAIL FROM ARCHITECT RE:
FIRE PROTECTION CHANGE ORDER; REVIEW E-MAIL FROM GENERAL CONTRACTOR
RE: CERTIFIED PAYROLLS; REPLY TO SAME.

|  | | |
|---|---|---|
| SUBTOTAL: | 24.60 | 3,198.00 |



|  | |
|---|---|
| SUBTOTAL: | |

**KOPELMAN AND PAIGE, P.C.**                                             PAGE:  5



SUBTOTAL:

TOTAL:

ACCUMULATED DISBURSEMENTS AT COST; INCLUDING REPRODUCTION OF DOCUMENTS, EXPRESS MAIL,
SPECIAL POSTAGE AND TOLL CALLS.

TOTAL COST:                                                             290.05

**TOTAL DUE:**                                                   $

# KOPELMAN AND PAIGE, P.C.

31 ST. JAMES AVENUE
BOSTON, MA 02116
(617) 556-0007



STATEMENT NO. 53053

BOARD OF SELECTMEN
NORTH BROOKFIELD TOWN HOUSE
185 NORTH MAIN STREET
NORTH BROOKFIELD, MA  01535

NOVEMBER 25, 2003

IN REFERENCE TO: PROFESSIONAL SERVICES THROUGH  October 31, 2003

JR./SR. HIGH SCHOOL PROJECT

REVIEW TENDER AGREEMENT; REVIEW E-MAIL FROM ARCHITECT RE: SAME;
REVIEW FACSIMILE FROM CO-COUNSEL RE: SAME; PREPARE FACSIMILE TO
CO-COUNSEL.

REVISE TENDER AGREEMENT; PREPARE FACSIMILE TO CO-COUNSEL RE: SAME;
TELEPHONE CONFERENCE WITH CHAIRMAN SCHOOL BUILDING COMMITTEE RE:
STATUS.

TELEPHONE CONFERENCE WITH CO-COUNSEL RE: TENDER AGREEMENT; PREPARE
FACSIMILE TO OPPOSING COUNSEL RE: REVISED TENDER AGREEMENT; TELEPHONE
CONFERENCES WITH ARCHITECT AND CHAIRMAN SCHOOL BUILDING COMMITTEE
RE: SAME.

TELEPHONE CONFERENCES WITH OPPOSING COUNSEL, CO-COUNSEL AND
CHAIRMAN SCHOOL BUILDING COMMITTEE RE: RESCHEDULED MEETING WITH
SURETY; REVIEW E-MAIL FROM OPPOSING COUNSEL RE: SAME; PREPARE E-MAIL
TO OPPOSING COUNSEL RE: SAME.

REVIEW E-MAIL FROM CHAIRMAN SCHOOL BUILDING COMMITTEE RE: MEETING
BETWEEN SURETY AND COMPLETING CONTRACT BIDDERS; TELEPHONE
CONFERENCE WITH CHAIRMAN SCHOOL BUILDING COMMITTEE RE: MEETING
WITH SURETY SCHEDULED FOR 10/15/03.

REVIEW FURTHER REVISED TENDER AGREEMENT AND E-MAIL FROM OPPOSING
COUNSEL RE: SAME; TELEPHONE CONFERENCE WITH OPPOSING COUNSEL RE:
ADDITIONAL LEGAL AND DESIGN COSTS AND MEETING SCHEDULED FOR 10/15/03.

TELEPHONE CONFERENCE WITH ARCHITECT RE: MEETING WITH SURETY
SCHEDULED FOR 10/15/03.

REVIEW E-MAIL FROM ARCHITECT RE: MEETING WITH POTENTIAL COMPLETING

KOPELMAN AND PAIGE, P.C.

CONTRACTORS; REVIEW E-MAILS FROM OPPOSING COUNSEL AND ARCHITECT RE:
CCD #3; RESPOND TO OPPOSING COUNSEL RE: SAME; PREPARE FOR MEETING WITH
SURETY AND OPPOSING COUNSEL SCHEDULED FOR 10/15/03; TELEPHONE
CONFERENCE WITH CO-COUNSEL RE: SAME.

