

<u>High School Roof Costs</u>

2 Service Calls From Applied Roofing
    4-12-2003  $370.00
    8-12-2003  $875.00

1 Patch From Applied Roofing 3'x 100'
    8-22-2003  $4,750.00

Recleaning Furniture in Rooms 16, 18
  1 Part-Timer at $9.50 x 3.0 = $28.50

Trying To Repair Fresh Waxed Floors
  1 Full Timer at $14.00 x 3.0 = $42.00
  10 Gallons of Wax @ $99.00 x 2 = $198.00

Replacement of Ceiling Tiles in Room 16, 18
  1 Package of Ceiling Tile $45.00
  Labor To Cut and place Tile $28.00

    TOTAL $6,336.50

Bob,
There are still Ceiling Tiles that we are Replacing due to water damage so this may Increase

Tim

#300-814

# INVOICE

**APPLIED ROOFING SYSTEMS, INC.**

26 Mill Street
P. O. Box 1248
Webster, MA 01570
(508) 943-9973

*Vendor*
*1081*

| DATE | INVOICE # |
|---|---|
| 8/13/2003 | 8037 |

| BILL TO | JOBSITE |
|---|---|
| N. Brookfield Junior/Senior High School<br>10 New School Dr.<br>N. Brookfield, MA 01535 | N. Brookfield High School<br>10 New School Dr.<br>N. Brookfield, MA 01535<br>GYM |

| P.O. NO. | TERMS | DUE DATE | REP | EST HRS/DAYS |
|---|---|---|---|---|
|  | Net 10 | 8/23/2003 | TWJ |  |

| ITEM | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| Total Cost | LABOR AND MATERIALS TO MAKE TEMPORARY REPAIRS ON 7/31 & 8/06/03. REPAIR DRAIN TARGET & SEAMS.<br>TOTAL COST | 1 | 875.00 | 875.00 |

*[signature]*
*High School*
*8-15-03*

| Total | $875.00 |
|---|---|

*HB60-81-H* (handwritten)

# INVOICE

**APPLIED ROOFING SYSTEMS, INC.**

26 Mill Street
P. O. Box 1248
Webster, MA 01570
(508) 943-9973

*Vendor 1081* (handwritten)

| DATE | INVOICE # |
|---|---|
| 8/26/2003 | 8063 |

| BILL TO | JOBSITE |
|---|---|
| N. Brookfield Junior/Senior High School<br>10 New School Dr.<br>N. Brookfield, MA 01535 | N. Brookfield Junior/Senior High School<br>10 New School Dr.<br>N. Brookfield, MA 01535 |

| P.O. NO. | TERMS | DUE DATE | REP | EST HRS/DAYS |
|---|---|---|---|---|
|  | Net 10 | 9/5/2003 | TWJ |  |

| ITEM | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| Total Cost | LABOR AND MATERIALS PER QUOTE TO INSTALL 30' X 100' EPDM PATCH.<br>TOTAL COST | 1 | 4,750.00 | 4,750.00 |

(signature)
Po #04-52
9-4-2003

| | Total | $4,750.00 |
|---|---|---|



**KEYSPAN**
Energy Delivery

RECEIVED
10-28-03

KeySpan Energy Delivery
201 Rivermoor Street
West Roxbury, Massachusetts 02132-4905
Tel: 617-469-2300

N. BROOKFIELD JR/SR HIGH
10 NEW SCHOOL RD
NORTH BROOKFIELD, MA  01535

Re: **Final payment past due**

Dear N. BROOKFIELD JR/SR HIGH:

We recently sent you a reminder that your final payment of $ 16719.40 was past due. As of today, we have not received a reply or your payment.

If you cannot make this payment in its entirety, please call us at 617-469-2300    so we can arrange a payment plan. Otherwise, we will expect full payment within the next 10 days, or we may be forced to take more aggressive action.

It is not a problem if you have misplaced the original bill. Just send your payment, along with your account number, to the address below .

If you have already sent your payment, please disregard this notice.

Customer Services

LOCR_2

---

PLEASE DETACH HERE

WHEN PAYING AT OFFICE PLEASE BRING THIS ENTIRE BILL
WHEN PAYING BY MAIL PLEASE ENCLOSE THIS COUPON
AND MAIL PAYMENT TO.    POST OFFICE BOX 4300
                        WOBURN, MA 01888-4300

**KEYSPAN**
Energy Delivery


4891424000





$16719.40

Thank You

For Your

Payment





## 02273 - American Manufacturers Mutual Ins Co

Member of **Kemper Insurance Companies**
A.M. Best #: 02273    NAIC #: 30562
View a list of group members or the group's rating



*The Insurance Information Source*

**Best's Rating**
D    (Poor)*

**Financial Size Category**
XII ($1 billion to $1.25 billion)

*Ratings as of 01/06/2004 03:18:49 PM E.S.T.*

**Rating Category (Poor):** Assigned to companies that, in our opinion, may not have an ability to meet their current obligations to policyholders and are financially extremely vulnerable to adverse changes in underwriting and economic conditions.

**Important Notice:** Best's Ratings reflect our **opinion** based on a comprehensive quantitative and qualitative evaluation of a company's balance sheet strength, operating performance and business profile. These ratings are **not a warranty** of an insurer's current or future ability to meet its contractual obligations. View our entire notice for a complete details.

Companies interested in placing a **Best's Security Icon** on their web site to promote their financial strength may register online.

**Copyright © 2004 by A.M. Best Company, Inc.** ALL RIGHTS RESERVED
No part of this information may be distributed in any electronic form or by any means, or stored in a database or retrieval system, without the prior written permission of the A.M. Best Company. Refer to our terms of use for additional details.



home | contact us | Eagle Insurance | Greatland Insurance



| Run-Off Contact Information | Kemper News |

### List of Companies

- Agent & Broker Area
- File A Claim
- List of Companies
- Media Contacts
- Financial Information
- Eagle Insurance
- Greatland Insurance

The Kemper Insurance Companies include Lumbermens Mutual Casualty Company and its affiliated property and casualty insurers:

- American Manufacturers Mutual Insurance Company
- American Motorists Insurance Company
- American Protection Insurance Company
- Eagle Pacific Insurance Company
- Kemper Casualty Insurance Company
- Kemper Commercial Insurance Company
- Kemper Comprehensive Insurance Company
- Kemper Indemnity Insurance Company
- Kemper Lloyds Insurance Company
- Kemper Surplus Lines Insurance Company
- Pacific Eagle Insurance Company
- Specialty National Insurance Company
- Special Surplus Insurance Company
- Universal Bonding Insurance Company

© 2004 - Lumbermens Mutual Casualty Co | Terms and Conditions of Use | Privacy Policy | Internet Privacy Policy
lumbermensmutual.com is best viewed using Internet Explorer version 5.0 or higher or Netscape version 6.0 or higher.