UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 03-40266 NMG

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

  Plaintiff

v.

TOWN OF NORTH BROOKFIELD,

  Defendant

RULE 7.1(A)(2) CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(A)(2), the undersigned hereby certifies that, on February 13, 2004 and February 20, 2004, he conferred with plaintiff's counsel in a good faith effort to resolve or narrow the issues set forth in the Defendant's Motion to Require Plaintiff to Deposit Funds With Court and was unable to resolve the matter.

COUNSEL FOR
TOWN OF NORTH BROOKFIELD

_____
Thomas W. McEnaney (BBO# 629130)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

212504/NBRO/0019

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand)(mail) on 2/24/04
_____