UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,
              Plaintiff,

vs.

TOWN OF NORTH BROOKFIELD,
              Defendant.

Civil Action No. 03-40266 NMG

## ASSENTED TO MOTION TO EXTEND TIME PERIOD TO FILE OPPOSITION OF AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY TO MOTION TO REQUIRE PLAINTIFF TO DEPOSIT FUNDS WITH COURT

      Plaintiff and Defendant-in-Counterclaim, American Manufacturers Mutual Insurance Company ("AMMIC") hereby respectfully requests that the Court extend the time period for AMMIC to file with the Court its opposition to North Brookfield's Motion to Require Plaintiff to Deposit Funds With Court. AMMIC asks that the current deadline, which is March 9, 2004, be extended 14 days, up to and including March 23, 2004. Defendant and Plaintiff-in-Counterclaim, the Town of North Brookfield ("North Brookfield") has indicated its assent to this Motion.

      In support of this motion, the Parties state that no unfair prejudice will come to any of the Parties by the allowance of this motion.

      WHEREFORE, AMMIC respectfully requests that the Court grant this Joint Motion to Extend The Time Period To File Opposition of American Manufacturers

# 1751510_v1

Mutual Insurance Company To Motion To Require Plaintiff To Deposit Funds With Court as stated above.

>Respectfully submitted,
>
>American Manufacturers Mutual Insurance Company
>
>By its attorneys,
>
>*Deborah S. Griffin*
>Deborah S. Griffin, BBO #211460
>Jeff D. Bernarducci, BBO #657454
>HOLLAND & KNIGHT LLP
>10 St. James Avenue
>Boston, MA 02116
>Tel:  (617) 523-2700
>Fax: (617) 523-6850

ASSENTED TO:

Town of North Brookfield

By its attorneys,

*Thomas W. McEnaney* DSG
David J. Doneski, BBO #546991
Thomas W. McEnaney, BBO #629130
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA  02116
617) 556-0007

Kieran B. Meagher, BBO #340920
92 Montvale Avenue
Stoneham, MA 02180
(781) 246-1101

March 4, 2004

# 1751510_v1