UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,
                              Plaintiff,

vs.                                                    Civil Action No. 03-40266 NMG

TOWN OF NORTH BROOKFIELD,
                              Defendant.

**EXHIBIT I TO AFFIDAVIT OF RICHARD P. ANASTASIO IN SUPPORT OF
THE OPPOSITION OF AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY TO MOTION TO REQUIRE
PLAINTIFF TO DEPOSIT FUNDS WITH COURT**

NORTH BROOKFIELD JR./SR. HIGH SCHOOL DAILY REPORT
Wednesday, November 06, 2002
Report No. 127
Page 1 of 1

<u>Weather:</u> 7:00 AM 37 degrees --- snow with rain
             Noon 43 degrees ------- overcast and rain
             3:00 PM 42 degrees --- ditto
<u>Digital Photos:</u> None
<u>Visitors:</u> L. Dore and H Aksdal from D & W Vermont on site in the afternoon for a evening building committee meeting.
<u>Meetings:</u> see above.
<u>Inspections:</u> A Swanson on site to check in on any activity that he would be needed for. Per M. Haynes due to the weather most trades would not be working and if any work is completed it would be left open for observation and compaction testing tomorrow morning.
<u>Phone Calls:</u> Spoke with A. Sharff on various occasions to resolve BDG audit on the excavation of unsuitable material. Reviewed the zone areas as presented on the grid lay out drawing and the zone of footing influence required for excavation. He will be faxing me his final figures late this afternoon for an informal presentation to the building committee tonight.
<u>Significant Material Deliveries:</u> EJS received two-lager roll –off containers for material storage today. Mandate delivered a flat bed load of steel for area B.
Several trailer loads of structural fill was delivered for area A along 10 and 12 lines.
<u>Time and Material Slip Work:</u> None.
<u>Special Notes:</u> None.
<u>CONTRACTOR ACTIVITY</u>

<u>E. J. Sciaba</u> – (1) superintendent (M. Haynes), (1) project manager (S. Finneran), (1) assistant super/carpenter foreman (M. Carroll)
<u>EJS equipment</u> – (1) excavator, (2) 30-ton site trucks, (1) 10-ton vibratory roller, (1) small double drum vibratory roller, (1) 30-ton mobile crane (1) site water truck, (1) J D backhoe, (1) D-3 dozer, (1) D-8 dozer, (1) mini excavator.
<u>Mandate / CWS equipment</u> (1) 110 ton truck crane

<u>Section 02200 Excav. Fill & Grade</u> – EJS, crews excavated and compacted additional footing runs in area B along O line from 14 line to 7.1 line and along 7.1 line from O line to P line. In area A crews excavated and compacted column pads at 6/N, L/6&7, J/6&7 and H/6. Several loads of fill were placed and compacted in area A between 10 and 12 lines. Excavated footing runs and placed lifts of fill will be compaction tested tomorrow by YE&T.
<u>Section 02300 Storm Drainage</u> – EJS, no activity
<u>Section 03300 Concrete</u> – EJS, 5 carpenters worked till 9:00 AM forming additional footings along 5' line up to G' and along G' back to about 8' line.
<u>Section 05100 Structural Steel</u> – Mandate/CWS, not on site.
<u>Section 07100 Waterproofing and Damproofing</u> – EJS, no activity
<u>Section 07200 Building Insulation</u> – EJS, no activity
<u>Section 15400 Plumbing</u> – Millis Plumbing, not on site
<u>Section 1600 Electrical</u> – Griffin Electric, not on site.
<u>TOTAL PERSONNEL COUNT</u>
(1) PM, (1) super, (1) assistant super/CF
(5) carpenters (3) operators, (0) ironworkers, (3) laborers, (0) crane operators, (0) crane oiler, (0) plumbers, (0) soils/concrete tech (owner).
Chris Conway


Resident Construction Manager


File:dr11-06-02

NORTH BROOKFIELD JR./SR. HIGH SCHOOL DAILY REPORT
Tuesday, November 12, 2002
Report No. 131
Page 1 of 1

<u>Weather:</u> 7:00 AM 44 degrees --- partly cloudy.
        Noon 47 degrees ------- rain started around 11:00 AM.
        3:00 PM 46 degrees --- rain
<u>Digital Photos:</u> None.
<u>Visitors:</u> E. O'Malley and B. O'Neill at my office for a building walk thru and progress up date.
<u>Meetings:</u> None.
<u>Inspections:</u> A. Swanson from YE&T on site (left at 1:00 pm due to rain and lack of work) for the day.
Monitored excavation and compaction of the main footing drain installation along 6 line and b line.
Monitored and inspected 5,000# concrete placement for area A lower level column footings at L/6&7,
K/6&7 and H/7 lines.
<u>Phone Calls:</u> None.
<u>Significant Material Deliveries:</u> EJS continued to truck in loads of structural fill for stockpiling of material
needed between A and B lines.
<u>Time and Material Slip Work:</u> None.


<u>Special Notes:</u> EJS laid off 1 operating engineer today.
Many of the trades left around noon due to rain starting around 11:00 AM.
<u>CONTRACTOR ACTIVITY</u>

<u>E. J. Sciaba</u> – (1) superintendent (M. Haynes), (1) project manager (S. Finneran), (1) assistant
super/carpenter foreman (M. Carroll)
<u>EJS equipment</u> – (1) excavator, (1) 30-ton site truck, (1) 10-ton vibratory roller, (1) small double drum
vibratory roller, (1) J D backhoe, (1) D-8 dozer, (1) mini excavator (OOS).
<u>Mandate / CWS equipment</u> (1) 110 ton truck crane
<u>Section 02200 Excav. Fill & Grade</u> – EJS, crews continued to excavate for the main footing drain along 6
line and B line and started backfilling and compacting structural fill between A line and B line.
<u>Section 02300 Storm Drainage</u> _ EJS, laborers installed sections of main footing drain along 6 line and B
line.
<u>Section 03300 Concrete</u> – EJS, carpenters with laborers tending started stripping panel forms from the
media center radial foundation wall and along the footing run of 5' line up to H' line. carpenters completed
forming column footings with the ironworkers installing rebar for column at L/6&7, K/6&7 and H/7.
Laborers placed 5,000# concrete at these locations this afternoon.
<u>Section 05100 Structural Steel</u> – Mandate/CWS, (ironworkers left around 11:00 AM due to rain). The
erecting spent most of the morning hoisting and placing roof opening frames for area C. The detailing crew
started installing the roof eve angle along P' line. and started machine snapping connection bolts at area C
roof frame.
<u>Section 07100 Waterproofing and Damproofing</u> – EJS, no activity
<u>Section 07200 Building Insulation</u> – EJS, the first lift of rigid insulation was placed along B line from 6
line to 12 line.
<u>Section 15400 Plumbing</u> – Millis Plumbing, not on site
<u>Section 1600 Electrical</u> – Griffin Electric, continued to place the main electric room below slab conduit
runs and floor sweeps.. Cored P' foundation wall for temporary power run to feed the temporary electrical
service for area C.
<u>TOTAL PERSONNEL COUNT</u>
(1) PM, (1) super, (1) assistant super/CF
(8) carpenters (4) operators, (11) ironworkers, (9) laborers, (1) crane operator, (1) crane oiler, (3)
electricians, (1) soils/concrete tech (owner).
Chris Conway


Resident Construction Manager                    File:dr11-12-02

NORTH BROOKFIELD JR./SR. HIGH SCHOOL DAILY REPORT
Wednesday, November 13, 2002
Report No. 132
Page 1 of 2

**Weather:** 7:00 AM 43 degrees --- rain/see special notes below
Noon 45 degrees ------- rain
3:00 PM 43 degrees --- rain

**Digital Photos:** None

**Visitors:** P. Shipman inquiring about adding a security light to the parking lot behind the elementary school. One was removed due to its location near A and 1 line. I advised adding a new light is fine but it is not the responsibility of the contractor and that he should work with the light company directly to get a new one install until the site lighting was completed.

**Meetings:** None.

**Inspections:** None, due to a rain out today.

**Phone Calls:** None.

**Significant Material Deliveries:** EJS continued to haul in loads of structural fill and stockpile it for the area between A line and 1 line.

**Time and Material Slip Work:** None

**Special Notes:** The area received a substantial amount of rain last night and this morning. A footing washout occurred at the corner of O and 14 line. The washout consisted of about 6 sq. ft. of area under the outer corner of the footing. The contractor excavated away the footing and dug in a deeper well point to relieve the underlining water build up. The area will be pumped down and stone will be placed up the footing level. The washed out area will be cleaned of loose material and be dry packed with tight concrete. Due to the amount of rain received last night most trades did not work today and of the ones that did work some of them left at noon.

CONTRACTOR ACTIVITY

E. J. Sciaba – (1) superintendent (M. Haynes), (1) project manager (S. Finneran), (1) assistant super/carpenter foreman (M. Carroll)

EJS equipment – (1) excavator, (1) 30-ton site trucks, (1) 10-ton vibratory roller, (1) small double drum vibratory roller, (1) J D backhoe, (1) D-3 dozer, (1) D-8 dozer, (1) mini excavator (OOS) (1) 30-ton travel crane.

Mandate / CWS equipment (1) 110 ton truck crane

Section 02200 Excav. Fill & Grade – EJS, excavated for another deeper well point at the corner of O and 14 line (see above). Stocked piled structural fill for the high wall back fill between a line B line and 1 and 6 lines. Excavated for column footings at D/7&10 lines and F/8&10 lines. Excavated additional footings along G line from 10 to 12 line. Laborers continued to pump down the pond and well points along 10 line and O/14 corner.

Section 02300 Storm Drainage _ EJS, no activity

Section 03300 Concrete – EJS, carpenters and laborers completed stripping the inside and out side forms of the media center radial wall. The crane and laborers hoisted form panels from the inside and out side of the radial wall. Carpenters with laborers tending stripped footing forms from along O line and the interior column footings that were poured yesterday. Laborers and carpenters set leveling plates along 7.1 line and at column footings at O/6 and P/6 lines.

Section 05100 Structural Steel – Mandate/CWS, not on site

Section 07100 Waterproofing and Damproofing – EJS no activity

Section 07200 Building Insulation – EJS, no activity

Section 15400 Plumbing – Millis Plumbing, not on site

Section 1600 Electrical – Griffin Electric, not on site.

