UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,
                          Plaintiff,

vs.                                              Civil Action No. 03-40266 NMG

TOWN OF NORTH BROOKFIELD,
                          Defendant.

**EXHIBIT K TO AFFIDAVIT OF RICHARD P. ANASTASIO IN SUPPORT OF
THE OPPOSITION OF AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY TO MOTION TO REQUIRE
PLAINTIFF TO DEPOSIT FUNDS WITH COURT**

## Initial Sitework

| Activity ID | Activity Description | Orig Dur | % | Early Start | Early Finish |
|---|---|---|---|---|---|
| SITP1050 | INSTALL NEW SEWER LINE | 36 | 14 | 08JUL02A | 12MAY03 |
| SITP1055 | INSTALL NEW WATER LINE | 40 | 30 | 08JUL02A | 22MAY03 |
| SITP1045 | INSTALL SITE DRAINAGE AND UTLS EAST SIDE | 30 | 20 | 09JUL02A | 01MAY03 |
| SITP1065 | INSTALL SITE DRAINAGE & UTILS SOUTH SIDE | 21 | 50 | 17JUL02A | 14APR03 |
| SITP1075 | E&B FOR GAS LINE (INSTALL BY OTHERS) | 20 | 100 | 12AUG02A | 25JAN03A |
| GE4000 | Electric Ductbank Rough - Seq 1 | 10 | 100 | 15NOV02A | 02DEC02A |
| GE4005 | Electric Ductbank Rough - Seq 2 | 5 | 0 | 01APR03 | 07APR03 |
| GE4010 | Electric Secondary Rough | 5 | 0 | 08APR03 | 14APR03 |
| GE4030 | Site Lighting Rough | 10 | 0 | 21APR03 | 02MAY03 |
| GE4060 | Distribution Feeder Rough | 30 | 0 | 05MAY03 | 16JUN03 |
| GE4020 | Secondary Feeder Cable | 10 | 0 | 17JUL03 | 30JUL03 |
| GE4070 | Distribution Feed Cables | 20 | 0 | 31JUL03 | 27AUG03 |
| GE4050 | Connect Roof Top Equipment | 15 | 0 | 11SEP03 | 01OCT03 |
| GE4040 | Site Lighting Finish | 10 | 0 | 09OCT03* | 22OCT03 |

## Substructure

### Building C

| Activity ID | Activity Description | Orig Dur | % | Early Start | Early Finish |
|---|---|---|---|---|---|
| SUBOC205 | EXCAVATE FOOTING | 12 | 100 | 26JUN02A | 30SEP02A |
| SUBOC210 | FORM, POUR AND STRIP HIGH WALL FOOTINGS | 21 | 100 | 03JUL02A | 06OCT02A |
| SUBOC215 | FORM, POUR AND STRIP LOW WALL FOOTINGS | 7 | 100 | 20JUL02A | 27SEP02A |
| SUBOC220 | FORM, POUR AND STRIP HIGH WALLS | 21 | 100 | 22JUL02A | 27SEP02A |
| SUBOC225 | FORM, POUR AND STRIP LOW WALLS | 14 | 100 | 27JUL02A | 17SEP02A |
| SUBOC235 | INSTALL FOOTING DRAINS | 5 | 100 | 28SEP02A | 09OCT02A |
| SUBOC245 | FORM AND POUR INTERIOR FOOTINGS | 5 | 100 | 03SEP02A | 24OCT02A |
| SUBOC290 | DAMPPROOF AND INSULATE WALLS | 31 | 100 | 05SEP02A | 09SEP02A |
| SUBOC240 | BACKFILL FOR INTERIOR FOOTINGS | 5 | 100 | 10SEP02A | 14OCT02A |
| SUBOC255 | BACKFILL FOR SLAB ON GRADE | 7 | 100 | 12SEP02A | 19SEP02A |
| SUBOC242 | BACKFILL EXTERIOR WALLS | 5 | 100 | 10OCT02A | 10OCT02A |
| SUBOC250 | INSTALL UNDERGROUND UTILITIES | 6 | 100 | 25OCT02A | 26MAR03A |
| GE3000 | U/G Electric Rough | 5 | 90 | 17DEC02A | 31MAR03 |

| Start Date | 18APR02 |
|---|---|
| Finish Date | 29JAN04 |
| Data Date | 31MAR03 |
| Run Date | 02MAR04 16:43 |

Early Bar
Progress Bar
Critical Activity

GE06

Reproduction of
E.J. SCIABA CONTRACTING COMPANY's
Schedule "NBR4"
With Electrical Activities Included

NORTH BROOKFILLED JR./SR. HIGH SCHOOL

Sheet 1 of 9

| Date | Revision | Checked | Approved |
|---|---|---|---|

© Primavera Systems, Inc.

