UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 03-40266 NMG

| | |
|---|---|
| AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY,<br><br>　　　Plaintiff<br><br>v.<br><br>TOWN OF NORTH BROOKFIELD,<br><br>　　　Defendant | LOCAL RULE 16.1(D)<br>CERTIFICATE OF CONFERRAL |

Pursuant to Local Rule 16.1(D)(3), the undersigned counsel and authorized representative of defendant hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
A. Larry Hasenfus
Chairman, Board of Selectmen

_____
David J. Doneski (BBO# 546991)
Thomas W. McEnaney (BBO# 629130)
Kopelman and Paige, P.C.
Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

Co-counsel:

_Kieran B Meagher_ /s/
Kieran B. Meagher, Esq. (BBO# 340920)
92 Montvale Avenue
Stoneham, MA 02180
(781) 246-1101

224990/21202/0019

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand)(mail) on 7/28/04

2