UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY, <br> Plaintiff, <br><br> vs. <br><br> TOWN OF NORTH BROOKFIELD, <br> Defendant. | Civil Action <br> No. 03-40266-FDS |

**CERTIFICATION OF PLAINTIFF
AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY
UNDER LOCAL RULE 16.1(D)(3)**

This is to certify that counsel for the plaintiff in this matter have conferred with an authorized representative of the plaintiff regarding: (1) a budget for the approximate costs of conducting either the full course, or various alternative courses, of this litigation; and (2) the possibility of resolving this litigation through the use of alternative dispute resolution programs as set forth in Local Rule 16.4. The undersigned hereby affirm the preceding.

Dated: July 30, 2004

_____
Deborah S. Griffin (BBO #211460)
Jeff D. Bernarducci (BBO #657454)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850


AMERICAN MANUFACTURERS
MUTUAL INSURANCE COMPANY

By_____
Stephen J. Beatty, Senior Surety Counsel

# 2146493_v1
431261.00002