UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 03-40266 CBS

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

    Plaintiff

v.

TOWN OF NORTH BROOKFIELD,

    Defendant

## ASSENTED TO MOTION TO EXTEND DISCOVERY DEADLINE

Now comes the defendant, Town of North Brookfield ("Town"), and hereby requests that the deadline for filing and responding to written discovery set forth in Scheduling Conference Statement be extended as follows:

| | |
|---|---|
| Written discovery requests served | October 1, 2004 |
| Responses to discovery | November 30, 2004 |

As grounds therefor, the Town states that the extension sought here does not impact the February 25, 2005 discovery completion date set by the Court and will not prejudice either party. Counsel for plaintiff has also indicated their assent to this Motion.

WHEREFORE, the Town of North Brookfield respectfully requests that this Honorable Court grant its Assented to Motion to Extend Discovery Deadline.

ASSENTED TO:

AMERICAN MANUFACTURERS
MUTUAL INSURANCE COMPANY,

_[signature]_
Deborah S. Griffin (BBO# 211460)
Jeff D. Bernarducci (BBO# 657454)
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116
(617)523-2700
234051/NBROhs/0019

TOWN OF NORTH BROOKFIELD

By its attorneys,

_[signature]_
David J. Doneski (BBO# 546991)
Thomas W. McEnaney (BBO# 629130)
Kopelman and Paige, P.C.
Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by hand (mail) on 10/27/04
_[signature]_