UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY, Plaintiff, vs. TOWN OF NORTH BROOKFIELD, Defendant. | Civil Action No. 03-40266-CBS |

## CERTIFICATE OF SERVICE

I, Deborah S. Griffin, counsel to the plaintiff in the above-captioned matter, hereby certify that I have this day served a copy of the following documents:

Plaintiff's Motion for Protective Order;
Memorandum in Support of Plaintiff's Motion for Protective Order;
Affidavit of Benjamin D. Schwartz in Support of the Motion of American
    Manufacturers Mutual Insurance Company for Protective Order;
Affidavit of Deborah S. Griffin in Support of Plaintiff's Motion for Protective Order; and
Proposed Protective Order

by CM/ECF to:

Thomas W. McEnaney, Esq.                  tmcenaney@k-plaw.com

and by First Class Mail, postage prepaid, on:

Kieran B. Meagher, Esq.
Kieran B. Meagher & Associates LLC
92 Montvale Avenue
Stoneham, MA  02180

AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY

By its attorneys

HOLLAND & KNIGHT LLP


/s/ Jeff D. Bernarducci
Deborah S. Griffin, BBO #211460
Jeff D. Bernarducci, BBO #657454
10 St. James Avenue
Boston, MA  02116
Tel:     617-523-2700
Email:   deborah.griffin@hklaw.com

Dated: April 22, 2005

# 2781950_v1
431261.00002