UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY,<br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>TOWN OF NORTH BROOKFIELD,<br>　　　　　　　　Defendant. | Civil Action No. 03-40266-CBS |

**CERTIFICATE OF SERVICE**

　　　　I, Deborah S. Griffin, counsel to the plaintiff in the above-captioned matter, hereby certify that I have this day served a copy of the Joint Motion to Modify Scheduling Order by CM/ECF to:

Thomas W. McEnaney, Esq.　　　　　　　　　tmcenaney@k-plaw.com

and by First Class Mail, postage prepaid, on:

Kieran B. Meagher, Esq.
Kieran B. Meagher & Associates LLC
92 Montvale Avenue
Stoneham, MA  02180

　　　　　　　　　　　　　　　　　　　　AMERICAN MANUFACTURERS
　　　　　　　　　　　　　　　　　　　　MUTUAL
　　　　　　　　　　　　　　　　　　　INSURANCE COMPANY

　　　　　　　　　　　　　　　　　　　By its attorneys

　　　　　　　　　　　　　　　　　　　HOLLAND & KNIGHT LLP


　　　　　　　　　　　　　　　　　　　*/s/ Deborah S. Griffin*
　　　　　　　　　　　　　　　　　　　Deborah S. Griffin, BBO #211460
　　　　　　　　　　　　　　　　　　Jeff D. Bernarducci, BBO #657454
　　　　　　　　　　　　　　　　　10 St. James Avenue
　　　　　　　　　　　　　　　Boston, MA  02116
　　　　　　　　　　　　　Tel:　　617-523-2700
　　　　　　　　　Email:　deborah.griffin@hklaw.com

Dated: June 15, 2005

　　　　　　　　　　　　　　　　　　　　　　　# 2781950_v1
　　　　　　　　　　　　　　　　　　　　　　　431261.00002