UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY,<br>                    Plaintiff,<br><br>vs.<br><br>TOWN OF NORTH BROOKFIELD,<br>                    Defendant. | Civil Action No. 03-40266-CBS |

PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON
COUNT III OF DEFENDANT'S COUNTERCLAIM – TORT

Plaintiff, American Manufacturers Mutual Insurance Company ("AMMIC"), hereby moves for summary judgment on Count III of the Town of North Brookfield's Counterclaim that is captioned as an unspecified "tort."  The Town of North Brookfield (the "Town") alleges in Count III that AMMIC breached a *tort* duty of fair dealing by not fulfilling its obligations under the bond.  Under Massachusetts law one's duty of good faith and fair dealing is an implied *contractual* obligation – unrecoverable in tort.  Moreover, the economic loss rule precludes recovery in tort because none of the Town's claimed damages arise from personal injury or property damage.  Accordingly, Count III does not lie and summary judgment should enter in AMMIC's favor.

AMMIC submits in further support of this motion its Statement of Undisputed Facts, its Memorandum of Law and the Affidavit of Deborah S. Griffin.

**REQUEST FOR HEARING**

AMMIC requests a hearing on this Motion.

## CERTIFICATION UNDER LOCAL RULE 7.1

The undersigned hereby certifies that counsel have conferred and have attempted in good faith to resolve or narrow the issue presented by this motion.

                                                **AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY**

By its attorneys

**HOLLAND & KNIGHT LLP**

*/s/ Deborah S. Griffin*
Deborah S. Griffin, BBO #211460
Jeff D. Bernarducci, BBO #657454
10 St. James Avenue
Boston, MA 02116
Tel:    (617) 523-2700
Fax:   (617) 523-6850

Dated:    December 16, 2005

# 3452987_v1
431261.00002