UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY,<br>                         Plaintiff,<br><br>vs.<br><br>TOWN OF NORTH BROOKFIELD,<br>                         Defendant. | Civil Action No. 03-40266-CBS |

PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON
COUNT II OF DEFENDANT'S COUNTERCLAIM – CHAPTER 93A

      Plaintiff, American Manufacturers Mutual Insurance Company ("AMMIC") hereby moves for summary judgment on Count II of the Town of North Brookfield's Counterclaim that alleges that AMMIC violated G.L. c. 93A. The Town of North Brookfield (the "Town") cannot prove facts sufficient to support its claim. This failure, and certain material facts not in dispute, warrant summary judgment as a matter of law in favor of AMMIC on Count II.

      AMMIC submits in further support of this motion its Statement of Undisputed Facts, its Memorandum of Law and the Affidavits of Deborah S. Griffin, Stephen J. Beatty and Richard P. Anastasio.

**REQUEST FOR HEARING**

      AMMIC requests a hearing on this Motion.

**CERTIFICATION UNDER LOCAL RULE 7.1**

      The undersigned hereby certifies that counsel have conferred and have attempted in good faith to resolve or narrow the issue presented by this motion.

2

**AMERICAN MANUFACTURERS
MUTUAL INSURANCE COMPANY**

By its attorneys

**HOLLAND & KNIGHT LLP**

*/s/ Deborah S. Griffin*
Deborah S. Griffin, BBO #211460
Jeff D. Bernarducci, BBO #657454
10 St. James Avenue
Boston, MA  02116
Tel:    (617) 523-2700
Fax:    (617) 523-6850

Dated:    December 16, 2005

# 3445761_v1
431261.00002