CERTIFICATE OF SERVICE

      I, Thomas W. McEnaney, hereby certify that on the below date, I served a copy of the foregoing Defendant's Motion for Partial Summary Judgment, Memorandum in Support, Rule 56.1 Statement of Facts and Affidavit of Thomas W. McEnaney by CM/ECF and first class mail, postage prepaid, to the following counsel of record:

> Deborah S. Griffin, Esq.
> Jeff D. Bernarducci, Esq.
> Holland & Knight
> 10 St. James Avenue
> Boston, MA 02116

Dated:  December 16, 2005      _/s/ Thomas W. McEnaney