EXHIBITS "A" THROUGH "M" WILL FOLLOW IN THE MAIL.

Case 4:03-cv-40266-TSH    Document 44    Filed 12/16/2005    Page 1 of 1