UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-40266 CBS

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

    Plaintiff

v.

TOWN OF NORTH BROOKFIELD,

    Defendant

RULE 7.1(A)(2) CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(A)(2), the undersigned hereby certifies that, on December 5, 2005, he conferred with Deborah S. Griffin, current counsel for plaintiff, in a good faith effort to resolve or narrow the issues set forth in the defendant's Motion for Summary Judgment.

TOWN OF NORTH BROOKFIELD

By its attorney,

/s/Thomas W. McEnaney
David J. Doneski (BBO# 546991)
Thomas W. McEnaney (BBO# 629130)
Kopelman and Paige, P.C.
 Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

268009/NBRO-HS/0019