# EXHIBIT K
# Part 2

# PROJECT MANUAL

**EXHIBIT B**

VOLUME 2 OF 2 – GENERAL NOTES AND DETAILS

## NORTH BROOKFIELD JR./SR. HIGH SCHOOL

## NORTH BROOKFIELD, MASSACHUSETTS

15 January 2002
(Revised from original issue of 12 September 2001)

ARCHITECTS AND PROJECT MANAGERS
Dore and Whittier, Inc.

ASSOCIATE ARCHITECTS
PDT Architect, Inc.

CIVIL ENGINEERS AND LANDSCAPE ARCHITECTS
The Berkshire Design Group, Inc.

STRUCTURAL ENGINEERS
Engineers Design Group, Inc.

MECHANICAL, PLUMBING, ELECTRICAL AND FIRE PROTECTION
Garcia, Galuska, DeSousa, Inc.

EQUIPMENT AND FURNISHINGS
John A. Crisafulli and Associates

KITCHEN EQUIPMENT
Crabtree McGrath Associates

ENVIRONMENTAL
ATC Associates, Inc.

TECHNOLOGY
CCR/Pyramid

**RE-BID**

**BID DOCUMENTS (REVISED)**

## Table of Contents for Project Details

**EXHIBIT B**

| No. | Title | | Date |
|---|---|---|---|
| | **General** | | |
| 0.001 | Table of Contents (a,b c, d, e, f, g, h) | Addendum #3 | 02/12/02 |
| 0.002 | Material Legend | | 01/15/02 |
| 0.003 | Symbols Legend | | 01/15/02 |
| 0.004 | Typical Project Sign Detail | | 01/15/02 |
| | | | |
| | **Floor Plans** | | |
| 1.001 | Plan General Notes | | 01/15/02 |
| 1.101 | Typical Slab-on-Grade Construction | | 01/15/02 |
| 1.102 | Column Details @ Non-rated Partitions | | 01/15/02 |
| 1.103 | Column Cover Plates | | 01/15/02 |
| 1.104 | Column Detail in X2 or X3 Wall | | 01/15/02 |
| 1.105 | Corner Column in X2 or X3 Wall | | 01/15/02 |
| 1.106 | Column w/ 2-Hr Shaftwall Protection | | 01/15/02 |
| 1.108 | Music Room Walls M1, M2, M3 | | 01/15/02 |
| 1.170 | Plan Detail | | 01/15/02 |
| 1.171 | Plan Detail | | 01/15/02 |
| 1.172 | Plan Detail | | 01/15/02 |
| 1.173 | Plan Detail | | 01/15/02 |
| 1.174 | Plan Detail | | 01/15/02 |
| 1.175 | Plan Detail | | 01/15/02 |
| 1.176 | Plan Detail | | 01/15/02 |
| 1.177 | Plan Detail | | 01/15/02 |
| 1.178 | Plan Detail | | 01/15/02 |
| 1.179 | Plan Detail | | 01/15/02 |
| 1.180 | Plan Detail | | 01/15/02 |
| 1.181 | Plan Detail | | 01/15/02 |
| 1.182 | Plan Detail | | 01/15/02 |
| 1.183 | Plan Detail | | 01/15/02 |
| 1.184 | Plan Detail | | 01/15/02 |
| 1.185 | Plan Detail | | 01/15/02 |
| 1.186 | Plan Detail | | 01/15/02 |
| 1.187 | Plan Detail | | 01/15/02 |
| 1.188 | Plan Detail | | 01/15/02 |
| 1.189 | Plan Detail | | 01/15/02 |
| 1.190 | Plan Detail | | 01/15/02 |
| 1.191 | Plan Detail | | 01/15/02 |
| 1.192 | Plan Detail | | 01/15/02 |



**D&W**
DORE AND WHITTIER, INC.
Architects • Project Managers

1795 WILLISTON RD, STE 5
S. BURLINGTON, VT 05403
Phone: (802) 863-1428
Fax: (802) 863-6955

1400 HANCOCK STREET
QUINCY, MA 02169
Phone: (617) 471-2897
Fax: (617) 471-2518

**NORTH BROOKFIELD JR/SR HIGH SCHOOL**
NORTH BROOKFIELD   MASSACHUSETTS

| Project No. | Sheet Title: | | Sheet # |
|---|---|---|---|
| 00-404A | TABLE OF CONTENTS | | **0.001a** ADDENDUM #3 |
| Scale: AS NOTED | Date: 02/12/02 | Chk'd By: JFT | Drawn By: ZWG |

