# EXHIBIT  A
# Part 2



# EXHIBIT "B"

## NORTH BROOKFIELD JR./SR. HIGH SCHOOL REDESIGN

### North Brookfield, Massachusetts

### Dore and Whittier, Inc.
### Project No. 00-404A

**This contract exhibit includes the following:**

**Drawing List (per Special Conditions)**

**Project Manual Volume 2 of 2,**
**Notes & Details cover sheet and table of contents.**

C.  Provide and maintain temporary (minimum of 4 inch thick) trap rock gravel roadways and parking areas for trucks and personal vehicles to minimize the accumulation of dust, mud, dirt, and debris on wheels and tires.

In the event that dust, mud, dirt, and debris becomes a problem on adjacent property or roadways, the Owner will take the measures necessary to eliminate the problem, and all costs will be deducted from the contract sum.

46.  PARTNERING

A.  The General Contractor shall include a lump sum of $6000 to cover one half of the cost of a pre-construction partnering meeting. The Owner will pay for the other half of the meeting cost and, through the Architect, will schedule and arrange the meeting. Representatives of the Owner, the Architect and Consultants, the Contractor and major subcontractors shall attend the meeting.

47.  CONSTRUCTION MANAGEMENT SERVICES BY ARCHITECT

A.  The Architect will provide a full-time on-site representative whose duties shall include those of a Clerk (AIA Document B352) and Construction Management services as described in Attachment A to these Special Conditions. The Construction Management services by the Architect do not relieve the Contractor of responsibilities established by the Contract Documents. The Construction Manager (CM) reserves the right to correspond directly with subcontractors, suppliers, manufacturers and other project related personnel to verify scheduling, delivery and other coordination items of the project

48.  DRAWINGS

A.  The work included in the Contract shall conform to the accompanying drawings as listed below, except as expressly noted on the drawings or herein specified.

**Number Title**

-Cover Sheet

| CIVIL | |
|---|---|
| L100 | EXISTING CONDITIONS-PLAN |
| L101 | EXISTING CONDITIONS-PLAN |
| L102 | OVERALL SITE PLAN |
| L103 | SITE DEMOLITION PLAN |
| L104 | LAYOUT PLAN |
| L105 | LAYOUT PLAN |
| L106 | GRADING, DRAINAGE & UTILITIES |
| L107 | GRADING, DRAINAGE & UTILITIES |
| L108 | ALTERNATES-GRADING PLAN |
| L109 | ALTERNATES GRADING PLAN |
| L110 | SITE DETAILS |
| L111 | SITE DETAILS |
| L112 | SITE DETAILS |

| SRUCTURAL | |
|---|---|
| S-0.1 | GENERAL NOTES AND TYPICAL DETAILS |
| S-0.2 | TYPICAL DETAILS |
| S-0.3 | TYPICAL DETAILS |
| S-1.1A | LOWER LEVEL FOUNDATION PLAN AREA A |
| S-1.1B | LOWER LEVEL FOUNDATION PLAN AREA B |
| S-1.1C | LOWER LEVEL FOUNDATION PLAN AREA C |
| S-1.2A | UPPER LEVEL FOUNDATION AND FRAMING PLAN AREA A |
| S-1.2B | UPPER LEVEL FOUNDATION AND FRAMING PLAN AREA B |
| S-1.2C | UPPER LEVEL FOUNDATION AND FRAMING PLAN AREA C |
| S-1.3A | ROOF FRAMING PLAN AREA A |
| S-1.3B | ROOF FRAMING PLAN AREA B |

*NORTH BROOKFIELD JR./SR. HIGH SCHOOL*

**EXHIBIT B**

| | |
|---|---|
| S-1.3C | ROOF FRAMING PLAN AREA C |
| S-2.1 | SECTIONS |
| S-2.2 | SECTIONS |
| S-2.3 | DETAILS AND SECTIONS |
| S-2.4 | DETAILS AND SECTIONS |
| S-2.5 | DETAILS AND SECTIONS |
| S-3.1 | BRACED FRAME ELEVATIONS |
| S-3.2 | BRACED FRAME DETAILS |

ARCHITECTURAL
Project Manual Volume 2 of 2: General Notes and Details

| | |
|---|---|
| A-0.1 | ABBREVIATIONS/SYSTEMS/MATERIAL LEGEND |
| A-0.2 | PARTITION TYPES AND DETAILS |
| AE-1.1 | EXISTING HIGH SCHOOL PLAN TO BE DEMOLISHED |
| AP-1.10 | PHASING PLAN |
| AC-1.00 | LOWER LEVEL CODE PLAN |
| AC-1.10 | UPPER LEVEL CODE PLAN |
| A-1.00 | OVERALL LOWER FLOOR PLAN |
| A-1.0A | LOWER LEVEL FLOOR PLAN - AREA "A" |
| A-1.0B | LOWER LEVEL FLOOR PLAN - AREA "B" |
| A-1.10 | OVERALL UPPER LEVEL FLOOR PLAN |
| A-1.1A | UPPER LEVEL FLOOR PLAN - AREA "A" |
| A-1.1B | UPPER LEVEL FLOOR PLAN - AREA "B" |
| A-1.1C | UPPER LEVEL FLOOR PLAN - AREA "C" |
| A-2.00 | OVERALL LOWER LEVEL REFLECTED CEILING PLAN |
| A-2.0A | LOWER LEVEL REFLECTED CEILING PLAN - AREA "A" |
| A-2.0B | LOWER LEVEL REFLECTED CEILING PLAN - AREA "B" |
| A-2.10 | OVERALL UPPER LEVEL REFLECTED CEILING PLAN |
| A-2.1A | UPPER LEVEL REFLECTED CEILING PLAN - AREA "A" |
| A-2.1B | UPPER LEVEL REFLECTED CEILING PLAN - AREA "B" |
| A-2.1C | UPPER LEVEL REFLECTED CEILING PLAN - AREA "C" |
| A-3.1 | OVERALL ROOF PLAN |
| A-4.1 | EXTERIOR ELEVATIONS |
| A-4.2 | EXTERIOR ELEVATIONS |
| A-4.3 | EXTERIOR ELEVATIONS |
| A-5.1 | BUILDING SECTIONS |
| A-5.3 | BUILDING SECTIONS |
| A-6.1 | WALL SECTIONS |
| A-6.2 | WALL SECTIONS |
| A-6.3 | WALL SECTIONS |
| A-6.4 | WALL SECTIONS |
| A-6.5 | WALL SECTIONS |
| A-6.6 | WALL SECTIONS |
| A-6.7 | WALL SECTIONS |
| A-8.1 | DOOR, WINDOW & FINISH SCHEDULES |
| A-8.2 | STAIR AND ELEVATOR PLANS & SECTIONS |
| A-9.1 | ENLARGED LOCKER ROOM & TOILET ROOM PLANS |
| A-9.2 | INTERIOR ELEVATIONS |
| A-9.3 | INTERIOR ELEVATIONS |
| A-9.4 | COLOR SCHEDULE |
| A-9.5 | FLOOR PATTERN PLAN LOWER LEVEL- AREA "A" |
| A-9.6 | FLOOR PATTERN PLAN LOWER LEVEL- AREA "B" |
| A-9.7 | FLOOR PATTERN PLAN UPPER LEVEL- AREA "A" |
| A-9.8 | FLOOR PATTERN PLAN UPPER LEVEL- AREA "B" |
| A-9.9 | FLOOR PATTERN PLAN UPPER LEVEL- AREA "C" |

