# EXHIBIT B
# Part 2



# Standard Form of Architect's Services: Design and Contract Administration

## AIA Document B141 - 1997
### 1997 Edition - Electronic Format

This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification. AUTHENTICATION OF THIS ELECTRONICALLY DRAFTED AIA DOCUMENT MAY BE MADE BY USING AIA DOCUMENT D401.'

Copyright 1917, 1926, 1948, 1951, 1953, 1958, 1961, 1963, 1966, 1967, 1970, 1974, 1977, 1987, ©1997 by The American Institute of Architects. Reproduction of the material herein or substantial quotation of its provisions without written permission of the AIA violates the copyright laws of the United States and will subject the violator to legal prosecution.

## TABLE OF ARTICLES

2.1  PROJECT ADMINISTRATION SERVICES

2.2  SUPPORTING SERVICES

2.3  EVALUATION AND PLANNING SERVICES

2.4  DESIGN SERVICES

2.5  CONSTRUCTION PROCUREMENT SERVICES

2.6  CONTRACT ADMINISTRATION SERVICES

2.7  FACILITY OPERATION SERVICES

2.8  SCHEDULE OF SERVICES

AIA DOCUMENT B141-STANDARD FORM SERVICES - 1997 EDITION - AIA - COPYRIGHT 1997 - THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE N.W., WASHINGTON, D.C. 20006-5292. WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced without violation until the date of expiration as noted below.

Electronic Format B141-1997

2.9 MODIFICATIONS


**ARTICLE 2.1    PROJECT ADMINISTRATION SERVICES**
**2.1.1**  The Architect shall manage the Architect's services and administer the Project. The Architect shall consult with the Owner, research applicable design criteria, coordinate and conduct ~~all~~attend Project meetings, communicate as reasonably necessary with members of the Project team and issue weekly progress reports. The Architect shall coordinate the services provided by the Architect and the Architect's consultants with those services provided by the Owner and the Owner's consultants. The Architect shall be responsible for all services of its consultants.

**2.1.2**  The Architect shall review the program furnished by the Owner to ascertain the requirements of the Project, and the Architect and Owner shall arrive at a mutual understanding of such requirements. The Architect shall provide a preliminary evaluation of the Owner's program, needs, schedule and construction budget requirements, each in terms of the other, subject to the limitations set forth in Subparagraph 2.1.7.2 of this Agreement. When Project requirements have been sufficiently identified by the Architect and Owner, the Architect shall prepare, and periodically update, a Project schedule that shall identify milestone dates for decisions required of the Owner, design services furnished by the Architect, completion of documentation provided by the Architect, commencement of construction and Substantial Completion of the Work.

**2.1.3**  The Architect shall consider the value of alternative materials, building systems and equipment, together with other considerations based on program, budget and aesthetics in developing the design for the Project and review with the Owner alternative approaches to design and construction of the Project.

**2.1.4**  Upon request of the Owner, the Architect shall make a presentation to explain the design of the Project to representatives of the Owner.

**2.1.5**  The Architect shall submit design documents to the Owner at intervals appropriate to the design process, as provided in the Preliminary Estimated Project Schedule set forth in Exhibit B, for purposes of evaluation and approval by the Owner. The Architect shall be entitled to rely on written approvals received from the Owner in the further development of the design. The Architect shall be responsible for the technical accuracy and the coordination of all Instruments of Service, estimates, and other work furnished by the Architect or its consultants subject to the professional standard of care.

**2.1.6**  The Architect shall prepare, process, and file all ~~assist the Owner in connection with the Owner's responsibility for filing~~ documents required for the approval of governmental authorities having jurisdiction over the Project and attend all meetings and hearings necessary for such approval. The Architect shall prepare a listing of all agencies that must provide approvals for any and all phases of the Project to proceed, and the Architect shall confer and, where necessary for the Project, meet with responsible officials of those agencies to discuss the Project and to develop a preliminary schedule for obtaining all necessary approvals in a timely manner.

