**EXHIBIT  15**

LEONARD KOPELMAN
DONALD G. PAIGE
ELIZABETH A. LANE
JOYCE FRANK
JOHN W. GIORGIO
BARBARA J. SAINT ANDRE
JOEL B. BARD
JOSEPH L. TEHAN, JR
THERESA M. DOWDY
DEBORAH A. ELIASON
RICHARD BOWEN
DAVID J. DONESKI
JUDITH C. CUTLER
KATHLEEN E. CONNOLLY
DAVID C. JENKINS
MARK R. REICH
BRIAN W. RILEY
DARREN R. KLEIN
JONATHAN M. SILVERSTEIN

EDWARD M. REILLY
DIRECTOR WESTERN OFFICE

WILLIAM HEWIG III
JEANNE S. McKNIGHT

**KOPELMAN AND PAIGE, P. C.**

ATTORNEYS AT LAW

31 ST. JAMES AVENUE

BOSTON, MASSACHUSETTS 02116-4102

(617) 556-0007
FAX (617) 654-1735

PITTSFIELD OFFICE
(413) 443-6100

NORTHAMPTON OFFICE
(413) 585-8632

WORCESTER OFFICE
(508) 752-0203

KATHLEEN M. O'DONNELL
SANDRA M. CHARTON
PATRICIA A. CANTOR
THOMAS P. LANE, JR.
MARY L. GIORGIO
THOMAS W. MCENANEY
KATHARINE GOREE DOYLE
GEORGE X. PUCCI
LAUREN F. GOLDBERG
JASON R. TALERMAN
JEFFREY A. HONIG
MICHELE E. RANDAZZO
GREGG J. CORBO
RICHARD T. HOLLAND
LISA C. ADAMS
ELIZABETH R. CORBO
MARCELINO LA BELLA
VICKI S. MARSH
JOHN J. GOLDROSEN
SHIRIN EVERETT
BRIAN E. GLENNON, II
JONATHAN D. EICHMAN
LAURA H. PAWLE
TODD A. FRAMPTON
JACKIE COWIN

July 23, 2003

CERTIFIED MAIL - RETURN RECEIPT REQUESTED
AND FIRST-CLASS MAIL

EXHIBIT
Murray
88
4-29-05        KD

NO. 7099 3220 0009 7561 7421

Deborah Griffin, Esq.
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116

NO. 7099 3220 0009 7561 7360

Bert J. Capone, Esq.
Cetrulo & Capone
2 Seaport Lane
Boston, MA  02210

Re:     Notice of Default Under General Contract
        Project:                North Brookfield Junior/Senior High School Project
        Performance Bond No.    3SE057856
        Principal:              E.J. Sciaba Contracting Company, Inc.
        Owner:                  Town of North Brookfield, Massachusetts
        Contract Date:          April 19, 2002
        Bond Amount:            $13,222,000.00

Dear Counsel:

        Pursuant to paragraph 3.2 of the above-referenced Performance Bond, a copy of which is attached hereto for your review and convenience, the Town hereby provides formal notice that it has declared a contractor default on the part of E.J. Sciaba Contracting Company, Inc. ("Sciaba"), and formally terminates Sciaba's right to complete the contract described in said bond.  As you know, in a letter dated July 2, 2003, the Town notified you that it was considering

KOPELMAN AND PAIGE, P.C.

<u>CERTIFIED MAIL - RETURN RECEIPT REQUESTED</u>
<u>AND FIRST CLASS MAIL</u>
Deborah Griffin, Esq.
Bert J. Capone, Esq.
July 23, 2003
Page 2

declaring a contractor default pursuant to paragraph 3.1 of the Performance Bond. A copy of said letter is attached hereto for your review and information. The Town now calls upon American Manufacturers Mutual Insurance Company ("AMMIC"), as surety, to fulfill its obligations to the Town under the Performance Bond. This declaration of default is based upon Sciaba's voluntary default, as set forth in its May 30, 2003 letter, a copy of which is attached hereto.

Finally, please be advised that the Town hereby reserves all of its statutory and contractual rights to remedy Sciaba's breach and all rights under the contract documents.

Please contact me if you wish to discuss AMMIC's remedy of Sciaba's default.

