**EXHIBIT 1**



# RICHARD P. ANASTASIO

**OFFICE ADDRESS**
260 Crossways Park Drive
Woodbury, NY 11797-2015

**WEB ADDRESS**
http://www.greyhawk.com

**TELEPHONE**
516-802-5705

**FACSIMILE**
516-801-6205

**EMAIL ADDRESS**
ranastasio@greyhawk.com

**EDUCATION**
City College of New York
B.C.E., Civil Engineering

**LICENSES & REGISTRATIONS**
Professional Engineer

**INDUSTRY AFFILIATIONS**
Member, *National Society of Professional Engineers*
♦ Member, *Professional Engineers in Construction*
Member, *National Bond Claims Association*
Member, *Defense Research Institute*
Associate, *American Bar Association*
♦ Member, *Tort & Insurance Practice Section*

Rick Anastasio is a Senior Principal of GREYHAWK, North America. He has more than 35 years of experience in construction, construction management, contract administration, cost control and estimating, design, claims preparation and rebuttal and expert testimony.

At GREYHAWK, Rick's extensive experience combined with his acute knowledge of construction matters enables him to concentrate on GREYHAWK's surety work, construction management, cost control and design issues. He leads the surety practice with a keen understanding of how the complexities of construction impact critical project decisions needed to be made by the Surety. He is responsible for preparing and negotiating claims on behalf of clients and the review and refutation of claims on behalf of defendants.

Rick has completed a series of complex projects for sureties following a default by its principal. The projects include pharmaceutical plants, bus facilities, tunnels and bridges on the Interstate Highway System, transportation facilities, public housing projects and water and wastewater treatment plants. As a result of his work on these projects he has obtained significant experience as an expert witness providing testimony at Mediation and Arbitration sessions and in Trial.

He has been associated with the design and construction of a significant variety of projects, including chemical and food processing plants, power plant expansions and rehabilitation's, co-generation facilities, pollution control facilities, refinery projects, material handling facilities, transportation systems, schools, hospitals, housing projects, marine construction, hotels and research facilities.

**REPRESENTATIVE PROJECT EXPERIENCE**
U.S. Federal Building and U.S. District Courthouse in Trenton, NJ
Bus Maintenance and Storage Facility, NJ
Veterans Administration and Federal Building in Newark, NJ
Bergen County School for Special Education Services, NJ
Central Artery Tunnel and Highway Program, MA
Various New York City Housing Projects, NY
Essex County Resource Recovery Facility, NJ
Hoffman-LaRoche Pharmaceutical Plant, NC
Glaxo-Wellcome Pharmaceutical Plant, NC
New York City Transit Authority Facilities and Stations, NY

# RICHARD P. ANASTASIO



## EMPLOYMENT HISTORY

1997 - Present
**GREYHAWK North America L.L.C.**
   Senior Principal
*Construction Management and Consulting*

1993- 1997
**The Barrington Consulting Group, Inc.**
   Senior Project Manager
*Construction Consulting*

1984- 1993
**RPA Technical Associates, Inc.**
   President
*Industrial Erection and Rigging Company*

1981 – 1984
**Centrig Industries, Inc.**
   Manager, Petrochemical Construction Division
*National Construction and Rigging Company*

1976 – 1981
**Chemico Air Pollution Control Company**
   Manager of Construction
   Manager of Construction Purchasing & Contract Administrator
*Design and Construction of Major Air Pollution Control Projects*

1971 – 1976
**Arnold M. Diamond, Inc.**
   Project Manager
*National Construction Firm Specializing in Government & Military Projects*

1969 – 1971
**Grumman Aerospace Corporation**
   Structural Design Engineer
   (Top Secret Clearance)
*International Aerospace Company*

1967 – 1969
**General Dynamics- Convair Division**
   Design Liaison Specialist
   Structural Design Engineer
   (Top Secret Clearance)
*Multinational Corporation Specializing in Design & Construction of Military & Civilian Aircraft, Boats, Submarines and Spacecraft.*

## TESTIFYING EXPERIENCE

**Expert** – *Star Insurance vs. McDermott Industries, Inc.*, District Court, Miami, FL, 2001

**Expert** – *Perth Amoy Board of Education and Saxon Construction Corporation (and Fireman's Fund Insurance Company)*, Arbitration, Perth Amboy and Livingston, NJ, 1999 - 2001

**Expert** – *Bergen County Special Services School District and Saxon Construction Corp. (and Fireman's Fund Insurance)*, Mediation, Office of Dispute Resolution, Newark, NJ, 2000

