# EXHIBIT 1



Ex 139



Kemper.
Insurance Companies

March 13, 2003

# FACSIMILE TRANSMISSION

To:         Edward Sciaba & Sid Massaro, E.J. Sciaba Contracting
Fax No.:    617.833.6028

From:       Stephen J. Beatty
            Senior Surety Counsel

---

Re: Principal: E.J. Sciaba Contracting
    Projects:  Town of Winthrop – Center Elementary School
               Town of North Brookfield – North Brookfield Jr./ Sr. High School
               Town of Brookline – Lawrence School

This confirms that Rick Anastasio and I will be attending the meeting that has been requested by the Town of Winthrop for March 20 at 5:00 p.m. I have spoken with Paul Marks, Chairman of the Building Committee, and he advised me that he does not intend for the meeting to be a Section 3.1 pre-termination meeting, and he will not have counsel present. He is concerned, however, with timely completion of the contract work, and wants to discuss how that will be achieved, and related issues.

Prior to the meeting on Thursday, March 20, Rick and I would like to spend a good part of the day reviewing the Center Elementary School project, and discussing that job with you. As I have informed Sid in a prior voicemail message, Rick and I also want to review the North Brookfield and Brookline jobs with you on Wednesday, March 19. There are various payment claims on all of the noted jobs, and similar performance issues on the Winthrop and Brookline projects, and the Surety needs to look into those matters so that it can determine how to best deal with them.

I will call you on Monday, March 17, to make arrangements with you on when and where to meet. Call me if you have questions.

Cc: Bert Capone (fax: 617.217.5200
    Rick Anastasio (fax: 516.801.6205)

SURETY GROUP

847.320.2170 Voice * 847.320.5828 FAX

E-mail  sbeatty@kemperinsurance.com

1 Kemper Drive, Mail Stop 12NW0475 * Long Grove, IL  60049-0001

www.kemperinsurance.com