UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 03-40266 CBS

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

    Plaintiff

v.

TOWN OF NORTH BROOKFIELD,

    Defendant

ASSENTED TO MOTION TO EXTEND DEADLINE
FOR FILING OPPOSITION TO DISPOSITIVE
MOTIONS AND REPLY BRIEFS

    Now comes the defendant, Town of North Brookfield ("Town"), and hereby requests that the deadline for filing and responding to oppositions to dispositive motions and reply briefs set forth in the Scheduling Conference Statement be extended as follows:

| | |
|---|---|
| Oppositions to Dispositive Motions | January 25, 2006.  Service on opposing counsel by hand delivery or via e-mail so that opposing counsel will receive all related filings by 9:15 a.m. on January 25, 2006. |
| Reply Briefs | February 3, 2006. |

    As grounds therefor, the Town states that other obligations of its counsel make the extension necessary and that the requested extension moves the deadline by approximately four (4) and three (3) days, respectively and will not prejudice either party.  Counsel for plaintiff has also indicated its assent to this Motion.

2

WHEREFORE, the Town of North Brookfield respectfully requests that this Honorable Court grant its Assented to Motion to Extend Deadline for Filing Opposition to Dispositive Motions and Reply Briefs.

| ASSENTED TO: | TOWN OF NORTH BROOKFIELD |
|---|---|
| AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY, | By its attorneys, |
| /s/ Jeff D. Bernarducci | /s/ Thomas W. McEnaney |
| Deborah S. Griffin (BBO# 211460) | David J. Doneski (BBO# 546991) |
| Jeff D. Bernarducci (BBO# 657454) | Thomas W. McEnaney (BBO# 629130) |
| Holland & Knight, LLP | Kopelman and Paige, P.C. |
| 10 St. James Avenue | Town Counsel |
| Boston, MA 02116 | 31 St. James Avenue |
| (617)523-2700 | Boston, MA 02116 |
| 271753/NBROHS/0019 | (617) 556-0007 |