PREPARE FOR AND MEET WITH OPPOSING COUNSEL AND SURETY RE: TENDER
AGREEMENT.

TELEPHONE CONFERENCES WITH ARCHITECT, SCHOOL BUILDING COMMITTEE
CHAIRMAN AND CO-COUNSEL RE: MEETING WITH SURETY AND TENDER
AGREEMENT.

TELEPHONE CONFERENCES WITH OPPOSING COUNSEL AND ARCHITECT RE:
ELECTRIC BILL AND TENDER AGREEMENT.

TELEPHONE CONFERENCES WITH OPPOSING COUNSEL AND ARCHITECT RE:
ELECTRICAL SERVICE; TELEPHONE CONFERENCE WITH CO-COUNSEL RE: TENDER
AGREEMENT.

REVIEW E-MAIL FROM ARCHITECT RE: ROOFING SUBCONTRACTOR; REVIEW
E-MAILS FROM ARCHITECT AND CO-COUNSEL RE: STORED MATERIALS AND
DELAY; TELEPHONE CONFERENCE WITH CO-COUNSEL RE: SAME; PREPARE E-MAIL
TO OPPOSING COUNSEL RE: SAME; REVIEW E-MAIL FROM ARCHITECT RE: CCD NO.
3; PREPARE LETTER TO OPPOSING COUNSEL RE: TOWN'S DAMAGES.

PREPARE LETTER TO OPPOSING COUNSEL RE: ADDITIONAL COSTS INCURRED BY
TOWN; TELEPHONE CONFERENCE WITH ARCHITECT RE: SAME.

TELEPHONE CONFERENCE WITH ARCHITECT RE: ADDITIONAL COSTS; TELEPHONE
CONFERENCE WITH CO-COUNSEL RE: SAME; RESEARCH RE: SURETY AND PRO
TANTO DEFENSE.

TELEPHONE CONFERENCES WITH ARCHITECT RE: STATUS; REVIEW E-MAIL FROM
ARCHITECT; PREPARE LETTER TO OPPOSING COUNSEL RE: TENDER AGREEMENT;
TELEPHONE CONFERENCES WITH CO-COUNSEL, ARCHITECT AND SCHOOL
BUILDING COMMITTEE CHAIRMAN RE: SAME.

TELEPHONE CONFERENCES WITH ARCHITECT RE: ESTIMATED DAMAGES; PREPARE
LETTER TO OPPOSING COUNSEL RE: SAME; PREPARE FACSIMILE TO CO-COUNSEL,
SCHOOL BUILDING COMMITTEE CHAIRMAN AND ARCHITECT RE: SAME.

TELEPHONE CONFERENCES WITH CO-COUNSEL, ARCHITECT AND SCHOOL
BUILDING COMMITTEE CHAIRMAN RE: LETTER TO OPPOSING COUNSEL.

|  | | |
| --- | --- | --- |
| SUBTOTAL: | 17.60 | 2,376.00 |

KOPELMAN AND PAIGE, P.C.

TOTAL:                                    17.60        2,376.00

ACCUMULATED DISBURSEMENTS AT COST; INCLUDING REPRODUCTION OF DOCUMENTS, EXPRESS MAIL,
SPECIAL POSTAGE AND TOLL CALLS.

TOTAL COST:                                               65.58
                                                     ---------------

**TOTAL DUE:**                                   $    **2,441.58**

# KOPELMAN AND PAIGE, P.C.

31 ST. JAMES AVENUE
BOSTON, MA 02116
(617) 556-0007



STATEMENT NO. 53659

BOARD OF SELECTMEN
NORTH BROOKFIELD TOWN HOUSE
185 NORTH MAIN STREET
NORTH BROOKFIELD, MA  01535

DECEMBER 22, 2003

IN REFERENCE TO: PROFESSIONAL SERVICES THROUGH  November 30, 2003

JR./SR. HIGH SCHOOL PROJECT

TELEPHONE CONFERENCES WITH SCHOOL BUILDING COMMITTEE CHAIRMAN,
CO-COUNSEL AND ARCHITECT RE: STATUS; PREPARE LETTER TO OPPOSING
COUNSEL RE: SAME; REVIEW E-MAILS FROM ARCHITECT.