NORTH BROOKFIELD JR./SR. HIGH SCHOOL DAILY REPORT
Wednesday, November 13, 2002
Report No. 132
Page 2 of 2


<u>TOTAL PERSONNEL COUNT</u>
(1) PM, (1) super, (1) assistant super/CF
(5) carpenters (3) operators, (0) ironworkers, (5) laborers, (1) crane operator, (0) crane oiler, (0)
soils/concrete tech (owner).

Chris Conway


Resident Construction Manager

File:dr11-13-02

NORTH BROOKFIELD JR./SR. HIGH SCHOOL DAILY REPORT
Friday, November 22, 2002
Report No. 139
Page 1 of 1

Weather: 7:00 AM 40 degrees --- rain and fog
　　　　　　Noon 50 degrees ------- ditto
　　　　　　3:00 PM 48 degrees --- ditto
Digital Photos: None
Visitors: None
Meetings: None
Inspections: A. Swanson from YE&T on site for a half day (left at 10:30 AM) Monitored truck placement of 4,000# concrete for low wall foundation placement along 10 line from J.5 line to about h line.
Phone Calls: None.
Significant Material Deliveries: None.
Time and Material Slip Work: None.

Special Notes: The crew was very limited today due to the rain and weather conditions.
EJS hooked up a large permanent diesel powered water pump at the drainage pond today.
CONTRACTOR ACTIVITY

E. J. Sciaba – (1) superintendent (M. Haynes), (1) project manager (S. Finneran), (1) assistant super/carpenter foreman (M. Carroll)
EJS equipment – (1) excavator, (1) 30-ton site truck, (1) 10-ton vibratory roller, (1) small double drum vibratory roller, (1) small plate compactor, (1) J D backhoe, (1) D-8 dozer, (1) mini excavator (OOS).
Mandate / CWS equipment (1) 110 ton truck crane

Section 02200 Excav. Fill & Grade – EJS, crew worked mostly on site clean up and hooking up a large permanent water pump at the drainage pond.
Section 02300 Storm Drainage _ EJS, no activity
Section 03300 Concrete – EJS, laborers trucked placed 4,000# concrete for foundation walls along 10 line from J line to about H line. Carpenters stripped wall forms from the main entrance foundation walls and footing runs along 12 line and G line. a carpenter and laborer also placed leveling plates along T and O line.
Section 05100 Structural Steel – Mandate/CWS, not on site
Section 07100 Waterproofing and Dampproofing – EJS no activity
Section 07200 Building Insulation – EJS, no activity
Section 15400 Plumbing – Millis Plumbing, not on site

Section 1600 Electrical – Griffin Electric, 1 & 1 installed wall mounted panel boxes in the main electric room and did conduit run layout for area C under slab piping.

TOTAL PERSONNEL COUNT
(1) PM, (1) super, (1) assistant super/CF
(7) carpenters (2) operators, (0) ironworkers, (9) laborers, (0) crane operator, (0) crane oiler, (2) electricians, (1) soils/concrete tech (owner / half day).

Chris Conway


Resident Construction Manager

File:dr11-22-02

NORTH BROOKFIELD JR./SR. HIGH SCHOOL DAILY REPORT
Wednesday, November 27, 2002
Report No. 142
Page 1 of 1

**Weather:** 7:00 AM 28 degrees --- snow, snow end around 11:00 AM
        Noon 33 degrees ------- cloud.
        3:00 PM 30 degrees --- broken clouds with a mix of intermitting sun
Digital Photos: None
Visitors: None
Meetings: None
Inspections: A. Swanson from YE&T on site at 7:30 AM to check if any soils work or concrete work will be placed. Due to the snow he was released and went to his office for the balance of the day.
Phone Calls: Spoke to L. Dore and J. Dore regarding rumors that E. J. Sciaba was in $$$ trouble on some of their other projects. J. Dore advised that D&W would forward a letter to EJS requiring on a quarterly basis that they provide copies of lien weavers with their monthly payment application.
Significant Material Deliveries: None
Time and Material Slip Work: None

**Special Notes:** The project was basically shut down today due to the days snowfall. A hand full of carpenters, equipment operators and laborers worked a half-day. All workers left at noon.

CONTRACTOR ACTIVITY

E. J. Sciaba – (1) superintendent (M. Haynes), (1) project manager (S. Finneran), (1) assistant super/carpenter foreman (M. Carroll)
EJS equipment – (1) excavator, (1) 30-ton site truck, (1) 10-ton vibratory roller, (1) small double drum vibratory roller, (1) small plate compactor, (1) J D backhoe, (1) D-8 dozer, (1) mini excavator (OOS).
Mandate / CWS equipment (1) 110 ton truck crane

Section 02200 Excav. Fill & Grade – EJS, 3 operators worked a half-day servicing and greasing the equipment.
Section 02300 Storm Drainage _ EJS, no activity
Section 03300 Concrete – EJS, 6 carpenters and 6 laborers worked a half-day stripping forms from yesterdays placement.
Section 05100 Structural Steel – Mandate/CWS, no activity
Section 07100 Waterproofing and Damproofing – EJS no activity
Section 07200 Building Insulation – EJS, no activity
Section 15400 Plumbing – Millis Plumbing, not on site.
Section 1600 Electrical – Griffin Electric, not on site

TOTAL PERSONNEL COUNT
(1) PM, (1) super, (1) assistant super/CF
(6) carpenters (3) operators, (0) ironworkers, (6) laborers, (0) crane operator, (0) crane oiler, (0) electricians, (0) soils/concrete tech (owner).

Chris Conway


Resident Construction Manager

File:dr11-27-02

NORTH BROOKFIELD JR./SR. HIGH SCHOOL DAILY REPORT
Tuesday, December 03, 2002
Report No. 146
Page 1 of 2

**Weather:** 7:00 AM 9 degrees --- cold and windy. The area received 3" of new snow last night.
Noon 16 degrees ------ ditto
3:00 PM 14 degrees – cold with diminishing winds
**Digital Photos:** None.
**Visitors:** Tom Hass from Hass Photography was on site this morning to take EJS's required monthly (December) construction progress photos. He did not provide EJS with Novembers photos until he receives from them payment for September and Octobers photos. Payment on this line to EJS will be with held on Novembers requisition unless the photos for November are provided.
**Meetings:** EJS held a subcontractors coordination meeting this morning. The following are the subcontractor that I saw attending the meeting KMD, Griffin Electric, Millis Plumbing. There were others but I was not advised by EJS who attended their meeting.
**Inspections:** A. Swanson on site till 10:50 AM. He was to monitor the placement of stone inside the media center radius wall and backfill on the out side of the media center wall. This activity did not take place due to equipment breakdown.
**Phone Calls:** None.
**Significant Material Deliveries:** EJS took delivery of trailer loads of 1" minus washed stone for placement inside the media center radius wall. 400 c/y are required for this area, amounts delivered today area unknown.
**Time and Material Slip Work:** None.
**Special Notes:** EJS had problems with the JD excavator this morning. The piece was out of service until about 1:30 this afternoon.
**CONTRACTOR ACTIVITY**

**E. J. Sciaba** – (1) superintendent (M. Haynes/not on site today), (1) project manager (S. Finneran), (1) assistant super/carpenter foreman (M. Carroll)
**EJS equipment** – (1) excavator, (1) 10-ton vibratory roller, (1) small double drum vibratory roller, (1) small plate compactor, (1) J D backhoe, (1) D-8 dozer, (1) mini excavator (OOS).
**Mandate / CWS equipment** (1) 110 ton truck crane

**Section 02200 Excav. Fill & Grade** – EJS, very little excavation or backfill work took place due to the very low temperatures this morning. EJS had scheduled backfilling the interior and exterior of the media center radius wall but the JD excavator broke down first thing in the morning. Backfilling of the interior of the media center started around 2:00 this afternoon with 1" minus stone. The laborers removed the snow and frost build up this morning.
**Section 02300 Storm Drainage** _ EJS, no activity
**Section 03300 Concrete** – EJS, carpenters with laborers tending completed forming the last section of area A low wall running along 10 line from G.2 line to H.9 line. The section was tented in with heaters set up and placement of concrete will take place tomorrow. Laborers worked on general clean up and consolidation of form panels. The carpenters continued framing the warming shack this afternoon. Ironworkers completed the 10-line low wall rebar prior to the carpenters erecting wall panels. The balance of the day the ironworkers cleaned up and consolidated remaining pieces of rebar at the lower level of area A.
**Section 05100 Structural Steel** – Mandate/CWS, the detailing crew did not start this morning. The raising crew 1 & 4 worked until 11:00 AM erecting roof level beams from A'/R.4 line to T line between 2 line and 7.1 line.
**Section 07100 Waterproofing and Damproofing** - EJS
**Section 07200 Building Insulation** – EJS, a lift of 2" rigid was placed along the media center interior face of the media center radius wall and along 2 line between the radius wall.
**Section 15400 Plumbing** – Millis Plumbing, not on site
**Section 1600 Electrical** – Griffin Electric, not on site.

NORTH BROOKFIELD JR./SR. HIGH SCHOOL DAILY REPORT
Tuesday, December 03, 2002
Report No. 146
Page 2 of 2


<u>TOTAL PERSONNEL COUNT</u>
(1) PM, (1) assistant super/CF
(7) carpenters (3) operators, (7) ironworkers (EJS 3 ironworkers were on site for the full day, CWS's
detailing crew did not start & the 5 man raising gang left at 11:00 AM), (11) laborers, (1) crane operator /
half day, (1) crane oiler / half day, (1) soils/concrete tech (owner/half day).

Chris Conway


Resident Construction Manager

File:dr

NORTH BROOKFIELD JR./SR. HIGH SCHOOL DAILY REPORT
Friday, December 06, 2002
Report No. 149
Page 1 of 2


Weather: 7:00 AM 24 degrees --- light snow turning to flurries
         Noon 30 degrees ------- mix of sun and clouds
         3:00 PM 32 degrees --- ditto
Digital Photos: None
Visitors: None
Meetings: EJS held a meeting this morning with a company called Mecca Construction. EJS had a drawing review with them to assist in Mecca pricing the light gage metal framing, metal stud and gypsum wallboard package to EJS. It appears that EJS will be subcontracting this work to Mecca const.
Inspections: A. Swanson on site fro the full day (left at 2:00 PM). Monitored frost removal excavation and compaction of footings along 2 line from F to E, E line from 2 to 1 line and 1 line from E to D line and pier footing at B/# line. Also monitored placement of 4,000# concrete at footing run along A line from 6 line to 1.8 line and pier footing at B/3 line.
Phone Calls: None.
Significant Material Deliveries: None
Time and Material Slip Work: None


Special Notes: The project received about 4.5" of snow yesterday and last night.
CWS's crews did not start today due to last night's snowfall.