| Activity ID | Activity Description | Orig Dur | % | Early Start | Early Finish |
|---|---|---|---|---|---|
| SUBOC265 | PLACE SLAB ON GRADE | 5 | 0 | 01APR | 07APR03 |
| **Building B** | | | | | |
| SUBOB205 | EXCAVATE FOOTING | 14 | 100 | 19JUL02A | 04OCT02A |
| SUBOB210 | FORM,POUR AND STRIP HIGH WALL FOOTINGS | 14 | 100 | 26JUL02A | 08AUG02A |
| SUBOB220 | FORM,POUR AND STRIP HIGH WALLS | 14 | 100 | 28AUG02A | 13SEP02A |
| SUBOB215 | FORM,POUR AND STRIP LOW WALL FOOTINGS | 14 | 100 | 16SEP02A | 06OCT02A |
| SUBOB240 | BACKFILL FOR INTERIOR FOOTINGS | 5 | 100 | 04OCT02A | 09OCT02A |
| SUBOB211 | UNSUITABLE SOIL REMOVAL AND REPLACEMENT (CO) | 28 | 100 | 06OCT02A | 14NOV02A |
| SUBOB225 | FORM,POUR AND STRIP LOW WALLS | 21 | 100 | 07OCT02A | 20DEC03A |
| SUBOB250 | INSTALL UNDERGROUND UTILITIES | 14 | 30 | 10OCT02A | 11APR03 |
| SUBOB245 | FORM AND POUR INTERIOR FOOTINGS | 10 | 100 | 10OCT02A | 23OCT02A |
| SUBOB235 | INSTALL FOOTING DRAINS / UNDERSLAB DRAINS | 5 | 10 | 28OCT02A | 04APR03 |
| SUBOB230 | DAMPPROOF AND INSULATE WALLS | 5 | 100 | 28OCT02A | 30OCT02A |
| SUBOB260 | SPECIAL WALL COATING ELEVATOR | 3 | 100 | 28OCT02A | 30OCT02A |
| SUBOB255 | BACKFILL FOR SLAB ON GRADE | 7 | 100 | 30OCT02A | 18DEC02A |
| SUBOB242 | BACKFILL EXTERIOR WALLS | 5 | 100 | 04NOV02A | 18DEC02A |
| GE1500 | U/G Electric Rough | 10 | 0 | 31MAR03 | 11APR03 |
| SUBOB265 | PLACE SLAB ON GRADE | 5 | 0 | 14APR03 | 18APR03 |
| **Building A** | | | | | |
| SUBOA205 | EXCAVATE FOOTING | 12 | 100 | 15JUL02A | 04OCT02A |
| SUBOA215 | FORM,POUR AND STRIP HIGH WALL FOOTINGS | 6 | 100 | 26JUL02A | 08AUG02A |
| SUBOA225 | FORM,POUR AND STRIP HIGH WALLS | 21 | 100 | 30AUG02A | 08JAN03A |
| SUBOA210 | FORM,POUR AND STRIP LOW WALL FOOTINGS | 10 | 100 | 04OCT02A | 23JAN03A |
| SUBOA207 | UNSUITABLE SOIL REMOVAL AND REPLACEMENT (CO) | 28 | 100 | 06OCT02A | 14NOV02A |
| SUBOA220 | FORM,POUR AND STRIP LOW WALLS | 14 | 100 | 14OCT02A | 11FEB03A |
| SUBOA240 | BACKFILL FOR INTERIOR FOOTINGS | 5 | 100 | 28OCT02A | 29OCT02A |
| SUBOA230 | DAMPPROOF AND INSULATE WALLS | 5 | 100 | 28OCT02A | 05NOV02A |
| SUBOA235 | INSTALL FOOTING DRAINS | 5 | 100 | 30OCT02A | 05NOV02A |
| SUBOA245 | FORM AND POUR INTERIOR FOOTINGS | 5 | 100 | 30OCT02A | 23JAN03A |
| SUBOA242 | BACKFILL EXTERIOR WALLS | 5 | 80 | 06NOV02A | 31MAR03 |
| SUBOA250 | INSTALL UNDERGROUND UTILITIES | 14 | 5 | 23DEC02A | 17APR03 |
| SUBOA255 | BACKFILL FOR SLAB ON GRADE | 6 | 80 | 20JAN03A | 01APR03 |
| GE1000 | U/G Electric Rough | 5 | 0 | 14APR03 | 18APR03 |
| SUBOA265 | PLACE SLAB ON GRADE | 5 | 0 | 21APR03 | 25APR03 |

## Structural & Building Envelope

### Building C

| Activity ID | Activity Description | Orig Dur | % | Early Start | Early Finish |
|---|---|---|---|---|---|
| SUPOC305 | ERECT STEEL | 15 | 100 | 11OCT02A | 21DEC02A |
| SUPOC310 | ROOF BLOCKING | 8 | 100 | 22DEC02A | 06JAN03A |
| SUPOC325 | EXTERIOR METAL STUD WALL SYSTEM | 15 | 100 | 26DEC02A | 06JAN03A |
| SUPOC330 | EXTERIOR MASONRY VENEER WALLS | 30 | 30 | 08FEB03A | 14APR03 |
| SUPOC320 | ROOFING SYSTEM | 25 | 64 | 14FEB03A | 17APR03 |
| SUPOC315 | RTU CURB INSTALLATION | 5 | 0 | 31MAR03 | 04APR03 |
| SUPOC335 | EXTERIOR DOORS AND WINDOWS | 5 | 0 | 15APR03 | 21APR03 |
| SUPOC340 | EXTERIOR METAL LOUVERS | 10 | 0 | 22APR03 | 05MAY03 |