| | | EXHIBIT B | | |
|---|---|---|---|---|
| 1.193 | Plan Detail | | | 01/15/02 |
| 1.194 | Plan Detail | | | 01/15/02 |
| 1.195 | Plan Detail | | | 01/15/02 |
| 1.196 | Plan Detail | | | 01/15/02 |
| 1.198 | Detail @ GWB | | | 01/15/02 |
| 1.199 | Plan Detail | | | 01/15/02 |
| 1.270 | Detail @ Main Stair | | | 01/15/02 |
| 1.271 | Detail @ Main Stair | | | 01/15/02 |
| 1.272 | Detail @ Main Stair | | | 01/15/02 |
| 1.273 | Detail @ Main Stair | | | 01/15/02 |
| 1.274 | Plan Detail | | | 01/15/02 |
| 1.275 | Plan Detail | | | 01/15/02 |
| 1.276 | Plan Detail | | | 01/15/02 |
| 1.277 | Plan Detail | | | 01/15/02 |
| 1.279 | Plan Detail | | | 01/15/02 |
| 1.370 | Typical Classroom Entry | | | 01/15/02 |
| | **Ceiling** | | | |
| **2.000** | **Ceilings General** | | | |
| 2.001 | Ceiling General Notes | | | 01/15/02 |
| **2.100** | **Ceiling Details** | | | |
| 2.101 | Typical Sprinkler Head Locations in ACP | | | 01/15/02 |
| 2.102 | Typical ACP Seismic Bracing | | | 01/15/02 |
| 2.103 | Typical GWB Soffit Detail | | | 01/15/02 |
| 2.105 | Light Cove Detail | | | 01/15/02 |
| 2.106 | Typical Toilet Room Light Cove - New Dwg | | Addendum #2 | 01/30/02 |
| 2.107 | Typical Folding Partition Detail | | | 01/15/02 |
| 2.108 | Typical Curtain Track Detail | | | 01/15/02 |
| 2.171 | Ceiling Detail | | | 01/15/02 |
| 2.173 | Kiva Ceiling Detail | | | 01/15/02 |
| 2.174 | Projector Screen Detail | | | 01/15/02 |
| 2.175 | Ceiling Detail | | | 01/15/02 |
| 2.177 | Ceiling Detail | | | 01/15/02 |
| 2.178 | Ceiling Detail | | | 01/15/02 |
| 2.179 | Ceiling Detail | | | 01/15/02 |
| 2.180 | Ceiling Detail | | | 01/15/02 |
| 2.181 | Ceiling Detail | | | 01/15/02 |
| 2.182 | Ceiling Detail | | | 01/15/02 |



**D&W**
DORE AND WHITTIER, INC.
Architects • Project Managers

1785 WILLISTON RD, STE 5
S. BURLINGTON, VT 05403
Phone: (802) 863-1428
Fax: (802) 863-6955

1400 HANCOCK STREET
QUINCY, MA 02169
Phone: (617) 471-2897
Fax: (617) 471-2516

**NORTH BROOKFIELD JR/SR HIGH SCHOOL**
NORTH BROOKFIELD    MASSACHUSETTS

Project No: 00-404A
Sheet Title: TABLE OF CONTENTS
Sheet #: 0.001b    ADDENDUM #3
Scale: AS NOTED    Date: 02/12/02    Chk'd By: JFT    Drawn By: ZWG

| | Roof | | | |
|---|---|---|---|---|
| 3.000 | Roof Types | **EXHIBIT B** | | |
| 3.000 | Roof General Notes | | | 01/15/02 |
| 3.001 | Typical Single-Ply Roof Construction (R1) | | | 01/15/02 |
| 3.002 | Typical Composition Shingle Roof Construction (R2) | | | 01/15/02 |
| 3.003 | Typical Standing Seam Metal Roof Construction (R3) | | | 01/15/02 |
| | | | | |
| 3.100 | **Roof Details** | | | |
| 3.101 | Typical Roof Drain | | | 01/15/02 |
| 3.102 | Typical Roof to Wall Flashing Details | | | 01/15/02 |
| 3.104 | Typical Detail @ Metal Deck/Concrete Deck | | | 01/15/02 |
| 3.107 | Typical Roof Pitch Pocket Detail | | | 01/15/02 |
| 3.108 | Typical Vent Stack Flashing | | | 01/15/02 |
| 3.109 | `` | | | 01/15/02 |
| 3.110 | Roof Detail @ Mechanical Equipment Curb | | | 01/15/02 |
| 3.111 | Typical Duct Penetration @ Roof | | | 01/15/02 |
| 3.112 | Typical Single Leaf Roof Hatch (Scuttle) | | | 01/15/02 |
| 3.115 | Typical Elevator Hoistway Vent | | | 01/15/02 |
| 3.116 | Typical Thru Wall Step Flashing @ Roof | | | 01/15/02 |
| 3.117 | Typical Metal to Membrane Transition @ Pitched Roof | | | 01/15/02 |
| 3.118 | Typical Ridge @ Standing Seam Metal Roof | | | 01/15/02 |
| 3.119 | Typical Vented Ridge @ Shingle Roof | | | 01/15/02 |
| 3.120 | Roof Expansion Joint @ Fire Wall | | | 01/15/02 |
| 3.128 | Expn Joint Between PVC & Epdm Membrane | | | 01/15/02 |
| 3.129 | Typical Skylight Curb Detail | | | 01/15/02 |
| 3.132 | Typical Joint in Fascia/Gravel Stop | | | 01/15/02 |
| 3.170 | Roof Detail | | | 01/15/02 |
| 3.171 | Expn Joint Between PVC & Epdm Membrane | Addendum #1 | | 01/23/02 |
| 3.172 | Roof Detail           ( New Drawing ) | Addendum #1 | | 01/23/02 |
| 3.175 | Typical Skylight Shaft Detail | | | 01/15/02 |
| 3.177 | Roof Detail - New Drawing | Addendum #3 | | 02/12/02 |
| 3.178 | Roof Detail - New Drawing | Addendum #3 | | 02/12/02 |
| 3.179 | Roof Detail | Addendum #1 | | 01/23/02 |
| 3.181 | Typical Rake at Sloped Roof | Addendum #1 | | 01/23/02 |
| 3.184 | Rain Diverter Detail | | | 01/15/02 |
| 3.185 | Section Detail At High Mono Ridge | Addendum #1 | | 01/23/02 |
| 3.187 | Roof Detail | Addendum #1 | | 01/23/02 |
| 3.188 | Roof System Type | | | 01/15/02 |
| 3.189 | Roof Detail | | | 01/15/02 |
| 3.191 | Typical Snow Guard @ Metal Roofing | Addendum #1 | | 01/23/02 |