EQUIPMENT

| | |
|---|---|
| EQ 1.1 | EQUIPMENT PLANS, LEVEL 0, SEGMENT A |
| EQ 1.2 | EQUIPMENT PLANS, LEVEL 0, SEGMENT B |
| EQ 2.1 | EQUIPMENT PLANS, LEVEL 1, SEGMENT A |
| EQ 2.2 | EQUIPMENT PLANS, LEVEL 1, SEGMENT B |

*NORTH BROOKFIELD JR./SR. HIGH SCHOOL*        *SPECIAL CONDITIONS*
Page 13

| EQ 2.3 | EQUIPMENT PLANS, LEVEL 1, SEGMENT C |
| EQ 3.1 | CASEWORK ELEVATIONS & DETAILS |
| EQ 3.2 | CASEWORK ELEVATIONS & DETAILS |

KITCHEN EQUIP
| K-1 | FOODSERVICE EQUIPMENT |
| K-2 | FOODSERVICE EQUIPMENT-ROUGH IN PLAN |

PLUMBING
| P-1.0 | LEGEND, NOTES & DETAILS-PLUMBING |
| P-1.0A | LOWER LEVEL PLAN - AREA A-PLUMBING |
| P-1.0B | LOWER LEVEL PLAN - AREA B-PLUMBING |
| P-1.1A | UPPER LEVEL PLAN - AREA A-PLUMBING |
| P-1.1B | UPPER LEVEL PLAN - AREA B-PLUMBING |
| P-1.1C | UPPER LEVEL PLAN - AREA C-PLUMBING |
| P-2.0 | ENLARGED KITCHEN PLAN-PLUMBING |
| P-3.0 | OVERALL ROOF PLAN-PLUMBING |

FIRE PROTECTION
| FP-1.0 | LEGEND, NOTES & DETAILS-FIRE PROTECTION |
| FP-1.00 | OVERALL LOWER LEVEL PLAN-FIRE PROTECTION |
| FP-1.0A | LOWER LEVEL PLAN - AREA A-FIRE PROTECTION |
| FP-1.0B | LOWER LEVEL PLAN - AREA B-FIRE PROTECTION |
| FP-1.10 | OVERALL UPPER LEVEL PLAN-FIRE PROTECTION |
| FP-1.1A | UPPER LEVEL PLAN - AREA A-FIRE PROTECTION |
| FP-1.1B | UPPER LEVEL PLAN - AREA B-FIRE PROTECTION |
| FP-1.1C | UPPER LEVEL PLAN - AREA C-FIRE PROTECTION |

MECHANICAL
| M-1.0A | LOWER LEVEL PLAN - AREA A-HVAC |
| M-1.0B | LOWER LEVEL PLAN - AREA B-HVAC |
| M-1.1A | UPPER LEVEL PLAN - AREA A-HVAC |
| M-1.1B | UPPER LEVEL PLAN - AREA B-HVAC |
| M-1.1C | UPPER LEVEL PLAN - AREA C-HVAC |
| M-1.2 | ROOF PLAN-HVAC |
| M-2.1 | ENLARGED BOILER ROOM PLAN & DETAILS-HVAC |
| M-2.2 | LEGEND & DETAIL SHEET-HVAC |
| M-2.3 | SCHEDULE SHEET-HVAC |
| VS-1 | VIBRATION & SEISMIC DETAIL SHEET-HVAC |

ELECTRICAL
| E-0.01 | SYMBOL LIST |
| E-0.02 | LIGHTING FIXTURE SCHEDULE & GENERAL NOTES |
| SE-1.1 | ELECTRICAL SITE PLAN |
| SE-1.2 | ELECTRICAL SITE DETAILS |
| E-1.00 | OVERALL LOWER LEVEL LOW TENSION PLAN |
| E-1.0A | LOWER LEVEL POWER PLAN- 'A' |
| E-1.0B | LOWER LEVEL POWER PLAN – 'B' |
| E-1.10 | OVERALL UPPER LEVEL LOW TENSION PLAN |
| E-1.1A | UPPER LEVEL POWER PLAN – 'A' |
| E-1.1B | UPPER LEVEL POWER PLAN – 'B' |
| E-1.1C | UPPER LEVEL POWER PLAN – 'C' |
| E-2.0A | LOWER LEVEL LIGHTING PLAN – 'A' |
| E-2.0B | LOWER LEVEL LIGHTING PLAN – 'B' |
| E-2.1A | UPPER LEVEL LIGHTING PLAN – 'A' |
| E-2.1B | UPPER LEVEL LIGHTING PLAN – 'B' |
| E-2.1C | UPPER LEVEL LIGHTING PLAN – 'C' |
| E-3.01 | KITCHEN POWER PLAN |
| E-3.02 | SCHEDULE OF MECHANICAL EQUIPMENT |
| E-3.03 | BOILER AND MAIN ELECTRIC ROOM |
| E-3.04 | ELECTRICAL RISER DIAGRAM & SCHEDULES |

**EXHIBIT B**

E-3.05       CARD ACCESS SECURITY PLAN & LIGHTING CONTROL RISERS
E-3.06       FIRE ALARM RISER DIAGRAM
E-3.07       ELECTRICAL DETAILS
E-3.08       COMMUNICATIONS POWER DETAILS

TELECOMMUNICATIONS
TC1.0A       LOWER COMMUNICATIONS OUTLETS PLAN AREA "A"
TC1.0B       LOWER COMMUNICATIONS OUTLETS PLAN AREA "B"
TC1.1A       UPPER COMMUNICATIONS OUTLETS PLAN AREA "A"
TC1.1B       UPPER COMMUNICATIONS OUTLETS PLAN AREA "B"
TC1.1C       UPPER COMMUNICATIONS OUTLETS PLAN AREA "C"
TC2.01       COMMUNICATIONS DETAILS SHEET
TC2.02       COMMUNICATIONS DETAILS SHEET
TC2.03       COMMUNICATIONS DETAILS SHEET
TC2.04       COMMUNICATIONS DETAILS SHEET
TC2.05       COMMUNICATIONS DETAILS SHEET

END OF SECTION

*NORTH BROOKFIELD JR./SR. HIGH SCHOOL*        **EXHIBIT B**        *SPECIAL CONDITIONS*
*Page 15*

# PROJECT MANUAL    EXHIBIT B

**VOLUME 2 OF 2 – GENERAL NOTES AND DETAILS**

## NORTH BROOKFIELD JR./SR. HIGH SCHOOL

## NORTH BROOKFIELD, MASSACHUSETTS

**15 January 2002**
**(Revised from original issue of 12 September 2001)**

ARCHITECTS AND PROJECT MANAGERS
Dore and Whittier, Inc.