**2.1.7    EVALUATION OF BUDGET AND COST OF THE WORK**
**2.1.7.1**  When the Project requirements have been sufficiently identified, the Architect shall prepare a preliminary estimate of the Cost of the Work. This estimate will~~may~~ be based on then current area, volume or similar conceptual estimating techniques. As the design process progresses through the end of the preparation of the Construction Documents, the Architect shall update and refine the preliminary estimate of the Cost of the Work in accordance with Subparagraph 1.1.2.5 of this Agreement. The Architect shall advise the Owner of any adjustments to previous estimates of the Cost of the Work indicated by changes in Project requirements or general market conditions. If at any time the Architect's estimate of the Cost of the Work exceeds the Owner's budget, the Architect shall make appropriate recommendations to the Owner in accordance with Subparagraph 1.1.2.5 of this Agreement.~~to adjust the Project's size, quality or budget, and the Owner shall cooperate with the Architect in making such adjustments.~~

**2.1.7.2**  Evaluations of the Owner's budget for the Project, the preliminary estimate of the Cost of the Work and updated estimates of the Cost of the Work prepared by the Architect represent the Architect's best judgment as a design professional familiar with the construction industry. It is recognized, however, that neither the Architect nor the Owner has control over the cost of labor, materials or equipment, over the Contractor's methods of determining bid prices, or over competitive bidding, market or negotiating conditions. Accordingly, the Architect cannot and does not warrant or represent that bids or negotiated prices will not vary from the Owner's budget for the Project or from any estimate of the Cost of the Work or evaluation prepared

AIA DOCUMENT B141-STANDARD FORM SERVICES - 1997 EDITION - AIA - COPYRIGHT 1997 - THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE N.W., WASHINGTON, D.C. 20006-5292. WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced without violation until the date of expiration as noted below.

Electronic Format B141-1997

or agreed to by the Architect.

**2.1.7.3** In preparing estimates of the Cost of the Work, the Architect shall be permitted to include contingencies for design, bidding and price escalation; to determine, with the Owner's written approval, what materials, equipment, component systems and types of construction are to be included in the Contract Documents; to make, with the Owner's written approval, reasonable adjustments in the scope of the Project and to include in the Contract Documents alternate bids as may be necessary to adjust the estimated Cost of the Work to meet the Owner's budget for the Cost of the Work. If an increase in the Contract Sum occurring after execution of the Contract between the Owner and the Contractor causes the budget for the Cost of the Work to be exceeded, that budget shall be increased accordingly.

**2.1.7.4** If bidding or negotiation has not commenced within 90 days after the Architect submits the Construction Documents to the Owner, the budget for the Cost of the Work shall be adjusted to reflect changes in the general level of prices in the construction industry between the date of submission of the Construction Documents to the Owner and the date on which proposals are sought.

**2.1.7.5** If the budget for the Cost of the Work is exceeded by the lowest bona fide bid or negotiated proposal, the Owner shall:

   **.1**   give written approval of an increase in the budget for the Cost of the Work;

   **.2**   authorize rebidding or renegotiating of the Project within a reasonable time;

   **.3**   terminate in accordance with Subparagraph 1.3.8.5; or

   **.4**   cooperate in revising the Project scope and quality as required to reduce the Cost of the Work.

**2.1.7.6** If the Owner chooses to proceed under Clause 2.1.7.5.4, the Architect, without additional compensation, shall modify the documents for which the Architect is responsible under this Agreement, including without limitation the Construction Contract Documents, as necessary to comply with the budget for the Cost of the Work. ~~The modification of such documents shall be the limit of the Architect's responsibility under this Paragraph 2.1.7.~~ The Architect shall be entitled to compensation in accordance with this Agreement for all services performed whether or not construction is commenced.

**ARTICLE 2.2   SUPPORTING SERVICES**
**2.2.1**   ~~Unless specifically designated in Paragraph 2.8.3, the services in this Article 2.2 shall be provided by the Owner or the Owner's consultants and contractors.~~ Deleted.

**2.2.1.1** The Owner, with the Architect's assistance, shall furnish a program setting forth the Owner's objectives, schedule, constraints and criteria, including space requirements and relationships, special equipment, systems and site requirements.

**2.2.1.2** The Architect shall, as necessary or approriate, in connection with the Schematic Design Phase, investigate existing conditions and facilities, and reasonably verify the accuracy of drawings and other information furnished by the Owner as to locations of existing structural elements and primary distribution systems, to the extent reasonably ascertainable from documents furnished by the Owner and from field observations.  The Architect shall also propose and, with the Owner's prior written consent, arrange for explorations as the Architect, in the exercise of due professional care, believes to be necessary for verification of location and condition of concealed mechanical, electrical, and plumbing utilities. The ~~Owner~~ Architect shall furnish surveys to describe physical characteristics, legal limitations and utility locations for the site of the Project, and a written legal description of the site. The surveys and legal information shall include, as applicable, grades and lines of streets, alleys, pavements and adjoining property and structures; adjacent drainage; rights-of-way, restrictions, easements, encroachments, zoning, deed restrictions, boundaries and contours of the site; locations, dimensions and necessary data with respect to existing buildings, other improvements and trees; and information concerning available utility services and lines, both public and private, above and below grade, including inverts and depths. All the information on the survey shall be referenced to a Project benchmark.