Very truly yours,

Thomas W. McEnaney

TWM/rlf
Enc.
cc:     Board of Selectmen
        School Building Committee
        Mr. Lee P. Dore, Assoc. AIA, CSI
196667/NBRO/0001

**EXHIBIT  16**

Ex 161

| | |
|---|---|
| **Principal:** | **E.J. Sciaba Contracting Company, Inc.** |
| **Obligee:** | **Town of North Brookfield** |
| **Project:** | **North B rookfield JR/SR High School** |
| **Surety:** | **American Manufacturers Mutual Insurance Co.** |
| **Bond No.:** | **3SE 057 856** |
| **Claim:** | **167-SE-002 989** |

EFFECTIVE DATE 7-21-03

## PROJECTED COST OF COMPLETION

| Assets | Item Description | | |
|---|---|---|---|
| 1 | Original Contract Amount | $ 13,222,000.00 | |
| 2 | Executed Change Orders | 132,829.28 | |
| 3 | Adjusted Contract Amount | 13,354,829.28 | |
| 4 | Less Monies Earned  through Requisition 13, period ending 5/31/03 | 5,155,969.10 | |
| 5 | Contract Balance  through Requisition 13, period ending 5/31/03 (Including Retention & Earned and Unpaid  Monies) | 8,198,860.18 | $   282,224.08 |
| 6 | Estimated Net Amount of Pending Payment for Period Through 5/31/03 | | $   206,288.07 |
| 7 | TBD | - | |
| | **Pending Change Orders & Adjustments** | | |
| 9 | Change Orders (estimated) | 30,000.00 | Note 1 |
| 10 | TBD | - | Note 1 |
| 11 | **Estimated Total Available Contract Balance as of 7/21/03** | **$   8,228,860.18** | |

| Deficits | Cost To Complete | | |
|---|---|---|---|
| 12 | Committed Costs/Ratified S/C & Vendors | 3,600,000.00 | Note 2 |
| 13 | Mark-up of Committed Costs/Ratified S/C & Vendors | 360,000.00 | |
| 14 | Uncommitted Completion Costs based  EJS scope of work | 4,800,000.00 | Note 3 |
| 15 | Other costs to Complete | - | |
| 16 | Contingency @ 5% (line 14 thru 16) | n/a | |
| 17 | **Total Costs to Complete** | **$   8,760,000.00** | |
| 18 | Potential Liquidated Damages | 100,000.00 | Note 4 |
| 19 | Obligee Claims | 45,000.00 | Note 5 |
| 20 | **Surety Performance Bond Surplus (loss)** | **$   (676,139.82)** | |

| Other Deficits | Payment Bond | | |
|---|---|---|---|
| 21 | Payment Bond Obligations (Outstanding Payables as of 7/21/03) Including Retention as determined by EJS Open Payables Report + Recap Forms provided by various vendors and subcontractors | 250,000.00 | 12,500.00 |
| 22 | Hold/Ratification Obligations | 600,000.00 | |
| 23 | Additional costs to complete claimed by vendors and subcontractors to for the extended construction period to maintain an optimum completion date. | incl w completion costs | Note 6 |
| 24 | **Surety Payment Bond Loss** | **$   850,000.00** | |
| | **Recovery** | | |
| 25 | Pending Claims by EJS | - | Note 7 |

GH 06680

**Principal:**      E.J. Sciaba Contracting Company, Inc.
**Obligee:**      Town of North Brookfield
**Project:**      North B rookfield JR/SR High School
**Surety:**      American Manufacturers Mutual Insurance Co.
**Bond No.:**      3SE 057 856
**Claim:**      167-SE-002 989            **EFFECTIVE DATE 7-21-03**
    26      **Total Amount of Surety Surplus (Loss)**      **$ (1,526,139.82)**

**Note 1**      We are aware of only a few open Change Orders, directives etc.

**Note 2**      We have estimated the total amount of all committed purchases based on EJS documents provided to date and responses from vendors and subcontractors to GREYHAWK inquiries.

**Note 3**      This value was determined in conjunction with EJS original estimate and updated project cost to complete estimate based on remaining scope of work incorporated via Completion Contractors Estimate,

**Note 4**      The original completion date of November 15, 2003 will be exceeded by approximately 100 days,

**Note 5**      Estimated Value of architects fees, legal fees and other professional fees may be assessed by owner due to late completion addition costs etc.