**Expert/Fact Witness** – *Sparta Steel et al vs. Saxon Construction Corp. (and Fireman's Fund Insurance)*, Federal Court, Newark, NJ, 1999

**Expert** – *Aniero Concrete (and CGU Insurance) and The School Construction Authority (and Aetna Insurance Company)*, Mediation, New York, NY, 1996

**Expert** – *Glaxo-Wellcome vs. Becon Construction*, Hearing by Court-Appointed Special Master, Raleigh, NC, 1994

**Expert/Fact Witness** – *Brennan Company and Tenneco Industries*, Mediation, Agawam, MA, 1991

**Expert/Fact Witness** – *Centrig Industries and Petrochem Industries Ltd.*, Mediation, Houston, TX, 1984

**Expert/Fact Witness** – *Chemico Air Pollution Control Company and Rettenbach Construction*, Mediation, Knoxville, TN, 1979

**Fact Witness** - *U.S. Navy vs. Arnold M. Diamond, Inc.*, Armed Services Review Board Hearing, Hampton, VA, 1976

**Fact Witness** - *State of NY General Services Administration vs. Arnold M. Diamond, Inc.*, NY State Contract Review Board Hearing, Albany, NY, 1975

**Fact Witness** - *U.S. Corps of Engineers vs. Arnold M. Diamond , Inc.*, Armed Services Review Board Hearing, Philadelphia, PA, 1972

# EXHIBIT 2

Ex 161

| | | |
|---|---|---|
| Principal: | E.J. Sciaba Contracting Company, Inc. | |
| Obligee: | Town of North Brookfield | |
| Project: | North Brookfield JR/SR High School | |
| Surety: | American Manufacturers Mutual Insurance Co. | |
| Bond No.: | 3SE 057 856 | |
| Claim: | 167-SE-002 989 | EFFECTIVE DATE 7-21-03 |

## PROJECTED COST OF COMPLETION

| Assets | Item Description | | |
|---|---|---|---|
| 1 | Original Contract Amount | $ 13,222,000.00 | |
| 2 | Executed Change Orders | 132,829.28 | |
| 3 | Adjusted Contract Amount | 13,354,829.28 | |
| 4 | Less Monies Earned through Requisition 13, period ending 5/31/03 | 5,155,969.10 | |
| 5 | Contract Balance through Requisition 13, period ending 5/31/03 (Including Retention & Earned and Unpaid Monies) | 8,198,860.18 | $ 282,224.08 |
| 6 | Estimated Net Amount of Pending Payment for Period Through 5/31/03 | | $ 206,288.07 |
| 7 | TBD | - | |
| | **Pending Change Orders & Adjustments** | | |
| 9 | Change Orders (estimated) | 30,000.00 | Note 1 |
| 10 | TBD | - | Note 1 |
| 11 | **Estimated Total Available Contract Balance as of 7/21/03** | **$ 8,228,860.18** | |
| Deficits | **Cost To Complete** | | |
| 12 | Committed Costs/Ratified S/C & Vendors | 3,600,000.00 | Note 2 |
| 13 | Mark-up of Committed Costs/Ratified S/C & Vendors | 360,000.00 | |
| 14 | Uncommitted Completion Costs based EJS scope of work | 4,800,000.00 | Note 3 |
| 15 | Other costs to Complete | - | |
| 16 | Contingency @ 5% (line 14 thru 16) | n/a | |
| 17 | **Total Costs to Complete** | **$ 8,760,000.00** | |
| 18 | Potential Liquidated Damages | 100,000.00 | Note 4 |
| 19 | Obligee Claims | 45,000.00 | Note 5 |
| 20 | **Surety Performance Bond Surplus (loss)** | **$ (676,139.82)** | |
| Other Deficits | **Payment Bond** | | |
| 21 | Payment Bond Obligations (Outstanding Payables as of 7/21/03) Including Retention as determined by EJS Open Payables Report + Recap Forms provided by various vendors and subcontractors | 250,000.00 | 12,500.00 |
| 22 | Hold/Ratification Obligations | 600,000.00 | |
| 23 | Additional costs to complete claimed by vendors and subcontractors to for the extended construction period to maintain an optimum completion date. | incl w completion costs | Note 6 |
| 24 | **Surety Payment Bond Loss** | **$ 850,000.00** | |
| | **Recovery** | | |
| 25 | Pending Claims by EJS | - | Note 7 |

GH 06680

| | | |
|---|---|---|
| Principal: | E.J. Sciaba Contracting Company, Inc. | |
| Obligee: | Town of North Brookfield | |
| Project: | North B rookfield JR/SR High School | |
| Surety: | American Manufacturers Mutual Insurance Co. | |
| Bond No.: | 3SE 057 856 | |
| Claim: | 167-SE-002 989 | EFFECTIVE DATE 7-21-03 |
| 26 | Total Amount of Surety Surplus (Loss) | $ (1,526,139.82) |

Note 1   We are aware of only a few open Change Orders, directives etc.