TELEPHONE CONFERENCES WITH OPPOSING COUNSEL AND CO-COUNSEL RE:
STATUS; PREPARE E-MAIL TO OPPOSING COUNSEL RE: SAME; REVIEW E-MAIL
FROM OPPOSING COUNSEL RE: SAME; PREPARE LETTER TO OPPOSING COUNSEL RE:
ADDITIONAL COSTS INCURRED BY TOWN.

TELEPHONE CONFERENCES WITH ARCHITECT AND CO-COUNSEL RE: TENDER OF
COMPLETING CONTRACT; REVIEW E-MAIL FROM OPPOSING COUNSEL RE: SAME;
PREPARE E-MAIL TO ARCHITECT, OPPOSING COUNSEL AND SCHOOL BUILDING
COMMITTEE CHAIRMAN RE: SAME; REVIEW LETTER FROM OPPOSING COUNSEL RE:
PRO TANTO DEFENSE; PREPARE FACSIMILE TO ARCHITECT RE: SAME.

PREPARE LETTER TO OPPOSING COUNSEL RE: ADDITIONAL ARCHITECTURAL FEES;
REVIEW LETTER FROM OPPOSING COUNSEL RE: PRO TANTO DEFENSE; PREPARE
LETTER TO OPPOSING COUNSEL RE: SAME; REVIEW E-MAILS RE: SAME; REVIEW
E-MAIL RE: COMPLETING CONTRACTOR AND PROJECT SCHEDULE; PREPARE E-MAIL
TO OPPOSING COUNSEL RE: SAME.

TELEPHONE CONFERENCE WITH SCHOOL BUILDING COMMITTEE CHAIRMAN RE:
PRO TANTO DEFENSE AND TENDER AGREEMENT; PREPARE LETTER TO OPPOSING
COUNSEL RE: ADDITIONAL ARCHITECTURAL COSTS; REVIEW E-MAIL FROM
OPPOSING COUNSEL RE: TENDER AGREEMENT; PREPARE E-MAIL TO SCHOOL
BUILDING COMMITTEE, ARCHITECT AND CO-COUNSEL RE: SAME.

REVIEW E-MAILS FROM CO-COUNSEL, OPPOSING COUNSEL AND SCHOOL BUILDING
COMMITTEE CHAIRMAN RE: TENDER AGREEMENT AND CLAIMS; TELEPHONE
CONFERENCE WITH SCHOOL BUILDING COMMITTEE CHAIRMAN RE: SAME; REPLY
TO E-MAILS RE: MEETING SCHEDULED FOR 11/10/03.

PREPARE LETTER TO OPPOSING COUNSEL RE: PRO TANTO DEFENSE; PREPARE LETTER TO OPPOSING COUNSEL RE: ADDITIONAL DESIGN AND PROJECT MANAGEMENT FEES.

TELEPHONE CONFERENCE WITH COUNSEL FOR ARCHITECT RE: PRO TANTO DEFENSE; TELEPHONE CONFERENCE WITH CO-COUNSEL RE: MEETING WITH SCHOOL BUILDING COMMITTEE; PREPARE FOR AND MEET WITH SCHOOL BUILDING COMMITTEE; REVIEW DRAFT COMPLETION AGREEMENT.

PREPARE LETTER TO OPPOSING COUNSEL RE: ADDITIONAL ARCHITECTURAL COSTS; PREPARE LETTER TO OPPOSING COUNSEL RE: PRO TANTO DEFENSE; REVIEW E-MAILS FROM OPPOSING COUNSEL AND CO-COUNSEL RE: COMPLETION AGREEMENT; PREPARE LETTER TO OPPOSING COUNSEL RE: SAME; TELEPHONE CONFERENCES WITH ARCHITECT AND SCHOOL BUILDING COMMITTEE CHAIRMAN RE: SAME; PREPARE E-MAIL TO OPPOSING COUNSEL RE: TENDER AGREEMENT; REVIEW LETTER FROM COUNSEL TO COMPLETING CONTRACTOR RE: COMPLETION CONTRACT.