CONTRACTOR ACTIVITY


E. J. Sciaba – (1) superintendent (M. Haynes), (1) project manager (S. Finneran), (1) assistant super/carpenter foreman (M. Carroll)
EJS General Conditions – 1 carpenter worked on framing a caged corral for propane bottle gas storage.
EJS equipment – (1) excavator, (1) 10-ton vibratory roller, (1) small double drum vibratory roller, (1) small plate compactor, (1) J D backhoe, (1) D-8 dozer, (1) mini excavator.
Mandate / CWS equipment (1) 110 ton truck crane


Section 02200 Excav. Fill & Grade – EJS, 1 operator and the backhoe worked on snow removal and sanding most of the day. The excavator worked on frost removal and footing excavation at area A (see inspections above for location).
Section 02300 Storm Drainage _ EJS, no activity
Section 03300 Concrete – EJS, carpenters stripped wall panels from Wednesday's placement along 10 line. The laborers covered the section with thermal blankets after the panels were removed. Carpenters started erecting wall panels along 2 line from H.5 line up to F line and erected footing forms along 2 line from F to E, E line from 2 to 1 line and at 1 line from E to D line. The laborers covered the open footing forms with thermal blankets at the end of the day. Laborers placed 4,000# concrete at area A footings and pier footing (see inspections above for location). Today's placements were covered and heated after concrete was placed.
Section 05100 Structural Steel – Mandate/CWS, (see special notes above) the two foreman for CWS stayed the day and removed snow cover from roof edge bent metal closure bundles and columns and beams that were stored at ground level.
Section 07100 Waterproofing and Dampproofing – EJS no activity
Section 07200 Building Insulation – EJS, no activity
Section 15400 Plumbing – Millis Plumbing, not on site
Section 1600 Electrical – Griffin Electric, not on site

NORTH BROOKFIELD JR./SR. HIGH SCHOOL DAILY REPORT
Friday, December 06, 2002
Report No. 149
Page 2 of 2

TOTAL PERSONNEL COUNT
(1) PM, (1) super, (1) assistant super/CF
(5) carpenters (2) operators, (2) ironworkers (EJS-2, CWS-2), (7) laborers, (0) crane operator, (0) crane oiler, (1) soils/concrete tech (owner).

Chris Conway


Resident Construction Manager

File:dr12-06-02

NORTH BROOKFIELD JR./SR. HIGH SCHOOL DAILY REPORT
Monday, December 09, 2002
Report No. 150
Page 1 of 1

Weather: 7:00 AM 6 degrees --- cold and sunny
          Noon 21 degrees ----- ditto
          3:00 PM 24 degrees --- ditto
Digital Photos: None.
Visitors: None.
Meetings: None.
Inspections: A. Swanson from YE&T not on site today. Called in sick this morning.
Phone Calls: Spoke to J. Thompson, H. Aksdal and L. Dore regarding GGD and the questions that we have been waiting for them to respond to. Per the above GGD will be responding to the issues with in the next few days. Refer to D&W memo of 11-26-02 for the list of issues. Per the above GGD will be responding to the issues with a few days.
Significant Material Deliveries: None.
Time and Material Slip Work: None.
Special Notes: due to the unusual early cold weather we have been receiving the current ground frost depth averages 16" to 18".
CONTRACTOR ACTIVITY

E. J. Sciaba – (1) superintendent (M. Haynes), (1) project manager (S. Finneran), (1) assistant super/carpenter foreman (M. Carroll)
EJS equipment – (1) excavator, (1) 10-ton vibratory roller, (1) small double drum vibratory roller, (1) small plate compactor, (1) J D backhoe, (1) D-8 dozer, (1) mini excavator.
Mandate / CWS equipment (1) 110 ton truck crane

Section 02200 Excav. Fill & Grade – EJS, no structural fill work was undertaken today due to the depth of the ground frost. The two operators worked mostly on general clean up of the site.
Section 02300 Storm Drainage _ EJS, no activity
Section 03300 Concrete – EJS, carpenters with laborers tending erected the inboard face of wall forms along 2 line from H.5 line to F line. Ironworkers erected wall rebar along 2 line from H.5 to F Carpenters also formed the grade beam pier at B/4 line. This location was tented pre-heated and concrete placed in the early afternoon. The location will be heated for proper concrete curing. Laborers consolidated the balance of rented form panels and accessories and trailer loaded them with the operators for return and off rental.
Section 05100 Structural Steel – Mandate/CWS, the raising gang 1 & 4 erected the balance of the gym perimeter tub columns and tube beams. Also started the column steal and roof beams above the administration offices between D.2 & G' lines and 5' and 10 lines. The detailing crew 1 and 5 set the roof edge angle along 7' line, hoisted and set the diagonal brace for BF #4 and spread and welded some of the metal decking above H' line between 7' and 12' lines.
Section 07100 Waterproofing and Damproofing – EJS no activity
Section 07200 Building Insulation – EJS, no activity
Section 15400 Plumbing – Millis Plumbing, not on site
Section 1600 Electrical – Griffin Electric, not on site

TOTAL PERSONNEL COUNT
(1) PM, (1) super, (1) assistant super/CF
(5) carpenters (2) operators, (12) ironworkers (EJS-2, CWS-12), (7) laborers, (1) crane operator, (1) crane oiler.

Chris Conway


Resident Construction Manager
File:dr12-09-02

NORTH BROOKFIELD JR./SR. HIGH SCHOOL DAILY REPORT
Thursday, December 12, 2002
Report No. 153
Page 1 of 2

Weather: 7:00 AM 34 degrees --- 4" of new wet snow
              Noon 38 degrees ------- cloudy
              3:00 PM 39 degrees --- cloudy
Digital Photos: None.
Visitors: J. Crisafulli from Crisafulli Associates, G. L'Heureux from CCR and H. Aksdal on site for a
meeting with Ed O'Malley
Meetings: The above attended a working meeting to review and discuss the FF&E package and the
technology equipment package. H. Aksdal will be issuing minutes of this meeting. Refer to them for
additional information.
Inspections: A. Swanson was told yesterday he would not be needed today. A. S. was here to pick up
concrete cylinders from yesterday's placement. The project should not be charge for anything but the
pickup for today.
Phone Calls: Contacted YE&T to schedule A. Swanson for a half day tomorrow.
Spoke to L. Dore regarding the issue with eliminating the sprinkler heads in the electric rooms He stated
that Manny Garcia has minutes of meeting with the fire chief, the electrical inspector and the building
inspector directing GGD to provide sprinkler in the electrical room (refer to report # 152).
Significant Material Deliveries: None.
Time and Material Slip Work: None.

Special Notes: I met with the foreman from Millis Plumbing this afternoon to verify stored material that
was requisitioned for on the November requisition. The material is here and the payment for the line items
is OK.
M. Haynes told me late this afternoon that CWS will be laying off all the detailing crew tomorrow and will
be subcontracting the detailing out to another company. Stayed tuned.
As of today there is now 20 plus inches of ground frost through out the site.

CONTRACTOR ACTIVITY

E. J. Sciaba – (1) superintendent (M. Haynes), (1) project manager (S. Finneran), (1) assistant
super/carpenter foreman (M. Carroll)
EJS equipment – (1) excavator, (1) 10-ton vibratory roller, (1) small double drum vibratory roller, (1) small
plate compactor, (1) J D backhoe, (1) D-8 dozer, (1) mini excavator.
Mandate / CWS equipment - (1) 110 ton truck crane, (1) telescoping boom lift.

Section 02200 Excav. Fill & Grade – EJS, the excavator worked to remove ground frost at footing runs
along 1 line and the A line from 1 line to 1.8 line. The footing run was backfilled and compacted with new
unfrozen structural fill and covered with thermal blankets for the night.
Section 02300 Storm Drainage - EJS, no activity
Section 03300 Concrete – EJS, Carpenters stripped form hardware from yesterday's placement and formed
footings along 1 line. A crew of one laborer and one carpenter set leveling plates along 2 line and A line
where heat tents were located from yesterday's placement. The laborers worked on general clean up of
form materials at area A. and maintained the heaters at the tented locations.
Section 05100 Structural Steel – Mandate/CWS, only 4 men worked today. The balance of the crew either
didn't show up or went home due to last nights snow (see special notes above). This crew strung cable for
plumbing of steel for a section of area B between D" line and T line and from 5' line out to 18'/B" lines.
Section 07100 Waterproofing and Dampproofing – EJS, no activity
Section 07200 Building Insulation – EJS, no activity
Section 15400 Plumbing – Millis Plumbing, foreman was on site in the afternoon to meet with me and
review stored material.

NORTH BROOKFIELD JR./SR. HIGH SCHOOL DAILY REPORT
Thursday, December 12, 2002
Report No. 153
Page 1 of 2

Section 1600 Electrical – Griffin Electric, not on site.

TOTAL PERSONNEL COUNT
(1) PM, (1) super, (1) assistant super/CF
(4) carpenters (1) operators, (4) ironworkers (EJS-0, CWS-4), (7) laborers, (0) crane operator, (0) crane oiler.

Chris Conway


Resident Construction Manager

File:dr12-12-02

NORTH BROOKFIELD JR./SR. HIGH SCHOOL DAILY REPORT
Monday, December 16, 2002
Report No. 155
Page 1 of 2

**Weather:** 7:00 AM 34 degrees --- snow
    Noon 34 degrees ------- snow flurries ending around 1:00 PM (4" total)
    3:00 PM 28 degrees --- broken sun and clouds
**Digital Photos:** None
**Visitors:** None
**Meetings:** None
**Inspections:** A. Swanson on site as scheduled. EJS decided not to work on soil at area A due to this mornings snow fall. YE&T half-day rate.
**Phone Calls:** Contacted YE&T to reschedule A. S. for tomorrow.
Spoke to Tom Barden (Dore & Whittier schedule consultant) advised he as to the current status of construction schedule items.
Called Chris Purinton and cancelled his scheduled inspection until further notice (due to the current situation with CWS)
**Significant Material Deliveries:** Metal Decking for area A was delivered to the site this morning. CWS did not unload the delivery due to the weather conditions.
Griffin Electric received the full order of cable trays for the project this morning and a large on site storage container.
Mecca Construction received a load of exterior wall metal stud, dens board for area C exterior walls and a site trailer this morning.
**Time and Material Slip Work:** None.