### Building B

| Activity ID | Activity Description | Orig Dur | % | Early Start | Early Finish |
|---|---|---|---|---|---|
| SUPOB905 | ERECT STEEL | 15 | 100 | 12NOV02A | 20MAR03A |
| SUPOB950 | INCLIMATE WEATHER- DELAY TO STEEL ERECTION -(CO) | 30 | 100 | 31DEC02A | 28FEB03A |
| SUPOB907 | ERECT DECKING, SHEAR STUDS & WWF | 10 | 70 | 18FEB03A | 02APR03 |
| SUPOB930 | EXTERIOR MASONRY VENEER WALLS | 30 | 15 | 17MAR03A | 29MAY03 |
| SUPOB915 | RTU CURB INSTALLATION | 5 | 10 | 27MAR03A | 21APR03 |
| SUPOB910 | ROOF BLOCKING | 8 | 0 | 03APR03 | 14APR03 |
| SUPOB908 | PLACE CONCRETE ON DECK | 5 | 0 | 03APR03 | 09APR03 |
| SUPOB925 | EXTERIOR METAL STUD WALL SYSTEM | 15 | 0 | 10APR03 | 30APR03 |
| SUPOB920 | ROOFING SYSTEM | 15 | 0 | 22APR03 | 12MAY03 |
| SUPOB935 | EXTERIOR DOORS AND WINDOWS | 10 | 0 | 30MAY03 | 12JUN03 |
| SUPOB840 | EXTERIOR METAL LOUVERS | 10 | 0 | 13JUN03 | 26JUN03 |

### Building A

| Activity ID | Activity Description | Orig Dur | % | Early Start | Early Finish |
|---|---|---|---|---|---|
| SUPOA950 | INCLIMATE WEATHER- DELAY TO STEEL ERECTION -(CO) | 30 | 100 | 31DEC02A | 28FEB03A |
| SUPOA905 | ERECT STEEL | 11 | 100 | 12FEB03A | 21MAR03A |
| SUPOA907 | ERECT DECKING, SHEAR STUDS & WWF | 10 | 60 | 18FEB03A | 09APR03 |
| SUPOA910 | ROOF BLOCKING | 8 | 0 | 31MAR03 | 09APR03 |
| SUPOA908 | PLACE CONCRETE ON DECK | 15 | 0 | 04APR03 | 24APR03 |
| SUPOA915 | RTU CURB INSTALLATION | 5 | 0 | 10APR03 | 16APR03 |
| SUPOA920 | ROOFING SYSTEM | 15 | 0 | 17APR03 | 07MAY03 |
| SUPOA918 | ROOF INSULATION | 10 | 0 | 17APR03 | 30APR03 |
| SUPOA917 | ROOF STANDING SEAM | 10 | 0 | 01MAY03 | 14MAY03 |
| SUPOA925 | EXTERIOR METAL STUD WALL SYSTEM | 15 | 0 | 08MAY03 | 29MAY03 |
| SUPOA930 | EXTERIOR MASONRY VENEER WALLS | 30 | 0 | 08MAY03 | 19JUN03 |
| SUPOA935 | EXTERIOR DOORS AND WINDOWS | 10 | 0 | 04JUN03 | 17JUN03 |
| SUPOA940 | EXTERIOR METAL LOUVERS | 10 | 0 | 27JUN03 | 11JUL03 |