**D&W**

**DORE AND WHITTIER, INC.**
Architects • Project Managers

1795 WILLISTON RD, STE 5
S. BURLINGTON, VT 05403
Phone: (802) 863-1428
Fax: (802) 863-6955

1400 HANCOCK STREET
QUINCY, MA 02169
Phone: (617) 471-2897
Fax: (617) 471-2516

**NORTH BROOKFIELD JR/SR HIGH SCHOOL**
NORTH BROOKFIELD          MASSACHUSETTS

| Project No. | Sheet Title: | Sheet # |
|---|---|---|
| 00-404A | TABLE OF CONTENTS | 0.001c |
| Scale: AS NOTED | Date: 02/12/02   Chk'd By: JFT   Drawn By: ZWG | ADDENDUM #3 |

**EXHIBIT B**

| 6.100 | Wall Details | | |
|---|---|---|---|
| 6.101 | Typical R1 Roof Edge @ X1 Wall | | 01/15/02 |
| 6.102 | Typical X1 Wall @ Elevated Floor | | 01/15/02 |
| 6.103 | Typical Brick Shelf Detail @ X1 Wall | | 01/15/02 |
| 6.104 | Typical R1 Roof Edge @ X2 or X3 Wall | | 01/15/02 |
| 6.106 | Typical Brick Shelf Detail @ X2 & X3 Wall | | 01/15/02 |
| 6.107 | Typical Brick Shelf Below Grade @ Retaining Wall | | 01/15/02 |
| 6.108 | Brick Shelf Below Grade | | 01/15/02 |
| 6.116 | Typical Frost Pad @ Exterior Door | | 01/15/02 |
| 6.170 | Eave Detail | Addendum #1 | 01/23/02 |
| 6.171 | Section Detail | Addendum #1 | 01/23/02 |
| 6.172 | Section Detail (New Drawing) | Addendum #1 | 01/23/02 |
| 6.173 | Section Detail | Addendum #1 | 01/23/02 |
| 6.174 | Wall Detail (New Drawing) | Addendum #1 | 01/23/02 |
| 6.176 | Brick/Concrete Wall Assembly | Addendum #1 | 01/23/02 |
| 6.179 | Section Detail | | 01/15/02 |
| 6.180 | Wall Detail | Addendum #1 | 01/23/02 |
| 6.182 | Wall Detail | Addendum #1 | 01/23/02 |
| 6.183 | Wall Detail | Addendum #1 | 01/23/02 |
| 6.184 | Wall Detail | Addendum #1 | 01/23/02 |
| 6.186 | Wall Detail | Addendum #1 | 01/23/02 |
| 6.187 | Rake Roof Edge Support | Addendum #1 | 01/23/02 |
| 6.188 | Media Center Clerestory Section | Addendum #1 | 01/23/02 |
| 6.192 | Foundation Drain Detail | | 01/15/02 |
| 6.193 | Wall Detail | Addendum #1 | 01/23/02 |
| 6.194 | Wall Detail | | 01/15/02 |
| 6.195 | Wall Section Detail | Addendum #1 | 01/23/02 |
| 6.196 | Section Detail | Addendum #1 | 01/23/02 |
| 6.198 | Wall Detail | | 01/15/02 |
| | | | |
| 6.200 | Louver Details | | |
| 6.201 | Typical Louver in X1 Wall | | 01/15/02 |
| 6.202 | Typical Louver in X1 Wall @ Floor | | 01/15/02 |
| 6.203 | Typical Louver in X2 or X3 Wall | | 01/15/02 |
| 6.204 | UV Louver in X2 Wall @ Floor | | 01/15/02 |
| 6.205 | Louver in X4 Wall | | 01/15/02 |
| 6.206 | UV Louver in X1 Wall @ Floor | | 01/15/02 |
| 6.270 | Wall Section Detail | Addendum #1 | 01/23/02 |
| 6.271 | Wall Detail | | 01/15/02 |
| 6.273 | Wall Detail | | 01/15/02 |
| 6.274 | Wall Section Detail | Addendum #3 | 02/12/02 |
| 6.275 | Section Detail | | 01/15/02 |
| 6.276 | Floor Expansion Joint | | 01/15/02 |
| 6.277 | Section Detail | | 01/15/02 |
| 6.278 | Section Detail | Addendum #3 | 02/12/02 |
| 6.279 | Wall Detail | | 01/15/02 |