ASSOCIATE ARCHITECTS
PDT Architect, Inc.

CIVIL ENGINEERS AND LANDSCAPE ARCHITECTS
The Berkshire Design Group, Inc.

STRUCTURAL ENGINEERS
Engineers Design Group, Inc.

MECHANICAL, PLUMBING, ELECTRICAL AND FIRE PROTECTION
Garcia, Galuska, DeSousa, Inc.

EQUIPMENT AND FURNISHINGS
John A. Crisafulli and Associates

KITCHEN EQUIPMENT
Crabtree McGrath Associates

ENVIRONMENTAL
ATC Associates, Inc.

TECHNOLOGY
CCR/Pyramid

RE-BID

**BID DOCUMENTS (REVISED)**

## Table of Contents for Project Details

| No. | Title | EXHIBIT B | | Date |
|---|---|---|---|---|
| | **General** | | | |
| 0.001 | Table of Contents (a,b c, d, e, f, g, h) | | Addendum #3 | 02/12/02 |
| 0.002 | Material Legend | | | 01/15/02 |
| 0.003 | Symbols Legend | | | 01/15/02 |
| 0.004 | Typical Project Sign Detail | | | 01/15/02 |
| | | | | |
| | **Floor Plans** | | | |
| 1.001 | Plan General Notes | | | 01/15/02 |
| 1.101 | Typical Slab-on-Grade Construction | | | 01/15/02 |
| 1.102 | Column Details @ Non-rated Partitions | | | 01/15/02 |
| 1.103 | Column Cover Plates | | | 01/15/02 |
| 1.104 | Column Detail in X2 or X3 Wall | | | 01/15/02 |
| 1.105 | Corner Column in X2 or X3 Wall | | | 01/15/02 |
| 1.106 | Column w/ 2-Hr Shaftwall Protection | | | 01/15/02 |
| 1.108 | Music Room Walls M1, M2, M3 | | | 01/15/02 |
| 1.170 | Plan Detail | | | 01/15/02 |
| 1.171 | Plan Detail | | | 01/15/02 |
| 1.172 | Plan Detail | | | 01/15/02 |
| 1.173 | Plan Detail | | | 01/15/02 |
| 1.174 | Plan Detail | | | 01/15/02 |
| 1.175 | Plan Detail | | | 01/15/02 |
| 1.176 | Plan Detail | | | 01/15/02 |
| 1.177 | Plan Detail | | | 01/15/02 |
| 1.178 | Plan Detail | | | 01/15/02 |
| 1.179 | Plan Detail | | | 01/15/02 |
| 1.180 | Plan Detail | | | 01/15/02 |
| 1.181 | Plan Detail | | | 01/15/02 |
| 1.182 | Plan Detail | | | 01/15/02 |
| 1.183 | Plan Detail | | | 01/15/02 |
| 1.184 | Plan Detail | | | 01/15/02 |
| 1.185 | Plan Detail | | | 01/15/02 |
| 1.186 | Plan Detail | | | 01/15/02 |
| 1.187 | Plan Detail | | | 01/15/02 |
| 1.188 | Plan Detail | | | 01/15/02 |
| 1.189 | Plan Detail | | | 01/15/02 |
| 1.190 | Plan Detail | | | 01/15/02 |
| 1.191 | Plan Detail | | | 01/15/02 |
| 1.192 | Plan Detail | | | 01/15/02 |



**D&W**
DORE AND WHITTIER, INC.
Architects • Project Managers

1795 WILLISTON RD, STE 5
S. BURLINGTON, VT 05403
Phone: (802) 863-1428
Fax: (802) 863-6955

1400 HANCOCK STREET
QUINCY, MA 02169
Phone: (617) 471-2897
Fax: (617) 471-2518

## NORTH BROOKFIELD JR/SR HIGH SCHOOL
NORTH BROOKFIELD                    MASSACHUSETTS

| Project No. | Sheet Title: | Sheet # |
|---|---|---|
| 00-404A | **TABLE OF CONTENTS** | **0.001a** ADDENDUM #3 |
| Scale: AS NOTED | Date: 02/12/02 | Chk'd By: JFT | Drawn By: ZWG | |

FIELD.DWG]:104/25/2002 02:55:39 PM, jthompson

| | | **EXHIBIT B** | | |
|---|---|---|---|---|
| 1.193 | Plan Detail | | | 01/15/02 |
| 1.194 | Plan Detail | | | 01/15/02 |
| 1.195 | Plan Detail | | | 01/15/02 |
| 1.196 | Plan Detail | | | 01/15/02 |
| 1.198 | Detail @ GWB | | | 01/15/02 |
| 1.199 | Plan Detail | | | 01/15/02 |
| 1.270 | Detail @ Main Stair | | | 01/15/02 |
| 1.271 | Detail @ Main Stair | | | 01/15/02 |
| 1.272 | Detail @ Main Stair | | | 01/15/02 |
| 1.273 | Detail @ Main Stair | | | 01/15/02 |
| 1.274 | Plan Detail | | | 01/15/02 |
| 1.275 | Plan Detail | | | 01/15/02 |
| 1.276 | Plan Detail | | | 01/15/02 |
| 1.277 | Plan Detail | | | 01/15/02 |
| 1.279 | Plan Detail | | | 01/15/02 |
| 1.370 | Typical Classroom Entry | | | 01/15/02 |
| | | | | |
| | **Ceiling** | | | |
| **2.000** | **Ceilings General** | | | |
| 2.001 | Ceiling General Notes | | | 01/15/02 |
| | | | | |
| **2.100** | **Ceiling Details** | | | |
| 2.101 | Typical Sprinkler Head Locations in ACP | | | 01/15/02 |
| 2.102 | Typical ACP Seismic Bracing | | | 01/15/02 |
| 2.103 | Typical GWB Soffit Detail | | | 01/15/02 |
| 2.105 | Light Cove Detail | | | 01/15/02 |
| 2.106 | Typical Toilet Room Light Cove - New Dwg | Addendum #2 | | 01/30/02 |
| 2.107 | Typical Folding Partition Detail | | | 01/15/02 |
| 2.108 | Typical Curtain Track Detail | | | 01/15/02 |
| 2.171 | Ceiling Detail | | | 01/15/02 |
| 2.173 | Kiva Ceiling Detail | | | 01/15/02 |
| 2.174 | Projector Screen Detail | | | 01/15/02 |
| 2.175 | Ceiling Detail | | | 01/15/02 |
| 2.177 | Ceiling Detail | | | 01/15/02 |
| 2.178 | Ceiling Detail | | | 01/15/02 |
| 2.179 | Ceiling Detail | | | 01/15/02 |
| 2.180 | Ceiling Detail | | | 01/15/02 |
| 2.181 | Ceiling Detail | | | 01/15/02 |
| 2.182 | Ceiling Detail | | | 01/15/02 |