**2.2.1.3**   The ~~Owner~~ Architect shall furnish services of geotechnical engineers which may include but are not limited to test

AIA DOCUMENT B141-STANDARD FORM SERVICES - 1997 EDITION - AIA - COPYRIGHT 1997 - THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE N.W., WASHINGTON, D.C. 20006-5292. WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced without violation until the date of expiration as noted below.

Electronic Format B141-1997

borings, test pits, determinations of soil bearing values, percolation tests, evaluations of hazardous materials, ground corrosion tests and resistivity tests, including necessary operations for anticipating subsoil conditions, with reports and appropriate recommendations.

## ARTICLE 2.3   EVALUATION AND PLANNING SERVICES

**2.3.1** The Architect shall provide a preliminary evaluation of the information furnished by the Owner under this Agreement, including the Owner's program and schedule requirements and budget for the Cost of the Work, each in terms of the other. The Architect shall review such information to ascertain that it is consistent with the requirements of the Project and shall notify the Owner of any other information or consultant services that may be reasonably needed for the Project.

**2.3.2** The Architect shall provide a preliminary evaluation of the Owner's sites for the Project based on the information provided by the Owner of site conditions, and the Owner's program, schedule and budget for the Cost of the Work. The Architect shall review with the Owner alternative, yet cost-effective, approaches to design and construction of the Project.

**2.3.3** The Architect shall review the Owner's proposed method of contracting for construction services and shall notify the Owner of anticipated impacts that such method may have on the Owner's program, financial and time requirements, and the scope of the Project.

## ARTICLE 2.4   DESIGN SERVICES

**2.4.1** The Architect's design services shall include normal structural, mechanical and electrical engineering services, as well as other such basic design services such as HVAC, fire protection and plumbing design; landscape design; kitchen design; and athletic facilities design.

### 2.4.2   SCHEMATIC DESIGN DOCUMENTS

**2.4.2.1** The Architect shall provide Schematic Design Documents based on the mutually agreed-upon program, schedule, and budget for the Cost of the Work. The documents shall establish the conceptual design of the Project illustrating the scale and relationship of the Project components. The Schematic Design Documents shall include a conceptual site plan, if appropriate, and preliminary building plans, sections and elevations. At the Architect's option, the Schematic Design Documents may include study models, perspective sketches, electronic modeling or combinations of these media. Preliminary selections of major building systems and construction materials shall be noted on the drawings or described in writing.

### 2.4.3   DESIGN DEVELOPMENT DOCUMENTS

**2.4.3.1** The Architect shall provide Design Development Documents based on the approved Schematic Design Documents and updated budget for the Cost of the Work. The Design Development Documents shall illustrate and describe the refinement of the design of the Project, establishing the scope, relationships, forms, size and appearance of the Project by means of plans, sections and elevations, typical construction details, and equipment layouts. The Design Development Documents shall include specifications that identify major materials and systems and establish in general their quality levels. Upon completion of the Design Documents, the Architect shall, in accordance with Subparagraph 1.1.2.5 of this Agreement, submit a revised estimate of the Cost of the Work for review and approval by the Owner and shall advise the Owner of any adjustments to the previous estimates.

### 2.4.4   CONSTRUCTION DOCUMENTS

**2.4.4.1** The Architect shall provide Construction Documents based on the approved Design Development Documents and any further adjustments in the scope or quality of the Project or in the construction budget authorized by the Owner. ~~updated budget for the Cost of the Work.~~ The Construction Documents shall set forth in detail the requirements for construction of the Project. The Construction Documents shall include Drawings and Specifications that establish in detail the quality levels of materials and systems required for the Project. Upon completion of the Construction Documents, the Architect shall, in accordance with Subparagraph 1.1.2.5 of this Agreement, submit a revised estimate of the Cost of the Work for review and approval by the Owner and shall advise the Owner of any adjustments to the previous estimates.

**2.4.4.2** During the development of the Construction Documents, the Architect shall develop and prepare ~~assist the Owner in the development and preparation of: (1)~~ bidding and procurement information which describes the time, place and conditions of bidding; bidding or proposal forms; and shall assist the Owner in the development and preparation of the form of agreement

AIA DOCUMENT B141-STANDARD FORM SERVICES - 1997 EDITION - AIA - COPYRIGHT 1997 - THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE N.W., WASHINGTON, D.C. 20006-5292. WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced without violation until the date of expiration as noted below.