**Note 6**      This value will be determined by negotiated agreements with S/C and Vendors determined necessary to complete the project and who have committed to fixed costs or fixed unit costs via a formal Purchase or S/C Agreement with EJS

**Note 7**      . We are not aware of any major claims or disputes with the Obligee with the exception of a schedule extension due to the severe winter 2002

GH 06681

**North Brookfield Intermediate & Senior High School**
**Bond No. 3SE 057 856**
**Claim No. 167 SE 002 989**
**Principal E. J. Sciaba Contracting Co., Inc.**

**Re Payment Application No 0013B for Period Ending 7/21/03**

| | | |
|---|---|---|
| Original Contract Sum | | $13,222,000.00 |
| Net Change By (Executed) Change Orders | | $132,829.28 |
| Contract Sum To Date | | $13,354,829.28 |
| Total Completed and Stored To Date | | $5,427,335.90 |
| Earned Work in Place | $5,427,336.00 | |
| Amount of Stored Materials | $0.00 | |
| Amount Retained on Work in place | $271,366.80 | |
| Amount Retained on Stored Materials | $0.00 | |
| Total Amount Retained | | $271,366.80 |
| Total Earned Less Retainage | | $5,155,969.10 |
| Less Previous Certificates for Payment | | $4,712,235.34 |
| Current Payment Due | | $443,733.76 |
| **Balance to Finish Including Retainage** | | $8,198,860.18 |
| Approximate Net Value of Pending Payment Application N0.0014 | | TBD |
| Approximate Value of Available Contract Balance Period Ending 5/31/03 | | TBD |

| Summary of Payment Bond Claims | Amount Claimed | Apparent Amount Owed** |
|---|---|---|
| Mark Equipment Corp. | $68,200.00 | S/C to CWS |
| Greenwood Industries | $144,579.00 | $133,611.48 |
| American Equipment Rentals | $12,826.15 | $4,851.00 |
| Mandate Erectors & Welding (MEW) | $417,430.00 | Litigation* |
| Springfield Steel Erectors | $40,461.12 | $8,515.37 |
| Iron Workers H&W Trustees | See CWS | |
| Construction Welding Services (CWS) | See MEW | |
| **Totals** | **$683,496.27** | **$146,977.85** |

** Amount shown on EJS documents provided to RPA on 5/15/03
* Litigation Surety Tendered Defense

GH 06682

# EXHIBIT  17



1799 WILLISTON RD. STE. 200, SOUTH BURLINGTON, VT 05403
PHONE: 802.863.1428 FAX: 802.863.8965

29 WATER ST. STE. 304, NEWBURYPORT, MA 01950
PHONE: 978.499.2999 FAX: 978.449.2944

1400 HANCOCK ST. QUINCY, MA 02169
PHONE: 617.471.2897 FAX: 617.471.2816

WWW.DOREANDWHITTIER.COM

**DEPOSITION EXHIBIT**

*Dore 55*
*4-13-05*

## MEETING NOTES

| Post-it® Fax Note | 7671 | Date 9/11 | # of pages ▶ 3 |
|---|---|---|---|
| To *Chris Conway* | | From *KNE* | |
| Co./Dept. | | Co. | |
| Phone # | | Phone # | |
| Fax # | | Fax # | |

**DATE OF MEETING:** 6 August 2003

**PROJECT:** North Brookfield Jr./Sr. High School
Dore & Whittier Project No. 00-404

**SUBJECT:** School Building Committee Meeting, 7:00 PM

**ATTENDING:**

| | |
|---|---|
| Jim Murray | Co-Chair, Building Committee |
| Don Gillette | Co-Chair, Building Committee |
| Greg Kline | Building Committee |
| Patty Pariseau | Building Committee |
| Mary Ellen Tsihlis | Building Committee |
| Ed Wilkins Jr. | Building Committee |
| Jim Wuelfing | Building Committee |
| Ed O'Malley | Principal |
| Robert O'Neill | Superintendent |
| Larry Hassenfus | Selectboard |
| Jim Caldwell | Selectboard |
| Raeann Caron | School Committee |
| Eric Hevy | School Committee |
| Jen Lucarelli | Telegram & Gazette |
| Michael Ballway | Spencer New Leader |
| Ron MacLachlan | Baybutt Construction |
| Rick Anastasio | Kemper/Greyhawk |
| Chris Conway | Construction Manager (CMC) |
| Lee Dore | Dore and Whittier, Inc. (DW) |