Note 2   We have estimated the total amount of all committed purchases based on EJS documents provided to date and responses from vendors and subcontractors to GREYHAWK inquiries.

Note 3   This value was determined in conjunction with EJS original estimate and updated project cost to complete estimate based on remaining scope of work incorporated via Completion Contractors Estimate,

Note 4   The original completion date of November 15, 2003 will be exceeded by approximately 100 days,

Note 5   Estimated Value of architects fees, legal fees and other professional fees may be assessed by owner due to late completion addition costs etc.

Note 6   This value will be determined by negotiated agreements with S/C and Vendors determined necessary to complete the project and who have committed to fixed costs or fixed unit costs via a formal Purchase or S/C Agreement with EJS

Note 7   . We are not aware of any major claims or disputes with the Obligee with the exception of a schedule extension due to the severe winter 2002

GH 06681

**North Brookfield Intermediate & Senior High School**
**Bond No. 3SE 057 856**
**Claim No. 167 SE 002 989**
**Principal E. J. Sciaba Contracting Co., Inc.**

**Re Payment Application No 0013B for Period Ending 7/21/03**

| | | |
|---|---|---|
| Original Contract Sum | | $13,222,000.00 |
| Net Change By (Executed) Change Orders | | $132,829.28 |
| Contract Sum To Date | | $13,354,829.28 |
| Total Completed and Stored To Date | | $5,427,335.90 |
| Earned Work in Place | $5,427,336.00 | |
| Amount of Stored Materials | $0.00 | |
| Amount Retained on Work in place | $271,366.80 | |
| Amount Retained on Stored Materials | $0.00 | |
| Total Amount Retained | | $271,366.80 |
| Total Earned Less Retainage | | $5,155,969.10 |
| Less Previous Certificates for Payment | | $4,712,235.34 |
| Current Payment Due | | $443,733.76 |
| **Balance to Finish Including Retainage** | | $8,198,860.18 |
| Approximate Net Value of Pending Payment Application N0.0014 | | TBD |
| Approximate Value of Available Contract Balance Period Ending 5/31/03 | | TBD |

| Summary of Payment Bond Claims | Amount Claimed | Apparent Amount Owed** |
|---|---|---|
| Mark Equipment Corp. | $68,200.00 | S/C to CWS |
| Greenwood Industries | $144,579.00 | $133,611.48 |
| American Equipment Rentals | $12,826.15 | $4,851.00 |
| Mandate Erectors & Welding (MEW) | $417,430.00 | Litigation* |
| Springfield Steel Erectors | $40,461.12 | $8,515.37 |
| Iron Workers H&W Trustees | See CWS | |
| Construction Welding Services (CWS) | See MEW | |
| **Totals** | **$683,496.27** | **$146,977.85** |

** Amount shown on EJS documents provided to RPA on 5/15/03
* Litigation Surety Tendered Defense

**EXHIBIT 3**

AM18027

   "Anastasio, Rich" <ranastasio@greyhawk.com> on

To: "Anastasio, Rich" <ranastasio@greyhawk.com>, "'Lee P. Dore'" <lpdore@DoreandWhittier.com>, "'Tom Macenaney (tmacenaney@k-plaw.com)'" <tmacenaney@k-plaw.com>
cc: "'CC9016@aol.com'" <CC9016@aol.com>, "'deborah.griffin@hklaw.com'" <deborah.griffin@hklaw.com>, "'sbeatty@kemperinsurance.com'" <sbeatty@kemperinsurance.com>
From: "Anastasio, Rich" <ranastasio@greyhawk.com>

Date: 08/13/2003 11:25 AM
Subject: RE: Potential bidders List North Brookfield jr/sr HS

FYI.  I am sending the attached Expression of Interest form out via FAX, in advance of the RFP indicting the revised project particulars, including the request for a Bid Bond to insure interest, as the preparation and distribution of the RFP, even without the Drawings and specifications is a voluminous and expensive process.

   

Req for expression of interest in bidding  project relet NBJSF SFXA2.pdf