REVIEW LETTER FROM OPPOSING COUNSEL RE: COMPLETION CONTRACT; TELEPHONE CONFERENCE WITH OPPOSING COUNSEL RE: SAME; TRANSMIT SAME TO CO-COUNSEL, ARCHITECT AND SCHOOL BUILDING COMMITTEE CHAIRMAN; PREPARE RESPONSE TO SAME; TELEPHONE CONFERENCES WITH CO-COUNSEL AND SCHOOL BUILDING COMMITTEE RE: SAME.

PREPARE LETTER TO OPPOSING COUNSEL RE: NOTICE TO PROCEED; REVIEW LETTER FROM MILLIS PLUMBING RE: PIPING; REVIEW E-MAIL FROM CO-COUNSEL RE: NOTICE TO PROCEED; REVIEW LETTER FROM OPPOSING COUNSEL RE: ISSUING NOTICE TO PROCEED TO FONTAINE BROS; PREPARE FACSIMILE TO CO-COUNSEL, ARCHITECT AND SCHOOL BUILDING COMMITTEE CHAIRMAN RE: SAME; PREPARE LETTER TO OPPOSING COUNSEL RE: LEGAL BILLS AND INVOICES FROM ARCHITECT; REVIEW FACSIMILE FROM FOINTAINE'S COUNSEL RE: INSURANCE COVERAGE.

TELEPHONE CONFERENCES WITH ARCHITECT AND SCHOOL BUILDING COMMITTEE CHAIRMAN RE: STATUS.

TELEPHONE CONFERENCES WITH CO-COUNSEL AND ARCHITECT RE: STATUS.

TELEPHONE CONFERENCES WITH CO-COUNSEL AND SCHOOL BUILDING COMMITTEE CHAIRMAN RE: STATUS.

TELEPHONE CONFERENCES WITH CO-COUNSEL RE: OPPOSING COUNSEL'S RESPONSE TO TOWN'S ORDER TO PROCEED.

REVIEW LETTER FROM OPPOSING COUNSEL RE: COMPLETION CONTRACT.

TELEPHONE CONFERENCES WITH CO-COUNSEL, OPPOSING COUNSEL, SCHOOL BUILDING COMMITTEE CHAIRMAN AND COMPLETING CONTRACTOR'S COUNSEL RE: COMPLETION CONTRACT, TENDER AGREEMENT AND CLAIMS; REVIEW E-MAIL FROM OPPOSING COUNSEL RE: ROOFING SUBCONTRACTOR; PREPARE LETTER TO OPPOSING COUNSEL RE: FONTAINE'S BID.

KOPELMAN AND PAIGE, P.C.                                                    PAGE: 3

TELEPHONE CONFERENCES WITH CO-COUNSEL AND FONTAINE'S COUNSEL RE:
STATUS; REVIEW E-MAIL FROM OPPOSING COUNSEL RE: LATEST DEFECTS;
PREPARE LETTER TO OPPOSING COUNSEL RE: LATEST DEFECTS.

TELEPHONE CONFERENCES WITH SCHOOL BUILDING COMMITTEE CHAIRMAN AND
CO-COUNSEL RE: STATUS AND MEETING SCHEDULED FOR 12/1/03.

|  |  |  |
|---|---|---|
| SUBTOTAL: | 31.90 | 4,306.50 |
| TOTAL: | 31.90 | 4,306.50 |

ACCUMULATED DISBURSEMENTS AT COST; INCLUDING REPRODUCTION OF DOCUMENTS, EXPRESS MAIL,
SPECIAL POSTAGE AND TOLL CALLS.