**Special Notes:** CWS general and detailing foremen had a verbal confrontation with S. Finneran this morning regarding the unloading area A metal decking. The two foremen quite the job due and left their truck and equipment on site. We'll see what tomorrow brings.
Due to this mornings weather most trades did not work and left the site at 7:00 am or after coffee break.

## CONTRACTOR ACTIVITY

**E. J. Sciaba** – (1) superintendent (M. Haynes), (1) project manager (S. Finneran), (1) assistant super/carpenter foreman (M. Carroll)
**EJS equipment** – (1) excavator, (1) 10-ton vibratory roller, (1) small double drum vibratory roller, (1) small plate compactor, (1) J D backhoe, (1) D-8 dozer, (1) mini excavator.
**Mandate / CWS equipment** - (1) 110 ton truck crane, (1) telescoping boom lift.

**Section 02200 Excav. Fill & Grade** – EJS, leveled and graded a crane set up area for area lower level and worked on site snow removal and sanding.
**Section 02300 Storm Drainage** - EJS, no activity
**Section 03300 Concrete** – EJS, there was no concrete activity due to today's weather conditions. Some laborers did work on consolidating hand set panel forms and prepared them of shipping back to the rental company or EJS yard.
**Section 04200 Masonry** – EJS, a mason and laborer foreman delivered staging tubs and miscellaneous tools to the site this morning and spent the rest of the day going over the drawings, submittals and the specifications. They are scheduled to erect the sample panel tomorrow, weather permitting.
**Section 05100 Structural Steel** – Mandate/CWS, (see special notes above) 6 men started this morning they set the last gym long span joist and placed the gym metal decking on the joist. The crew left after coffee break.
**Section 05400 Lt. Gage Metal Framing** – Mecca, 1 carpenter and 2 laborers unloaded a delivery of structural stud and exterior dens glass wallboard for area C this morning and received and set up a site trailer for job use.
**Section 07100 Waterproofing and Damproofing** – EJS, no activity
**Section 07200 Building Insulation** – EJS, no activity

NORTH BROOKFIELD JR./SR. HIGH SCHOOL DAILY REPORT
Monday, December 16, 2002
Report No. 155
Page 2 of 2

Section 15400 Plumbing – Millis Plumbing, not on site
Section 1600 Electrical – Griffin Electric, 1 foreman and a helper received and unloaded a full order of
cable tray for the project. A large site storage container was delivered and set up for storage of delivered
materials. Material and stock presently stored on the trailer box/office were relocated to the storage
container.

TOTAL PERSONNEL COUNT
(1) PM, (1) super, (1) assistant super/CF
(4) carpenters (gone at 9:00 AM), (2) operators, (6) ironworkers (gone at 9:00 AM.-/EJS-2, CWS-13), (10)
laborers, (1) crane operator(gone at 9:00 AM), (1) crane oiler, (1) masons, (2) electricians, (1)
soils/concrete tech (owner/half day.

Chris Conway


Resident Construction Manager

File:dr12-16-02

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,
                          Plaintiff,

vs.                                         Civil Action No. 03-40266 NMG

TOWN OF NORTH BROOKFIELD,
                          Defendant.

**EXHIBIT J TO AFFIDAVIT OF RICHARD P. ANASTASIO IN SUPPORT OF
THE OPPOSITION OF AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY TO MOTION TO REQUIRE
PLAINTIFF TO DEPOSIT FUNDS WITH COURT**

| Activity ID | Activity Description | Orig Dur | Rem Dur | % | Early Start | Early Finish | Total Float |
|---|---|---|---|---|---|---|---|
| SET005 | NOTICE TO PROCEED | 1 | 0 | 100 | 18APR02A | 18APR02A | |
| SET010 | MOBILIZE | 5 | 0 | 100 | 18APR02A | 25APR02A | |
| SITP1005 | INSTALL EROSION & SEDIMENT CONTROL | 5 | 0 | 100 | 11APR02A | 17APR02A | |
| SITP1010 | ROUGH GRADE BLDG. AREA | 9 | 0 | 100 | 25APR02A | 07MAY02A | |
| SITP1015 | LAYOUT LIMIT OF WORK AND EROSION LINES | 1 | 0 | 100 | 01MAY02A | 03MAY02A | |
| SITP1020 | LAYOUT DETENTION POND AND ACCESS ROADS | 5 | 0 | 100 | 01MAY02A | 07MAY02A | |
| SITP1035 | EXCAVATE AMD GRADE TEMP DETENTION POND | 5 | 0 | 100 | 02MAY02A | 08MAY02A | |
| SITP1025 | STRIP AND STOCKPILE TOPSOIL (BLDG AREA) | 5 | 0 | 100 | 20MAY02A | 28MAY02A | |
| SITP1030 | STRIP AND ROUGH GRADE ACCESS ROADS | 5 | 0 | 100 | 30MAY02A | 10JUN02A | |
| SITP1075 | E & B FOR GAS LINE (INSTALL BY OTHERS) | 20 | 5 | 75 | 12AUG02A | 24MAR03 | -6 |
| SITP1060 | E&B NEW ELEC. PRIMARY DUCT BANK | 180 | 45 | 75 | 19AUG02A | 03DEC02 | 59 |
| SITP1070 | E & B NEW TELEPHONE DUCT BANK | 30 | 12 | 60 | 28FEB03 | 17MAR03 | 0 |
| SITP1065 | INSTALL SITE DRAINAGE & UTILS SOUTH SIDE | 21 | 11 | 50 | 17JUL02A | 15OCT02 | 99 |
| SITP1055 | INSTALL NEW WATER LINE | 40 | 28 | 30 | 08JUL02A | 07NOV02 | 87 |
| SITP1045 | INSTALL SITE DRAINAGE AND UTILS EAST SIDE | 30 | 24 | 20 | 09JUL02A | 01NOV02 | 99 |
| SITP1050 | INSTALL NEW SEWER LINE | 36 | 31 | 14 | 08JUL02A | 12NOV02 | 87 |
| SUBOA215 | A: FORM, POUR, AND STRIP HIGH WALL FOOTINGS | 6 | 6 | 0 | 26JUL02A | 02AUG02A | |
| SUBOA246 | A: COMPLETION OF FOUNDATION IN AREA "A" | 1 | 1 | 100 | | 24OCT02A | |
| SUBOA225 | A: FORM, POUR AND STRIP HIGH WALLS | 21 | 2 | 90 | 30AUG02A | 24OCT02A | 79 |
| SUBOA205 | A: EXCAVATE FOOTING | 12 | 5 | 60 | 15JUL02A | 04OCT02 | 43 |
| SUBOA240 | A: BACKFILL FOR INTERIOR FOOTINGS | 5 | 2 | 60 | 28OCT02 | 04OCT02 | 40 |
| SUBOA221 | A: EXCAVATE UNSUITABLE SOIL (CCD) | 15 | 8 | 50 | 30SEP02 | 10OCT02 | 43 |
| SUBOA210 | A: FORM, POUR, AND STRIP LOW WALL FOOTINGS | 10 | 10 | 0 | 04OCT02 | 13OCT02 | 59 |
| SUBOA220 | A: FORM, POUR AND STRIP LOW WALLS | 14 | 14 | 0 | 14OCT02 | 27OCT02 | 40 |
| SUBOA245 | A: FORM AND POUR INTERIOR FOOTINGS | 5 | 5 | 0 | 30OCT02 | 05NOV02 | 40 |
| SUBOA230 | A: DAMPPROOF AND INSULATE WALLS | 5 | 5 | 0 | 30OCT02 | 05NOV02 | 53 |
| SUBOA235 | A: INSTALL FOOTING DRAINS | 5 | 5 | 0 | 30OCT02 | 05NOV02 | 53 |
| SUBOA255 | A: BACKFILL FOR SLAB ON GRADE | 6 | 6 | 0 | 06NOV02 | 13NOV02 | 40 |
| SUBOA242 | A: BACKFILL EXTERIOR WALLS | 5 | 5 | 0 | 06NOV02 | 12NOV02 | 53 |
| SUBOA250 | A: INSTALL UNDERGROUND UTILITIES | 14 | 14 | 0 | 12NOV02 | 02DEC02 | 40 |
| SUBOA265 | A: PLACE SLAB ON GRADE | 5 | 5 | 0 | 03DEC02 | 09DEC02 | 40 |

Start Date 01APR02
Finish Date 14NOV03
Data Date 30SEP02
Run Date 02MAR04 17:08

Legend: Early Bar, Progress Bar, Critical Activity

H900 — E.J. SCIABA CONTRACTING CO., INC.
NORTH BROOKFIELD JR/SR HIGH SCHOOL
LOGIC WORKING LAYOUT

ARNOLD ENGINEERING CO., INC.
Revision | Checked | Approved | Date
Sheet 1 of 8

© Primavera Systems, Inc.