## Mechanical, Finishes, Equipment

### Building C

| Activity ID | Activity Description | Orig Dur | % | Early Start | Early Finish |
|---|---|---|---|---|---|
| SUPOC400 | INTERIOR METAL STUD WALL AND CEILING | 20 | 0 | 31MAR03 | 25APR03 |
| GE3010 | OH Power & Lighting Rough | 20 | 0 | 07APR03 | 02MAY03 |
| SUPOC450 | INTERIOR MASONRY WALLS | 23 | 0 | 08APR03 | 08MAY03 |
| GE3020 | In Wall CMU Electric Rough | 23 | 0 | 08APR03 | 08MAY03 |
| GE3050 | Install Panels & Transformers | 5 | 0 | 05MAY03 | 09MAY03 |
| SUPOC630 | COMMUNICATIONS ROUGH | 30 | 0 | 09MAY03 | 20JUN03 |
| SUPOC700 | PLUMBING ROUGH | 30 | 0 | 09MAY03 | 20JUN03 |
| SUPOC800 | HVAC ROUGH | 30 | 0 | 09MAY03 | 20JUN03 |
| GE3110 | In Wall Studs Electric Rough | 10 | 0 | 09MAY03 | 22MAY03 |
| SUPOC825 | MECHANICAL ROOM EQUIPMENT INSTALLATION | 5 | 0 | 09MAY03 | 15MAY03 |
| GE3090 | Fire Alarm Rough | 10 | 0 | 23MAY03 | 06JUN03 |
| GE3040 | Systems Rough | 10 | 0 | 09JUN03 | 20JUN03 |
| SUPOC905 | DRYWALL, TAPE AND FINISH | 20 | 0 | 23JUN03 | 21JUL03 |
| GE3060 | Connect Mechanical Equipment | 15 | 0 | 23JUN03 | 14JUL03 |
| SUPOC910 | PRIME PAINT, LOWER LEVEL | 10 | 0 | 22JUL03 | 04AUG03 |
| SUPOC915 | FINISH PAINT 1ST COAT | 15 | 0 | 05AUG03 | 25AUG03 |
| SUPOC920 | CEILING GRID, LOWER LEVEL | 15 | 0 | 26AUG03 | 15SEP03 |
| SUPOC867 | PAINT, 2ND FINISH COAT | 15 | 0 | 26AUG03 | 15SEP03 |
| SUPOC960 | DOOR AND HARDWARE | 20 | 0 | 26AUG03 | 22SEP03 |
| SUPOC635 | COMMUNICATIONS FINISH | 20 | 0 | 26AUG03 | 22SEP03 |
| SUPOC725 | PLUMBING FINISH | 20 | 0 | 26AUG03 | 22SEP03 |
| SUPOC930 | FLOORING, WOOD | 20 | 0 | 26AUG03 | 22SEP03 |
| SUPOC865 | SPECIALTIES / EQUIPMENT | 5 | 0 | 26AUG03 | 01SEP03 |
| GE3070 | Install Light Fixtures | 15 | 0 | 09SEP03 | 29SEP03 |
| SUPOC850 | HVAC FINISH | 20 | 0 | 16SEP03 | 13OCT03 |
| SUPOC951 | LOCKERS | 10 | 0 | 16SEP03 | 29SEP03 |
| SUPOC940 | MARKERBOARDS AND TACKBOARDS | 10 | 0 | 16SEP03 | 29SEP03 |
| SUPOC945 | TOILET AND SHOWER PARTITIONS | 10 | 0 | 16SEP03 | 29SEP03 |
| SUPOC947 | CUBICLE TRACK SYSTEM | 10 | 0 | 16SEP03 | 29SEP03 |
| SUPOC949 | EXTERIOR LETTERS, COM PLAQUE & INTERIOR | 10 | 0 | 16SEP03 | 29SEP03 |
| SUPOC953 | FIRE EXTINGUISHERS AND CABINETS | 10 | 0 | 16SEP03 | 29SEP03 |
| SUPOC955 | OPERABLE PARTITIONS | 10 | 0 | 16SEP03 | 29SEP03 |
| SUPOC957 | WASHROOM ACCESSORIES | 10 | 0 | 16SEP03 | 29SEP03 |
| SUPOC969 | FIXED CASWORK AND EQUIPMENT | 10 | 0 | 16SEP03 | 29SEP03 |
| GE3080 | Electric Devices & Trim | 5 | 0 | 30SEP03 | 06OCT03 |