**D&W**
DORE AND WHITTIER, INC.
Architects • Project Managers

1795 WILLISTON RD, STE 5
S. BURLINGTON, VT 05403
Phone: (802) 863-1428
Fax: (802) 863-6955

1400 HANCOCK STREET
QUINCY, MA 02169
Phone: (617) 471-2897
Fax: (617) 471-2516

**NORTH BROOKFIELD JR/SR HIGH SCHOOL**
NORTH BROOKFIELD       MASSACHUSETTS

| Project No. | Sheet Title: | Sheet # |
|---|---|---|
| 00-404A | **TABLE OF CONTENTS** | **0.001d** ADDENDUM #3 |
| Scale: AS NOTED | Date: 02/12/02 | Chk'd By: JFT | Drawn By: ZWG |

**EXHIBIT B**

| | | | |
|---|---|---|---|
| 6.200 | Louver Details | | |
| 6.201 | Typical Louver in X1 Wall | | 01/15/02 |
| 6.202 | Typical Louver in X1 Wall @ Floor | | 01/15/02 |
| 6.203 | Typical Louver in X2 or X3 Wall | | 01/15/02 |
| 6.204 | UV Louver in X2 Wall @ Floor | | 01/15/02 |
| 6.205 | Louver in X4 Wall | | 01/15/02 |
| 6.206 | UV Louver in X1 Wall @ Floor | | 01/15/02 |
| 6.270 | Wall Section Detail | Addendum #1 | 01/23/02 |
| 6.271 | Wall Detail | | 01/15/02 |
| 6.273 | Wall Detail | | 01/15/02 |
| 6.274 | Wall Section Detail | Addendum #3 | 02/12/02 |
| 6.275 | Section Detail | | 01/15/02 |
| 6.276 | Floor Expansion Joint | | 01/15/02 |
| 6.277 | Section Detail | | 01/15/02 |
| 6.278 | Section Detail | Addendum #3 | 02/12/02 |
| 6.279 | Wall Detail | | 01/15/02 |
| | **Stairs, Ramps, Ladders, and Elevators** | | |
| 7.100 | **Stairs** | | |
| 7.001 | Vertical Circulation General Notes | | 01/15/02 |
| 7.101 | Typical Stair Anchorage @ Slab-on-Grade | | 01/15/02 |
| 7.102 | Typical Stair @ Intermediate Landing | | 01/15/02 |
| 7.103 | Typical Stair Landing @ Wall | | 01/15/02 |
| 7.104 | Typical Stair @ Structural Landing | | 01/15/02 |
| 7.105 | Typical Stair Railing Details | | 01/15/02 |
| 7.106 | Typical Stair Railing @ Intermediate Landing | | 01/15/02 |
| 7.107 | Typical Stair Railing Details | | 01/15/02 |
| 7.108 | Typical Railing @ Open Side of Landing | | 01/15/02 |
| 7.109 | Typical Stair Separation Wall | | 01/15/02 |
| 7.110 | Typical Wall Rail Details | | 01/15/02 |
| 7.111 | Wall Cap @ Handrail | | 01/15/02 |
| 7.112 | Partition Cap | | 01/15/02 |
| 7.113 | Intermediate Stringer & Rail @ Slab-On-Grade | | 01/15/02 |
| 7.114 | Intermediate Stringer & Rail @ Intermediate Landing | | 01/15/02 |
| 7.115 | Intermediate Stringer & Rail @ Upper Landing | | 01/15/02 |
| 7.116 | Guardrail @ Lobby Floor Opening | | 01/15/02 |
| 7.117 | Elevator Pit Access Ladder | | 01/15/02 |
| 7.200 | **Ramps** | | |
| 7.201 | Typical Wall Handrail @ Ramp | Addendum #1 | 01/23/02 |



**D&W**
DORE AND WHITTIER, INC.
Architects • Project Managers

1795 WILLISTON RD, STE 5
S. BURLINGTON, VT 05403
Phone: (802) 863-1428
Fax: (802) 863-6955

1400 HANCOCK STREET
QUINCY, MA 02169
Phone: (617) 471-2897
Fax: (617) 471-2516

**NORTH BROOKFIELD JR/SR HIGH SCHOOL**
NORTH BROOKFIELD    MASSACHUSETTS

| Project No. | Sheet Title: | Sheet # |
|---|---|---|
| 00-404A | **TABLE OF CONTENTS** | **0.001e** ADDENDUM #3 |