**D&W**

DORE AND WHITTIER, INC.
Architects • Project Managers

1785 WILLISTON RD, STE 5
S. BURLINGTON, VT 05403
Phone: (802) 863-1428
Fax: (802) 863-8955

1400 HANCOCK STREET
QUINCY, MA 02169
Phone: (617) 471-2897
Fax: (617) 471-2516

**NORTH BROOKFIELD JR/SR HIGH SCHOOL**

NORTH BROOKFIELD          MASSACHUSETTS

| Project No. | Sheet Title: | Sheet # |
|---|---|---|
| 00-404A | **TABLE OF CONTENTS** | **0.001b** |
| Scale: AS NOTED | Date: 02/12/02   Chk'd By: JFT   Drawn By: ZWG | ADDENDUM #3 |

wpdcotumn\\\ESwxo\\ppp\\4CHwg\04/25/2002 02:56:52 PM, jthompson

| | Roof | | | |
|---|---|---|---|---|
| **3.000** | **Roof Types** | **EXHIBIT B** | | |
| 3.000 | Roof General Notes | | | 01/15/02 |
| 3.001 | Typical Single-Ply Roof Construction (R1) | | | 01/15/02 |
| 3.002 | Typical Composition Shingle Roof Construction (R2) | | | 01/15/02 |
| 3.003 | Typical Standing Seam Metal Roof Construction (R3) | | | . 01/15/02 |
| | | | | |
| **3.100** | **Roof Details** | | | |
| 3.101 | Typical Roof Drain | | | 01/15/02 |
| 3.102 | Typical Roof to Wall Flashing Details | | | 01/15/02 |
| 3.104 | Typical Detail @ Metal Deck/Concrete Deck | | | 01/15/02 |
| 3.107 | Typical Roof Pitch Pocket Detail | | | 01/15/02 |
| 3.108 | Typical Vent Stack Flashing | | | 01/15/02 |
| 3.109 | `` | | | 01/15/02 |
| 3.110 | Roof Detail @ Mechanical Equipment Curb | | | 01/15/02 |
| 3.111 | Typical Duct Penetration @ Roof | | | 01/15/02 |
| 3.112 | Typical Single Leaf Roof Hatch (Scuttle) | | | 01/15/02 |
| 3.115 | Typical Elevator Hoistway Vent | | | 01/15/02 |
| 3.116 | Typical Thru Wall Step Flashing @ Roof | | | 01/15/02 |
| 3.117 | Typical Metal to Membrane Transition @ Pitched Roof | | | 01/15/02 |
| 3.118 | Typical Ridge @ Standing Seam Metal Roof | | | 01/15/02 |
| 3.119 | Typical Vented Ridge @ Shingle Roof | | | 01/15/02 |
| 3.120 | Roof Expansion Joint @ Fire Wall | | | 01/15/02 |
| 3.128 | Expn Joint Between PVC & Epdm Membrane | | | 01/15/02 |
| 3.129 | Typical Skylight Curb Detail | | | 01/15/02 |
| 3.132 | Typical Joint in Fascia/Gravel Stop | | | 01/15/02 |
| 3.170 | Roof Detail | | | 01/15/02 |
| 3.171 | Expn Joint Between PVC & Epdm Membrane | | Addendum #1 | 01/23/02 |
| 3.172 | Roof Detail        ( New Drawing ) | | Addendum #1 | 01/23/02 |
| 3.175 | Typical Skylight Shaft Detail | | | 01/15/02 |
| 3.177 | Roof Detail - New Drawing | | Addendum #3 | 02/12/02 |
| 3.178 | Roof Detail - New Drawing | | Addendum #3 | 02/12/02 |
| 3.179 | Roof Detail | | Addendum #1 | 01/23/02 |
| 3.181 | Typical Rake at Sloped Roof | | Addendum #1 | 01/23/02 |
| 3.184 | Rain Diverter Detail | | | 01/15/02 |
| 3.185 | Section Detail At High Mono Ridge | | Addendum #1 | 01/23/02 |
| 3.187 | Roof Detail | | Addendum #1 | 01/23/02 |
| 3.188 | Roof System Type | | | 01/15/02 |
| 3.189 | Roof Detail | | | 01/15/02 |
| 3.191 | Typical Snow Guard @ Metal Roofing | | Addendum #1 | 01/23/02 |



**D&W**

DORE AND WHITTIER, INC.
Architects • Project Managers

1795 WILLISTON RD, STE 5
S. BURLINGTON, VT 05403
Phone: (802) 863-1428
Fax: (802) 863-6955

1400 HANCOCK STREET
QUINCY, MA 02169
Phone: (617) 471-2897
Fax: (617) 471-2515

**NORTH BROOKFIELD JR/SR HIGH SCHOOL**

NORTH BROOKFIELD          MASSACHUSETTS

| Project No. | Sheet Title: | Sheet # |
|---|---|---|
| 00-404A | **TABLE** **OF CONTENTS** | **0.001c** |

| Scale: AS NOTED | Date: 02/12/02 | Chk'd By: JFT | Drawn By: ZWG | ADDENDUM #3 |