Electronic Format B141-1997

between the Owner and the Contractor; and (2) the Conditions of the Contract for Construction (General, Supplementary and other Conditions). The Architect also shall compile the Project Manual that includes the Conditions of the Contract for Construction and Specifications and may include bidding requirements and sample forms. Specifications provided to the Owner from the Architect and its consultants shall include the requirement that the General Contractor and/or its subcontractors provide assistance to the Owner and its employees and consultants in the utilization of equipment or systems such as testing, demonstrations, adjusting and balancing systems, and preparation of operation and maintenance manuals.

## ARTICLE 2.5  CONSTRUCTION PROCUREMENT SERVICES

**2.5.1**  The Architect, following the Owner's approval of the Construction Documents and of the latest estimate of the Cost of the Work, shall assist the Owner in obtaining ~~either~~ competitive bids ~~or negotiated proposals~~ and shall assist the Owner in awarding and preparing contracts for construction.

**2.5.2**  The Architect shall assist the Owner in establishing a list of prospective bidders or contractors.

**2.5.3**  The Architect shall assist the Owner in bid validation or proposal evaluation and determination of the successful bid or proposal, if any, and shall conduct a qualification review of the low bidder, transmit to the Owner a recommendation regarding award of the Construction Contract, and prepare all notices required to be published in the Central Register and other publications. If requested by the Owner, the Architect shall notify all prospective bidders or contractors of the bid or proposal results.

### 2.5.4  COMPETITIVE BIDDING

**2.5.4.1**  Bidding Documents shall consist of bidding requirements, proposed contract forms, General Conditions and Supplementary Conditions, Specifications and Drawings.

**2.5.4.2**  If requested by the Owner, the Architect shall arrange and pay for procuring the reproduction of Bidding Documents for distribution to prospective bidders. The Owner ~~shall pay directly for the cost of reproduction or~~ shall reimburse the Architect for such expenses.

**2.5.4.3**  If requested by the Owner, the Architect shall distribute the Bidding Documents to prospective bidders and request their return upon completion of the bidding process. The Architect shall maintain a log of distribution and retrieval, and the amounts of deposits, if any, received from and returned to prospective bidders.

**2.5.4.4**  The Architect shall consider and make recommendations to the Owner on requests for substitutions, if permitted by the Bidding Documents, and shall prepare and distribute addenda identifying approved substitutions to all prospective bidders.

**2.5.4.5**  The Architect shall participate in or, at the Owner's direction, shall organize and conduct a pre-bid conference for prospective bidders.

**2.5.4.6**  The Architect shall prepare responses to questions from prospective bidders and provide clarifications and interpretations of the Bidding Documents to all prospective bidders in the form of addenda.

**2.5.4.7**  The Architect shall participate in or, at the Owner's direction, shall organize and conduct the opening of the bids. The Architect shall subsequently document and distribute the bidding results, as directed by the Owner.

### 2.5.5  NEGOTIATED PROPOSALS

**2.5.5.1**  ~~Proposal Documents shall consist of proposal requirements, proposed contract forms, General Conditions and Supplementary Conditions, Specifications and Drawings.~~ Deleted.

**2.5.5.2**  ~~If requested by the Owner, the Architect shall arrange for procuring the reproduction of Proposal Documents for distribution to prospective contractors. The Owner shall pay directly for the cost of reproduction or shall reimburse the Architect for such expenses.~~ Deleted.

**2.5.5.3**  ~~If requested by the Owner, the Architect shall organize and participate in selection interviews with prospective~~ Deleted.

**2.5.5.4**  ~~The Architect shall consider requests for substitutions, if permitted by the Proposal Documents, and shall prepare and~~

AIA DOCUMENT B141-STANDARD FORM SERVICES - 1997 EDITION - AIA - COPYRIGHT 1997 - THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE N.W., WASHINGTON, D.C. 20006-5292. WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced without violation until the date of expiration as noted below.

Electronic Format B141-1997

~~distribute addenda identifying approved substitutions to all prospective contractors.~~ Deleted.

**2.5.5.5** ~~If requested by the Owner, the Architect shall assist the Owner during negotiations with prospective contractors. The Architect shall subsequently prepare a summary report of the negotiation results, as directed by the Owner.~~ Deleted.