1. Meeting Minutes of 18 June 2003 were approved unanimously as presented.

2. Jim Murray reviewed four letters that have been written by Kopelman and Paige (Town Counsel) regarding the project these letters were dated 6/19/03, two on 7/2/03 and one on 7/23/03.  These letters covered the following subjects:

   o The Town's acceptance of 4 out of the 12 completion contractors submitted by the Surety
   o The formal Termination of EJ Sciaba by vote of the Selectboard

Prepared 13 August 2003

North Brookfield School Building Committee
Meeting 6 August 2003
Page 2                                                                                           - 2 -

         o  Waiver of Notice of Default between the Surety and the Town
         o  Letter regarding the Surety's bonding capacity and financial status

3.  Rick Anastasio update the Committee on the status of retaining a completion contractor:
     a)  The Winthrop Elementary School project effectively delayed the ratification process with subcontractors on the NBHS project
     b)  Subcontractors initially agreed to terms of the ratification agreements when they met at the job site prior to the 6/18/03 Building Committee meeting since that time the process has moved to the subcontractors attorneys where the process has been substantially delayed
     c)  It is the Surety's position that a Request for Proposals be issued for this project with all the available ratified subcontractors and a listing of the jobs financial status (balance of funds left to complete work)
     d)  The Surety is mandating that all paperwork (legal issues) is complete prior to a contract being issued to a completion contractor
     e)  The completion contractor will be able to choose from subcontractors who have ratified their contracts with the Surety or can pick new subcontractors to complete the work
     f)  Mr. Anastasio believes that he has 'agreements in principle' with the following subcontractors (he noted that this list is not complete):
         ➤  Commercial Communications
         ➤  Greenwood Industries
         ➤  HCI
         ➤  Holyoke Equipment
         ➤  KMD Mechanical
         ➤  Griffin Electric
         ➤  Millis Plumbing
         ➤  SRI Sprinkler
     g)  Mr. Anastasio stated that out of 23 subcontractors and 30 vendors, 8 have executed ratification agreements and 13 have agreed in principle

4.  Mr. Anastasio stated that the Request for Proposals will list subcontractors on the job and their respective cost to complete their work. Subcontractor ratification agreements will no longer stand in the way of retaining a completion contractor. Subcontractors and vendors that were under contract with EJ Sciaba will be paid for any work or materials supplied prior to May 30, 2003.

5.  Mr. Anastasio informed the Committee that a mandatory pre-bid meeting will be held on site on August 19th or 20th. A draft of the RFP will be issued for Committee review during the week of August 11, 2003. DW noted that there will be a Committee meeting on August 13th and a draft form of the RFP is requested for review at this meeting. The bid date (when bid prices will be received) will be on September 2, 2003. Agreement on the successful completion contractor and a Notice to Proceed will be issued the week of September 7, 2003.

6.  The Surety has stated that up to four additional general contractors will be added to the list already approved by the Building Committee. The names of these contractors will be sent to the Committee for review. There will be a requirement for a bid bond that will be issued in the RFP. Don Gillette stated that if the Surety intends to enter into a 'Tender' agreement for the project than the new completion GC

Prepared 13 August 2003

North Brookfield School Building Committee
Meeting 6 August 2003
Page 3                                                                                    - 3 -

will need to be approved and agreeable to the Town per the performance bond signed by the Surety for this project.

7. Jim Murray discussed the Committee's disappointment with the lack of progress to date.

8. Town Counsel will need to review ratification agreements in the RFP which will include the 'Tender' agreement and other legal documents.

9. The Committee discussed the fact that any CO's or CCD's issued on the project that are incorporated as a part of EJ Sciaba's contract will be incorporated with the contract with the new completion contractor. Any Proposal Requests that were not included in EJ Sciaba's contract will need to be negotiated after a completion contractor is retained. DW will verify status of CO's and CCD's which were incorporated as a part of the contract.