|  |  |  |
|---|---|---|
| TOTAL COST: |  | 98.63 |
| TOTAL DUE: | $ | 4,405.13 |

# KOPELMAN AND PAIGE, P.C.

31 ST. JAMES AVENUE
BOSTON, MA 02116
(617) 556-0007



STATEMENT NO. 54121

BOARD OF SELECTMEN
NORTH BROOKFIELD TOWN HOUSE
185 NORTH MAIN STREET
NORTH BROOKFIELD, MA 01535

JANUARY 23, 2004
IN REFERENCE TO: PROFESSIONAL SERVICES THROUGH December 31, 2003

NORTH BROOKFIELD T.A., BOARD OF SELECTMEN, & SCHOOL COMM.

ANALYZE TAKEOVER AGREEMENT AND SURETY PAYMENT OBLIGATION ISSUES.

|  |  |  |
|---|---|---|
| SUBTOTAL: | 0.50 | 67.50 |

JR./SR. HIGH SCHOOL PROJECT

REVIEW CORRESPONDENCE TO OPPOSING COUNSEL RE: PAYMENT DEMAND.

PREPARE LETTER TO OPPOSING COUNSEL RE: LEGAL AND DESIGN FEES; PREPARE 93A LETTER TO SURETY; PREPARE FOR AND MEET WITH BOARD OF SELECTMEN RE: COMPLETION CONTRACT; TELEPHONE CONFERENCE WITH CO-COUNSEL RE: SAME; REVIEW E-MAILS FROM OPPOSING COUNSEL AND CO-COUNSEL RE: COMPLETION AGREEMENT; REVIEW LETTER FROM FONTAINE'S COUNSEL.

PREPARE E-MAIL RE: LIQUIDATED DAMAGES; TELEPHONE CONFERENCES WITH CO-COUNSEL, FONTAINE'S COUNSEL AND SCHOOL BUILDING COMMITTEE CHAIRMAN STATUS.

DRAFT LETTER TO SURETY'S COUNSEL RE: DOCUMENTS REQUESTED AND TOWN'S PROFESSIONAL SERVICE COSTS.

REVIEW E-MAIL FROM ARCHITECT RE: LIQUIDATED DAMAGES; REVIEW E-MAIL FROM CO-COUNSEL RE: REVISIONS TO COMPLETION CONTRACT; TELEPHONE CONFERENCE WITH ARCHITECT RE: SAME; REVIEW COMPLAINT; REVIEW LETTER FROM OPPOSING COUNSEL RE: SAME AND RE: CHECKS; PREPARE LETTER TO TOWN ADMINISTRATOR RE: CHECKS; PREPARE E-MAIL RE: SAME.

KOPELMAN AND PAIGE, P.C.

REVIEW DECLARATORY JUDGMENT COMPLAINT FILED BY PERFORMANCE BOND
SURETY RE: COMPLIANCE WITH BOND OBLIGATIONS; ANALYZE TOWN RESPONSE
OPTIONS AND DRAFT LETTER TO SURETY'S COUNSEL RE: COMPLAINT.

PREPARE E-MAIL TO TOWN ADMINISTRATOR RE: COMPLAINT; TELEPHONE
CONFERENCES WITH TOWN ADMINISTRATOR AND SCHOOL BUILDING
COMMITTEE CHAIRMAN RE: SAME; PREPARE LETTER TO OPPOSING COUNSEL RE:
COMPLETION AGREEMENT; PREPARE E-MAIL TO CO-COUNSEL RE: SAME; REVIEW
COMPLAINT.

REVIEW COMPLAINT; PREPARE ANSWER; PREPARE LETTER TO OPPOSING COUNSEL
RE: 93A/176D VIOLATION; TELEPHONE CONFERENCES WITH FONTAINE'S COUNSEL
RE: STATUS; REVIEW LETTER RE: SAME; PREPARE E-MAIL TO CO-COUNSEL RE:
LETTER TO OPPOSING COUNSEL.