| Activity ID | Activity Description | Orig Dur | Rem Dur | % | Early Start | Early Finish | Total Float |
|---|---|---|---|---|---|---|---|
| SUBOB210 | B: FORM, POUR, AND STRIP HIGH WALL FOOTINGS | 14 | 0 | 100 | 26JUL02A | 08AUG02A | |
| SUBOB220 | B: FORM,POUR AND STRIP HIGH WALLS | 14 | 0 | 100 | 28AUG02A | 13SEP02A | |
| SUBOB226 | B: COMPLETION OF FOUNDATION IN AREA "B" | 0 | 0 | 100 | | 25OCT02A | |
| SUBOB206 | B: EXCAVATE FOOTING | 14 | 1 | 95 | 19JUL02A | 04OCT02 | 54 |
| SUBOB215 | B: FORM, POUR AND STRIP LOW WALL FOOTINGS | 30 | 3 | 80 | 16SEP02A | 06OCT02 | 226 |
| SUBOB241 | B: EXCAVATE/UNSUITABLE FILL (CCD) | 30 | 15 | 50 | 02SEP02A | 21OCT02 | 277 |
| SUBOB240 | B: BACKFILL FOR INTERIOR FOOTINGS | 5 | 3 | 50 | 04OCT02 | 09OCT02 | 54 |
| SUBOB230 | B: DAMP PROOF AND INSULATE WALLS | 5 | 3 | 35 | 28OCT02 | 30OCT02 | 265 |
| SUBOB225 | B: FORM, POUR AND STRIP LOW WALLS | 21 | 21 | 0 | 07OCT02 | 27OCT02 | 226 |
| SUBOB250 | B: INSTALL UNDERGROUND UTILITIES | 14 | 14 | 0 | 10OCT02 | 29OCT02 | 54 |
| SUBOB245 | B: FORM AND POUR INTERIOR FOOTINGS | 10 | 10 | 0 | 10OCT02 | 23OCT02 | 268 |
| SUBOB260 | B: SPECIAL WALL COATING/ELEVATOR | 3 | 3 | 0 | 28OCT02 | 30OCT02 | 157 |
| SUBOB235 | B: INSTALL FOOTING DRAINS / UNDERSLAB DRAINS | 5 | 5 | 0 | 28OCT02 | 01NOV02 | 263 |
| SUBOB265 | B: PLACE SLAB ON GRADE | 5 | 5 | 0 | 30OCT02 | 05NOV02 | 54 |
| SUBOB255 | B: BACKFILL FOR SLAB ON GRADE | 7 | 7 | 0 | 30OCT02 | 07NOV02 | 264 |
| SUBOB242 | B: BACKFILL EXTERIOR WALLS | 5 | 5 | 0 | 04NOV02 | 08NOV02 | 263 |
| SUBOC210 | C: FORM, POUR AND STRIP HIGH WALL FOOTINGS | 21 | 0 | 100 | 03JUL02A | 22JUL02A | |
| SUBOC211 | C: LEDGE REMOVAL AREA "C" (CCD) | 15 | 0 | 100 | 04JUL02A | 27SEP02A | |
| SUBOC220 | C: FORM, POUR AND STRIP HIGH WALLS | 21 | 0 | 100 | 22JUL02A | 17SEP02A | |
| SUBOC225 | C: FORM, POUR AND STRIP LOW WALLS | 14 | 0 | 100 | 27JUL02A | 30AUG02A | |
| SUBOC226 | C: EXCAVATE UNSUITABLE SOIL (CCD) | 15 | 0 | 100 | 23AUG02A | 09SEP02A | |
| SUBOC230 | C: DAMPPROOF AND INSULATE WALLS | 3 | 3 | 100 | 05SEP02A | 19SEP02A | |
| SUBOC255 | C: BACKFILL FOR SLAB ON GRADE | 7 | 0 | 100 | 12SEP02A | 30SEP02A | |
| SUBOC227 | C: COMPLETION OF FOUNDATION IN AREA "C" | 0 | 0 | 100 | | 30SEP02A | |
| SUBOC205 | C: EXCAVATE FOOTING | 12 | 1 | 90 | 26JUN02A | 30SEP02 | 14 |
| SUBOC235 | C: INSTALL FOOTING DRAINS | 5 | 2 | 70 | 26SEP02A | 08OCT02 | 28 |
| SUBOC215 | C: FORM, POUR AND STRIP LOW WALL FOOTINGS | 5 | 3 | 60 | 20JUL02A | 06OCT02 | 21 |
| SUBOC240 | C: BACKFILL FOR INTERIOR FOOTINGS | 5 | 4 | 50 | 10SEP02A | 14OCT02 | 28 |
| SUBOC242 | C: BACKFILL EXTERIOR WALLS | 5 | 4 | 15 | 10OCT02 | 15OCT02 | 35 |
| SUBOC245 | C: FORM AND POUR INTERIOR FOOTINGS | 8 | 8 | 5 | 05SEP02A | 24OCT02 | 28 |
| SUBOC250 | C: INSTALL UNDERGROUND UTILITIES | 8 | 4 | 5 | 25OCT02 | 30OCT02 | 28 |
| SUBOC265 | C: PLACE SLAB ON GRADE | 5 | 5 | 0 | 31OCT02 | 06NOV02 | 28 |
| SUPOA336 | A: BUILDING WEATHER TIGHT AREA "A" | 0 | 0 | 100 | | 27FEB03A | |
| SUPOA305 | A: ERECT STEEL | 14 | 14 | 0 | 12NOV02 | 02DEC02 | 14 |

Legend:
▬ Early Bar
▬ Progress Bar
▬ Critical Activity

Start Date 01APR02
Finish Date 14NOV03
Data Date 30SEP02
Run Date 02MAR04 17:08

H800

E.J. SCIABA CONTRACTING CO., INC.
NORTH BROOKFIELD JR/SR HIGH SCHOOL
LOGIC WORKING LAYOUT

Sheet 2 of 8

ARNOLD ENGINEERING CO., INC.
Revision | Checked | Approved
Date

© Primavera Systems, Inc.

| Activity ID | Activity Description | Orig Dur | Rem Dur | % | Early Start | Early Finish | Total Float |
|---|---|---|---|---|---|---|---|
| SUPOA310 | A: ROOF BLOCKING | 8 | 8 | 0 | 03DEC02 | 12DEC02 | 14 |
| SUPOA307 | A: ERECT DECKING, SHEAR STUDS & WWF | 10 | 10 | 0 | 03DEC02 | 16DEC02 | 18 |
| SUPOA315 | A: RTU CURB INSTALLATION | 5 | 5 | 0 | 13DEC02 | 19DEC02 | 14 |
| SUPOA308 | A: PLACE CONCRETE ON DECK | 15 | 15 | 0 | 16DEC02 | 08JAN03 | 18 |
| SUPOA320 | A: ROOFING SYSTEM | 15 | 15 | 0 | 20DEC02 | 14JAN03 | 14 |
| SUPOA318 | A: ROOF INSULATION | 10 | 10 | 0 | 20DEC02 | 07JAN03 | 37 |
| SUPOA317 | A: ROOF SHEATHING | 10 | 10 | 0 | 08JAN03 | 21JAN03 | 37 |
| SUPOA325 | A: EXTERIOR METALSTUD WALL SYSTEM | 15 | 15 | 0 | 15JAN03 | 04FEB03 | 14 |
| SUPOA330 | A: EXTERIOR MASONRY VENEER WALLS | 24 | 24 | 0 | 15JAN03 | 17FEB03 | 14 |
| SUPOA335 | A: EXTERIOR DOORS AND WINDOWS | 10 | 10 | 0 | 10FEB03 | 21FEB03 | 14 |
| SUPOA340 | A: EXTERIOR METAL LOUVERS | 10 | 10 | 0 | 10FEB03 | 21FEB03 | 74 |
| SUPOB336 | B: BUILDING WEATHER TIGHT | 0 | 0 | 0 | | 24FEB03A | 14 |
| SUPOB305 | B: ERECT STEEL | 14 | 14 | 0 | 23OCT02 | 11NOV02 | 14 |
| SUPOB307 | B: ERECT DECKING,SHEAR STUDS & WWF | 10 | 10 | 0 | 12NOV02 | 25NOV02 | 35 |
| SUPOB308 | B: PLACE CONCRETE ON DECK | 5 | 5 | 0 | 26NOV02 | 02DEC02 | 35 |
| SUPOB310 | B: ROOF BLOCKING | 8 | 8 | 0 | 26NOV02 | 06DEC02 | 38 |
| SUPOB325 | B: EXTERIOR METAL STUD WALL SYSTEM | 15 | 15 | 0 | 04DEC02 | 26DEC02 | 35 |
| SUPOB315 | B: RTU CURB INSTALLATION | 5 | 5 | 0 | 09DEC02 | 13DEC02 | 38 |
| SUPOB320 | B: ROOFING SYSTEM | 15 | 15 | 0 | 16DEC02 | 08JAN03 | 38 |
| SUPOB330 | B: EXTERIOR MASONRY VENEER WALLS | 24 | 24 | 0 | 27DEC02 | 30JAN03 | 35 |
| SUPOB335 | B: EXTERIOR DOORS AND WINDOWS | 10 | 10 | 0 | 31JAN03 | 13FEB03 | 35 |
| SUPOB340 | B: EXTERIOR METAL LOUVERS | 10 | 10 | 0 | 14FEB03 | 27FEB03 | 88 |
| SUPOC336 | C: BUILDING WEATHER TIGHT | 0 | 0 | 0 | | 20DEC02A | 14 |
| SUPOC305 | C: ERECT STEEL | 11 | 11 | 100 | 08OCT02 | 22OCT02 | 14 |
| SUPOC310 | C: ROOF BLOCKING | 8 | 8 | 0 | 23OCT02 | 01NOV02 | 36 |
| SUPOC315 | C: RTU CURB INSTALLATION | 5 | 5 | 0 | 04NOV02 | 08NOV02 | 36 |
| SUPOC325 | C: EXTERIOR METAL STUD WALL SYSTEM | 15 | 15 | 0 | 07NOV02 | 27NOV02 | 28 |
| SUPOC320 | C: ROOFING SYSTEM | 25 | 25 | 0 | 11NOV02 | 16DEC02 | 36 |
| SUPOC330 | C: EXTERIOR MASONRY VENEER WALLS | 15 | 15 | 0 | 29NOV02 | 20DEC02 | 28 |
| SUPOC335 | C: EXTERIOR DOORS AND WINDOWS | 5 | 5 | 0 | 20DEC02 | 30DEC02 | 28 |
| SUPOC340 | C: EXERIOR METAL LOUVERS | 10 | 10 | 0 | 31DEC02 | 14JAN03 | 109 |
| SUPOA900 | A: ROUGH INSPECTIONS COMPLETE | 0 | 0 | 0 | | 14APR03A | |
| SUPOA911 | A: DRYWALL COMPLETE | 0 | 0 | 100 | | 28APR03A | |
| A999 | A: BUILDING A FINISH | 0 | 0 | 100 | | 24JUL03A | |

Start Date 01APR02
Finish Date 14NOV03
Data Date 30SEP02
Run Date 02MAR04 17:08

Early Bar
Progress Bar
Critical Activity

H500

E.J. SCIABA CONTRACTING CO., INC.