| GE3090 | Fire Alarm Trim Out | 5 | 0 | 07OCT03 | 13OCT03 |

| Activity ID | Activity Description | Orig Dur | % | Early Start | Early Finish |
|---|---|---|---|---|---|
| SUPOC935 | CEILING FINISH | 15 | 0 | 07OCT03 | 27OCT03 |
| SUPOC971 | PUNCHLIST | 20 | 0 | 07OCT03 | 03NOV03 |
| GE3100 | Systems Finish | 5 | 0 | 14OCT03 | 20OCT03 |
| SUPOC959 | FLOORING, CARPET | 5 | 0 | 28OCT03 | 03NOV03 |
| SUPOC961 | FLOORING | 5 | 0 | 28OCT03 | 03NOV03 |
| C999 | BUILDING C FINISH | 0 | 0 | | 03NOV03 |
| **Building B** | | | | | |
| **Lower Level** | | | | | |
| GE1620 | In Wall CMU Electric Rough | 10 | 0 | 21APR03 | 02MAY03 |
| GE1510 | OH Power & Lighting Rough | 20 | 0 | 06MAY03 | 03JUN03 |
| GE1610 | OH Power & Lighting Rough (GYM) | 15 | 0 | 28MAY03 | 17JUN03 |
| GE1670 | In Wall Studs Electric Rough | 10 | 0 | 18JUN03 | 01JUL03 |
| GE1550 | Install Panels & Transformers | 20 | 0 | 18JUN03 | 16JUL03 |
| GE1530 | Fire Alarm Rough | 10 | 0 | 02JUL03 | 16JUL03 |
| GE1540 | Systems Rough | 5 | 0 | 17JUL03 | 23JUL03 |
| GE1650 | Kitchen Electric Rough | 10 | 0 | 24JUL03 | 06AUG03 |
| GE1560 | Connect Mechanical Equipment | 20 | 0 | 07AUG03 | 03SEP03 |
| GE1660 | Final Boiler Room Connections | 5 | 0 | 04SEP03 | 10SEP03 |
| GE1570 | Install Light Fixtures | 15 | 0 | 08SEP03 | 26SEP03 |
| GE1640 | Hang GYM Ceiling Fixtures | 10 | 0 | 29SEP03 | 10OCT03 |
| GE1580 | Electric Devices & Trim | 5 | 0 | 13OCT03 | 17OCT03 |
| GE1590 | Fire Alarm Trim Out | 5 | 0 | 20OCT03 | 24OCT03 |
| GE1600 | Systems Finish | 5 | 0 | 27OCT03 | 31OCT03 |
| GE1620 | Connect Athletic Equipment | 5 | 0 | 11NOV03 | 17NOV03 |
| GE1630 | Connect Kitchen Equipment | 5 | 0 | 11NOV03 | 17NOV03 |
| **Upper Level** | | | | | |
| GE2520 | In Wall CMU Electric Rough | 10 | 0 | 05MAY03 | 16MAY03 |
| GE2510 | OH Power & Lighting Rough | 25 | 0 | 11JUN03 | 16JUL03 |
| GE2550 | In Wall Studs Electric Rough | 10 | 0 | 17JUL03 | 30JUL03 |
| GE2530 | Fire Alarm Rough | 10 | 0 | 31JUL03 | 13AUG03 |
| GE2540 | Systems Rough | 10 | 0 | 14AUG03 | 27AUG03 |
| GE2560 | Connect Mechanical Equipment | 15 | 0 | 28AUG03 | 17SEP03 |
| GE2570 | Install Light Fixtures | 15 | 0 | 05SEP03 | 20OCT03 |
| GE2580 | Electric Devices & Trim | 5 | 0 | 21OCT03 | 27OCT03 |
| GE2590 | Fire Alarm Trim Out | 5 | 0 | 28OCT03 | 03NOV03 |
| GE2600 | Systems Finish | 5 | 0 | 04NOV03 | 10NOV03 |
| SUPOB400 | INTERIOR METAL STUD WALL AND CEILING | 20 | 0 | 21APR03 | 16MAY03 |
| SUPOB450 | INTERIOR MASONRY WALLS | 23 | 0 | 13MAY03 | 13JUN03 |