Scale: AS NOTED | Date: 02/12/02 | Chk'd By: JFT | Drawn By: ZWG

**EXHIBIT B**

| | | | |
|---|---|---|---|
| 7.270 | Rail Detail | | 01/15/02 |
| 7.271 | Dock Detail | | 01/15/02 |
| **7.300** | **Ladders** | | |
| 7.301 | Typical Ladders | | 01/15/02 |
| **7.400** | **Elevators** | | |
| 7.401 | Typical Elevator Door Sill @ Elevated Slab | | 01/15/02 |
| 7.402 | Typical Elevator Door Sill @ Slab-on-Grade | | 01/15/02 |
| 7.403 | Elevated Floor @ Elevator Hoistway | | 01/15/02 |
| 7.404 | Typical Elevator Sump Pit & Cover | | 01/15/02 |
| 7.405 | Elevator Door Head | | 01/15/02 |
| | **Doors and Windows** | | |
| **8.000** | **General** | | |
| 8.001 | Door and Window General Notes | | 01/15/02 |
| **8.100** | **HM Door Frames** | | |
| 8.101 | Typical Jamb @ Stud Partition (Head Similar) | | 01/15/02 |
| 8.102 | Typical Jamb @ CMU Partition (Head Similar) | | 01/15/02 |
| 8.103 | Typical HM Head @ X2 or X3 Wall | | 01/15/02 |
| 8.104 | Typical HM Jamb @ X2 or X3 Wall | | 01/15/02 |
| 8.105 | Typical Threshold Detail @ Exterior HM Door | | 01/15/02 |
| 8.106 | Typical Jamb @ Double Egress Frame | | 01/15/02 |
| **8.200** | **Aluminum Doors and Frames** | | |
| 8.201 | Typical Aluminum Head @ Stud Partition | | 01/15/02 |
| 8.204 | Typical Aluminum Head @ X1 Wall | | 01/15/02 |
| 8.205 | Typical Aluminum Jamb @ X1 Wall | | 01/15/02 |
| 8.206 | Typical Threshhold @ Exterior Aluminum Door | | 01/15/02 |
| 8.208 | Typical Aluminum Mullion/Jamb (EFS) | | 01/15/02 |
| **8.300** | **Borrowed Lites** | | |
| 8.308 | Jamb or Head Borrowed Lite | | 01/15/02 |
| 8.309 | Rail @ Borrowed Lite | | 01/15/02 |
| 8.310 | Mullion @ Classroom Entry | | 01/15/02 |
| 8.312 | Sill @ Borrowed Lite | | 01/15/02 |
| **8.400** | **Window Details** | | |
| 8.403 | Typical Window Head @ X1 | | 01/15/02 |



**D&W**
DORE AND WHITTIER, INC.
Architects • Project Managers

1795 WILLISTON RD, STE 5
S. BURLINGTON, VT 05403
Phone: (802) 863-1428
Fax: (802) 863-6955

1400 HANCOCK STREET
QUINCY, MA 02169
Phone: (617) 471-2897
Fax: (617) 471-2518

**NORTH BROOKFIELD JR/SR HIGH SCHOOL**
NORTH BROOKFIELD   MASSACHUSETTS

| Project No. | Sheet Title: | | Sheet # |
|---|---|---|---|
| 00-404A | **TABLE OF CONTENTS** | | **0.001f** |
| Scale: AS NOTED | Date: 02/12/02 | Chk'd By: JFT   Drawn By: ZWG | ADDENDUM #3 |

| | | | |
|---|---|---|---|
| 8.404 | Typical Window Jamb @ X1 | **EXHIBIT B** | 01/15/02 |
| 8.407 | Jamb @ Window Louver @ X1 | | 01/15/02 |
| 8.408 | Window Head in X2 or X3 Wall | | 01/15/02 |
| 8.409 | Window Jamb in X2 or X3 Wall | | 01/15/02 |
| 8.410 | Aluminum Window Sill Ins. Metal Panel @ X2 Wall | | 01/15/02 |
| 8.412 | Head @ Window in X5 Wall | | 01/15/02 |
| 8.413 | Jamb @ Window in X4 Wall | | 01/15/02 |
| 8.414 | Floor Sill @ Window in X4 Wall | | 01/15/02 |
| 8.415 | Window Sill @ Ins. Metal Panel @ X1 Wall | | 01/15/02 |
| 8.416 | Window Sill @ U.V. Louver @ X1 Wall | | 01/15/02 |
| 8.417 | Typical Meeting Rail with Screen | | 01/15/02 |
| 8.422 | Typical Window Mullion | | 01/15/02 |
| 8.470 | Head @ Window in X6 Wall | | 01/15/02 |
| 8.474 | Head @ Window in X4 Wall | | 01/15/02 |
| 8.478 | Window Detail | Addendum #1 | 01/23/02 |
| 8.479 | Window Sill in X1 Wall | | 01/15/02 |
| 8.481 | Window Sill in X3 Wall | | 01/15/02 |
| 8.482 | Window Sill @ UV Louver @ X1 Wall (New Dwg) | Addendum #1 | 01/23/02 |
| | | | |
| **8.900** | **Miscellaneous Door and Frame Details** | | |
| 8.902 | Typical Overhead Rool-Up Door Jamb & Head | | 01/15/02 |
| | | | |
| | **Interior** | | |
| **9.000** | **Typical Finish Details** | | |
| 9.001 | Interior Finish & Toilet Room Genaral Notes | | 01/15/02 |
| 9.002 | Thin Set Ceramic Tile Details | | 01/15/02 |
| 9.003 | Thick Set Ceramic Tile Details | | 01/15/02 |
| 9.004 | Typical Floor Transition Details | | 01/15/02 |
| 9.005 | Typical GWB Control Joint | | 01/15/02 |
| 9.006 | Acoustic Wall Panel (AWP) Mounting Detail | | 01/15/02 |
| 9.007 | Gymnasium Wood Floor System | | 01/15/02 |
| 9.009 | Porcelain Tile Transition Detail | | 01/15/02 |
| | | | |
| **9.100** | **Toilet Rooms** | | |
| 9.101 | Typical Grab Bar Layout @ HC Toilet | | 01/15/02 |
| 9.102 | Faculty Toilet with Inswinging Door | | 01/15/02 |
| 9.103 | Faculty Toilet Elevations | | 01/15/02 |
| 9.106 | Fixture and Accessory Mounting Heights for Grades 7 - Adult | | 01/15/02 |
| 9.113 | Display Case Plan and Elevation | | 01/15/02 |
| 9.114 | Display Case Section | | 01/15/02 |