| 6.100 | **Wall Details** | | |
|---|---|---|---|
| 6.101 | Typical R1 Roof Edge @ X1 Wall | | 01/15/02 |
| 6.102 | Typical X1 Wall @ Elevated Floor | | 01/15/02 |
| 6.103 | Typical Brick Shelf Detail @ X1 Wall | | 01/15/02 |
| 6.104 | Typical R1 Roof Edge @ X2 or X3 Wall | | 01/15/02 |
| 6.106 | Typical Brick Shelf Detail @ X2 & X3 Wall | | 01/15/02 |
| 6.107 | Typical Brick Shelf Below Grade @ Retaining Wall | | 01/15/02 |
| 6.108 | Brick Shelf Below Grade | | 01/15/02 |
| 6.116 | Typical Frost Pad @ Exterior Door | | 01/15/02 |
| 6.170 | Eave Detail | Addendum #1 | 01/23/02 |
| 6.171 | Section Detail | Addendum #1 | 01/23/02 |
| 6.172 | Section Detail        ( New Drawing) | Addendum #1 | 01/23/02 |
| 6.173 | Section Detail | Addendum #1 | 01/23/02 |
| 6.174 | Wall Detail          (New Drawing) | Addendum #1 | 01/23/02 |
| 6.176 | Brick/Concrete Wall Assembly | Addendum #1 | 01/23/02 |
| 6.179 | Section Detail | | 01/15/02 |
| 6.180 | Wall Detail | Addendum #1 | 01/23/02 |
| 6.182 | Wall Detail | Addendum #1 | 01/23/02 |
| 6.183 | Wall Detail | Addendum #1 | 01/23/02 |
| 6.184 | Wall Detail | Addendum #1 | 01/23/02 |
| 6.186 | Wall Detail | Addendum #1 | 01/23/02 |
| 6.187 | Rake Roof Edge Support | Addendum #1 | 01/23/02 |
| 6.188 | Media Center Clerestory Section | Addendum #1 | 01/23/02 |
| 6.192 | Foundation Drain Detail | | 01/15/02 |
| 6.193 | Wall Detail | Addendum #1 | 01/23/02 |
| 6.194 | Wall Detail | | 01/15/02 |
| 6.195 | Wall Section Detail | Addendum #1 | 01/23/02 |
| 6.196 | Section Detail | Addendum #1 | 01/23/02 |
| 6.198 | Wall Detail | | 01/15/02 |
| 6.200 | **Louver Details** | | |
| 6.201 | Typical Louver in X1 Wall | | 01/15/02 |
| 6.202 | Typical Louver in X1 Wall @ Floor | | 01/15/02 |
| 6.203 | Typical Louver in X2 or X3 Wall | | 01/15/02 |
| 6.204 | UV Louver in X2 Wall @ Floor | | 01/15/02 |
| 6.205 | Louver in X4 Wall | | 01/15/02 |
| 6.206 | UV Louver in X1 Wall @ Floor | | 01/15/02 |
| 6.270 | Wall Section Detail | Addendum #1 | 01/23/02 |
| 6.271 | Wall Detail | | 01/15/02 |
| 6.273 | Wall Detail | | 01/15/02 |
| 6.274 | Wall Section Detail | Addendum #3 | 02/12/02 |
| 6.275 | Section Detail | | 01/15/02 |
| 6.276 | Floor Expansion Joint | | 01/15/02 |
| 6.277 | Section Detail | | 01/15/02 |
| 6.278 | Section Detail | Addendum #3 | 02/12/02 |
| 6.279 | Wall Detail | | 01/15/02 |

**EXHIBIT B**



**DORE AND WHITTIER, INC.**
Architects • Project Managers

1795 WILLISTON RD, STE 5
S. BURLINGTON, VT 05403
Phone: (802) 863-1428
Fax: (802) 863-8955

1400 HANCOCK STREET
QUINCY, MA 02169
Phone: (617) 471-2897
Fax: (617) 471-2516

**NORTH BROOKFIELD JR/SR HIGH SCHOOL**
NORTH BROOKFIELD        MASSACHUSETTS

Project No. 00-404A
Sheet Title: **TABLE OF CONTENTS**
Sheet # **0.001d** ADDENDUM #3
Scale: AS NOTED  Date: 02/12/02  Chk'd By: JFT  Drawn By: ZWG

| | | EXHIBIT B | | |
|---|---|---|---|---|
| **6.200** | **Louver Details** | | | |
| 6.201 | Typical Louver in X1 Wall | | | 01/15/02 |
| 6.202 | Typical Louver in X1 Wall @ Floor | | | 01/15/02 |
| 6.203 | Typical Louver in X2 or X3 Wall | | | 01/15/02 |
| 6.204 | UV Louver in X2 Wall @ Floor | | | 01/15/02 |
| 6.205 | Louver in X4 Wall | | | 01/15/02 |
| 6.206 | UV Louver in X1 Wall @ Floor | | | 01/15/02 |
| 6.270 | Wall Section Detail | | Addendum #1 | 01/23/02 |
| 6.271 | Wall Detail | | | 01/15/02 |
| 6.273 | Wall Detail | | | 01/15/02 |
| 6.274 | Wall Section Detail | | Addendum #3 | 02/12/02 |
| 6.275 | Section Detail | | | 01/15/02 |
| 6.276 | Floor Expansion Joint | | | 01/15/02 |
| 6.277 | Section Detail | | | 01/15/02 |
| 6.278 | Section Detail | | Addendum #3 | 02/12/02 |
| 6.279 | Wall Detail | | | 01/15/02 |
| | | | | |
| | **Stairs, Ramps, Ladders, and Elevators** | | | |
| **7.100** | **Stairs** | | | |
| 7.001 | Vertical Circulation General Notes | | | 01/15/02 |
| 7.101 | Typical Stair Anchorage @ Slab-on-Grade | | | 01/15/02 |
| 7.102 | Typical Stair @ Intermediate Landing | | | 01/15/02 |
| 7.103 | Typical Stair Landing @ Wall | | | 01/15/02 |
| 7.104 | Typical Stair @ Structural Landing | | | 01/15/02 |
| 7.105 | Typical Stair Railing Details | | | 01/15/02 |
| 7.106 | Typical Stair Railing @ Intermediate Landing | | | 01/15/02 |
| 7.107 | Typical Stair Railing Details | | | 01/15/02 |
| 7.108 | Typical Railing @ Open Side of Landing | | | 01/15/02 |
| 7.109 | Typical Stair Separation Wall | | | 01/15/02 |
| 7.110 | Typical Wall Rail Details | | | 01/15/02 |
| 7.111 | Wall Cap @ Handrail | | | 01/15/02 |
| 7.112 | Partition Cap | | | 01/15/02 |
| 7.113 | Intermediate Stringer & Rail @ Slab-On-Grade | | | 01/15/02 |
| 7.114 | Intermediate Stringer & Rail @ Intermediate Landing | | | 01/15/02 |
| 7.115 | Intermediate Stringer & Rail @ Upper Landing | | | 01/15/02 |
| 7.116 | Guardrail @ Lobby Floor Opening | | | 01/15/02 |
| 7.117 | Elevator Pit Access Ladder | | | 01/15/02 |
| | | | | |
| **7.200** | **Ramps** | | | |
| 7.201 | Typical Wall Handrail @ Ramp | | Addendum #1 | 01/23/02 |



**D&W**

DORE AND WHITTIER, INC.
Architects • Project Managers

1795 WILLISTON RD, STE 5
S. BURLINGTON, VT 05403
Phone: (802) 863-1428
Fax: (802) 863-8955

1400 HANCOCK STREET
QUINCY, MA 02169
Phone: (617) 471-2897
Fax: (617) 471-2516

**NORTH BROOKFIELD JR/SR HIGH SCHOOL**

NORTH BROOKFIELD                    MASSACHUSETTS

| Project No. | Sheet Title: | **TABLE** | Sheet #: |
|---|---|---|---|
| **00-404A** | | **OF CONTENTS** | **0.001e** |
| Scale: AS NOTED | Date: 02/12/02 | Chk'd By: JFT | Drawn By: ZWG | ADDENDUM #3 |