**ARTICLE 2.6   CONTRACT ADMINISTRATION SERVICES**
**2.6.1   GENERAL ADMINISTRATION**
**2.6.1.1** The Architect shall provide administration of the Contract between the Owner and the Contractor as set forth below and in the edition of AIA Document A201, General Conditions of the Contract for Construction, current as of the date of this Agreement. Modifications made to the General Conditions, when adopted as part of the Contract Documents, shall be enforceable under this Agreement only to the extent that they are consistent with this Agreement or approved in writing by the Architect.

**2.6.1.2** The Architect's responsibility to provide the Contract Administration Services under this Agreement commences with the award of the initial Contract for Construction and terminates at the issuance to the Owner of the final Certificate for Payment. However, the Architect shall be entitled to a Change in Services in accordance with Paragraph 2.8.2 when Contract Administration Services extend 90 ~~60~~ days after the date of Substantial Completion of the Work.

**2.6.1.3** The Architect shall be a representative of and shall advise and consult with the Owner during the provision of the Contract Administration Services. The Architect shall have authority to act on behalf of the Owner only to the extent provided in this Agreement unless otherwise modified by written amendment.

**2.6.1.4** Duties, responsibilities and limitations of authority of the Architect under this Article 2.6 shall not be restricted, modified or extended without written agreement of the Owner and Architect ~~with consent of the Contractor, which consent will not be unreasonably withheld~~.

**2.6.1.5** The Architect shall review properly prepared, timely requests by the Contractor for additional information about the Contract Documents. A properly prepared request for additional information about the Contract Documents shall substantially comport with ~~be in~~ a form prepared ~~or approved~~ by the Architect and shall include a reasonably detailed written statement that indicates the specific Drawings or Specifications in need of clarification and the nature of the clarification requested.

**2.6.1.6** If deemed appropriate by the Architect, the Architect shall on the Owner's behalf prepare, reproduce and distribute supplemental Drawings and Specifications in response to requests for information by the Contractor.

**2.6.1.7** The Architect shall interpret and decide matters concerning performance of the Owner and Contractor under, and requirements of, the Contract Documents on written request of either the Owner or Contractor. The Architect's response to such requests shall be made in writing within any time limits agreed upon or otherwise with reasonable promptness.

**2.6.1.8** Interpretations and decisions of the Architect shall be consistent with the intent of and reasonably inferable from the Contract Documents and shall be in writing or in the form of drawings. When making such interpretations and initial decisions, the Architect shall endeavor to secure faithful performance by both Owner and Contractor, shall not show partiality to either, and shall not be liable for the results of interpretations or decisions so rendered in good faith.

**2.6.1.9** The Architect shall render written ~~initial~~ decisions within a reasonable time on all claims, disputes or other matters in question between the Owner and Contractor as provided in the Contract Documents, including without limitation issues concerning the work of subcontractors, consultants or other agents of the Contractor. However, the Architect's decisions on matters relating to aesthetic effect shall be final if consistent with the intent expressed in the Contract Documents.

**2.6.2   EVALUATIONS OF THE WORK**
**2.6.2.1** The Architect, as a representative of the Owner, shall visit the site at least once a week and at other times where ~~intervals~~ (a) appropriate to the stage of the Contractor's operations, or (b) reasonably requested by the Owner. ~~as otherwise agreed by the Owner and the Architect in Article 2.8;~~ The Architect shall, in any event, make site visits of such frequency and duration as is sufficient (1) to become generally familiar with and to keep the Owner informed about the progress and quality of the portion of the Work completed, (2) to endeavor to guard the Owner against defects and deficiencies in the Work, and (3) to determine in general if the Work is being performed in a manner indicating that the Work, when fully completed, will be in

accordance with the Contract Documents. However, tThe Architect shall not be required to make exhaustive or continuous on-site inspections to check the quality or quantity of the Work, but the Architect shall nonetheless make reasonable on-site inspections to check the quality and quantity of the Work. The Architect shall attend weekly job-site meetings, keep and distribute minutes of such meetings. The Architect shall neither have control over or charge of, nor be responsible for, the construction means, methods, techniques, sequences or procedures, or for safety precautions and programs in connection with the Work, since these are solely the Contractor's rights and responsibilities under the Contract Documents.

**2.6.2.2** The Architect shall report to the Owner known deviations from the Contract Documents and from the most recent construction schedule submitted by the Contractor. However, the Architect shall not be responsible for the Contractor's failure to perform the Work in accordance with the requirements of the Contract Documents. The Architect shall be responsible for the Architect's negligent acts or omissions, but shall not have control over or charge of and shall not be responsible for acts or omissions of the Contractor, Subcontractors, or their agents or employees, or of any other persons or entities performing portions of the Work.