10. The next meeting is scheduled for August 13, 2003 at 7PM.

The above is my summation of our meeting. If you have any additions and/or corrections, please contact me for incorporation into these minutes. After 10 days, we will accept these minutes as an accurate summary of our discussion and enter them into the permanent record of this project.

Sincerely,

DORE AND WHITTIER, INC.
Architects • Project Managers

Lee P. Dore, Assoc. AIA, CSI
Project Manager

c Bob O'Neill, Superintendent of Schools
Mr. John Couture, Building Inspector
Chris Conway, Construction Manager
Engineers Design Group
Garcia, Galuska, Desousa
Berkshire Design Group
ATC
CCR/Pyramid
John Crisafulli Consulting Services, Inc.
RJD/LPD/JFT/ARR/HA/GOJ/RLZ/file

Prepared 13 August 2003

**EXHIBIT  18**

1

```
 1                                    VOLUME: I

 2      CERTIFIED ORIGINAL           PAGES: 1 to 186
        LEGALINK BOSTON
 3                                    EXHIBITS: See Index

 4

 5              UNITED STATES DISTRICT COURT

 6              DISTRICT OF MASSACHUSETTS

 7

 8    - - - - - - - - - - - - - - - - - x

 9    AMERICAN MANUFACTURERS MUTUAL

10    INSURANCE COMPANY

11              Plaintiff

12       v.                            Civil Action

13                                     No. 03-40266-CBS

14    TOWN OF NORTH BROOKFIELD

15              Defendant

16    - - - - - - - - - - - - - - - - - x

17          DEPOSITION OF ROBERT J. O'NEILL

18              Monday, May 23, 2005

19                 9:06 a.m.

20              Holland & Knight

21           10 St. James Avenue

22           Boston, Massachusetts

23

24       Michelle Keegan, Court Reporter
              LegaLink Boston
```

Robert J. O'Neill                                    05/23/2005

75

11:39:49  1    represented the building committee in discussions

11:39:53  2    with town counsel.

11:40:02  3        Q.   Now, in answer to one of my earlier

11:40:05  4    questions you said you thought that Dore & Whittier

11:40:09  5    had presented an analysis of the projected

11:40:12  6    completion data based on manpower.

11:40:18  7              Having looked at the minutes of the

11:40:20  8    April 16 meeting and the chart in Exhibit 46, can

11:40:26  9    you tell me whether you still think there was a

11:40:29 10    manpower analysis in addition to the money drawdown

11:40:35 11    analysis in Exhibit 46?

11:40:37 12        A.   I don't recall ever a formal manpower.  It

 :40:41  13    was part of an ongoing discussion.  I'm not sure

11:40:43 14    that there was ever a request or a summary report

11:40:50 15    completed with regard to manpower.

11:40:53 16        Q.   You never saw a graph like Exhibit 46 that

11:40:57 17    purported --

11:40:58 18        A.   I don't recall.

11:40:58 19        Q.   -- to analyze manpower?

11:41:01 20        A.   I don't believe so.

11:41:01 21        Q.   Let me show you a document that was marked

11:41:24 22    previously as Exhibit 85.

11:43:01 23              (Pause)

11:43:01 24        Q.   Is Exhibit 85 a letter that you wrote?

LegaLink Boston

Robert J. O'Neill                                      05/23/2005

76

| 11:43:05 | 1 | A. Yes. |
| 11:43:07 | 2 | Q. And was Exhibit 85 drafted for you by Dore & |
| 11:43:14 | 3 | Whittier? |
| 11:43:14 | 4 | A. Yes. |
| 11:43:15 | 5 | Q. And then you put it on your letterhead and |
| 11:43:20 | 6 | sent it, correct? |
| 11:43:20 | 7 | A. I reviewed it and then proceeded, yes. |
| 11:43:25 | 8 | Q. Is the handwriting on Exhibit 85 -- Strike |
| 11:43:31 | 9 | that. |
| 11:43:31 | 10 | Is the handwriting on Exhibit 85 your |
| 11:43:33 | 11 | handwriting? |
| 11:43:34 | 12 | A. Yes. |
| 43:35 | 13 | Q. When did you make the notes on Exhibit 85? |
| 11:43:38 | 14 | A. I'm not sure. It possibly could have been |
| 11:43:54 | 15 | at the May 21st meeting, but I'm not sure. |
| 11:44:00 | 16 | Q. Can you think of any time other than the May |
| 11:44:03 | 17 | 21st meeting that you would have made notes on a |
| 11:44:05 | 18 | copy of Exhibit 85? |
| 11:44:07 | 19 | A. I don't know if there are any meetings |
| 11:44:15 | 20 | during that -- between the period of the 23rd of |
| 11:44:17 | 21 | April and May 21st. |
| 11:44:27 | 22 | Q. When you received the draft letter from Dore |
| 11:44:33 | 23 | & Whittier and put it on your own letterhead, you |
| 11:44:35 | 24 | thought that it was accurate, correct? |