TELEPHONE CONFERENCES WITH CO-COUNSEL RE: 93A CLAIM; PREPARE LETTER TO
OPPOSING COUNSEL RE: SAME; REVIEW FACSIMILE AND E-MAILS FROM
CO-COUNSEL RE: SAME; PREPARE LETTER TO SCHOOL BUILDING COMMITTEE RE:
COMPLAINT; PREPARE ANSWER AND COUNTERCLAIM; TELEPHONE CONFERENCE
WITH FONTAINE'S COUNSEL RE: COMPLETION CONTRACT; TELEPHONE
CONFERENCE WITH CO-COUNSEL RE: SAME.

DRAFT LETTER TO BOARD OF SELECTMEN RE: SURETY'S DECLARATORY
JUDGMENT COMPLAINT AND ACCEPTANCE OF SERVICE.

PREPARE LETTER TO SCHOOL BUILDING COMMITTEE RE: COMPLAINT; REVIEW
LETTERS AND E-MAIL FROM OPPOSING COUNSEL AND FONTAINE'S COUNSEL RE:
COMPLETION CONTRACT AND TENDER AGREEMENT; TELEPHONE CONFERENCES
WITH OPPOSING COUNSEL, CO-COUNSEL, SCHOOL BUILDING COMMITTEE
CHAIRMAN AND FONTAINE RE: SAME.

ANALYZE FACTS AND LEGAL ISSUES RE: WHAT CONSTITUTES AN "EMERGENCY"
UNDER THE OPEN MEETING LAW.

TELEPHONE CONFERENCES WITH CO-COUNSEL AND SCHOOL BUILDING
COMMITTEE CHAIRMAN RE: COMPLETION CONTRACT; RESEARCH RE: OPEN
MEETING LAW; TELEPHONE CONFERENCE WITH FONTAINE'S COUNSEL RE: REVISED
CONTRACT.

MULTIPLE TELEPHONE CONFERENCE WITH SCHOOL BUILDING COMMITTEE
CHAIRMAN RE: COMPLETION CONTRACT; TELEPHONE CONFERENCES WITH
FONTAINE'S COUNSEL, CO-COUNSEL AND OPPOSING COUNSEL RE: COMPLETION
CONTRACT AND PERFORM AND AND PAYMENT BONDS; PREPARE LETTER TO
OPPOSING COUNSEL RE: SAME; REVIEW AND REVISE COMPLETION CONTRACT;
PREPARE E-MAIL TO CO-COUNSEL RE: SAME; REVIEW E-MAIL FROM FONTAINE'S
COUNSEL RE: SAME; REPLY TO SAME.

REVIEW E-MAIL FROM FONTAINE'S COUNSEL RE: COMPLETION CONTRACT;
REVIEW E-MAIL FROM OPPOSING COUNSEL RE: ADDITIONAL FUNDING.

KOPELMAN AND PAIGE, P.C.                                                                    PAGE: 3

TELEPHONE CONFERENCE WITH SCHOOL BUILDING COMMITTEE CHAIRMAN RE:
CONTRACT EXECUTION.

TELEPHONE CONFERENCES WITH TOWN ADMINISTRATOR AND SCHOOL BUILDING
COMMITTEE CHAIRMAN RE: CHECK FROM SURETY AND EXECUTED COMPLETION
CONTRACT; PREPARE LETTER TO OPPOSING COUNSEL RE: COMPLETION CONTRACT
AND NOTICE TO PROCEED.

TELEPHONE CONFERENCE WITH TOWN ADMINISTRATOR RE: COMPLETION
CONTRACT AND CHECK FROM SURETY; TELEPHONE CONFERENCES WITH
ARCHITECT AND OPPOSING COUNSEL RE: KEYSPAN GAS BILL; RESEARCH RE:
DISCHARGE OF LIABILITY FOR SURETY.

TELEPHONE CONFERENCE WITH SCHOOL BUILDING COMMITTEE CHAIRMAN RE:
COMPLETION CONTRACT AND NOTICE TO PROCEED.