NORTH BROOKFIELD JR/SR HIGH SCHOOL

LOGIC WORKING LAYOUT

Sheet 3 of 8

ARNOLD ENGINEERING CO., INC.

| Revision | Checked | Approved |
|---|---|---|
| Date | | |

© Primavera Systems, Inc.

| Activity ID | Activity Description | Orig Dur | Rem Dur | % | Early Start | Early Finish | Total Float |
|---|---|---|---|---|---|---|---|
| SUPOA450 | A: INTERIOR MASONRY WALLS | 25 | 25 | 0 | 16DEC02 | 22JAN03 | 36 |
| SUPOA400 | A: INTERIOR METAL STUD WALL AND CEILING | 20 | 20 | 0 | 09JAN03 | 05FEB03 | 26 |
| SUPOA630 | A: COMMUNICATIONS ROUGH | 30 | 30 | 0 | 06FEB03 | 19MAR03 | 26 |
| SUPOA700 | A: PLUMBING ROUGH | 30 | 30 | 0 | 06FEB03 | 19MAR03 | 26 |
| SUPOA750 | A: FIRE PROTECTION ROUGH | 30 | 30 | 0 | 06FEB03 | 19MAR03 | 26 |
| SUPOA800 | A: HVAC ROUGH | 30 | 30 | 0 | 06FEB03 | 19MAR03 | 26 |
| SUPOA600 | A: ELECTRICAL ROUGH | 30 | 30 | 0 | 24FEB03 | 04APR03 | 14 |
| SUPOA632 | A: COMMUNICATIONS ROUGH INSPECTION | 1 | 1 | 0 | 20MAR03 | 20MAR03 | 26 |
| SUPOA722 | A: PLUMBING ROUGH INSPECTION | 1 | 1 | 0 | 20MAR03 | 20MAR03 | 26 |
| SUPOA752 | A: FIRE PROTECTION ROUGH INSPECTION | 1 | 1 | 0 | 20MAR03 | 20MAR03 | 26 |
| SUPOA827 | A: HVAC ROUGH INSPECTION | 1 | 1 | 0 | 20MAR03 | 20MAR03 | 26 |
| SUPOA622 | A: ELECTRICAL ROUGH INSPECTION | 1 | 1 | 0 | 07APR03 | 07APR03 | 14 |
| SUPOA505 | A: DRYWALL, TAPE AND FINISH | 20 | 20 | 0 | 08APR03 | 05MAY03 | 14 |
| SUPOA910 | A: PRIME PAINT, LOWER LEVEL | 4 | 4 | 0 | 15APR03 | 18APR03 | 14 |
| SUPOA915 | A: PAINT FINISH 1ST COAT | 20 | 20 | 0 | 21APR03 | 16MAY03 | 14 |
| SUPOA967 | A: PAINT, 2ND FINISH COAT | 20 | 20 | 0 | 28APR03 | 23MAY03 | 49 |
| SUPOA850 | A: HVAC FINISH | 20 | 20 | 0 | 19MAY03 | 16JUN03 | 14 |
| SUPOA920 | A: CEILING GRID LOWER LEVEL | 15 | 15 | 0 | 19MAY03 | 09JUN03 | 15 |
| SUPOA635 | A: ELECTRICAL FINISH | 20 | 20 | 0 | 19MAY03 | 16JUN03 | 44 |
| SUPOA635 | A: COMMUNICATIONS FINISH | 20 | 20 | 0 | 19MAY03 | 16JUN03 | 44 |
| SUPOA725 | A: PLUMBING FINISH | 20 | 20 | 0 | 19MAY03 | 16JUN03 | 44 |
| SUPOA965 | A: SPECIALTIES / EQUIPMENT | 20 | 20 | 0 | 19MAY03 | 16JUN03 | 45 |
| SUPOA930 | A: FLOORING, BATHROOM | 10 | 10 | 0 | 19MAY03 | 02JUN03 | 55 |
| SUPOA660 | A: DOOR AND HARDWARE | 10 | 10 | 0 | 19MAY03 | 02JUN03 | 55 |
| SUPOA775 | A: FIRE PROTECTION FINISH | 20 | 20 | 0 | 27MAY03 | 23JUN03 | 15 |
| SUPOA953 | A: FIRE EXTINGUISHERS AND CABINETS | 10 | 10 | 0 | 27MAY03 | 09JUN03 | 49 |
| SUPOA945 | A: TOILET AND SHOWER PARTITIONS | 10 | 10 | 0 | 27MAY03 | 09JUN03 | 50 |
| SUPOA947 | A: CUBICLE TRACK SYSTEM | 10 | 10 | 0 | 27MAY03 | 09JUN03 | 50 |
| SUPOA949 | A: EXTERIOR LETTERS, COM PLAQUE AND INTERIOR SIG | 10 | 10 | 0 | 27MAY03 | 09JUN03 | 50 |
| SUPOA951 | A: LOCKERS | 10 | 10 | 0 | 27MAY03 | 09JUN03 | 50 |
| SUPOA955 | A: OPERABLE PARTITIONS | 10 | 10 | 0 | 27MAY03 | 09JUN03 | 50 |
| SUPOA957 | A: WASHROOM ACCESSORIES | 10 | 10 | 0 | 27MAY03 | 09JUN03 | 50 |
| SUPOA969 | A: FIXED CASEWORK AND EQUIPMENT | 10 | 10 | 0 | 27MAY03 | 09JUN03 | 117 |
| SUPOA940 | A: MARKER AND TACKBOARDS | 10 | 10 | 0 | 10JUN03 | 23JUN03 | 40 |
| SUPOA852 | A: HVAC FINISH INSPECTION | 1 | 1 | 0 | 17JUN03 | 17JUN03 | 14 |
| SUPOA637 | A: ELECTRICAL FINISH INSPECTION | 1 | 1 | 0 | 17JUN03 | 17JUN03 | 44 |
| SUPOA637 | A: COMMUNICATIONS FINISH INSPECTION | 1 | 1 | 0 | 17JUN03 | 17JUN03 | 44 |
| SUPOA727 | A: PLUMBING FINISH INSPECTION | 1 | 1 | 0 | 17JUN03 | 17JUN03 | 44 |

Start Date  01APR02
Finish Date  14NOV03
Data Date  30SEP02
Run Date  02MAR04 17:08

© Primavera Systems, Inc.

Early Bar
Progress Bar
Critical Activity

H800

E.J. SCIABA CONTRACTING CO., INC.

NORTH BROOKFIELD JR/SR HIGH SCHOOL

LOGIC WORKING LAYOUT

Sheet 4 of 8

ARNOLD ENGINEERING CO., INC.

| Date | Revision | Checked | Approved |
|---|---|---|---|

| Activity ID | Activity Description | Orig Dur | Rem Dur | % | Early Start | Early Finish | Total Float |
|---|---|---|---|---|---|---|---|
| SUPOA935 | A: CEILING FINISH | 10 | 10 | 0 | 18JUN03 | 01JUL03 | 14 |
| SUPOA971 | A: PUNCHLIST | 30 | 30 | 0 | 18JUN03 | 30JUL03 | 14 |
| SUPOA777 | A: FIRE PROTECTION FINISH INSPECTION | 1 | 1 | 0 | 24JUN03 | 24JUN03 | 39 |
| SUPOA959 | A: FLOORING,CARPET | 10 | 10 | 0 | 02JUL03 | 16JUL03 | 24 |
| SUPOA961 | A: FLOORING | 10 | 10 | 0 | 02JUL03 | 16JUL03 | 24 |
| SUPOB800 | B: ROUGH INSPECTIONS COMPLETE | 0 | 0 | 100 | | 09APR03A | |
| SUPOB911 | B: DRYWALL COMPLETE | 0 | 0 | 100 | | 22APR03A | |
| B999 | B: BUILDING B FINISH | 0 | 0 | 100 | | 10JUL03A | |
| SUPOB400 | B: INTERIOR METAL STUD WALL AND CEILING | 20 | 20 | 0 | 04DEC02 | 03JAN03 | 61 |
| SUPOB450 | B: INTERIOR MASONRY WALLS | 23 | 23 | 0 | 09JAN03 | 10FEB03 | 38 |
| SUPOB623 | B: INSTALL ELEVATOR | 45 | 45 | 0 | 09JAN03 | 12MAR03 | 111 |
| SUPOB630 | B: COMMUNICATIONS ROUGH | 30 | 30 | 0 | 11FEB03 | 24MAR03 | 38 |
| SUPOB700 | B: PLUMBING ROUGH | 30 | 30 | 0 | 11FEB03 | 24MAR03 | 38 |
| SUPOB750 | B: FIRE PROTECTION ROUGH | 30 | 30 | 0 | 11FEB03 | 24MAR03 | 38 |
| SUPOB900 | B: HVAC ROUGH | 30 | 30 | 0 | 11FEB03 | 24MAR03 | 38 |
| SUPOB820 | B: ELECTRICAL ROOM EQUIPMENT INSTALLATION | 20 | 20 | 0 | 11FEB03 | 10MAR03 | 48 |
| SUPOB600 | B: ELECTRICAL ROUGH | 30 | 30 | 0 | 14FEB03 | 27MAR03 | 35 |
| SUPOB623.1 | B: ELEVATOR INSPECTION | 1 | 1 | 0 | 13MAR03 | 13MAR03 | 111 |
| SUPOB632 | B: COMMUNICATIONS ROUGH INSPECTION | 1 | 1 | 0 | 25MAR03 | 25MAR03 | 38 |
| SUPOB722 | B: PLUMBING ROUGH INSPECTION | 1 | 1 | 0 | 25MAR03 | 25MAR03 | 38 |
| SUPOB752 | B: FIRE PROTECTION ROUGH INSPECTION | 1 | 1 | 0 | 25MAR03 | 25MAR03 | 38 |
| SUPOB827 | B: HVAC ROUGH INSPECTION | 1 | 1 | 0 | 25MAR03 | 25MAR03 | 38 |
| SUPOB622 | B: ELECTRICAL ROUGH INSPECTION | 1 | 1 | 0 | 28MAR03 | 28MAR03 | 35 |
| SUPOB905 | B: DRYWALL, TAPE AND FINISH | 20 | 20 | 0 | 31MAR03 | 25APR03 | 35 |
| SUPOB910 | B: PRIME PAINT, LOWER LEVEL | 5 | 5 | 0 | 07APR03 | 11APR03 | 35 |
| SUPOB915 | B: PAINT FINISH 1ST COAT | 5 | 5 | 0 | 14APR03 | 18APR03 | 35 |
| SUPOB967 | B: PAINT, 2ND FINISH COAT | 20 | 20 | 0 | 21APR03 | 16MAY03 | 35 |
| SUPOB920 | B: CEILING GRID, LOWER LEVEL | 15 | 15 | 0 | 21APR03 | 09MAY03 | 37 |
| SUPOB625 | B: ELECTRICAL FINISH | 30 | 30 | 0 | 21APR03 | 02JUN03 | 54 |
| SUPOB725 | B: PLUMING FINISH | 30 | 30 | 0 | 21APR03 | 02JUN03 | 54 |
| SUPOB963 | B: KITCHEN EQUIPMENT INSTALLATION | 20 | 20 | 0 | 21APR03 | 16MAY03 | 66 |
| SUPOB930 | B: FLOORING, WOOD | 10 | 10 | 0 | 21APR03 | 02MAY03 | 75 |
| SUPOB960 | B: DOOR AND HARDWARE INSTALLATION | 10 | 10 | 0 | 21APR03 | 02MAY03 | 75 |
| SUPOB966 | B: SPECIALTIES / EQUIPMENT | 10 | 10 | 0 | 21APR03 | 02MAY03 | 75 |
| SUPOB401 | B: INTERIOR METAL DOOR JAMB | 15 | 15 | 0 | 28APR03 | 16MAY03 | 65 |
| SUPOB775 | B: FIRE PROTECTION FINISH | 20 | 20 | 0 | 12MAY03 | 03JUN03 | 37 |
| SUPOB850 | B: HVAC FINISH | 20 | 20 | 0 | 12MAY03 | 09JUN03 | 37 |