Sheet 5 of 9

| Activity ID | Activity Description | Orig Dur | % | Early Start | Early Finish | Schedule |
|---|---|---|---|---|---|---|
| SUP08623 | INSTALL ELEVATOR | 45 | 0 | 13MAY03 | 16JUL03 | INSTALL ELEVATOR |
| SUP08630 | COMMUNICATIONS ROUGH | 30 | 0 | 16JUN03 | 28JUL03 | COMMUNICATIONS ROUGH |
| SUP08700 | PLUMBING ROUGH | 30 | 0 | 16JUN03 | 28JUL03 | PLUMBING ROUGH |
| SUP08800 | HVAC ROUGH | 30 | 0 | 16JUN03 | 28JUL03 | HVAC ROUGH |
| SUP08905 | DRYWALL, TAPE AND FINISH | 20 | 0 | 04AUG03 | 29AUG03 | DRYWALL, TAPE AND FINISH |
| SUP08910 | PRIME PAINT, LOWER LEVEL | 5 | 0 | 11AUG03 | 15AUG03 | PRIME PAINT, LOWER LEVEL |
| SUP08915 | FINISH PAINT 1ST COAT | 5 | 0 | 18AUG03 | 22AUG03 | FINISH PAINT 1ST COAT |
| SUP08920 | CEILING GRID, LOWER LEVEL | 15 | 0 | 25AUG03 | 12SEP03 | CEILING GRID, LOWER LEVEL |
| SUP08967 | PAINT, 2ND FINISH COAT | 20 | 0 | 25AUG03 | 19SEP03 | PAINT, 2ND FINISH COAT |
| SUP08725 | PLUMBING FINISH | 30 | 0 | 25AUG03 | 03OCT03 | PLUMBING FINISH |
| SUP08963 | KITCHEN EQUIPMENT INSTALLATION | 20 | 0 | 25AUG03 | 19SEP03 | KITCHEN EQUIPMENT INSTALLATION |
| SUP08830 | FLOORING, WOOD | 10 | 0 | 25AUG03 | 05SEP03 | FLOORING, WOOD |
| SUP08965 | SPECIALTIES / EQUIPMENT | 10 | 0 | 25AUG03 | 05SEP03 | SPECIALTIES / EQUIPMENT |
| SUP08401 | INTERIOR METAL DOOR JAMB | 15 | 0 | 01SEP03 | 19SEP03 | INTERIOR METAL DOOR JAMB |
| SUP08850 | HVAC FINISH | 20 | 0 | 15SEP03 | 10OCT03 | HVAC FINISH |
| SUP08940 | MARKERBOARDS AND TACKBOARDS | 10 | 0 | 15SEP03 | 26SEP03 | MARKERBOARDS AND TACKBOARDS |
| SUP08635 | COMMUNICATIONS FINISH | 20 | 0 | 22SEP03 | 17OCT03 | COMMUNICATIONS FINISH |
| SUP08945 | TOILET AND SHOWER PARTITIONS | 10 | 0 | 22SEP03 | 03OCT03 | TOILET AND SHOWER PARTITIONS |
| SUP08947 | CUBICLE TRACK SYSTEM | 10 | 0 | 22SEP03 | 03OCT03 | CUBICLE TRACK SYSTEM |
| SUP08949 | EXTERIOR LETTERS, COM PLAQUE & INTERIOR | 10 | 0 | 22SEP03 | 03OCT03 | EXTERIOR LETTERS, COM PLAQUE & INTERIOR |
| SUP08951 | LOCKERS | 10 | 0 | 22SEP03 | 03OCT03 | LOCKERS |
| SUP08953 | FIRE EXTINGUISHERS AND CABINETS | 10 | 0 | 22SEP03 | 03OCT03 | FIRE EXTINGUISHERS AND CABINETS |
| SUP08955 | OPERABLE PARTITIONS | 10 | 0 | 22SEP03 | 03OCT03 | OPERABLE PARTITIONS |
| SUP08957 | WASHROOM ACCESSORIES | 10 | 0 | 22SEP03 | 03OCT03 | WASHROOM ACCESSORIES |
| SUP08959 | FLOORING, CARPET | 10 | 0 | 22SEP03 | 03OCT03 | FLOORING, CARPET |
| SUP08969 | FIXED CASWORK AND EQUIPMENT | 10 | 0 | 22SEP03 | 03OCT03 | FIXED CASWORK AND EQUIPMENT |
| SUP08900 | DOOR AND HARDWARE | 10 | 0 | 22SEP03 | 03OCT03 | DOOR AND HARDWARE |
| SUP08935 | CEILING FINISH | 15 | 0 | 21OCT03 | 10NOV03 | CEILING FINISH |
| SUP08961 | FLOORING | 10 | 0 | 31OCT03 | 13NOV03 | FLOORING |
| B999 | BUILDING B FINISH | 0 | 0 | | 17NOV03 | BUILDING B FINISH ◆ |