**D&W**
DORE AND WHITTIER, INC.
Architects • Project Managers

1795 WILLISTON RD, STE 5
S. BURLINGTON, VT 05403
Phone: (802) 863-1428
Fax: (802) 863-6955

1400 HANCOCK STREET
QUINCY, MA 02169
Phone: (617) 471-2897
Fax: (617) 471-2516

**NORTH BROOKFIELD JR/SR HIGH SCHOOL**
NORTH BROOKFIELD   MASSACHUSETTS

| Project No. | Sheet Title | Sheet # |
|---|---|---|
| 00-404A | **TABLE OF CONTENTS** | **0.001g** |
| Scale: AS NOTED | Date: 02/12/02   Chk'd By: JFT   Drawn By: ZWG | ADDENDUM #3 |

**EXHIBIT B**

| | | | |
|---|---|---|---|
| **9.200** | **Locker and Shower Rooms** | | |
| 9.202 | Shower Partition Plan Detail | | 01/15/02 |
| 9.203 | Typical 36"x36" HC Shower | | 01/15/02 |
| 9.204 | Typical 36"x36" Gang Shower | | 01/15/02 |
| | | | |
| **9.900** | **Miscellaneous Interior Details** | | |
| 9.901 | Kiva Seating Details | | 01/15/02 |
| 9.903 | Teacher Mail Boxes | | 01/15/02 |
| 9.904 | Type 2 Blocking for Wall-Mounted TV Bracket | | 01/15/02 |
| 9.905 | Typical Volleyball Insert Detail | | 01/15/02 |
| 9.906 | Typical Trench Cover Detail | | 01/15/02 |
| 9.907 | Typical Section Thru Corridor Lockers | | 01/15/02 |
| 9.908 | Typical Section Thru Corridor Locker w/ Sloping Top Misc. | | 01/15/02 |
| 9.909 | Low Partition Reinforcing | | 01/15/02 |
| 9.910 | Reception Counter | | 01/15/02 |
| 9.911 | Fire Extinguisher Cabinet | | 01/15/02 |
| 9.913 | Adjustable Shelving Detail | | 01/15/02 |
| 9.914 | Typical Chair Rail End Conditions | | 01/15/02 |
| 9.915 | Typical Chair Rail Details | | 01/15/02 |
| 9.973 | Wood Cap Trim Locker End Walls | | 01/15/02 |
| ~~9.977~~ | ~~Casework Detail~~ | Addendum #3 | VOIDED |
| 9.978 | Detail @ Science | | 01/15/02 |
| 9.979 | Circulation Desk @ Media | | 01/15/02 |
| 9.980 | Casework Detail | | 01/15/02 |
| 9.981 | GWB Reveal | | 01/15/02 |
| 9.982 | Casework Detail | | 01/15/02 |
| 9.983 | Computer & Reception Counter | | 01/15/02 |
| 9.984 | Wall Detail | | 01/15/02 |



**D&W**
DORE AND WHITTIER, INC.
Architects • Project Managers

1795 WILLISTON RD, STE 5
S. BURLINGTON, VT 05403
Phone: (802) 863-1428
Fax: (802) 863-6955

1400 HANCOCK STREET
QUINCY, MA 02169
Phone: (617) 471-2897
Fax: (617) 471-2516

**NORTH BROOKFIELD JR/SR HIGH SCHOOL**
NORTH BROOKFIELD    MASSACHUSETTS

| Project No. | Sheet Title: | Sheet # |
|---|---|---|
| 00-404A | **TABLE OF CONTENTS** | **0.001h** |
| Scale: AS NOTED | Date: 02/12/02  Chk'd By: JFT  Drawn By: ZWG | ADDENDUM #3 |



# NORTH BROOKFIELD JR./SR. HIGH SCHOOL REDESIGN

North Brookfield, Massachusetts

Dore and Whittier, Inc.
Project No. 00-404A

This contract exhibit includes the following:

Addendum #1 – Dated 25 January 2002

Addendum #2 – Dated 30 January 2002

Addendum #3 – Dated 12 February 2002

Addendum #4 – Dated 14 February 2002

Addendum #5 – Dated 15 February 2002



# ADDENDUM NO. 1

## NORTH BROOKFIELD JR./SR. HIGH SCHOOL REDESIGN

North Brookfield, Massachusetts

Dore and Whittier, Inc.
Project No. 00-404A

| | |
|---|---|
| TO: | ALL CONTRACTORS |
| FROM: | DORE AND WHITTIER, INC.<br>Architects • Project Managers<br>1795 Williston Road<br>South Burlington, VT 05403 |
| DATE: | January 25, 2002 |

All Contractors submitting proposals for the above project shall take note of the following changes, additions, interpretations, etc., of the drawings and specifications, and all such shall become part of the Contract.