04/25/2002 02:58:11 PM, jlthompson

**EXHIBIT B**

| | | |
|---|---|---|
| 7.270 | Rail Detail | 01/15/02 |
| 7.271 | Dock Detail | 01/15/02 |
| | | |
| **7.300** | **Ladders** | |
| 7.301 | Typical Ladders | 01/15/02 |
| | | |
| **7.400** | **Elevators** | |
| 7.401 | Typical Elevator Door Sill @ Elevated Slab | 01/15/02 |
| 7.402 | Typical Elevator Door Sill @ Slab-on-Grade | 01/15/02 |
| 7.403 | Elevated Floor @ Elevator Hoistway | 01/15/02 |
| 7.404 | Typical Elevator Sump Pit & Cover | 01/15/02 |
| 7.405 | Elevator Door Head | 01/15/02 |
| | | |
| | **Doors and Windows** | |
| **8.000** | **General** | |
| 8.001 | Door and Window General Notes | 01/15/02 |
| | | |
| **8.100** | **HM Door Frames** | |
| 8.101 | Typical Jamb @ Stud Partition (Head Similar) | 01/15/02 |
| 8.102 | Typical Jamb @ CMU Partition (Head Similar) | 01/15/02 |
| 8.103 | Typical HM Head @ X2 or X3 Wall | 01/15/02 |
| 8.104 | Typical HM Jamb @ X2 or X3 Wall | 01/15/02 |
| 8.105 | Typical Threshold Detail @ Exterior HM Door | 01/15/02 |
| 8.106 | Typical Jamb @ Double Egress Frame | 01/15/02 |
| | | |
| **8.200** | **Aluminum Doors and Frames** | |
| 8.201 | Typical Aluminum Head @ Stud Partition | 01/15/02 |
| 8.204 | Typical Aluminum Head @ X1 Wall | 01/15/02 |
| 8.205 | Typical Aluminum Jamb @ X1 Wall | 01/15/02 |
| 8.206 | Typical Threshhold @ Exterior Aluminum Door | 01/15/02 |
| 8.208 | Typical Aluminum Mullion/Jamb (EFS) | 01/15/02 |
| | | |
| **8.300** | **Borrowed Lites** | |
| 8.308 | Jamb or Head Borrowed Lite | 01/15/02 |
| 8.309 | Rail @ Borrowed Lite | 01/15/02 |
| 8.310 | Mullion @ Classroom Entry | 01/15/02 |
| 8.312 | Sill @ Borrowed Lite | 01/15/02 |
| | | |
| **8.400** | **Window Details** | |
| 8.403 | Typical Window Head @ X1 | 01/15/02 |



**D&W**

DORE AND WHITTIER, INC.
Architects • Project Managers

1795 WILLISTON RD, STE 5
S. BURLINGTON, VT 05403
Phone: (802) 863-1428
Fax: (802) 863-8955

1400 HANCOCK STREET
QUINCY, MA 02169
Phone: (617) 471-2897
Fax: (617) 471-2516

## NORTH BROOKFIELD JR/SR HIGH SCHOOL

NORTH BROOKFIELD                    MASSACHUSETTS

| Project No. | Sheet Title: | Sheet # |
|---|---|---|
| 00-404A | **TABLE OF CONTENTS** | **0.001f** |
| Scale: AS NOTED | Date: 02/12/02   Chk'd By: JFT   Drawn By: ZWG | ADDENDUM #3 |

| 8.404 | Typical Window Jamb @ X1 | **EXHIBIT B** | 01/15/02 |
|---|---|---|---|
| 8.407 | Jamb @ Window Louver @ X1 | | 01/15/02 |
| 8.408 | Window Head in X2 or X3 Wall | | 01/15/02 |
| 8.409 | Window Jamb in X2 or X3 Wall | | 01/15/02 |
| 8.410 | Aluminum Window Sill Ins. Metal Panel @ X2 Wall | | 01/15/02 |
| 8.412 | Head @ Window in X5 Wall | | 01/15/02 |
| 8.413 | Jamb @ Window in X4 Wall | | 01/15/02 |
| 8.414 | Floor Sill @ Window in X4 Wall | | 01/15/02 |
| 8.415 | Window Sill @ Ins. Metal Panel @ X1 Wall | | 01/15/02 |
| 8.416 | Window Sill @ U.V. Louver @ X1 Wall | | 01/15/02 |
| 8.417 | Typical Meeting Rail with Screen | | 01/15/02 |
| 8.422 | Typical Window Mullion | | 01/15/02 |
| 8.470 | Head @ Window in X6 Wall | | 01/15/02 |
| 8.474 | Head @ Window in X4 Wall | | 01/15/02 |
| 8.478 | Window Detail | Addendum #1 | 01/23/02 |
| 8.479 | Window Sill in X1 Wall | | 01/15/02 |
| 8.481 | Window Sill in X3 Wall | | 01/15/02 |
| 8.482 | Window Sill @ UV Louver @ X1 Wall (New Dwg) | Addendum #1 | 01/23/02 |
| | | | |
| **8.900** | **Miscellaneous Door and Frame Details** | | |
| 8.902 | Typical Overhead Roll-Up Door Jamb & Head | | 01/15/02 |
| | | | |
| | **Interior** | | |
| **9.000** | **Typical Finish Details** | | |
| 9.001 | Interior Finish & Toilet Room Genaral Notes | | 01/15/02 |
| 9.002 | Thin Set Ceramic Tile Details | | 01/15/02 |
| 9.003 | Thick Set Ceramic Tile Details | | 01/15/02 |
| 9.004 | Typical Floor Transition Details | | 01/15/02 |
| 9.005 | Typical GWB Control Joint | | 01/15/02 |
| 9.006 | Acoustic Wall Panel (AWP) Mounting Detail | | 01/15/02 |
| 9.007 | Gymnasium Wood Floor System | | 01/15/02 |
| 9.009 | Porcelain Tile Transition Detail | | 01/15/02 |
| | | | |
| **9.100** | **Toilet Rooms** | | |
| 9.101 | Typical Grab Bar Layout @ HC Toilet | | 01/15/02 |
| 9.102 | Faculty Toilet with Inswinging Door | | 01/15/02 |
| 9.103 | Faculty Toilet Elevations | | 01/15/02 |
| 9.106 | Fixture and Accessory Mounting Heights for Grades 7 - Adult | | 01/15/02 |
| 9.113 | Display Case Plan and Elevation | | 01/15/02 |
| 9.114 | Display Case Section | | 01/15/02 |

Dwg: ...\\\\\\\NBDW7244.dwg, 04/25/2002 02:58:36 PM, jthompson



**D&W**

DORE AND WHITTIER, INC.
Architects • Project Managers

1795 WILLISTON RD, STE 5
S. BURLINGTON, VT 05403
Phone: (802) 863-1428
Fax: (802) 863-6955

1400 HANCOCK STREET
QUINCY, MA 02169
Phone: (617) 471-2857
Fax: (617) 471-2516

**NORTH BROOKFIELD JR/SR HIGH SCHOOL**

NORTH BROOKFIELD          MASSACHUSETTS

| Project No. | Sheet Title: | Sheet # |
|---|---|---|
| 00-404A | **TABLE OF CONTENTS** | **0.001g** |
| Scale: AS NOTED | Date: 02/12/02 | Chk'd By: JFT | Drawn By: ZWG | ADDENDUM #3 |