**2.6.2.3** The Architect shall at all times have access to the Work wherever it is in preparation or progress.

**2.6.2.4** Except as otherwise provided in this Agreement or when direct communications have been specially authorized, the Owner shall endeavor to communicate with the Contractor through the Architect about matters arising out of or relating to the Contract Documents. The Architect shall copy the Owner, and the Owner shall copy the Architect, on any material correspondence, written or electronic, sent to the Contractor concerning the Contract Documents or the Work. Communications by and with the Architect's consultants shall be through the Architect.

**2.6.2.5** The Architect shall have authority to reject Work that does not conform to the Contract Documents. Whenever the Architect considers it necessary or advisable, the Architect will have authority to require inspection or testing of the Work in accordance with the provisions of the Contract Documents, whether or not such Work is fabricated, installed or completed. However, neither this authority of the Architect nor a decision made in good faith either to exercise or not to exercise such authority shall give rise to a duty or responsibility of the Architect to the Contractor, Subcontractors, material and equipment suppliers, their agents or employees or other persons or entities performing portions of the Work.

## 2.6.3 CERTIFICATION OF PAYMENTS TO CONTRACTOR
**2.6.3.1** The Architect shall review and certify the amounts due the Contractor and shall issue Certificates for Payment in such amounts. The Architect's certification for payment shall constitute a representation to the Owner, based on the Architect's evaluation of the Work as provided in Paragraph 2.6.2 and on the data comprising the Contractor's Application for Payment, that the Work has progressed to the point indicated and that, to the best of the Architect's knowledge, information and belief, the quality of the Work is in accordance with the Contract Documents. The foregoing representations are subject (1) to an evaluation of the Work for conformance with the Contract Documents upon Substantial Completion, (2) to results of subsequent tests and inspections, (3) to correction of minor deviations from the Contract Documents prior to completion, and (4) to specific qualifications expressed by the Architect.

**2.6.3.2** The issuance of a Certificate for Payment shall not be a representation that the Architect has (1) made exhaustive or continuous on-site inspections to check the quality or quantity of the Work, (2) reviewed construction means, methods, techniques, sequences or procedures, (3) reviewed copies of requisitions received from Subcontractors and material suppliers and other data requested by the Owner to substantiate the Contractor's right to payment, or (4) ascertained how or for what purpose the Contractor has used money previously paid on account of the Contract Sum.

**2.6.3.3** The Architect shall maintain a record of the Contractor's Applications for Payment and any documentation related thereto.

## 2.6.4 SUBMITTALS
**2.6.4.1** The Architect shall review and approve or take other appropriate action upon the Contractor's submittals such as Shop Drawings, Product Data and Samples, but only for the limited purpose of checking for conformance with information given and the design concept expressed in the Contract Documents. The Architect's action shall be taken with such reasonable promptness as to cause no delay in the Work or in the activities of the Owner, Contractor or separate contractors, while allowing sufficient time in the Architect's professional judgment to permit adequate review. Review of such submittals is not conducted for the purpose of determining the accuracy and completeness of other details such as dimensions and quantities, or for substantiating

AIA DOCUMENT B141-STANDARD FORM SERVICES - 1997 EDITION - AIA - COPYRIGHT 1997 - THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE N.W., WASHINGTON, D.C. 20006-5292. WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced without violation until the date of expiration as noted below.

Electronic Format B141-1997

instructions for installation or performance of equipment or systems, all of which remain the responsibility of the Contractor as required by the Contract Documents. The Architect's review shall not constitute approval of safety precautions or, unless otherwise specifically stated by the Architect, of any construction means, methods, techniques, sequences or procedures. The Architect's approval of a specific item shall not indicate approval of an assembly of which the item is a component.

**2.6.4.2** The Architect shall maintain a record of submittals and copies of submittals supplied by the Contractor in accordance with the requirements of the Contract Documents.

**2.6.4.3** If professional design services or certifications by a design professional related to systems, materials or equipment are specifically required of the Contractor by the Contract Documents, the Architect shall specify appropriate performance and design criteria that such services must satisfy. Shop Drawings and other submittals related to the Work designed or certified by the design professional retained by the Contractor shall bear such professional's written approval when submitted to the Architect. The Architect shall be entitled to rely upon the adequacy, accuracy and completeness of the services, certifications or approvals performed by such design professionals.