LegaLink Boston

105

```
01:15:40   1    you?
01:15:40   2        A.  Yes.
01:15:45   3        Q.  Were they, in reality, notes of a meeting on
01:15:49   4    June 2, 2004?
01:15:51   5        A.  That makes a lot more sense to me.  Yes.
01:15:57   6        Q.  That's how I read them, too.
01:16:34   7             MS. GRIFFIN:  Let's mark this as the
01:16:36   8    next exhibit.
01:16:38   9             (Exhibit Number 184
01:16:38  10             marked for identification)
01:17:45  11             (Pause)
01:17:45  12             MS. GRIFFIN:  Let's mark this as the
   17:46  13    next one.
01:17:49  14             (Exhibit Number 185
01:17:49  15             marked for identification)
01:18:39  16             (Pause)
01:18:39  17        Q.  Have you seen Exhibit 184 before today?
01:18:43  18        A.  I don't believe so.
01:18:43  19        Q.  I'm sorry?
01:18:44  20        A.  I don't believe so.
01:18:44  21        Q.  Have you seen the list of potential bidders
01:18:48  22    that was an enclosure with Exhibit 184?
01:18:52  23        A.  I'm not sure.
01:18:57  24        Q.  Do you recall being consulted sometime
```

Robert J. O'Neill                                    05/23/2005

156

| | | |
|---|---|---|
| 03:13:02 | 1 | MS. GRIFFIN:  113. |
| 03:13:04 | 2 | Q.  Can you identify Exhibit 113, please? |
| 03:13:06 | 3 | A.  That's a project budget worksheet provided |
| 03:13:12 | 4 | by Dore & Whittier. |
| 03:13:13 | 5 | Q.  I apologize.  I need to go back to the |
| 03:13:16 | 6 | December 17th meeting one more time. |
| 03:13:30 | 7 | MS. GRIFFIN:  Let's mark this as the |
| 03:13:31 | 8 | next exhibit. |
| 03:13:44 | 9 | (Exhibit Number 189 |
| 03:13:44 | 10 | marked for identification) |
| 03:15:45 | 11 | (Pause) |
| 03:15:45 | 12 | Q.  Can you identify Exhibit 189? |
| 03:15:48 | 13 | A.  It looks like my notes relative to the 12/17 |
| 03:15:54 | 14 | 2003 school building committee meeting. |
| 03:15:55 | 15 | Q.  In the left-hand margin, do you see an |
| 03:16:00 | 16 | asterisk there? |
| 03:16:01 | 17 | A.  Yes. |
| 03:16:02 | 18 | Q.  And you wrote, question mark, "January 7, |
| 03:16:06 | 19 | 2002, enclose the building"; is that right? |
| 3:16:08 | 20 | A.  Yes. |
| 3:16:09 | 21 | Q.  What discussion did that note refer to? |
| 3:16:13 | 22 | A.  I'm not really sure. |
| 3:16:17 | 23 | Q.  Would you turn two pages further along in |
| 3:16:22 | 24 | Exhibit 189.  Do you see the asterisk in the left |

LegaLink Boston

Robert J. O'Neill                                          05/23/2005

185

1                    E R R A T A   S H E E T

2        I, ROBERT J. O'NEILL, do hereby certify that I

3    have read the foregoing transcript of my testimony,

4    and further certify that said transcript is a true

5    and accurate record of my testimony (with the

6    exception of the following corrections listed

7    below):

8    Page      Line                        Correction

9     6        2               Magnet Program

10    9        18              Dore & Whittier

11    83       16              once

12    131      2               Kiera Meagher

13    162      17              Nancy Nykiel's

14    170      4               Nancy Nykiel

15

16

17

18

19

20

21        Signed under the pains and penalties of perjury

22    this 16th    day of   June             , 2005.