PREPARE LETTER TO OPPOSING COUNSEL RE: COMPLETION CONTRACT; REVIEW
SAME AND NOTICE TO PROCEED; REVIEW E-MAILS FROM ARCHITECT RE: KEYSPAN
BILL; TELEPHONE CONFERENCES WITH ARCHITECT AND OPPOSING COUNSEL RE:
SAME.

REVIEW FACSIMILE FROM ARCHITECT RE: KEYSPAN BILLS; TELEPHONE
CONFERENCE WITH OPPOSING COUNSEL RE: SAME; PREPARE E-MAIL TO
ARCHITECT RE: SAME.

REVIEW E-MAILS FROM CONSTRUCTION MANAGER ARCHITECT RE: KEYSPAN BILL;
TELEPHONE CONFERENCES WITH TOWN ADMINISTRATOR AND FEDEX RE: CHECK
FROM SURETY.

TELEPHONE CONFERENCES WITH TOWN ADMINISTRATOR AND SCHOOL BUILDING
COMMITTEE CHAIRMAN RE: CHECK FROM SURETY; PREPARE LETTER TO
CHAIRMAN RE: SAME.

TELEPHONE CONFERENCES WITH SCHOOL BUILDING COMMITTEE CHAIRMAN,
ARCHITECT, AND CO-COUNSEL RE: CHECK FROM SURETY AND KEYSPAN BILL;
PREPARE LETTER TO OPPOSING COUNSEL RE: SAME; REVIEW FACSIMILE FROM
ARCHITECT RE: KEYSPAN BILL.

|                | | |
| -------------- | --------- | ---------- |
| SUBTOTAL:      | 33.70     | 4,549.50   |

AMMIC V. TOWN

REVIEW NEW COMPLAINT; EVALUATE COVERAGE AND DEFENSES; EVALUATE
MOTION TO DISMISS; PREPARE MATTER FORM AND CONDUCT CONFLICTS CHECK;
BEGIN DRAFT OF ANSWER.

KOPELMAN AND PAIGE, P.C.                                                    PAGE: 4

REVIEW AMENDED COMPLAINT AND PROPOSED COMPLETION CONTRACT;
PREPARE AND DRAFT LETTER TO OPPOSING COUNSEL RE: PROPOSED COMPLETION
CONTRACT.

REVIEW LETTER TO SCHOOL BUILDING COMMITTEE RE: AMENDED COMPLAINT;
PREPARE AND DRAFT ANSWER AND COUNTERCLAIM.

EVALUATE MOTION TO DISMISS; REVISE ANSWER TO AMENDED COMPLAINT.

EXECUTE WAIVER OF SERVICE OF SUMMONS; TELEPHONE CONFERENCES WITH
CO-COUNSEL AND SCHOOL BUILDING COMMITTEE CHAIRMAN RE: SAME.

PREPARE LETTER TO OPPOSING COUNSEL RE: WAIVER OF SERVICE OF SUMMONS;
TELEPHONE CONFERENCE WITH OPPOSING COUNSEL RE: COUNTERCLAIM; PREPARE
ANSWER AND COUNTERCLAIM.

CONTINUE DRAFT OF ANSWER AND COUNTERCLAIM; PREPARE MOTION TO
COMPEL PLAINTIFF TO DEPOSIT FUNDS WITH COURT; REVIEW LETTER FROM
OPPOSING COUNSEL TO COURT RE: WAIVER OF SERVICE OF SUMMONS.

RESEARCH FEDERAL COURT PROCEDURES RE: DEPOSIT OF JUDGMENT AMOUNT
WITH COURT.

RESEARCH CURRENT RULES FOR ATTACHMENT OR POSTING BOND IN FEDERAL
COURT.

|  | | |
|---|---|---|
| SUBTOTAL: | 11.80 | 1,593.00 |
| TOTAL: | 46.00 | 6,210.00 |

ACCUMULATED DISBURSEMENTS AT COST; INCLUDING REPRODUCTION OF DOCUMENTS, EXPRESS MAIL,
SPECIAL POSTAGE AND TOLL CALLS.

|  | |
|---|---|
| TOTAL COST: | 106.26 |
| TOTAL DUE: | $  6,316.26 |