Start Date 01APR02
Finish Date 1ANOV03
Data Date 30SEP02
Run Date 02MAR04 17:06

Early Bar
Progress Bar
Critical Activity

H500

E.J. SCIABA CONTRACTING CO., INC.
NORTH BROOKFIELD JR/SR HIGH SCHOOL
LOGIC WORKING LAYOUT

Sheet 5 of 8

ARNOLD ENGINEERING CO., INC.
Revision    Checked    Approved    Date

© Primavera Systems, Inc.

| Activity ID | Activity Description | Orig Dur | Rem Dur | % | Early Start | Early Finish | Total Float |
|---|---|---|---|---|---|---|---|
| SUPC8940 | B: MARKER AND TACKBOARDS | 10 | 10 | 0 | 12MAY03 | 23MAY03 | 60 |
| SUPC8969 | B: FIXED CASEWORK AND EQUIPMENT | 10 | 10 | 0 | 19MAY03 | 02JUN03 | 36 |
| SUPC8971 | B: PUNCHLIST | 30 | 30 | 0 | 19MAY03 | 30JUN03 | 35 |
| SUPC8635 | B: COMMUNICATIONS FINISH | 20 | 20 | 0 | 19MAY03 | 16JUN03 | 55 |
| SUPC8945 | B: TOILET AND SHOWER PARTIONS | 10 | 10 | 0 | 19MAY03 | 02JUN03 | 55 |
| SUPC8947 | B: CUBICLE TRACK SYSTEM | 10 | 10 | 0 | 19MAY03 | 02JUN03 | 55 |
| SUPC8949 | B: EXTERIOR LETTERS, COM PLAQUE & INTERIOR SIGNA | 10 | 10 | 0 | 19MAY03 | 02JUN03 | 55 |
| SUPC8951 | B: LOCKERS | 10 | 10 | 0 | 19MAY03 | 02JUN03 | 55 |
| SUPC8953 | B: FIRE EXTINGUISHERS AND CABINETS | 10 | 10 | 0 | 19MAY03 | 02JUN03 | 55 |
| SUPC8955 | B: OPERABLE PARTITIONS | 10 | 10 | 0 | 19MAY03 | 02JUN03 | 55 |
| SUPC8957 | B: WASHROOM ACCESSORIES | 10 | 10 | 0 | 19MAY03 | 02JUN03 | 56 |
| SUPC8959 | B: FLOORING, CARPET | 10 | 10 | 0 | 19MAY03 | 02JUN03 | 55 |
| SUPC8965 | B: CEILING FINISH | 15 | 15 | 0 | 03JUN03 | 23JUN03 | 37 |
| SUPC8667 | B: ELECTRICAL FINISH INSPECTION | 1 | 1 | 0 | 03JUN03 | 03JUN03 | 54 |
| SUPC8727 | B: PLUMBING FINISH INSPECTION | 1 | 1 | 0 | 03JUN03 | 03JUN03 | 54 |
| SUPC8777 | B: FIRE PROTECTION FINISH INSPECTION | 1 | 1 | 0 | 10JUN03 | 10JUN03 | 49 |
| SUPC8862 | B: HVAC FINISH INSPECTION | 1 | 1 | 0 | 10JUN03 | 10JUN03 | 49 |
| SUPC8961 | B: FLOORING | 10 | 10 | 0 | 13JUN03 | 26JUN03 | 37 |
| SUPC8957 | B: COMMUNICATIONS FINISH INSPECTION | 1 | 1 | 0 | 17JUN03 | 17JUN03 | 44 |
| SUPC8900 | C: ROUGH INSPECTIONS COMPLETE | 0 | 0 | 100 | | 10FEB03A | |
| SUPC8906 | C: DRYWALL COMPLETE | 0 | 0 | 100 | | 10MAR03A | |
| C900 | C: BUILDING C FINISH | 0 | 0 | 100 | | 07JUL03A | |
| SUPC0450 | C: INTERIOR METAL STUD WALL AND CEILING | 20 | 20 | 0 | 07NOV02 | 05DEC02 | 40 |
| SUPC0500 | C: INTERIOR MASONRY WALLS | 23 | 23 | 0 | 07NOV02 | 10DEC02 | 40 |
| SUPC0630 | C: COMMUNICATIONS ROUGH | 30 | 30 | 0 | 11DEC02 | 24JAN03 | 40 |
| SUPC7700 | C: PLUMBING ROUGH | 30 | 30 | 0 | 11DEC02 | 24JAN03 | 40 |
| SUPC7750 | C: FIRE PROTECTION ROUGH | 30 | 30 | 0 | 11DEC02 | 24JAN03 | 40 |
| SUPC8800 | C: HVAC ROUGH | 30 | 30 | 0 | 11DEC02 | 24JAN03 | 40 |
| SUPC8665 | C: MECHANICAL ROOM EQUIPMENT INSTALLATION | 5 | 5 | 0 | 11DEC02 | 17DEC02 | 40 |
| SUPC0600 | C: ELECTRICAL ROUGH | 30 | 30 | 0 | 31DEC02 | 11FEB03 | 28 |
| SUPC0632 | C: COMMUNICATIONS ROUGH INSPECTION | 1 | 1 | 0 | 27JAN03 | 27JAN03 | 40 |
| SUPC0722 | C: PLUMBING ROUGH INSPECTION | 1 | 1 | 0 | 27JAN03 | 27JAN03 | 40 |
| SUPC7752 | C: FIRE PROTECTION ROUGH INSPECTION | 1 | 1 | 0 | 27JAN03 | 27JAN03 | 40 |
| SUPC8667 | C: HVAC ROUGH INSPECTION | 1 | 1 | 0 | 27JAN03 | 27JAN03 | 40 |
| SUPC8632 | C: ELECTRICAL ROUGH INSPECTION | 1 | 1 | 0 | 18FEB03 | 12FEB03 | 28 |
| SUPC0605 | C: DRYWALL TAPE AND FINISH | 20 | 20 | 0 | 13FEB03 | 12MAR03 | 28 |
| SUPC8910 | C: PRIME PAINT, LOWER LEVEL | 10 | 10 | 0 | 03MAR03 | 26MAR03 | 28 |

Start Date 01APR02
Finish Date 14NOV02
Data Date 30SEP02
Run Date 02MAR04 17:08

Early Bar
Progress Bar
Critical Activity

E.J. SCIABA CONTRACTING CO., INC.

NORTH BROOKFIELD JR/SR HIGH SCHOOL

LOGIC WORKING LAYOUT

Sheet 6 of 8

ARNOLD ENGINEERING CO., INC.

| Date | Revision | Date | Checked | Approved |
|---|---|---|---|---|

© Primavera Systems, Inc.