### Building A
### Lower Level

| Activity ID | Activity Description | Orig Dur | % | Early Start | Early Finish | Schedule |
|---|---|---|---|---|---|---|
| GE1020 | In Wall CMU Electric Rough | 17 | 0 | 28APR03 | 20MAY03 | In Wall CMU Electric Rough |
| GE1010 | OH Power & Lighting Rough | 25 | 0 | 20MAY03 | 24JUN03 | OH Power & Lighting Rough |
| GE1110 | In Wall Studs Electric Rough | 10 | 0 | 03JUL03 | 16JUL03 | In Wall Studs Electric Rough |
| GE1030 | Fire Alarm Rough | 10 | 0 | 17JUL03 | 30JUL03 | Fire Alarm Rough |
| GE1040 | Systems Rough | 5 | 0 | 31JUL03 | 06AUG03 | Systems Rough |
| GE1060 | Install Panels & Transformers | 5 | 0 | 07AUG03 | 13AUG03 | Install Panels & Transformers |
| GE1050 | Connect Mechanical Equipment | 10 | 0 | 14AUG03 | 27AUG03 | Connect Mechanical Equipment |

| Activity ID | Activity Description | Orig Dur | % | Early Start | Early Finish | Gantt |
|---|---|---|---|---|---|---|
| GE1070 | Install Light Fixtures | 10 | 0 | 24SEP03 | 07OCT03 | Install Light Fixtures |
| GE1080 | Electric Devices & Trim | 5 | 0 | 08OCT03 | 14OCT03 | Electric Devices & Trim |
| GE1090 | Fire Alarm Trim Out | 5 | 0 | 15OCT03 | 21OCT03 | Fire Alarm Trim Out |
| GE1100 | Systems Finish | 5 | 0 | 22OCT03 | 28OCT03 | Systems Finish |
| **Upper Level** | | | | | | |
| GE2020 | In Wall CMU Electric Rough | 8 | 0 | 21MAY03 | 02JUN03 | In Wall CMU Electric Rough |
| GE2010 | OH Power & Lighting Rough | 25 | 0 | 18JUN03 | 23JUL03 | OH Power & Lighting Rough |
| GE2110 | In Wall Studs Electric Rough | 15 | 0 | 31JUL03 | 20AUG03 | In Wall Studs Electric Rough |
| GE2030 | Fire Alarm Rough | 10 | 0 | 21AUG03 | 03SEP03 | Fire Alarm Rough |
| GE2040 | Systems Rough | 10 | 0 | 04SEP03 | 17SEP03 | Systems Rough |
| GE2050 | Install Panels & Transformers | 5 | 0 | 18SEP03 | 24SEP03 | Install Panels & Transformers |
| GE2060 | Connect Mechanical Equipment | 15 | 0 | 18SEP03 | 08OCT03 | Connect Mechanical Equipment |
| GE2070 | Install Light Fixtures | 15 | 0 | 02OCT03 | 22OCT03 | Install Light Fixtures |
| GE2080 | Electric Devices & Trim | 10 | 0 | 23OCT03 | 05NOV03 | Electric Devices & Trim |
| GE2090 | Fire Alarm Trim Out | 5 | 0 | 06NOV03 | 12NOV03 | Fire Alarm Trim Out |
| GE2100 | Systems Finish | 5 | 0 | 06NOV03 | 12NOV03 | Systems Finish |
| SUPOA450 | INTERIOR MASONRY WALLS | 25 | 0 | 28APR03 | 02JUN03 | INTERIOR MASONRY WALLS |
| SUPOA400 | INTERIOR METAL STUD WALL AND CEILING | 20 | 0 | 28APR03 | 23MAY03 | INTERIOR METAL STUD WALL AND CEILING |
| SUPOA690 | COMMUNICATIONS ROUGH | 30 | 0 | 03JUN03 | 15JUL03 | COMMUNICATIONS ROUGH |
| SUPOA700 | PLUMBING ROUGH | 30 | 0 | 03JUN03 | 15JUL03 | PLUMBING ROUGH |
| SUPOA800 | HVAC ROUGH | 30 | 0 | 03JUN03 | 15JUL03 | HVAC ROUGH |
| SUPOA905 | DRYWALL, TAPE AND FINISH | 20 | 0 | 07AUG03 | 03SEP03 | DRYWALL, TAPE AND FINISH |
| SUPOA910 | PRIME PAINT, LOWER LEVEL | 4 | 0 | 14AUG03 | 19AUG03 | PRIME PAINT, LOWER LEVEL |
| SUPOA915 | FINISH PAINT 1ST COAT | 20 | 0 | 20AUG03 | 16SEP03 | FINISH PAINT 1ST COAT |
| SUPOA957 | PAINT, 2ND FINISH COAT | 20 | 0 | 27AUG03 | 23SEP03 | PAINT, 2ND FINISH COAT |
| SUPOA850 | HVAC FINISH | 20 | 0 | 17SEP03 | 14OCT03 | HVAC FINISH |
| SUPOA920 | CEILING GRID, LOWER LEVEL | 15 | 0 | 17SEP03 | 07OCT03 | CEILING GRID, LOWER LEVEL |
| SUPOA635 | COMMUNICATIONS FINISH | 20 | 0 | 17SEP03 | 14OCT03 | COMMUNICATIONS FINISH |
| SUPOA725 | PLUMBING FINISH | 20 | 0 | 17SEP03 | 14OCT03 | PLUMBING FINISH |
| SUPOA965 | SPECIALTIES / EQUIPMENT | 20 | 0 | 17SEP03 | 14OCT03 | SPECIALTIES / EQUIPMENT |
| SUPOA930 | FLOORING, BATHROOM | 10 | 0 | 17SEP03 | 30SEP03 | FLOORING, BATHROOM |
| SUPOA960 | DOOR AND HARDWARE | 10 | 0 | 17SEP03 | 30SEP03 | DOOR AND HARDWARE |
| SUPOA951 | LOCKERS | 10 | 0 | 24SEP03 | 07OCT03 | LOCKERS |
| SUPOA945 | TOILET AND SHOWER PARTITIONS | 10 | 0 | 24SEP03 | 07OCT03 | TOILET AND SHOWER PARTITIONS |
| SUPOA947 | CUBICLE TRACK SYSTEM | 10 | 0 | 24SEP03 | 07OCT03 | CUBICLE TRACK SYSTEM |
| SUPOA949 | EXTERIOR LETTERS, COM PLAQUE & INTERIOR | 10 | 0 | 24SEP03 | 07OCT03 | EXTERIOR LETTERS, COM PLAQUE & INTERIOR |
| SUPOA953 | FIRE EXTINGUISHERS AND CABINETS | 10 | 0 | 24SEP03 | 07OCT03 | FIRE EXTINGUISHERS AND CABINETS |
| SUPOA955 | OPERABLE PARTITIONS | 10 | 0 | 24SEP03 | 07OCT03 | OPERABLE PARTITIONS |
| SUPOA957 | WASHROOM ACCESSORIES | 10 | 0 | 24SEP03 | 07OCT03 | WASHROOM ACCESSORIES |

| Activity ID | Activity Description | Orig Dur | % | Early Start | Early Finish |
|---|---|---|---|---|---|
| SUPOA969 | FIXED CASWORK AND EQUIPMENT | 10 | 0 | 24SEP03 | 07OCT03 |
| SUPOA940 | MARKERBOARDS AND TACKBOARDS | 10 | 0 | 08OCT03 | 21OCT03 |
| SUPOA971 | PUNCHLIST | 30 | 0 | 15OCT03 | 25NOV03 |
| SUPOA935 | CEILING FINISH | 10 | 0 | 30OCT03 | 12NOV03 |
| SUPOA959 | FLOORING, CARPET | 10 | 0 | 30OCT03 | 12NOV03 |
| SUPOA961 | FLOORING | 10 | 0 | 30OCT03 | 12NOV03 |
| A999 | BUILDING A FINISH | 0 | 0 | | 25NOV03 |