Receipt of this Addendum shall be noted on the Form of Bid.

This Addendum consists of (6) pages and the following:

| | |
|---|---|
| Drawing AD 1-A1 | 23 January 2002 |
| Drawing AD 1-A2 | 23 January 2002 |
| Drawing AD 1-A3 | 23 January 2002 |
| Drawing AD 1-A4 | 23 January 2002 |
| Drawing AD 1-A5 | 23 January 2002 |
| Drawing AD 1-A6 | 23 January 2002 |
| Drawing AD 1-A7 | 23 January 2002 |
| Drawing AD 1-A8 | 23 January 2002 |
| Drawing AD 1-A9 | 23 January 2002 |
| Drawing AD 1-A10 | 23 January 2002 |
| Drawing AD 1-A11 | 23 January 2002 |
| Drawing AD 1-A12 | 23 January 2002 |
| Drawing A-3.1 | 23 January 2002 |



| | |
|---|---|
| Drawing A-6.1 | 23 January 2002 |
| Drawing A-6.2 | 23 January 2002 |
| Drawing A-6.3 | 23 January 2002 |
| Drawing A-6.4 | 23 January 2002 |
| Drawing A-6.5 | 23 January 2002 |
| Drawing A-6.6 | 23 January 2002 |
| Drawing A-6.7 | 23 January 2002 |
| Table of Contents for Project Details (Sheets 0.001a, 0.001b, 0.001c, 0.001d, 0.001e, 0.001f, 0.001g, and 0.001h) | 23 January 2002 |
| Drawing 3.171 | 23 January 2002 |
| Drawing 3.172 | 23 January 2002 |
| Drawing 3.177 | 23 January 2002 |
| Drawing 3.178 | 23 January 2002 |
| Drawing 3.179 | 23 January 2002 |
| Drawing 3.181 | 23 January 2002 |
| Drawing 3.185 | 23 January 2002 |
| Drawing 3.187 | 23 January 2002 |
| Drawing 3.191 | 23 January 2002 |
| Drawing 3.192 | 23 January 2002 |
| Drawing 3.194 | 23 January 2002 |
| Drawing 3.196 | 23 January 2002 |
| Drawing 6.170 | 23 January 2002 |
| Drawing 6.171 | 23 January 2002 |
| Drawing 6.172 | 23 January 2002 |
| Drawing 6.173 | 23 January 2002 |
| Drawing 6.174 | 23 January 2002 |
| Drawing 6.176 | 23 January 2002 |
| Drawing 6.180 | 23 January 2002 |
| Drawing 6.182 | 23 January 2002 |
| Drawing 6.183 | 23 January 2002 |
| Drawing 6.184 | 23 January 2002 |
| Drawing 6.186 | 23 January 2002 |
| Drawing 6.187 | 23 January 2002 |
| Drawing 6.188 | 23 January 2002 |
| Drawing 6.193 | 23 January 2002 |
| Drawing 6.195 | 23 January 2002 |
| Drawing 6.196 | 23 January 2002 |
| Drawing 6.270 | 23 January 2002 |
| Drawing 6.274 | 23 January 2002 |
| Drawing 6.278 | 23 January 2002 |
| Drawing 7.201 | 23 January 2002 |



Drawing 8.478        23 January 2002
Drawing 8.482        23 January 2002

| ITEM | REFERENCE |
|---|---|

**ARCHITECTURE**

AD1.04.01 SPECIFICATION SECTION 07200:  Under Part 2 – Products, Paragraph 2.01, subparagraph B, revise the the requirements to indicate the following:

 1. Surface Burning Characteristics when tested in accordance with ASTM E-84:
    a. Maximum flame spread: 25.
    b. Maximum smoke developed: 50.

AD1.04.02 DRAWING A-1.00:

 a. Change Typical Note #4 to read:

    "Paint all exposed structural steel and miscellaneous metal stairs and railings."

 b. Change Remark #15 to read:

    "Provide glazed floor tile & base under Alt. #3."

 c. Eliminate Remark #16.

 d. At Room Finish Schedule, at #24 Lobby, eliminate remark reference #16. At #19 Music, eliminate remark reference #3.

AD1.04.03  DRAWING A-1.0A:

 a. At Electric Room A007, revise the wall type M2 at the corridor to E.

 b. At Finish Room A012, delete the indication of a window in the exterior wall. Delete the "Exhaust Vent" note outside the window. Add an 18" dimension

NORTH BROOKFIELD JR/SR HIGH SCHOOL
ADDENDUM #1
PAGE 3



# ADDENDUM NO. 2

# NORTH BROOKFIELD JR./SR. HIGH SCHOOL REDESIGN

North Brookfield, Massachusetts

Dore and Whittier, Inc.