**EXHIBIT B**

| 9.200 | Locker and Shower Rooms | | |
|---|---|---|---|
| 9.202 | Shower Partition Plan Detail | | 01/15/02 |
| 9.203 | Typical 36"x36" HC Shower | | 01/15/02 |
| 9.204 | Typical 36"x36" Gang Shower | | 01/15/02 |
| | | | |
| 9.900 | Miscellaneous Interior Details | | |
| 9.901 | Kiva Seating Details | | 01/15/02 |
| 9.903 | Teacher Mail Boxes | | 01/15/02 |
| 9.904 | Type 2 Blocking for Wall-Mounted TV Bracket | | 01/15/02 |
| 9.905 | Typical Volleyball Insert Detail | | 01/15/02 |
| 9.906 | Typical Trench Cover Detail | | 01/15/02 |
| 9.907 | Typical Section Thru Corridor Lockers | | 01/15/02 |
| 9.908 | Typical Section Thru Corridor Locker w/ Sloping Top Misc. | | 01/15/02 |
| 9.909 | Low Partition Reinforcing | | 01/15/02 |
| 9.910 | Reception Counter | | 01/15/02 |
| 9.911 | Fire Extinguisher Cabinet | | 01/15/02 |
| 9.913 | Adjustable Shelving Detail | | 01/15/02 |
| 9.914 | Typical Chair Rail End Conditions | | 01/15/02 |
| 9.915 | Typical Chair Rail Details | | 01/15/02 |
| 9.973 | Wood Cap Trim Locker End Walls | | 01/15/02 |
| ~~9.977~~ | ~~Casework Detail~~ | Addendum #3 | VOIDED |
| 9.978 | Detail @ Science | | 01/15/02 |
| 9.979 | Circulation Desk @ Media | | 01/15/02 |
| 9.980 | Casework Detail | | 01/15/02 |
| 9.981 | GWB Reveal | | 01/15/02 |
| 9.982 | Casework Detail | | 01/15/02 |
| 9.983 | Computer & Reception Counter | | 01/15/02 |
| 9.984 | Wall Detail | | 01/15/02 |



**D&W**

DORE AND WHITTIER, INC.
Architects • Project Managers

1795 WILLISTON RD, STE 5
S. BURLINGTON, VT 05403
Phone: (802) 863-1428
Fax: (802) 863-6955

1400 HANCOCK STREET
QUINCY, MA 02169
Phone: (617) 471-2897
Fax: (617) 471-2516

**NORTH BROOKFIELD JR/SR HIGH SCHOOL**

NORTH BROOKFIELD          MASSACHUSETTS

Project No.
00-404A

Sheet Title:
**TABLE OF CONTENTS**

Sheet #
**0.001h**
ADDENDUM #3

Scale:
AS NOTED

Date:
02/12/02

Chk'd By:
JFT

Drawn By:
ZWG

04/25/2002 02:59:26 PM, jthompson

# EXHIBIT "C"

## NORTH BROOKFIELD JR./SR. HIGH SCHOOL REDESIGN

### North Brookfield, Massachusetts

### Dore and Whittier, Inc.
### Project No. 00-404A

### This contract exhibit includes the following:

Addendum #1 – Dated 25 January 2002

Addendum #2 – Dated 30 January 2002

Addendum #3 – Dated 12 February 2002

Addendum #4 – Dated 14 February 2002

Addendum #5 – Dated 15 February 2002



**EXHIBIT "C"**

## ADDENDUM NO. 1

## NORTH BROOKFIELD JR./SR. HIGH SCHOOL REDESIGN

### North Brookfield, Massachusetts

### Dore and Whittier, Inc.
### Project No. 00-404A

**TO:**      **ALL CONTRACTORS**

**FROM:**    **DORE AND WHITTIER, INC.**
**Architects • Project Managers**
**1795 Williston Road**
**South Burlington, VT 05403**

**DATE:**    **January 25, 2002**

All Contractors submitting proposals for the above project shall take note of the following changes, additions, interpretations, etc., of the drawings and specifications, and all such shall become part of the Contract.

Receipt of this Addendum shall be noted on the Form of Bid.

This Addendum consists of (6) pages and the following:

| | |
|---|---|
| Drawing AD 1-A1 | 23 January 2002 |
| Drawing AD 1-A2 | 23 January 2002 |
| Drawing AD 1-A3 | 23 January 2002 |
| Drawing AD 1-A4 | 23 January 2002 |
| Drawing AD 1-A5 | 23 January 2002 |
| Drawing AD 1-A6 | 23 January 2002 |
| Drawing AD 1-A7 | 23 January 2002 |
| Drawing AD 1-A8 | 23 January 2002 |
| Drawing AD 1-A9 | 23 January 2002 |
| Drawing AD 1-A10 | 23 January 2002 |
| Drawing AD 1-A11 | 23 January 2002 |
| Drawing AD 1-A12 | 23 January 2002 |
| Drawing A-3.1 | 23 January 2002 |



| | |
|---|---|
| Drawing A-6.1 | 23 January 2002 |
| Drawing A-6.2 | 23 January 2002 |
| Drawing A-6.3 | 23 January 2002 |
| Drawing A-6.4 | 23 January 2002 |
| Drawing A-6.5 | 23 January 2002 |
| Drawing A-6.6 | 23 January 2002 |
| Drawing A-6.7 | 23 January 2002 |
| Table of Contents for Project Details (Sheets 0.001a, 0.001b, 0.001c, 0.001d, 0.001e, 0.001f, 0.001g, and 0.001h) | 23 January 2002 |
| Drawing 3.171 | 23 January 2002 |
| Drawing 3.172 | 23 January 2002 |
| Drawing 3.177 | 23 January 2002 |
| Drawing 3.178 | 23 January 2002 |
| Drawing 3.179 | 23 January 2002 |
| Drawing 3.181 | 23 January 2002 |
| Drawing 3.185 | 23 January 2002 |
| Drawing 3.187 | 23 January 2002 |
| Drawing 3.191 | 23 January 2002 |
| Drawing 3.192 | 23 January 2002 |
| Drawing 3.194 | 23 January 2002 |
| Drawing 3.196 | 23 January 2002 |
| Drawing 6.170 | 23 January 2002 |
| Drawing 6.171 | 23 January 2002 |
| Drawing 6.172 | 23 January 2002 |
| Drawing 6.173 | 23 January 2002 |
| Drawing 6.174 | 23 January 2002 |
| Drawing 6.176 | 23 January 2002 |
| Drawing 6.180 | 23 January 2002 |
| Drawing 6.182 | 23 January 2002 |
| Drawing 6.183 | 23 January 2002 |
| Drawing 6.184 | 23 January 2002 |
| Drawing 6.186 | 23 January 2002 |
| Drawing 6.187 | 23 January 2002 |
| Drawing 6.188 | 23 January 2002 |
| Drawing 6.193 | 23 January 2002 |
| Drawing 6.195 | 23 January 2002 |
| Drawing 6.196 | 23 January 2002 |
| Drawing 6.270 | 23 January 2002 |
| Drawing 6.274 | 23 January 2002 |
| Drawing 6.278 | 23 January 2002 |
| Drawing 7.201 | 23 January 2002 |