### 2.6.5 CHANGES IN THE WORK

**2.6.5.1** The Architect shall prepare Change Orders and Construction Change Directives for the Owner's approval and execution in accordance with the Contract Documents. The Architect may authorize minor changes in the Work not involving an adjustment in Contract Sum, an increase in the Cost of the Work, or an extension of the Contract Time which are consistent with the intent of the Contract Documents. If necessary, the Architect shall prepare, reproduce and distribute Drawings and Specifications to describe Work to be added, deleted or modified, as provided in Paragraph 2.8.2. The Architect shall be responsible for any Changes in the Work to the extent caused by a negligent error or omission by the Architect and/or its consultants.

**2.6.5.2** The Architect shall review properly prepared, timely requests by the Owner or Contractor for changes in the Work, including adjustments to the Contract Sum or Contract Time. A properly prepared request for a change in the Work shall be accompanied by sufficient supporting data and information to permit the Architect to make a reasonable determination without extensive investigation or preparation of additional drawings or specifications. If the Architect determines that requested changes in the Work are not materially different from the requirements of the Contract Documents, the Architect may issue an order for a minor change in the Work or recommend to the Owner that the requested change be denied.

**2.6.5.3** If the Architect determines that implementation of the requested changes would result in a material change to the Contract that may cause an adjustment in the Contract Time, the Cost of the Work, or Contract Sum, the Architect shall provide the Owner with an estimate of the cost of the requested change and make a recommendation to the Owner, who may authorize further investigation of such change. Upon such authorization, and based upon information furnished by the Contractor, if any, the Architect shall estimate the additional cost and time that might result from such change, including any additional costs attributable to a Change in Services of the Architect. With the Owner's advance, written approval, the Architect shall incorporate those estimates into a Change Order or other appropriate documentation for the Owner's execution or negotiation with the Contractor.

**2.6.5.4** The Architect shall maintain records relative to changes in the Work.

### 2.6.6 PROJECT COMPLETION

**2.6.6.1** The Architect, in a timely manner, shall conduct inspections to determine the date or dates of Substantial Completion and the date of final completion, shall receive from the Contractor and forward to the Owner, for the Owner's review and records, written warranties and related documents required by the Contract Documents and assembled by the Contractor, and shall issue a final Certificate for Payment based upon a final inspection indicating the Work complies with the requirements of the Contract Documents.

**2.6.6.2** The Architect's inspection shall be conducted with the Owner's Designated Representative to check conformance of the Work with the requirements of the Contract Documents and to verify the accuracy and completeness of the list submitted by the Contractor of Work to be completed or corrected. Notwithstanding the Owner's participation in said inspection, the Owner shall be entitled to rely upon the Architect's professional judgment and recommendation, according to the professional standard of care, whether the Work is substantially complete and complies with the requirements of the Contract Documents. If, during the inspection, the Owner or Architect detects any nonconforming aspect or item of the Work, it shall timely notify the other party thereof.

AIA DOCUMENT B141-STANDARD FORM SERVICES - 1997 EDITION - AIA - COPYRIGHT 1997 - THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE N.W., WASHINGTON, D.C. 20006-5292. WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced without violation until the date of expiration as noted below.

Electronic Format B141-1997

**2.6.6.3** When the Work is found to be substantially complete, the Architect shall inform the Owner about the balance of the Contract Sum remaining to be paid the Contractor, including any amounts needed to pay for final completion or correction of the Work.

**2.6.6.4** The Architect shall receive from the Contractor and forward to the Owner: (1) consent of surety or sureties, if any, to reduction in or partial release of retainage or the making of final payment and (2) affidavits, receipts, releases and waivers of liens or bonds indemnifying the Owner against liens.

## ARTICLE 2.7   FACILITY OPERATION SERVICES

**2.7.1**   The Architect shall meet with the Owner or the Owner's Designated Representative promptly after Substantial Completion to review the need for facility operation services.

**2.7.2**   Upon request of the Owner, and prior to the expiration of one year from the date of Substantial Completion, the Architect shall conduct a meeting with the Owner and the Owner's Designated Representative to review the facility operations and performance and to make appropriate recommendations to the Owner.