23

24                           ROBERT J. O'NEILL
                          LegaLink Boston

**EXHIBIT  19**

Principal:    **E.J. Sciaba Contracting Company, Inc.**
Obligee:     **Town of North Brookfield, Board of Education**
Project:     **North Brookfield Junior & Senior High School**
Surety:      **American Manufacturers Mutual Insurance Co.**
Bond No.:    **3SE 057 856**
Claim:       **167-SE-002-989**

**Final List of Potential Bidders – North Brookfield**
**8/13/03**

| | |
|---|---|
| Jackson Construction Co.<br>20 Dan Road<br>Canton, MA 02021<br><br>Tel:  (781) 737-1501<br>Fax:  (781) 737-1550 | Paul Bordieri |
| George B.H. Macomber Co.<br>One Design Center Place, Suite 600<br>Boston, MA 02210<br><br>Tel:  (617) 478-6200<br>Fax:  (617) 478-2123 | Gordon Knapp |
| Payton Construction Corporation<br>273 Summer Street<br>Boston, MA 02210<br><br>Tel:  (617) 423-9035<br>Fax:  (617) 423-0975 | Dick Collari |
| Agostini Construction<br>241 Narragansett Park Drive<br>East Providence, RI 02916<br><br>Tel:  (401) 435-4848<br>Fax:  (401) 431-0049 | George Agostini |
| Consigli Construction Co., Inc.<br>197 Main Street<br>Milford, MA 01757-1663<br><br>Tel:  (508) 473-2580<br>Fax:  (508) 473-3588 | Vance Freymann |
| Fontaine Brothers, Inc.<br>510 Cottage Street<br>Springfield, MA 01104<br><br>Tel:  (413) 781-2020<br>Fax:  (413) 734-1881 | David Fontaine<br>Mark Frechette |
| D.A. Sullivan & Sons Contractors<br>82 North Street<br>Northampton, MA 01060 | Mark Sullivan<br>Don Dennis |

**Principal:** E.J. Sciaba Contracting Company, Inc.
**Obligee:** Town of North Brookfield, Board of Education
**Project:** North Brookfield Junior & Senior High School
**Surety:** American Manufacturers Mutual Insurance Co.
**Bond No.:** 3SE 057 856
**Claim:** 167-SE-002-989

### Final List of Potential Bidders – North Brookfield
### 8/13/03

| | |
|---|---|
| Tel:   (413) 584-0310<br>Fax:   (413) 585-5710 | |
| B. W. Construction Co., Inc.<br>25 Laurel Lane<br>Spencer, MA 01562<br><br>Tel:  (508)-885-6560<br>Fax:  (508)-885-9607 | Ben Whittaker |
| Aquadro & Cerruti<br>P.O. Box 656<br>Texas Road<br>Northampton, MA  01060<br><br>Tel: (413) 584-4022<br>Fax:  (413) 584-0011 | Mazi Hashemi |

# EXHIBIT  20

# D&W

DORE AND WHITTIER, INC.
Architects • Project Managers

1795 WILLISTON RD., STE. 5 •S. BURLINGTON, VT 05403
Phone (802) 863-1428 •Fax (802) 863-6955

1400 HANCOCK STREET, QUINCY, MA 02169
Phone: (617) 471-2897 • Fax: (617) 471-2516

## MEMORANDUM

| | | |
|---|---|---|
| **DATE:** | **9 March 2004** | **OFFICE: •VT  • MA** |
| **MEMO TO:** | **Rick Anastasio** | |
| **FROM:** | **Lee Dore** | |
| **PROJECT:** | **North Brookfield Jr./Sr. High School** | |
| **PROJECT NO:** | **00-404** | |
| **SUBJECT:** | **Revisions to RFP draft and other comments for discussion** | |

Rick,

Listed below are some comments that need to be incorporated into the RFP as well as general comments that we need to discuss:

1. The Owner has approved the list on nine contractors that you have labeled "final list" dated 8/13/03. However, they are concerned about B.W. Construction, specifically their bonding limits and size. They wish to reserve their rights to not approve of B.W. construction pending further investigation into references and review of their current workload compared to their aggregate bonding capacity – also the single project limit capacity.