| Activity ID | Activity Description | Orig Dur | Rem Dur | % | Early Start | Early Finish | Total Float |
|---|---|---|---|---|---|---|---|
| SUPOC915 | C: PAINT FINISH 1ST COAT | 15 | 15 | 0 | 27MAR03 | 16APR03 | 28 |
| SUPOC920 | C: CEILING GRID, LOWER LEVEL | 15 | 15 | 0 | 17APR03 | 07MAY03 | 28 |
| SUPOC957 | C: PAINT, 2ND FINISH COAT | 20 | 20 | 0 | 17APR03 | 07MAY03 | 82 |
| SUPOC925 | C: ELECTRICAL FINISH | 20 | 20 | 0 | 17APR03 | 14MAY03 | 66 |
| SUPOC935 | C: COMMUNICATIONS FINISH | 20 | 20 | 0 | 17APR03 | 14MAY03 | 66 |
| SUPOC725 | C: PLUMBING FINISH | 20 | 20 | 0 | 17APR03 | 14MAY03 | 66 |
| SUPOC930 | C: FLOORING, WOOD | 20 | 20 | 0 | 17APR03 | 14MAY03 | 67 |
| SUUPOC960 | C: DOOR AND HARDWARE | 20 | 20 | 0 | 17APR03 | 14MAY03 | 67 |
| SUPOC965 | C: SPECIALTIES / EQUIPMENT | 5 | 5 | 0 | 17APR03 | 22APR03 | 82 |
| SUPOC775 | C: FIRE PROTECTION FINISH | 1 | 1 | 0 | 09MAY03 | 09MAY03 | 82 |
| SUPOC980 | C: HVAC FINISH | 20 | 20 | 0 | 08MAY03 | 05JUN03 | 28 |
| SUPOC940 | C: MARKERBOARDS AND TACKBOARDS | 10 | 10 | 0 | 08MAY03 | 21MAY03 | 82 |
| SUPOC945 | C: TOILET AND SHOWER PARTITIONS | 10 | 10 | 0 | 08MAY03 | 21MAY03 | 82 |
| SUPOC947 | C: CUBICLE TRACK SYSTEM | 10 | 10 | 0 | 08MAY03 | 21MAY03 | 82 |
| SUPOC949 | C: EXTERIOR LETTERS, COM PLAQUE & INTERIOR SIGNA | 10 | 10 | 0 | 08MAY03 | 21MAY03 | 82 |
| SUPOC951 | C: LOCKERS | 10 | 10 | 0 | 08MAY03 | 21MAY03 | 82 |
| SUPOC953 | C: FIRE EXTINGUISHERS AND CABINETS | 10 | 10 | 0 | 08MAY03 | 21MAY03 | 82 |
| SUPOC955 | C: OPERABLE PARTITIONS | 10 | 10 | 0 | 08MAY03 | 21MAY03 | 82 |
| SUPOC967 | C: WASHROOM ACCESSORIES | 10 | 10 | 0 | 08MAY03 | 21MAY03 | 82 |
| SUPOC969 | C: FIXED CASEWORK AND EQUIPMENT | 10 | 10 | 0 | 08MAY03 | 21MAY03 | 82 |
| SUPOC777 | C: FIRE PROTECTION FINISH INSPECTION | 1 | 1 | 0 | 09MAY03 | 09MAY03 | 70 |
| SUPOC927 | C: ELECTRICAL FINISH INSPECTION | 1 | 1 | 0 | 15MAY03 | 15MAY03 | 66 |
| SUPOC937 | C: COMMUNICATIONS FINISH INSPECTION | 1 | 1 | 0 | 15MAY03 | 15MAY03 | 66 |
| SUPOC727 | C: PLUMBING FINISH INSPECTION | 1 | 1 | 0 | 15MAY03 | 15MAY03 | 66 |
| SUPOC935 | C: CEILING FINISH | 15 | 15 | 0 | 30MAY03 | 19JUN03 | 28 |
| SUPOC982 | C: HVAC FINISH INSPECTION | 1 | 1 | 0 | 06JUN03 | 06JUN03 | 51 |
| SUPOC971 | C: PUNCHLIST | 20 | 20 | 0 | 13JUN03 | 10JUL03 | 28 |
| SUPOC969 | C: FLOORING, CARPET | 5 | 5 | 0 | 20JUN03 | 26JUN03 | 37 |
| SUPOC981 | C: FLOORING | 5 | 5 | 0 | 20JUN03 | 26JUN03 | 37 |
| SITP2110 | NEW GAS LINE INSTALLATION TIE IN | 130 | 130 | 0 | 17MAR03* | 16SEP03 | 0 |
| SITP2115 | NEW WATER LINE INSTALLATION TIE IN | 20 | 20 | 0 | 17MAR03* | 11APR03 | 0 |
| SITP2120 | NEW SPRINKLER LINE INSTALLATION TIE IN | 20 | 20 | 0 | 17MAR03* | 11APR03 | 0 |
| SITP2125 | NEW ELECTRICAL SERVICE INSTALLATION TIE IN | 29 | 29 | 0 | 17MAR03* | 28APR03 | 0 |
| SITP2130 | STRIP AND ROUGH GRADE ACCESS ROADS AND PARKING | 10 | 10 | 0 | 25AUG03 | 08SEP03 | 4 |
| SITP2135 | BUILD NEW TENNIS AND BASKETBALL COURTS | 20 | 20 | 0 | 09SEP03 | 06OCT03 | 4 |
| SITP2150 | SCREEN AND SPREAD TOPSOIL | 15 | 15 | 0 | 09SEP03 | 29SEP03 | 4 |

| Start Date | 01APR02 | | Early Bar |
|---|---|---|---|
| Finish Date | 14NOV03 | | Progress Bar |
| Data Date | 30SEP02 | | Critical Activity |
| Run Date | 02MAR04 17:08 | | |

E.J. SCIABA CONTRACTING CO., INC.

NORTH BROOKFIELD JR/SR HIGH SCHOOL

LOGIC WORKING LAYOUT

© Primavera Systems, Inc.

| ARNOLD ENGINEERING CO., INC. | | | |
|---|---|---|---|
| Sheet 7 of 8 | | | |
| Revision | Checked | Approved | |
| Date | | | |

| Activity ID | Activity Description | Orig Dur | Rem Dur | % | Early Start | Early Finish | Total Float |
|---|---|---|---|---|---|---|---|
| SITP2140 | ESTABLISH SUBGRADE FOR ROADWAYS AND WALKS | 5 | 5 | 0 | 09SEP03 | 15SEP03 | 5 |
| SITP2145 | INSTALL SITE DRAINAGE - PARKING LOTS | 15 | 15 | 0 | 15SEP03 | 03OCT03 | 5 |
| SITP2152 | SEED NEW SCHOOL AREA | 5 | 5 | 0 | 30SEP03 | 06OCT03 | 4 |
| SITP2170 | BUILD NEW SOFTBALL FIELD | 7 | 7 | 0 | 30SEP03 | 08OCT03 | 9 |
| SITP2155 | FURNISH AND INSTALL L.P. BASES | 5 | 5 | 0 | 07OCT03 | 13OCT03 | 4 |
| SITP2180 | BUILD NEW LITTLE LEAGUE FIELD | 7 | 7 | 0 | 09OCT03 | 17OCT03 | 9 |
| SITP2160 | FORM SITE CONCRETE | 5 | 5 | 0 | 14OCT03 | 20OCT03 | 4 |
| SITP2190 | FURNISH AND INSTALL INFIELD MIX | 5 | 5 | 0 | 20OCT03 | 24OCT03 | 9 |
| SITP2165 | PLACE SITE CONCRETE | 5 | 5 | 0 | 21OCT03 | 27OCT03 | 4 |
| SITP2197 | FINE GRADE LOAM AND SEED | 10 | 10 | 0 | 27OCT03 | 07NOV03 | 9 |
| SITP2185 | INSTALL CONCRETE CURBING | 7 | 7 | 0 | 28OCT03 | 06NOV03 | 4 |
| SITP2195 | INSTALL WOOD GUARDRAIL | 5 | 5 | 0 | 06NOV03 | 12NOV03 | 4 |
| SITP2175 | PAVING, BASE COURSE | 3 | 3 | 0 | 06NOV03 | 10NOV03 | 8 |
| SITP2199 | PAVING, TOP COURSE | 2 | 2 | 0 | 13NOV03 | 14NOV03 | 4 |
| CLSOG990 | TEST ELECTRICAL SYSTEMS | 5 | 5 | 0 | 31JUL03 | 06AUG03 | 14 |
| CLSOG992 | TEST HVAC SYSTEM | 5 | 5 | 0 | 31JUL03 | 06AUG03 | 16 |
| CLSOG994 | TEST FIRE PROTECTION SYSTEM | 5 | 5 | 0 | 31JUL03 | 06AUG03 | 16 |
| CLSOG998 | OWNER TRAINING | 5 | 5 | 0 | 06AUG03 | 12AUG03 | 72 |
| CLSOG996 | CLEAN UP AND FINAL PUNCH LIST | 11 | 11 | 0 | 11AUG03 | 25AUG03 | 14 |
| DEMEB051 | OLD SCHOOL TURNED OVER FOR DEMO | 0 | 0 | 100 | | 24JUN03A | 0 |
| DEMEB050 | CUT AND CAP UTILITIES EXISTING BUILDING | 4 | 4 | 0 | 17JUN03* | 20JUN03 | 0 |
| DEMEB055 | REMOVAL AND DISPOSAL FUEL OIL TANK | 5 | 5 | 0 | 23JUN03 | 27JUN03 | 4 |
| DEMEB060 | ASBESTOS ABATEMENT | 15 | 15 | 0 | 30JUN03 | 21JUL03 | 4 |
| DEMEB065 | LEAD ABATEMENT | 15 | 15 | 0 | 30JUN03 | 21JUL03 | 4 |
| DEMEB070 | DEMO EXISTING SCHOOL | 25 | 25 | 0 | 22JUL03 | 25AUG03 | 4 |
| CLSOG999 | CONTRACT COMPLETION | 0 | 0 | 0 | | 14NOV03 | 4 |

Early Bar
Progress Bar
Critical Activity

Start Date   01APR02
Finish Date  14NOV03
Data Date    30SEP02
Run Date     02MAR04 17:08

H500

E.J. SCIABA CONTRACTING CO., INC.

NORTH BROOKFIELD JR/SR HIGH SCHOOL

LOGIC WORKING LAYOUT

Sheet 8 of 8

ARNOLD ENGINEERING CO., INC.
Revision    Checked    Approved
Date

© Primavera Systems, Inc.

Gantt chart annotations (2002 / 2003):
- ESTABLISH SUBGRADE FOR ROADWAYS AND WALKS SITP2140
- INSTALL SITE DRAINAGE - PARKING LOTS SITP2145
- SEED NEW SCHOOL AREA SITP2152
- BUILD NEW SOFTBALL FIELD SITP2170
- FURNISH AND INSTALL L.P. BASES SITP2155
- BUILD NEW LITTLE LEAGUE FIELD SITP2180
- FORM SITE CONCRETE SITP2160
- FURNISH AND INSTALL INFIELD MIX SITP2190
- PLACE SITE CONCRETE SITP2165
- FINE GRADE LOAM AND SEED SITP2197
- INSTALL CONCRETE CURBING SITP2185
- INSTALL WOOD GUARDRAIL SITP2195
- PAVING, BASE COURSE SITP2175
- PAVING, TOP COURSE SITP2199
- TEST ELECTRICAL SYSTEMS CLSOG990
- TEST HVAC SYSTEM CLSOG992
- TEST FIRE PROTECTION SYSTEM CLSOG994
- OWNER TRAINING CLSOG998
- CLEAN UP AND FINAL PUNCH LIST CLSOG996
- OLD SCHOOL TURNED OVER FOR DEMO DEMEB051
- CUT AND CAP UTILITIES EXISTING BUILDING DEMEB050
- REMOVAL AND DISPOSAL FUEL OIL TANK DEMEB055
- ASBESTOS ABATEMENT DEMEB060
- LEAD ABATEMENT DEMEB065
- DEMO EXISTING SCHOOL DEMEB070
- CONTRACT COMPLETION CLSOG999