## Grounds Improvement & Lanscaping

| Activity ID | Activity Description | Orig Dur | % | Early Start | Early Finish |
|---|---|---|---|---|---|
| SITP2110 | NEW GAS LINE INSTALLATION TIE IN | 20 | 100 | 01DEC02A | 20JAN03A |
| SITP2115 | NEW WATER LINE INSTALLATION TIE IN | 20 | 0 | 31MAR03 | 25APR03 |
| SITP2120 | NEW SPRINKLER LINE INSTALLATION TIE IN | 20 | 0 | 28APR03 | 23MAY03 |
| SITP2130 | STRIP AND ROUGH GRADE ACCESS ROADS AND PARKING | 10 | 0 | 26AUG03 | 08SEP03 |
| GE5030 | Site Electric Rough Phase 4 | 5 | 0 | 26AUG03 | 01SEP03 |
| SITP2135 | BUILD NEW TENNIS AND BASKETBALL COURTS | 20 | 0 | 09SEP03 | 06OCT03 |
| SITP2150 | SCREEN AND SPREAD TOPSOIL | 15 | 0 | 09SEP03 | 29SEP03 |
| SITP2140 | ESTABLISH SUBGRADE FOR ROADWAYS AND WALKS | 5 | 0 | 09SEP03 | 15SEP03 |
| SITP2145 | INSTALL SITE DRAINAGE - PARKING LOTS | 15 | 0 | 15SEP03 | 03OCT03 |
| SITP2152 | SEED NEW SCHOOL AREA | 5 | 0 | 30SEP03 | 06OCT03 |
| SITP2170 | BUILD NEW SOFTBALL FIELD | 7 | 0 | 30SEP03 | 08OCT03 |
| SITP2155 | FURNISH AND INSTALL L.P. BASES | 5 | 0 | 07OCT03 | 13OCT03 |
| SITP2180 | BUILD NEW LITTLE LEAGUE FIELD | 7 | 0 | 09OCT03 | 17OCT03 |
| SITP2160 | FORM SITE CONCRETE | 5 | 0 | 14OCT03 | 20OCT03 |
| GE5040 | Site Electric Finishes Phase 4 | 5 | 0 | 14OCT03 | 20OCT03 |
| SITP2190 | FURNISH AND INSTALL INFIELD MIX | 5 | 0 | 20OCT03 | 24OCT03 |
| SITP2165 | PLACE SITE CONCRETE | 9 | 0 | 21OCT03 | 31OCT03 |
| SITP2197 | FINE GRADE LOAM AND SEED | 10 | 0 | 27OCT03 | 07NOV03 |
| SITP2185 | INSTALL CONCRETE CURBING | 7 | 0 | 03NOV03 | 11NOV03 |
| SITP2195 | INSTALL WOOD GUARDRAIL | 5 | 0 | 12NOV03 | 18NOV03 |
| SITP2175 | PAVING, BASE COURSE | 3 | 0 | 12NOV03 | 14NOV03 |
| SITP2199 | PAVING, TOP COURSE | 2 | 0 | 19NOV03 | 20NOV03 |

## Project Closeout

| Activity ID | Activity Description | Orig Dur | % | Early Start | Early Finish |
|---|---|---|---|---|---|
| GE5000 | Electric Start Up & Test | 15 | 0 | 05NOV03 | 25NOV03 |
| CLSOG994 | TEST FIRE PROTECTION SYSTEM | 5 | 0 | 26NOV03 | 02DEC03 |
| CLSOG990 | TEST ELECTRICAL SYSTEMS | 5 | 0 | 26NOV03 | 02DEC03 |
| CLSOG992 | TEST HVAC SYSTEM | 5 | 0 | 28NOV03 | 02DEC03 |

| Activity ID | Activity Description | Orig Dur | % | Early Start | Early Finish | Schedule |
|---|---|---|---|---|---|---|
| GE5010 | Electric Punchlist & Test | 10 | 0 | 26NOV03 | 09DEC03 | Electric Punchlist & Test |
| 90900 | substantial completion of new bldg | 0 | 0 | | 02DEC03 | substantial completion of new bldg |
| CLSOG998 | OWNER TRAINING | 20 | 0 | 03DEC03 | 30DEC03 | OWNER TRAINING |
| CLSOG996 | CLEAN UP AND FINAL PUNCHLIST | 27 | 0 | 24DEC03 | 29JAN04 | |
| **Demolition** | | | | | | |
| DEMEB050 | CUT AND CAP UTILITIES EXISTING BUILDING | 5 | 0 | 17JUN03 | 23JUN03 | CUT AND CAP UTILITIES EXISTING BUILDING |
| DEMEB055 | REMOVAL AND DISPOSAL FUEL OIL TANK | 5 | 0 | 24JUN03 | 30JUN03 | REMOVAL AND DISPOSAL FUEL OIL TANK |
| DEMEB060 | ASBESTOS ABATEMENT | 16 | 0 | 01JUL03 | 22JUL03 | ASBESTOS ABATEMENT |
| DEMEB065 | LEAD ABATEMENT | 15 | 0 | 01JUL03 | 22JUL03 | LEAD ABATEMENT |
| DEMEB070 | DEMO EXISTING SCHOOL | 25 | 0 | 23JUL03* | 26AUG03 | DEMO EXISTING SCHOOL |
| CLSOG999 | CONTRACT COMPLETION | 0 | 0 | | 29JAN04 | |