Project No. 00-404A

---

TO:  ALL CONTRACTORS

FROM:  DORE AND WHITTIER, INC.

        Architects • Project Managers
        1795 Williston Road
        South Burlington, VT 05403

DATE:  January 30, 2002

All Contractors submitting proposals for the above project shall take note of the following changes, additions, interpretations, etc., of the drawings and specifications, and all such shall become part of the Contract.

Receipt of this Addendum shall be noted on the Form of Bid.



This Addendum consists of (18) pages and the following:

| Drawing | Date | |
|---|---|---|
| Drawing AD2-L1 | 28 January 2002 | |
| Drawing AD2-L2 | 28 January 2002 | |
| Drawing AD2-L3.0 | 28 January 2002 | |
| Drawing AD2-L3.1 | 28 January 2002 | |
| Drawing AD2-L4 | 28 January 2002 | |
| Drawing AD2-FP1 | 30 January 2002 | |
| Drawing AD2-FP2 | 30 January 2002 | |
| Drawing AD2-FP3 | 30 January 2002 | |
| Drawing AD2-M1 | 28 January 2002 | |
| Drawing SKE-1 | 28 January 2002 | |
| Drawing SKE-2 | 28 January 2002 | |
| Drawing SKE-3 | 28 January 2002 | |
| Drawing SKE-4 | 28 January 2002 | |
| Drawing AP-1.10 | 30 January 2002 | |
| Drawing 2.106 | 30 January 2002 | |
| Drawing AD1-A1 | 23 January 2002 | (Omitted with Addendum #1) |
| Drawing AD1-A2 | 23 January 2002 | (Omitted with Addendum #1) |
| Drawing AD1-A3 | 23 January 2002 | (Omitted with Addendum #1) |
| Drawing AD1-A4 | 23 January 2002 | (Omitted with Addendum #1) |
| Drawing AD1-A5 | 23 January 2002 | (Omitted with Addendum #1) |
| Drawing AD1-A6 | 23 January 2002 | (Omitted with Addendum #1) |
| Drawing AD1-A7 | 23 January 2002 | (Omitted with Addendum #1) |
| Drawing AD1-A8 | 23 January 2002 | (Omitted with Addendum #1) |
| Drawing AD1-A9 | 23 January 2002 | (Omitted with Addendum #1) |
| Drawing AD1-A10 | 23 January 2002 | (Omitted with Addendum #1) |
| Drawing AD1-A11 | 23 January 2002 | (Omitted with Addendum #1) |
| Drawing AD1-A12 | 23 January 2002 | (Omitted with Addendum #1) |

NORTH BROOKFIELD JR/SR HIGH SCHOOL
ADDENDUM #2
PAGE 2

EXHIBIT "C"

## ADDENDUM NO. 3

## NORTH BROOKFIELD JR./SR. HIGH SCHOOL REDESIGN

North Brookfield, Massachusetts

Dore and Whittier, Inc.

Project No. 00-404A

---

TO:      ALL CONTRACTORS

FROM:      DORE AND WHITTIER, INC.

                Architects • Project Managers
                1795 Williston Road
                South Burlington, VT 05403

DATE:      **February 12, 2002**

All Contractors submitting proposals for the above project shall take note of the following changes, additions, interpretations, etc., of the drawings and specifications, and all such shall become part of the Contract.

Receipt of this Addendum shall be noted on the Form of Bid.

This Addendum consists of (4) pages and the following:

Drawing 3.177 February 12, 2002

Drawing 3.178 February 12, 2002

Sub-Bid Results      February 6, 2002

NORTH BROOKFIELD JR/SR HIGH SCHOOL
ADDENDUM #3
PAGE 1

**EXHIBIT "C"**

ADDENDUM NO. 4

NORTH BROOKFIELD JR./SR. HIGH SCHOOL REDESIGN

North Brookfield, Massachusetts

Dore and Whittier, Inc.

Project No. 00-404A

---

TO:  ALL CONTRACTORS

FROM:  DORE AND WHITTIER, INC.

Architects • Project Managers
1795 Williston Road
South Burlington, VT 05403

DATE:  February 14, 2002

---

All Contractors submitting proposals for the above project shall take note of the following changes, additions, interpretations, etc., of the drawings and specifications, and all such shall become part of the Contract.

Receipt of this Addendum shall be noted on the Form of Bid.

This Addendum consists of (3) pages and the following:

Drawing AD4-S1

Drawing AD4-S2

Drawing AD4-S3

Drawing AD4-S4

Drawing AD4-S5

Drawing AD4-S6



## ADDENDUM NO. 5

## NORTH BROOKFIELD JR./SR. HIGH SCHOOL REDESIGN

North Brookfield, Massachusetts

Dore and Whittier, Inc.

Project No. 00-404A

TO: ALL CONTRACTORS

FROM: DORE AND WHITTIER, INC.

Architects • Project Managers
1795 Williston Road
South Burlington, VT 05403

DATE: February 15, 2002

All Contractors submitting proposals for the above project shall take note of the following changes, additions, interpretations, etc., of the drawings and specifications, and all such shall become part of the Contract.

Receipt of this Addendum shall be noted on the Form of Bid.

This Addendum consists of (3) pages.