NORTH BROOKFIELD JR/SR HIGH SCHOOL
ADDENDUM #1
PAGE 2



Drawing 8.478        23 January 2002
Drawing 8.482        23 January 2002

| ITEM | REFERENCE |
|------|-----------|

## ARCHITECTURE

AD1.04.01 SPECIFICATION SECTION 07200:  Under Part 2 – Products, Paragraph 2.01, subparagraph B, revise the the requirements to indicate the following:

    1.    Surface Burning Characteristics when tested in accordance with ASTM E-84:
        a.  Maximum flame spread: 25.
        b.  Maximum smoke developed: 50.

AD1.04.02 DRAWING A-1.00:

    a.  Change Typical Note #4 to read:

        "Paint all exposed structural steel and miscellaneous metal stairs and railings."

    b.  Change Remark #15 to read:

        "Provide glazed floor tile & base under Alt. #3."

    c.  Eliminate Remark #16.

    d.  At Room Finish Schedule, at #24 Lobby, eliminate remark reference #16.  At #19 Music, eliminate remark reference #3.

AD1.04.03  DRAWING A-1.0A:

    a.  At Electric Room A007, revise the wall type M2 at the corridor to E.

    b.  At Finish Room A012, delete the indication of a window in the exterior wall. Delete the "Exhaust Vent" note outside the window. Add an 18" dimension

**NORTH BROOKFIELD JR/SR HIGH SCHOOL**
ADDENDUM #1
PAGE 3



# ADDENDUM NO. 2

## NORTH BROOKFIELD JR./SR. HIGH SCHOOL REDESIGN

### North Brookfield, Massachusetts

### Dore and Whittier, Inc.

### Project No. 00-404A

---

**TO:**       **ALL CONTRACTORS**


**FROM:**     **DORE AND WHITTIER, INC.**

Architects ● Project Managers
1795 Williston Road
South Burlington, VT 05403


**DATE:**     **January 30, 2002**

All Contractors submitting proposals for the above project shall take note of the following changes, additions, interpretations, etc., of the drawings and specifications, and all such shall become part of the Contract.

Receipt of this Addendum shall be noted on the Form of Bid.



EXHIBIT "C"

This Addendum consists of (18) pages and the following:

Drawing AD2-L1          28 January 2002
Drawing AD2-L2          28 January 2002
Drawing AD2-L3.0        28 January 2002
Drawing AD2-L3.1        28 January 2002
Drawing AD2-L4          28 January 2002
Drawing AD2-FP1         30 January 2002
Drawing AD2-FP2         30 January 2002
Drawing AD2-FP3         30 January 2002
Drawing AD2-M1          28 January 2002
Drawing SKE-1           28 January 2002
Drawing SKE-2           28 January 2002
Drawing SKE-3           28 January 2002
Drawing SKE-4           28 January 2002
Drawing AP-1.10         30 January 2002
Drawing 2.106         30 January 2002
Drawing AD1-A1          23 January 2002    (Omitted with Addendum #1)
Drawing AD1-A2          23 January 2002    (Omitted with Addendum #1)
Drawing AD1-A3          23 January 2002    (Omitted with Addendum #1)
Drawing AD1-A4          23 January 2002    (Omitted with Addendum #1)
Drawing AD1-A5          23 January 2002    (Omitted with Addendum #1)
Drawing AD1-A6          23 January 2002    (Omitted with Addendum #1)
Drawing AD1-A7          23 January 2002    (Omitted with Addendum #1)
Drawing AD1-A8          23 January 2002    (Omitted with Addendum #1)
Drawing AD1-A9          23 January 2002    (Omitted with Addendum #1)
Drawing AD1-A10         23 January 2002    (Omitted with Addendum #1)
Drawing AD1-A11         23 January 2002    (Omitted with Addendum #1)
Drawing AD1-A12         23 January 2002    (Omitted with Addendum #1)



---

# ADDENDUM NO. 3

## NORTH BROOKFIELD JR./SR. HIGH SCHOOL REDESIGN

### North Brookfield, Massachusetts

### Dore and Whittier, Inc.

### Project No. 00-404A

---

**TO:**     **ALL CONTRACTORS**

**FROM:**   **DORE AND WHITTIER, INC.**

Architects ● Project Managers
1795 Williston Road
South Burlington, VT 05403

**DATE:**     **February 12, 2002**

All Contractors submitting proposals for the above project shall take note of the following changes, additions, interpretations, etc., of the drawings and specifications, and all such shall become part of the Contract.

Receipt of this Addendum shall be noted on the Form of Bid.

This Addendum consists of (4) pages and the following:

Drawing 3.177February 12, 2002

Drawing 3.178February 12, 2002

Sub-Bid Results        February 6, 2002



EXHIBIT "C"

# ADDENDUM NO. 4

## NORTH BROOKFIELD JR./SR. HIGH SCHOOL REDESIGN

### North Brookfield, Massachusetts

**Dore and Whittier, Inc.**

**Project No. 00-404A**

**TO:**     **ALL CONTRACTORS**

**FROM:**     **DORE AND WHITTIER, INC.**

Architects ● Project Managers
1795 Williston Road
South Burlington, VT 05403

**DATE:**     **February 14, 2002**

All Contractors submitting proposals for the above project shall take note of the following changes, additions, interpretations, etc., of the drawings and specifications, and all such shall become part of the Contract.

Receipt of this Addendum shall be noted on the Form of Bid.

This Addendum consists of (3) pages and the following:

Drawing AD4-S1

Drawing AD4-S2

Drawing AD4-S3

Drawing AD4-S4

Drawing AD4-S5

Drawing AD4-S6



**ADDENDUM NO. 5**

**NORTH BROOKFIELD JR./SR. HIGH SCHOOL REDESIGN**

**North Brookfield, Massachusetts**

**Dore and Whittier, Inc.**

**Project No. 00-404A**

TO:      **ALL CONTRACTORS**

FROM:      **DORE AND WHITTIER, INC.**

Architects ● Project Managers
1795 Williston Road
South Burlington, VT 05403

**DATE:      February 15, 2002**

All Contractors submitting proposals for the above project shall take note of the following changes, additions, interpretations, etc., of the drawings and specifications, and all such shall become part of the Contract.

Receipt of this Addendum shall be noted on the Form of Bid.

This Addendum consists of (3) pages.