## ARTICLE 2.8   SCHEDULE OF SERVICES

**2.8.1**   Design and Contract Administration Services shall be performed in conformance with the Preliminary Estimated Project Schedule set forth in Exhibit B, which includes the June 1, 2001, deadline for submission of a complete application to the SBAB. ~~Design and Contract Administration Services beyond the following limits shall be provided by the Architect as a Change in Services in accordance with Paragraph 1.3.3:~~

   .1   ~~up to ( ) reviews of each Shop Drawing, Product Data item, sample and similar submittal of the Contractor;~~

   .2   ~~up to ( ) visits to the site by the Architect over the duration of the Project during construction;~~

   .3   ~~up to ( ) inspections for any portion of the Work to determine whether such portion of the Work is substantially complete in accordance with the requirements of the Contract Documents;~~

   .4   ~~up to ( ) inspections for any portion of the Work to determine final completion.~~

**2.8.2**   The following Design and Contract Administration Services shall be provided by the Architect as a Change in Services in accordance with Paragraph 1.3.3:

   .1   review of an excessive number of a Contractor's submittals which are out of sequence from the submittal schedule agreed to by the Architect;

   .2   responses to an excessive number of the Contractor's requests for information where such information is available to the Contractor from a careful study and comparison of the Contract Documents, field conditions, other Owner-provided information, Contractor-prepared coordination drawings, or prior Project correspondence or documentation;

   .3   revisions to Instruments of Service where such revisions are required as a result of Change Orders and Construction Change Directives ~~requiring evaluation of proposals, including the preparation or revision of Instruments of Service;~~

   .4   providing consultation concerning replacement of Work resulting from fire or other cause during construction;

   .5   ~~evaluation of an extensive number of claims submitted by the Owner's consultants, the Contractor or others in connection with the Work;~~

   .6   revisions to Instruments of Service required by ~~evaluation of~~ substitutions (1) proposed by the ~~Owner's consultants~~

AIA DOCUMENT B141-STANDARD FORM SERVICES - 1997 EDITION - AIA - COPYRIGHT 1997 - THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE N.W., WASHINGTON, D.C. 20006-5292. WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced without violation until the date of expiration as noted below.

Electronic Format B141-1997

or contractors and (2) approved by the Owner and the Architect in advance in writing ~~and making subsequent revisions to Instruments of Service resulting therefrom;~~

 .7 preparation of design and documentation for alternate bid or proposal requests proposed by the Owner in writing; or

Insert A:
 .8 Contract Administration Services provided 90 ~~60~~ days after the date of Substantial Completion of the Work.

**2.8.3** ~~The Architect shall furnish or provide the following services only if specifically designated:~~ Deleted (entire Paragraph).

| **Services** | **Responsibility** | **Location of Service** |
|---|---|---|
| | *(Architect, Owner or Not Provided)* | **Description** |

.1 Programming
.2 Land Survey Services
.3 Geotechnical Services
.4 Space Schematics/Flow Diagrams
.5 Existing Facilities Surveys
.6 Economic Feasibility Survey
.7 Site Analysis and Selection
.8 Environmental Studies and Reports
.9 Owner Supplied Data Coordination
.10 Schedule Development and Monitoring
.11 Civil Design
.12 Landscape Design
.13 Interior Design
.14 Special Bidding or Negotiation
.15 Value Analysis
.16 Detailed Cost Estimating
.17 On-Site Project Representation
.18 Construction Management
.19 Start-up Assistance
.20 Record Drawings
.21 Post-Contract Evaluation
.22 Tenant-Related Services
.23
.24
.25

~~Description of Services:~~
*(Insert descriptions of the services designated.)*
N/A

## ARTICLE 2.9 MODIFICATIONS
**2.9.1** Modifications to this Standard Form of Architect's Services: Design and Contract Administration, if any, are as follows:

As noted throughout this document and in the Addendum attached hereto and incorporated herein.

AIA DOCUMENT B141-STANDARD FORM SERVICES - 1997 EDITION - AIA - COPYRIGHT 1997 - THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE N.W., WASHINGTON, D.C. 20006-5292. WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced without violation until the date of expiration as noted below.

Electronic Format B141-1997

NBDW33891

By its execution, this Standard Form of Architect's Services: Design and Contract Administration and modifications hereto are incorporated into the Standard Form of Agreement Between the Owner and Architect, AIA Document B141-1997, that was entered into by the parties as of the date: June 6, 2001, effective as of December 1, 2000.

Insert B:

---

**OWNER, TOWN OF NORTH BROOKFIELD, BY ITS SCHOOL BUILDING COMMITTEE** (Signature)

---

(Printed name and title)

**ARCHITECT** (Signature)

---

(Printed name and title)

---

AIA DOCUMENT B141-STANDARD FORM SERVICES - 1997 EDITION - AIA - COPYRIGHT 1997 - THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE N.W., WASHINGTON, D.C. 20006-5292. WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the viiolatorto legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced without violation until the date of expiration as noted below.

Electronic Format B141-1997

NBDW33892