2. In your RFP you have stated that documents that will be available are titled 'construction set' on page 4. We will actually be issuing the 'bid set' with all addenda. A construction set (documents with addenda incorporated – 'posted set') can be issued to the successful completion contractor later. We would like the completion GC responsible for everything in the bid set, the construction set is a courtesy with a disclaimer that GC is still responsible for everything included in bid set and addenda. I will be bringing copies of Bid Set to pre-bid conference.

3. Your RFP states that bids will be opened in your office. The Owner requests that the bids be opened at the school. The high school library can be made available for this purpose. Otherwise the Owner and D&W would request that fax copies received by you also be forwarded via facsimile to the Owner and D&W on September 2, 2003.

4. If we are incorporating the CCD log as part of the RFP – we need to delete CCD #7 as it was never issued.

5. We believe that a prevailing wage updated form will be necessary for the RFP – any thoughts??

6. In light of the fact that Application for Payment #14 has not been certified by the Architect and has not even been submitted for review the Owner requests that information contained in the RFP be limited to Application of Payment #13 (April, 2003) which would change your information as follows:

RE: Payment for Application No 0013 for Period Ending 4/30/03

| | |
|---|---|
| Original Contract Amount | $13,222,000.00 |
| Net Change By (executed) CO's & CCD's | $132,829.28 |
| Contract Sum to Date | $13,354,829.28 |
| Total Completed and Stored to Date | $5,427,335.90 |
| Earned Work in Place | $5,427,335.90 |
| Amount of Stored Materials | $202,000.00 |
| Amount Retained on Stored Materials | $10,100.00 |

DAC.MSW2K  P:\Grey\Haw\\Client Folders\Kemper Insurance\ELI Schaler\NORTH BROOKFIELD PROJECT FOLDER\RFP and Related info for Completion North Brookfield Project\DW Response to GH RFP draft response 8-
11-03 DOC  3/9/2004  4.03 PM

GH 06656

| | |
|---|---|
| Amount Retained on Work in Place | $261,266.79 |
| Total Amount Retained | $271,366.80 |
| Total Earned Less Retainage | $5,155,969.10 |
| Less Previous Certificates for Payment | $4,712,235.34 |
| Current Pending Payment (App #0014) | $206,288.07 |
| Balance to Finish Including Retainage | $8,198,860.18 |

**Approximate Net Value of PENDING Payment Application No. 0014   $206,288.07**

7. On page 6 of the draft RFP you have stated that there are executed Change Orders 1&2 which reflect scope changes which have been *(sentence ends)*?  Please note that CO's 1 through 3 and CCD's 5 and 6 have been executed which reflect scope changes that have been incorporated as part of the contract.

8. On the "Optional Vendors & or Subcontractors – Information for Reference", Figure 2 Item 1 "Consolidated Brick and Building Supply" is listed incorrectly.  It should read Spaulding Brick Co. – Contact: Jeff Shinn; Address: 25 Daniel Plummer Rd., Goffstown, NH 03045; Phone: 603-647-8442; Fax: 603-647-8439; Specification Section 04200.

9. The Owner has received notice that EJ Sciaba's Builder's Risk policy has been cancelled.  The project is currently without coverage.  As this was a part of the contract with EJ Sciaba and now the responsibility of the Surety, the Owner requests the Surety take out an interim Rider for coverage and submit a copy of said insurance for the Owner's records, or advise the Town otherwise.  Please contact me with the status of this item.

10. The Owner has requested updated information on the status of the Gas Service bill from Keyspan.  Last I recall, the Surety was going to make these payments until the new completion contractor takes over.  Please advise me of the status of this item.

11. On the draft RFP on the second sentence of page 1 you refer to a project No. 00-404.  This is the Architects project number, not the Owners.

I will be in the site job trailer today if you need to reach me – 508-867-0554.

DAC.MSW2K   F:\GreyHawk\Client Folders\Kemper Insurance\EJ Sciaba\NORTH BROOKFIELD PROJECT FOLDER\RFP and Related info for Completion North Brookfield  Project\GH RFP draft response 11-14-03.DOC   3/9/2004 4:03 PM

GH 06657