# EXHIBIT  1

**Lee P. Dore**
**Project Manager**
**Dore and Whittier Architects, Inc.**
**1795 Williston Road, Suite 200**
**South Burlington, VT 05403**
**802-863-1428**

## Expert Report

*American Manufacturers Mutual Insurance Company vs. Town of North Brookfield*

A.    **Expert's Qualifications**

A copy of my curriculum vitae is attached hereto as Exhibit A.

B.    **Expert Testimony at Trial or Depositions within Past Four Years**

None.

C.    **Publications and Presentations Authored Within Past Ten Years**

None.

D.    **Terms of Engagement**

My compensation for this engagement is $115 per hour for consultation and $145 per hour for testimony.

E.    **Materials Reviewed**

I reviewed documents in preparation for the completion of this report including, but not limited to: North Brookfield Project related correspondence, E.J. Sciaba Contracting Company, Inc. (EJS) project schedules, contract documents, project photos, meeting minutes, project schedules, Affidavit of Richard Anastasio in support of the opposition of American Manufacturers Mutual Insurance Company (AMMIC) to motion to require plaintiff to deposit funds with court.

I also reviewed materials from the Ralph C. Mahar Regional School project in Orange, MA including: project photos, project schedules, meeting minutes, contracts and misc. correspondence.

All specific information referenced as a part of my formed opinions are attached as Exhibits hereto.

## SCHEDULE DELAYS

During the preparation of this report I reviewed several project schedules that had been submitted by EJS. Included with this report is Exhibit B which is a compilation of extracted key milestone completion dates for the completion of foundations and footings for building areas A, B and C of the building as well as the completion of steel erection, roofing system and exterior stud framing system. All of the information contained in Exhibit B was taken from schedules submitted between 4/1/02 and 12/31/02 by EJS and re-formatted for ease of use. The items listed in Exhibit B as "Weather Tight Activity" are all the critical areas that need to be complete for the building to be weather tight. As illustrated by Exhibit B, EJS's schedule of April, 2002 initially had the entire building scheduled to be weather tight prior to December 6, 2002. This schedule slipped by 38 days by the time EJS submitted the July, 2002 update to the construction schedule. It is important to note that this 38 day delay was not illustrated on the July construction schedule as being attributable to the discovery of unsuitable soils which EJS reported finding on July 12, 2002 (see attached Exhibit C).

After EJS reported the discovery of unsuitable soils on July 12, 2002, and verification of such by Dore and Whittier, CCD#4R dated July 31, 2002 was issued directing EJS to remove the unsuitable soils on a unit cost basis as described in the contract documents. Both EJS and Chris Conway, the resident Construction Manger, recorded daily activities involving the excavation, removal and addition of structural fill to impacted areas in order to fairly determine the additional amount of contract time that EJS would be entitled to pursuant to their contract. All parties agreed that a time extension of 28 days would be incorporated into EJS's contract and as such, Change Order #3 dated 3 December 2002 (Exhibit D) was issued extending the substantial completion date of the building to 15 December 2003.

According to EJS's initial schedule the building should have been weather tight by December 6, 2002. If the only time extension issued on the contract was 28 days (per Change Order #3) and it is added to the initially scheduled weather tight date of 6 December 2002 that would mean the building should have been weather tight by January 3, 2003 based on EJS's schedule. Exhibit B illustrates that in September, 2002 prior to Change Order #3 and prior to the onset of normal inclement weather, the project was already 66 days behind schedule (weather tight by 2/10/03). EJS's construction schedule dated 31 December 2002 further delayed a weather tight building by extending this date to April 3, 2003 a schedule delay of 118 days. According to previous EJS schedules the building should have been weather tight on the same date that this updated schedule was issued by EJS.

As stated above, EJS's original schedule noted the building should have been weather tight once the 28 day extension (granted in Change Order #3) was taken into account by January 3, 2003. In fact, the building never achieved weather tightness prior to EJS defaulting on their contract on or about May 31, 2003. EJS was 118 days behind schedule on January 3, 2003. If we subtract the 28 day extension, this equates to 90 days or three months of delay that can not be attributed to soil conditions or to weather. It is my opinion that the three month delay was due to lack of manpower, equipment and improper sequencing of work early on in the project at the start of construction. Exhibit E illustrates

# Exhibit B

*Extracted Milestone Completion Dates from EJ. Sciaba*
*Contracting Company Submitted Construction Schedules*
*North Brookfield Jr./Sr. High School*

**EJS Schedule w/ Data Date of 4/1/02**

| | Building Section C | Building Section B | Building Section A | |
|---|---|---|---|---|
| Weather Tight Activity | *Completion dates per schedule* | | | |
| Completion of foundations and footings | 6/27/2002 | 7/12/2002 | 7/19/2002 | |
| Completion of steel erection | 10/4/2002 | 11/4/2002 | 11/7/2002 | Prior to issuance of Change Order #3 |
| Completion of roofing system | 10/25/2002 | 11/25/2002 | 11/29/2002 | which extended the substantial completion date for |
| Completion of exterior stud  system | 11/1/2002 | 12/3/2002 | 12/6/2002 | Phases 1-3 (Bldg.) to December 15, 2003 (28 additional days) |

**EJS Schedule w/ Data Date of 7/15/02**          *Schedule delay of 38 days as compared to original schedule*

| | Building Section C | Building Section B | Building Section A | |
|---|---|---|---|---|
| Weather Tight Activity | *Completion dates per schedule* | | | |
| Completion of foundations and footings | 7/26/2002 | 8/22/2002 | 8/30/2002 | |
| Completion of steel erection | 9/19/2002 | 10/22/2002 | 11/12/2002 | Prior to issuance of Change Order #3 |
| Completion of roofing system | 11/13/2002 | 12/17/2002 | 12/26/2002 | which extended the substantial completion date for |
| Completion of exterior stud  system | 10/11/2002 | 12/5/2002 | 1/13/2003 | Phases 1-3 (Bldg.) to December 15, 2003 (28 additional days) |

**EJS Schedule w/ Data Date of 9/10/02**          *Schedule delay of 66 days as compared to original schedule*

| | Building Section C | Building Section B | Building Section A | |
|---|---|---|---|---|
| Weather Tight Activity | *Completion dates per schedule* | | | |
| Completion of foundations and footings | 9/30/2002 | 10/25/2002 | 10/24/2002 | |
| Completion of steel erection | 10/29/2002 | 11/2/2002 | 12/9/2002 | Prior to issuance of Change Order #3 |
| Completion of roofing system | 12/26/2002 | 1/17/2003 | 1/20/2003 | which extended the substantial completion date for |
| Completion of exterior stud  system | 11/19/2002 | 1/7/2003 | 2/10/2003 | Phases 1-3 (Bldg.) to December 15, 2003 (28 additional days) |

**EJS Schedule w/ Data Date of 12/31/02**          *Schedule delay of 118 days as compared to original schedule*

| | Building Section C | Building Section B | Building Section A | |
|---|---|---|---|---|
| Weather Tight Activity | *Completion dates per schedule* | | | |
| Completion of foundations and footings | 10/24/2002 | 10/23/2002 | 1/13/2003 | |
| Completion of steel erection | 12/21/2002 | 1/17/2003 | 2/3/2003 | AFTER issuance of Change Order #3 dated (12/3/02) |
| Completion of roofing system | 2/19/2003 | 3/12/2003 | 3/13/2003 | which extended the substantial completion date for |
| Completion of exterior stud  system | 1/21/2003 | 2/28/2003 | 4/3/2003 | Phases 1-3 (Bldg.) to December 15, 2003 (28 additional days) |

# EXHIBIT  2

GH10464

# APPLICATION AND CERTIFICATE FOR PAYMENT    AIA DOCUMENT G702

PAGE ONE OF    PAGES

OWNER: DORE AND WHITTIER, INC.
1795 Williston Road
S. Burlington, VT 05403

PROJECT: NORTH BROOKFIELD JR /SR. HI

FROM CONTRACTOR: E. J. SCIABA CONTRACTING CO. IN  VIA ARCHITECT: DORE AND WHITTIER, INC.
18 Wolcott Street
Readville, MA 02137

1795 Williston Road
S. Burlington, VT 05403

APPLICATION NO: 00010
PERIOD TO: 1/30/2003
PROJECT NOS.: 238
CONTRACT DATE:

Distribution to:
☐ OWNER
☐ ARCHITECT

**RECEIVED**
FEB 13 2003
DORE & WHITTIER, inc.
SOUTH BURLINGTON VERMONT

CONTRACT FOR

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the contract.
Continuation Sheet, AIA Document G703, is attached.

| | |
|---|---|
| ORIGINAL CONTRACT SUM | $13,222,000.00 |
| Net change by Change Orders | $130,973.38 |
| CONTRACT SUM TO DATE (Line 1 ± 2) | $13,352,973.38 |
| TOTAL COMPLETED & STORED TO DATE | $~~4,313,662.70~~ $4,284,862.70 |
| (Column G on G703) | |

RETAINAGE:

| | |
|---|---|
| a. 5.00 % of Completed Work (Columns D + E on G703) | $0.00 |
| b. 5.00 % of Stored Material (Column F on G703) | $0.00 |
| Total Retainage (Line 5a + 5b or Total in Column I of G703) | $214,243.14 ~~$215,893.14~~ |
| TOTAL EARNED LESS RETAINAGE (Line 4 less Line 5 Total) | $4,070,619.56 ~~$1,096,169.56~~ |
| LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | $3,883,097.07 |
| CURRENT PAYMENT DUE | $187,522.49 ~~$215,072.49~~ |
| BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $9,254,803.82 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $150,973.38 | $20,000.00 |
| Total approved this Month | $0.00 | $0.00 |
| TOTALS | $150,973.38 | $20,000.00 |
| NET CHANGES by Change Order | $130,973.38 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: E. J. SCIABA CONTRACTING

By: _[signature]_ Date: 2-1-03

State of:
County of:
Subscribed and sworn to before
me this        day of

Notary Public:
My Commission expires:

DAVID E. RUSCO
Notary Public
My Commission Expires January 15, 200_

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ........ $187,522.49 ~~$215,072.49~~

(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to conform to the amount certified.)

ARCHITECT: Dore & Whittier, Inc.

By: _[signature]_ Date: 2/17/03

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 · APPLICATION AND CERTIFICATE FOR PAYMENT · 1992 EDITION · AIA® · ©1992 · THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006-5292 · WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

G702-1992

GH10472

# CONTINUATION SHEET                    AIA DOCUMENT G703

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT,
containing Contractor's signed Certification, is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO.: 00010
APPLICATION DATE:
PERIOD TO: 1/30/2003
ARCHITECT'S PROJECT NO.: 238

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE) RATE |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 05300.98 | SUBTOTAL | $101,100.00 | $83,850.00 | $0.00 | $0.00 | $83,850.00 | 82.938 | $17,250.00 | $4,192.50 |
| 05410.00 | STUD SHEAR CONNECTORS | | | | | | | | |
| 05410.05 | Stud Shear Connectors | $18,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $18,000.00 | $0.00 |
| 05410.98 | SUBTOTAL | $18,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $18,000.00 | $0.00 |
| 05500.00 | FSB - MISCELLANEOUS METALS | | | | | | | | |
| 05500.05 | Miscellaneous Metals | $239,000.00 | $17,385.00 | $0.00 | $0.00 | $17,385.00 | 7.274 | $221,615.00 | $869.25 |
| 05500.98 | SUBTOTAL | $239,000.00 | $17,385.00 | $0.00 | $0.00 | $17,385.00 | 7.274 | $221,615.00 | $869.25 |
| 06100.00 | ROUGH CARPENTRY | | | | | | | | |
| 06100.05 | Roof Blocking Material | $18,000.00 | $5,040.00 | $900.00 | $0.00 | $5,940.00 | 33.000 | $12,060.00 | $297.00 |
| 06100.10 | Roof Blocking Labor | $6,000.00 | $0.00 | $1,000.00 | $0.00 | $1,000.00 | 16.667 | $5,000.00 | $50.00 |
| 06100.98 | SUBTOTAL | $24,000.00 | $5,040.00 | $1,900.00 | $0.00 | $6,940.00 | 28.917 | $17,060.00 | $347.00 |
| 06200.00 | FINISH CARPENTRY AND ARCHITECTURAL | | | | | | | | |
| 06200.05 | Furnish Woodwork | $33,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $33,000.00 | $0.00 |
| 06200.10 | Install Woodwork | $8,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $8,000.00 | $0.00 |
| 06200.15 | Install Doors & Hardware | $18,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $18,000.00 | $0.00 |
| 06200.98 | SUBTOTAL | $59,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $59,000.00 | $0.00 |
| 07100.00 | FSB - WATERPROOFING/DAMPROOFING | | | | | | | | |
| 07100.05 | WATERPROOFING/DAMPROOFING | $60,000.00 | $39,000.00 | $0.00 | $0.00 | $39,000.00 | 65.000 | $21,000.00 | $1,950.00 |
| 07100.98 | SUBTOTAL | $60,000.00 | $39,000.00 | $0.00 | $0.00 | $39,000.00 | 65.000 | $21,000.00 | $1,950.00 |
| 07200.00 | BUILDING INSULATION | | | | | | | | |
| 07200.05 | BUILDING INSULATION | $10,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $10,000.00 | $0.00 |
| 07200.98 | SUBTOTAL | $10,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $10,000.00 | $0.00 |
| 07400.00 | METAL SIDING AND SOFFITS | | | | | | | | |
| 07400.05 | METAL SIDING AND SOFFITS | $64,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $64,500.00 | $0.00 |
| 07400.98 | SUBTOTAL | $64,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $64,500.00 | $0.00 |
| 07500.00 | FSB - ROOFING, FLASHING AND SHEET ME | | | | | | | | |

GH10472

AIA DOCUMENT G703 · APPLICATION AND CERTIFICATE FOR PAYMENT · 1992 EDITION · AIA® · ©1992 · THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006-5292 · WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution. This document has been reproduced electronically with the permission of The American Institute of Architects under License 97003 to Primavera Systems, Inc. Reproduction of this document without project-specific information is not permitted. Contact The American Institute of Architects to verify the current version of this document and license status.

G703-1992

# CONTINUATION SHEET

## AIA DOCUMENT G703

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT,
containing Contractor's signed Certification, is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO.: 00010
APPLICATION DATE:
PERIOD TO: 1/30/2003
ARCHITECT'S PROJECT NO.: 238

| A | B | C | D | E | F | G | % (G÷C) | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE) RATE |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 07500.00 | ROOFING, FLASHING AND SHEET METAL | $923,721.00 | $0.00 | $39,000.00 | $0.00 | $39,000.00 | 4.222 | $884,721.00 | $1,950.00 |
| 07500.98 | SUBTOTAL | $923,721.00 | $0.00 | $39,000.00 | $0.00 | $39,000.00 | 4.222 | $884,721.00 | $1,950.00 |
| 07900.00 | FSB - JOINT SEALANTS | | | | | | | | |
| 07900.05 | JOINT SEALANTS | $39,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $39,200.00 | $0.00 |
| 07900.98 | SUBTOTAL | $39,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $39,200.00 | $0.00 |
| 08100.00 | METAL DOORS AND FRAMES | | | | | | | | |
| 08100.05 | METAL DOORS AND FRAMES | $25,000.00 | $7,500.00 | $0.00 | $0.00 | $7,500.00 | 30.000 | $17,500.00 | $375.00 |
| 08100.98 | SUBTOTAL | $25,000.00 | $7,500.00 | $0.00 | $0.00 | $7,500.00 | 30.000 | $17,500.00 | $375.00 |
| 08200.00 | WOOD DOORS | | | | | | | | |
| 08200.05 | WOOD DOORS | $19,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $19,000.00 | $0.00 |
| 08200.98 | SUBTOTAL | $19,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $19,000.00 | $0.00 |
| 08300.00 | SPECIAL DOORS | | | | | | | | |
| 08300.05 | SPECIAL DOORS | $2,900.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $2,900.00 | $0.00 |
| 08300.98 | SUBTOTAL | $2,900.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $2,900.00 | $0.00 |
| 08331.00 | COILING DOORS | | | | | | | | |
| 08331.05 | COILING DOORS | $3,800.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $3,800.00 | $0.00 |
| 08331.98 | SUBTOTAL | $3,800.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $3,800.00 | $0.00 |
| 08400.00 | FSB - ALUMINUM ENTRANCES,DOORS, AN | | | | | | | | |
| 08400.05 | ALUMINUM ENTRANCES,DOORS, AND WIN | $298,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $298,200.00 | $0.00 |
| 08400.98 | SUBTOTAL | $298,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $298,200.00 | $0.00 |
| 08710.00 | FINISH HARDWARE | | | | | | | | |
| 08710.05 | FINISH HARDWARE | $39,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $39,000.00 | $0.00 |
| 08710.98 | SUBTOTAL | $39,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $39,000.00 | $0.00 |
| 08800.00 | FSB - GLASS AND GLAZING | | | | | | | | |
| 08800.05 | GLASS AND GLAZING | $19,496.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $19,496.00 | $0.00 |
| 08800.98 | SUBTOTAL | $19,496.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $19,496.00 | $0.00 |

GH10473

 AIA DOCUMENT G703 · APPLICATION AND CERTIFICATE FOR PAYMENT · 1992 EDITION · AIA® ©1992 · THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006-5292 · WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.
"This document has been reproduced electronically with the permission of The American Institute of Architects under License 97005 to Primavera Systems, Inc. Reproduction of this document without project-specific information is not permitted. Contact The American Institute of Architects to verify the current version of this document and license status."

G703-1992

GH10476

# CONTINUATION SHEET    AIA DOCUMENT G703

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT,
containing Contractor's signed Certification, is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO.: 00010
APPLICATION DATE:
PERIOD TO: 1/30/2003
ARCHITECT'S PROJECT NO.: 238

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE) RATE |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 10420.05 | COMMERATIVE PLAQUE | $1,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $1,000.00 | $0.00 |
| 10420.98 | SUBTOTAL | $1,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $1,000.00 | $0.00 |
| 10440.00 | INTERIOR SIGNAGE | | | | | | | | |
| 10440.05 | INTERIOR SIGNAGE | $8,270.00 | $827.00 | $0.00 | $0.00 | $827.00 | 10.000 | $7,443.00 | $41.35 |
| 10440.98 | SUBTOTAL | $8,270.00 | $827.00 | $0.00 | $0.00 | $827.00 | 10.000 | $7,443.00 | $41.35 |
| 10500.00 | LOCKERS | | | | | | | | |
| 10500.05 | LOCKERS | $59,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $59,000.00 | $0.00 |
| 10500.98 | SUBTOTAL | $59,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $59,000.00 | $0.00 |
| 10520.00 | FIRE EXTINGUISHERS AND CABINETS | | | | | | | | |
| 10520.05 | FIRE EXTINGUISHERS AND CABINETS | $1,800.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $1,800.00 | $0.00 |
| 10520.98 | SUBTOTAL | $1,800.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $1,800.00 | $0.00 |
| 10617.00 | OPERABLE PARTITIONS | | | | | | | | |
| 10617.05 | OPERABLE PARTITIONS | $15,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $15,000.00 | $0.00 |
| 10617.98 | SUBTOTAL | $15,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $15,000.00 | $0.00 |
| 10800.00 | WASHROOM ACCESSORIES | | | | | | | | |
| 10800.05 | WASHROOM ACCESSORIES | $6,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $6,200.00 | $0.00 |
| 10800.98 | SUBTOTAL | $6,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $6,200.00 | $0.00 |
| 11131.00 | CLASSROOM EQUIPMENT | | | | | | | | |
| 11131.05 | CLASSROOM EQUIPMENT | $3,700.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $3,700.00 | $0.00 |
| 11131.98 | SUBTOTAL | $3,700.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $3,700.00 | $0.00 |
| 11400.00 | FSB - FOOD SERVICE EQUIPMENT | | | | | | | | |
| 11400.05 | FOOD SERVICE EQUIPMENT | $156,100.00 | $0.00 | $11,965.00 | $0.00 | $11,965.00 | 7.665 | $144,135.00 | $598.25 |
| 11400.98 | SUBTOTAL | $156,100.00 | $0.00 | $11,965.00 | $0.00 | $11,965.00 | 7.665 | $144,135.00 | $598.25 |
| 11486.00 | BASKETBALL BACKBOARDS AND GOALS | | | | | | | | |
| 11486.05 | BASKETBALL BACKBOARDS AND GOALS | $5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $5,000.00 | $0.00 |
| 11486.98 | SUBTOTAL | $5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $5,000.00 | $0.00 |

GH10476



AIA DOCUMENT G703 · APPLICATION AND CERTIFICATE FOR PAYMENT · 1992 EDITION · AIA® ©1992 · THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006-5292    · WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.
"This document has been reproduced electronically with the permission of The American Institute of Architects under License 97003 to Primavera Systems, Inc. Reproduction of this document without project specific information is not permitted. Contact The American Institute of Architects to verify the current version of this document and license status."

G703-1992

CONTINUATION SHEET    AIA DOCUMENT G703

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification, is attached. In tabulations below, amounts are stated to the nearest dollar. Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO.: 00010
APPLICATION DATE:
PERIOD TO: 1/30/2003
ARCHITECT'S PROJECT NO.: 23S

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE) RATE |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 11500.00 | GYMNASIUM EQUIPMENT | | | | | | | | |
| 11500.05 | Fold-up Divider Curtains | $13,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $13,000.00 | $0.00 |
| 11500.10 | Floor Anchors | $1,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $1,000.00 | $0.00 |
| 11500.15 | Wall Pads | $8,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $8,000.00 | $0.00 |
| 11500.98 | SUBTOTAL | $22,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $22,000.00 | $0.00 |
| 11600.00 | FSB - FIXED CASEWORK AND EQUIPMENT | | | | | | | | |
| 11600.05 | FIXED CASEWORK AND EQUIPMENT | $271,752.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $271,752.00 | $0.00 |
| 11600.98 | SUBTOTAL | $271,752.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $271,752.00 | $0.00 |
| 12675.00 | FLOOR MAT | | | | | | | | |
| 12675.05 | FLOOR MAT | $1,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $1,500.00 | $0.00 |
| 12675.98 | SUBTOTAL | $1,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $1,500.00 | $0.00 |
| 12710.00 | ASSEMBLY SEATING | | | | | | | | |
| 12710.05 | ASSEMBLY SEATING | $13,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $13,000.00 | $0.00 |
| 12710.98 | SUBTOTAL | $13,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $13,000.00 | $0.00 |
| 12760.00 | TELESCOPING BLEACHERS | | | | | | | | |
| 12760.05 | TELESCOPING BLEACHERS | $28,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $28,000.00 | $0.00 |
| 12760.98 | SUBTOTAL | $28,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $28,000.00 | $0.00 |
| 14225.00 | FSB - HYDRAULIC ELEVATOR | | | | | | | | |
| 14225.05 | HYDRAULIC ELEVATOR | $50,000.00 | $25,000.00 | $0.00 | $0.00 | $25,000.00 | 50.000 | $25,000.00 | $1,250.00 |
| 14225.98 | SUBTOTAL | $50,000.00 | $25,000.00 | $0.00 | $0.00 | $25,000.00 | 50.000 | $25,000.00 | $1,250.00 |
| 15300.00 | FSB - FIRE PROTECTION | | | | | | | | |
| 15300.05 | FIRE PROTECTION | $149,286.00 | $4,500.00 | $0.00 | $0.00 | $4,500.00 | 3.014 | $144,786.00 | $225.00 |
| 15300.98 | SUBTOTAL | $149,286.00 | $4,500.00 | $0.00 | $0.00 | $4,500.00 | 3.014 | $144,786.00 | $225.00 |
| 15400.00 | FSB - PLUMBING | | | | | | | | |
| 15400.001 | BUILDING A LOWER LEVEL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $0.00 | $0.00 |
| 15400.002 | UNDERGROUND WASTE | $8,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $8,500.00 | $0.00 |

GH10477

AIA DOCUMENT G703 · APPLICATION AND CERTIFICATE FOR PAYMENT · 1992 EDITION · AIA® ·©1992 · THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006-5292 · WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.
This document has been reproduced electronically with the permission of The American Institute of Architects under License 97003 to Primavera Systems, Inc. Reproduction of this document without project-specific information is not permitted. Contact The American Institute of Architects to verify the current version of this document and license status.

G703-1992

# CONTINUATION SHEET                    AIA DOCUMENT G703

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT,
containing Contractor's signed Certification, is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO.: 00010
APPLICATION DATE:
PERIOD TO: 1/30/2003
ARCHITECT'S PROJECT NO.: 23S

| A | B | C | D | E | F | G | % | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE) RATE |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 15400.160 | KITCHEN | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $0.00 | $0.00 |
| 15400.161 | UNDERGOUND WASTE | $4,500.00 | $4,500.00 | $0.00 | $0.00 | $4,500.00 | 100.000 | $0.00 | $225.00 |
| 15400.162 | LABOR-UNDERGROUND WASTE | $4,500.00 | $1,575.00 | $0.00 | $0.00 | $1,575.00 | 35.000 | $2,925.00 | $78.75 |
| 15400.163 | ABOVEGROUND WASTE AND VENT. | $4,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $4,500.00 | $0.00 |
| 15400.164 | LABOR- ABOVEGROUND WASTE AND VENT | $5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $5,000.00 | $0.00 |
| 15400.165 | WATER PIPING | $4,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $4,500.00 | $0.00 |
| 15400.166 | LABOR- WATER PIPING | $5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $5,000.00 | $0.00 |
| 15400.167 | GAS PIPING | $2,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $2,500.00 | $0.00 |
| 15400.168 | LABOR- GAS PIPING | $2,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $2,500.00 | $0.00 |
| 15400.169 | FIXTURES | $4,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $4,500.00 | $0.00 |
| 15400.170 | LABOR- FIXTURES | $4,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $4,500.00 | $0.00 |
| 15400.171 | INSULATION | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $3,500.00 | $0.00 |
| 15400.172 | DRAINS AND CARRIERS | $5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $5,000.00 | $0.00 |
| 15400.173 | LABOR- DRAINS AND CARRIERS | $3,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $3,000.00 | $0.00 |
| 15400.174 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $0.00 | $0.00 |
| 15400.180 | MISCELLANEOUS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $0.00 | $0.00 |
| 15400.181 | COORDINATION DRAWINGS | $7,900.00 | $6,715.00 | $0.00 | $0.00 | $6,715.00 | 85.000 | $1,185.00 | $335.75 |
| 15400.182 | PERMITS/MOBILIZATION | $5,000.00 | $5,000.00 | $0.00 | $0.00 | $5,000.00 | 100.000 | $0.00 | $250.00 |
| 15400.183 | ASBUILTS/O & M | $2,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $2,500.00 | $0.00 |
| 15400.900 | SUBTOTAL | $631,000.00 | $56,090.00 | $0.00 | $3,213.10 | $59,303.10 | 9.398 | $571,696.90 | $2,965.16 |
| | | | | | | | | | |
| 15500.000 | FSB - HVAC | | | | | | | | |
| 15500.184 | HVAC | $1,579,000.00 | $23,620.00 | $0.00 | $0.00 | $23,620.00 | 1.496 | $1,555,380.00 | $1,181.00 |
| 15500.199 | SUBTOTAL | $1,579,000.00 | $23,620.00 | $0.00 | $0.00 | $23,620.00 | 1.496 | $1,555,380.00 | $1,181.00 |
| | | | | | | | | | |
| 16000.00 | FSB - ELECTRICAL | | | | | | | | |
| 16000.05 | ELECTRICAL | $920,640.00 | $58,300.00 | $86,500.00 | $0.00 | $144,800.00 | 15.728 | $775,840.00 | $7,240.00 |
| 16000.98 | SUBTOTAL | $920,640.00 | $58,300.00 | $86,500.00 | $0.00 | $144,800.00 | 15.728 | $775,840.00 | $7,240.00 |
| | | | | | | | | | |
| 16740.00 | FSB - COMMUNICATION CABLING AND TEC | | | | | | | | |
| 16740.05 | COMMUNICATION CABLING AND TECHNOL | $164,900.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $164,900.00 | $0.00 |
| 16740.98 | SUBTOTAL | $164,900.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $164,900.00 | $0.00 |
| 18000.00 | CHANGE ORDERS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $0.00 | $0.00 |
| 18000.01 | | | | | | | | | |

GH10481

 AIA DOCUMENT G703 · APPLICATION AND CERTIFICATE FOR PAYMENT · 1992 EDITION · AIA® · ©1992 · THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK
AVENUE, N.W., WASHINGTON, D.C. 20006-5292 · WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.
"This document has been reproduced electronically with the permission of The American Institute of Architects under License #7005 to Primavera Systems, Inc. Reproduction of this document without project-specific information is not permitted. Contact The American Institute of Architects
to verify the current version of this document and license status."

# CONTINUATION SHEET
## AIA DOCUMENT G703

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT,
containing Contractor's signed Certification, is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO.: 00010
APPLICATION DATE:
PERIOD TO: 1/30/2003
ARCHITECT'S PROJECT NO.: 238

| A | B | C | D | E | F | G | % (G÷C) | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE) RATE |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 18000.02 | CO#001 (Credit-permit, computer) | ($20,000.00) | ($20,000.00) | $0.00 | $0.00 | ($20,000.00) | 100.000 | $0.00 | ($1,000.00) |
| 18000.03 | CO#003 (Unsuitable soil) | $132,804.25 | $132,804.25 | $0.00 | $0.00 | $132,804.25 | 100.000 | $0.00 | $6,640.21 |
| 18000.04 | CO#002 (COP#1-#4) | $18,169.13 | $8,214.35 | $0.00 | $0.00 | $8,214.35 | 45.210 | $9,954.78 | $410.72 |
| | | $13,352,973.38 | $4,087,470.60 | $223,179.00 | $3,213.10 | $4,313,862.70 | 32.31% | $9,039,110.68 | $215,693.14 |

$ 194,179.⁰⁰        $ 4,284,862.⁷⁰        $ 214,243.14

AIA DOCUMENT G703 · APPLICATION AND CERTIFICATE FOR PAYMENT · 1992 EDITION · AIA® · ©1992 · THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK
AVENUE, N.W., WASHINGTON, D.C. 20006-5292 · WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.
This document has been reproduced electronically with the permission of The American Institute of Architects under License 97003 to Primavera Systems, Inc. Reproduction of this document without project-specific information is not permitted. Contact The American Institute of Architects to verify the current version of this document and license status."

G703-1992

**EXHIBIT  3**

```
                        CERTIFIED ORIGINAL                        1
 1   EXHIBITS 6-59     LEGALINK BOSTON     VOL. 1, PGS. 1-128

 2                 COMMONWEALTH OF MASSACHUSETTS

 3   SUFFOLK, SS.           M.R.C.P. Rule30(b) & Rule 45

 4                                  C.A. NO: 01-1630B

 5   MANDATE ERECTORS & WELDING, L.T.D.,              )

 6                 Plaintiff,                          )

 7        V.                                           )

 8   E.J. SCIABA CONTRACTING COMPANY, INC. And         )

 9   AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY, )

10        V.                                           )

11   NORTH AMERICAN SPECIALTY INSURANCE COMPANY,       )

12                 Defendant-in-Counterclaim           )

13                                                     )

14                 ***************

15      30(b)(6) Deposition of DORE & WHITTIER, INC.,

16          by its designee CHRISTOPHER CONWAY

17         Monday November 8, 2004, 9:31 a.m.

18                 Holland & Knight

19                10 St. James Avenue

20               Boston, Massachusetts

21                 ***************

22   --------------------------------------------------

23            SHIRLEY E. BROWN, CSR, RPR

24   320 CONGRESS STREET - BOSTON, MASSACHUSETTS 02210
```

1    of pages numbered GH 04291 through 04309.  Could you

2    identify that sequence of pages in Exhibit 11?

3                    MR. LeCLAIR:  Objection.

4        A.   I'm sorry.  I don't understand the question.

5        Q.   Have you got in your hand the sequence of

6    pages I'm asking about?

7        A.   Yes.

8        Q.   Can you identify those -- that sequence of

9    pages.  What is it?

10                   MR. LeCLAIR:  Objection.

11       A.   The first set 4291 through 4309, I cannot

12   identify.

13       Q.   Then let's go on to the second numbered

14   sequence, GH 04 -- sorry.  01464 through -- let me

15   strike that numbering again.  Could you take a look

16   at the pages that have you been numbered GH 10464

17   through 10482, please.

18       A.   I'm sorry, Deborah, what was the question

19   again, please?

20       Q.   Are you able to identify the pages in

21   Exhibit 11 that have been numbered GH 10464 through

22   GM 010482?

23       A.   Yes.

24       Q.   What are they?

1        A.   E.J. Sciaba's payment application number 10,

2    submitted to the architect at town for payment

3    during the period of January '03.

4        Q.   Can you identify the signatures on page

5    10464 of Exhibit 11?

6        A.   Upper signature, Scott Finneran.  Middle

7    figure, E.J. Sciaba's notary public.  The lower

8    signature, Albert Russell, Dore & Whittier chief

9    architect.

10            MS. GRIFFIN:  In light of the witness's

11    testimony, I'd like to suggest that we remove from

12    Exhibit 11 the portion he could not identify and

13    would just mark the part that he could.  Is there

14    any problem with that?

15            MR. LeCLAIR:  I don't have -- it's your

16    deposition, you can do what you want with them.  My

17    objections are I don't know how he knows whether or

18    not what these are.  I don't think there was any --

19    in any event, I don't have any problem with you

20    separating them, if you like.

21            MS. GRIFFIN:  Let's go ahead and

22    separate and apply a new Exhibit 11 sticker to the

23    pages that the witness has been able to identify

24    and --

33

 1            THE WITNESS:  Are you breaking this

 2   away?

 3            MS. GRIFFIN:  Yes, please.  We just

 4   don't use the other set.

 5            MR. LeCLAIR:  It's still an exhibit,

 6   though?  Correct?  Leave it as an exhibit.  I have a

 7   problem with you taking it out.

 8            MS. GRIFFIN:  That's fine.  Why don't we

 9   pull it apart, and we'll mark as Exhibit 12 the part

10   that the witness could identify.

11            MR. LeCLAIR:  Perfect.

12            MS. GRIFFIN:  So for the record,

13   Exhibit 11 consists of pages GH 04291 through 04309.

14   And Exhibit 12 will be pages GH 10464 through 10482.

15            (Exhibit 12 is marked for

16   identification.)

17      Q.  In the course of your work as resident

18   construction --

19      A.  Manager.

20      Q.  -- manager.  Thank you.  Did the fully

21   executed applications for payment come across your

22   desk?

23      A.  Yes.

24      Q.  What did you do with them?

# EXHIBIT  4

E J SCIABA CONTRACTING CO., INC.                GENERAL PROJECT RELEASE                    12-17-2002      Page 1
                                                                                           System Date: 12-17-2002

Dear  **Bay State Elevator**
      PO BOX 910                    Voice         Fax
      AGAWAM          MA   01001-0910  (413)786-7000  (413)786-7277

Please review paid information          **NORTH BROOKFIELD JR-SR HS**

                                     **General Release**
In consideration of the payment of the sum hereinafter set forth, the undersigned does acknowledge and agree that
said payment shall constitute partial payment of all monies due it from E.J. Sciaba under the project
hereinafter referred to; and in further consideration of such payment does hereby release E.J. Sciaba and any other
persons or entities connected with or having to do with the construction of the   **NORTH BROOKFIELD JR-SR HS**         from any and
all claims including, but not limited to, claims for labor, equipment rentals and consultant fees and/or materials, on
said project or any other cause of action; and further release any claims against any funds whatsoever the source,
payable or paid for and/or towards the said construction of said PROJECT.

The undersigned does further warrant and represent to E.J. Sciaba that it has paid all persons employed by it who
supplied labor or materials or equipment in connection with the PROJECT; and does further certify that it has complied
with all record keeping as required by law for compliance with Wage and Hour Laws, Rules, and Regulations under any
State or Federal Laws, and does hereby indemnify and save harmless E.J. Sciaba its successors and assigns from and on
account of any claims, demands, costs, damages, or applicable Wage and Hour Regulations and Requirements as specified
in the Subcontract for the Project, or to pay any labor, equipment rentals,materialmen or suppliers or consultants employed
by it on the PROJECT.

Below is a summary of your firms activity on this project.
                         Invoice    Payment                                        Amount
            Invoice      Date       Date         Description                       Paid

    238 NORTH BROOKFIELD JR-SR HS
      1142 Bay State Elevator
         238-02  10-11-2002  11-04-2002  238 OCT 02 REQ                            3,800.00


Signed and sealed under pains and penalties of perjury this 19 day of _December_ 200    2

          _Frances M. Pell_
_____
Authorized representative of

Bay State Elevator

_Lisa M. Gall_
_____

  PLEASE RETURN TO:          E.J. SCIABA CONTRACTING CO. INC.
                             ATTN: CONTRACT ADMINISTRATION
                             P.O. BOX 191
                             READVILLE, MA 02137


RECEIVED DEC 2 4 2002

**EXHIBIT  5**

NBDW24487

Received Time Mar. 7. 3:04PM

E J SCIABA CONTRACTING CO., INC.                GENERAL PROJECT RELEASE                02-26-2003        Page 1
                                                                                       System Date: 02-26-2003

Dear GREENWOOD INDUSTRIES, INC.
     P.O. BOX 2000                      Voice          Fax
     WORCESTER        MA.  01613 2000   (508)865-4040  (508)865-1123

Please review paid information          NORTH BROOKFIELD JR-SR HS

                                        General Release

In consideration of the payment of the sum hereinafter set forth, the undersigned does acknowledge and agree that
said payment shall constitute partial payment of all monies due it from E.J. Sciaba under the project
hereinafter referred to; and in further consideration of such payment does hereby release E.J. Sciaba and any other
persons or entities connected with or having to do with the construction of the   NORTH BROOKFIELD JR-SR HS      from any and
all claims including, but not limited to, claims for labor, equipment rentals and consultant fees and/or materials, on
said project or any other cause of action; and further release any claims against any funds whatsoever the source,
payable or paid for and/or towards the said construction of said PROJECT.

The undersigned does further warrant and represent to E.J. Sciaba that it has paid all persons employed by it who
supplied labor or materials or equipment in connection with the PROJECT; and does further certify that it has complied
with all record keeping as required by law for compliance with Wage and Hour Laws, Rules, and Regulations under any
State or Federal Laws, and does hereby indemnify and save harmless E.J. Sciaba its successors and assigns from and on
account of any claims, demands, costs, damages, or applicable Wage and Hour Regulations and Requirements as specified
in the subcontract for the Project, or to pay any labor, equipment rentals, materialmen or suppliers or consultants employed
by it on the PROJECT.

Below is a summary of your firms activity on this project.

|  | Invoice | Payment |  | Amount |
| Invoice | Date | Date | Description | Paid |

238 NORTH BROOKFIELD JR-SR HS
   960 GREENWOOD INDUSTRIES, INC.
      1838   01-20-2003   02-28-2003  238 - Jan03 Req                          .00
      973640 05-08-2002  08-06-2002  238 UPCHARGE FOR CHANGE ORDE              5,719.25
      238-01 12-26-2002  01-16-2003  238 - Dec 02 Req                         44,250.00
                                          Vendor Totals                       47,969.25

Signed and sealed under pains and penalties of perjury this ___3___ day of ___Mar___, 2003 .

_____
Authorized representative of
   David S. Klein, President
GREENWOOD INDUSTRIES, INC.

PLEASE RETURN TO:          E.J. SCIABA CONTRACTING CO. INC.
                           ATTN: CONTRACT ADMINISTRATION
                           P.O. BOX 191
                           READVILLE, MA 02137

MAR-07-2003 15:08      SCIABA                    P.07/09

NBDW27043

E J SCIABA CONTRACTING CO., INC.                 GENERAL PROJECT RELEASE                      05-26-2003    Page 1
                                                                                              System Date: 05-26-2003

Dear  GREENWOOD INDUSTRIES, INC.
      P.O. BOX 2800                         Voice         Fax
      WORCESTER        MA.  01613-2800   (508)865-4040 (508)865-1123

Please review paid information              NORTH BROOKFIELD JR-SR HS

                                            General Release
In consideration of the payment of the sum hereinafter set forth, the undersigned does acknowledge and agree that
said payment shall constitute partial payment of all monies due it from E.J. Sciaba under the project
hereinafter referred to; and in further consideration of such payment does hereby release E.J. Sciaba and any other
persons or entities connected with or having to do with the construction of the   NORTH BROOKFIELD JR-SR HS         from any and
all claims including, but not limited to, claims for labor, equipment rentals and consultant fees and/or materials, on
said project or any other cause of action; and further release any claims against any funds whatsoever the source,
payable or paid for and/or towards the said construction of said PROJECT.

The undersigned does further warrant and represent to E.J. Sciaba that it has paid all persons employed by it who
supplied labor or materials or equipment in connection with the PROJECT; and does further certify that it has complied
with all record keeping as required by law for compliance with Wage and Hour Laws, Rules, and Regulations under any
State or Federal Laws, and does hereby indemnify and save harmless E.J. Sciaba its successors and assigns from and on
account of any claims, demands, costs, damages, or applicable Wage and Hour Regulations and Requirements as specified
in the Subcontract for the Project, or to pay any labor, equipment rentals,materialmen or suppliers or consultants employed
by it on the PROJECT.

Below is a summary of your firms activity on this project.
                         Invoice    Payment
                         Date       Date                                         Amount
          Invoice        Date       Date        Description                      Paid

     238 NORTH BROOKFIELD JR-SR HS
         960 GREENWOOD INDUSTRIES, INC.
             18933  03-31-2003  04-14-2003 238 - P/E 03/31/03                     100,700.49


Signed and sealed under pain and penalties of perjury this 27ᵗ day of March , 200 3

Authorized representative of

GREENWOOD INDUSTRIES, INC.



PLEASE RETURN TO:          E.J. SCIABA CONTRACTING CO. INC.
                           ATTN: CONTRACT ADMINISTRATION
                           P.O. BOX 191
                           READVILLE, MA 02137

**EXHIBIT  6**

# A~~PPLIC~~ATION AND CERTIFICATE FOR PAYMENT    AIA DOCUMENT G702

PAGE ONE OF    PAGES

TO OWNER: ~~DORE AND WHITTIER, INC.~~
1795 Williston Road    *Town of North Brookfield*
S. Burlington, VT 05403    *10 New School Drive*
    *North Brookfield MA 01535*

PROJECT: NORTH BROOKFIELD JR./SR. HI~~GH~~

APPLICATION NO: 00011
PERIOD TO: 2/28/2003
PROJECT NOS.: 238

Distribution to:
☐ OWNER
☒ ARCHITECT
☐ CONTRACTOR
☐
☐

FROM CONTRACTOR: E. J. SCIABA CONTRACTING C~~ORP.~~  ~~ARCHITECT:~~  DORE AND WHITTIER, INC.
18 Wolcott Street    ~~1~~795 Williston Road
Readville, MA 02137    S. Burlington, VT 05403    CONTRACT DATE:

**RECEIVED**
MAR 05 2003
DORE & WHITTIER, INC
ARCHITECTS · PROJECT MANAGERS
SOUTH BURLINGTON, VERMONT

CONTRACT FOR:

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM ............................................. $13,222,000.00

2. Net change by Change Orders ............ *$187,623.59* ~~$130,973.38~~

3. CONTRACT SUM TO DATE (Line 1 ± 2) ............ *$13,349,623.69* ~~$13,352,973.38~~

4. TOTAL COMPLETED & STORED TO DATE ............ ~~$4,663,906.70~~
   (Column G on G703)    *$4,657,556.91*

5. RETAINAGE:

   a. 5.000 % of Completed Work ............ $0.00
   (Columns D + E on G703)

   b. 5.000 % of Stored Material ............ $0.00
   (Column F on G703)

   Total Retainage (Line 5a + 5b or    *$232,877.85*
   Total in Columns I on G703) ............ ~~$233,195.34~~

6. TOTAL EARNED LESS RETAINAGE ............ *$4,424,679.06* ~~$4,430,711.36~~
   (Line 4 less Line 5 Total)

7. LESS PREVIOUS CERTIFICATES FOR PAYMENT
   (Line 6 from prior Certificate) ............ $4,070,619.56

8. CURRENT PAYMENT DUE ............ ~~$360,091.80~~
   *$354,059.50*

9. BALANCE TO FINISH, INCLUDING RETAINAGE
   (Line 3 less Line 6) ............ $8,922,262.02

NBDW25528

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $150,973.38 | $20,000.00 |
| Total approved this Month | $0.00 | *$3349.79* ~~$0.00~~ |
| TOTALS | $150,973.38 | *$23,349.79* ~~$20,000.00~~ |
| NET CHANGES by Change Order | *$187,623.59* ~~$130,973.38~~ | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge,information and belief the Work covered by this application for Payment has beencompleted in accordance with the Contract Documents, that all amounts have been paid bythe Contractor for Work for which previous Certificates for Payment were issued andpayments received from the Owner, and that current payment shown herein is nowdue.

CONTRACTOR: E. J. SCIABA CONTRACTING

By: *[signature]*    Date: *3-3-03*
    2/28/2003

State of:
County of:

Subscribed and sworn to before
me this        day of
Notary Public: *[signature]*    DAVID
    Notary
My Commission expires:

**EXHIBIT**
Dore 68
4-13-05    VS
CASE #

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and thedata comprising this application, the Architect certifies to the Owner that to the best ofthe Architect's knowledge, information and belief the Work has progressed as indicatedthe quality of the Work is in accordance with the Contract Documents, and theContractor is entitled to payment of the AMOUNT CERTIFIED.

**AMOUNT CERTIFIED** ............ *$354,059.50* ~~$360,091.80~~

*(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to conform to the amount certified.)*

ARCHITECT: Dore & Whittier, Inc.

By: *[signature]*    Date: *3/13/03*
    ~~2/28/2003~~

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment arewithout prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 · APPLICATION AND CERTIFICATE FOR PAYMENT · 1992 EDITION · AIA® ·©1992 · THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006-5292 · WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.    G702-1992
*This document has been reproduced electronically with the permission of The American Institute of Architects under License 97003 to Primavera Systems, Inc. Reproduction of this document without project-specific information is not permitted. Contact The American Institute of Architects to verify the current version of this document and license status.*

# CONTINUATION SHEET
## AIA DOCUMENT G703

PAGE 1 OF 17 PAGES

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT,
containing Contractor's signed Certification, is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO.: 00011
APPLICATION DATE:
PERIOD TO: 2/28/2003
ARCHITECT'S PROJECT NO.: 238

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | | |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | % (G÷C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE) RATE |
| 00005 | Mobilization & Internal Office Setup | $123,722.00 | $123,722.00 | $0.00 | $0.00 | $123,722.00 | 100.000 | $0.00 | $6,186.10 |
| 00010 | General Contractor Bond | $247,444.00 | $247,444.00 | $0.00 | $0.00 | $247,444.00 | 100.000 | $0.00 | $12,372.20 |
| 00015 | Subcontractor Bonds | $118,000.00 | $118,000.00 | $0.00 | $0.00 | $118,000.00 | 100.000 | $0.00 | $5,900.00 |
| 00020 | GLPD Insurance | $26,000.00 | $26,000.00 | $0.00 | $0.00 | $26,000.00 | 100.000 | $0.00 | $1,300.00 |
| 00025 | Builders Risk | $32,000.00 | $32,000.00 | $0.00 | $0.00 | $32,000.00 | 100.000 | $0.00 | $1,600.00 |
| 00030 | Baseline CPM Schedule | $10,000.00 | $10,000.00 | $0.00 | $0.00 | $10,000.00 | 100.000 | $0.00 | $500.00 |
| 00035 | Schedule of Values | $5,000.00 | $5,000.00 | $0.00 | $0.00 | $5,000.00 | 100.000 | $0.00 | $250.00 |
| 00040 | Construction Sign | $3,500.00 | $3,500.00 | $0.00 | $0.00 | $3,500.00 | 100.000 | $0.00 | $175.00 |
| 00045 | Construction Fence | $24,000.00 | $24,000.00 | $0.00 | $0.00 | $24,000.00 | 100.000 | $0.00 | $1,200.00 |
| 00050 | SUBTOTAL | $589,666.00 | $589,666.00 | $0.00 | $0.00 | $589,666.00 | 100.000 | $0.00 | $29,483.30 |
| | | | | | | | | | |
| 00100 | GENERAL CONDITIONS | | | | | | | | |
| 00105 | Project Staffing | $452,853.00 | $251,580.00 | $25,158.00 | $0.00 | $276,738.00 | 61.110 | $176,115.00 | $13,836.90 |
| 00110 | Field Offices | $25,000.00 | $13,900.00 | $1,390.00 | $0.00 | $15,290.00 | 61.160 | $9,710.00 | $764.50 |
| 00115 | Temporary Telephones | $10,000.00 | $4,995.00 | $555.00 | $0.00 | $5,550.00 | 55.500 | $4,450.00 | $277.50 |
| 00120 | Temporary Toilets | $5,000.00 | $2,800.00 | $280.00 | $0.00 | $3,080.00 | 61.600 | $1,920.00 | $154.00 |
| 00125 | Electrical Consumption | $16,000.00 | $7,992.00 | $888.00 | $0.00 | $8,880.00 | 55.500 | $7,120.00 | $444.00 |
| 00130 | Storage Trailers | $3,500.00 | $1,755.00 | $195.00 | $0.00 | $1,950.00 | 55.714 | $1,550.00 | $97.50 |
| 00135 | Tarps, Blankets & Temp. Enclosure | $5,000.00 | $4,000.00 | $0.00 | $0.00 | $4,000.00 | 80.000 | $1,000.00 | $200.00 |
| 00140 | Interim Cleaning | $8,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $8,000.00 | $0.00 |
| 00145 | Project Photos | $3,000.00 | $1,494.00 | $166.00 | $0.00 | $1,660.00 | 55.333 | $1,340.00 | $83.00 |
| 00150 | CPM Schedule Updates | $16,000.00 | $5,000.00 | ~~$3,000.00~~ | $0.00 | ~~$8,000.00~~ | 50.000 | ~~$8,000.00~~ | ~~$400.00~~ |
| 00155 | Registered Survey | $15,000.00 | $14,000.00 | $0.00 | $0.00 | $14,000.00 | 93.333 | $1,000.00 | $700.00 |
| 00160 | Layout Stakes & Supplies | $10,000.00 | $8,500.00 | $0.00 | $0.00 | $8,500.00 | 85.000 | $1,500.00 | $425.00 |
| 00165 | G.C. As-Builts & Closeout Documents | $5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $5,000.00 | $0.00 |
| 00170 | Temporary Water | $4,000.00 | $2,886.00 | $222.00 | $0.00 | $3,108.00 | 77.700 | $892.00 | $155.40 |
| 00175 | Dumpsters | $18,000.00 | $6,300.00 | $1,500.00 | $0.00 | $7,800.00 | 43.333 | $10,200.00 | $390.00 |
| 00180 | Final Cleaning | $10,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $10,000.00 | $0.00 |
| 00185 | Building Permit | $3,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $3,000.00 | $0.00 |
| 00299 | SUBTOTAL | $609,353.00 | $325,202.00 | $33,354.00 | $0.00 | $358,556.00 | 58.842 | $250,797.00 | $17,927.80 |
| | | | | | | | | | |
| 02060.00 | BUILDING DEMOLITION | | | | | | | | |
| 02060.05 | Demo Existing School | $67,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $67,500.00 | $0.00 |
| 02060.98 | SUBTOTAL | $67,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $67,500.00 | $0.00 |

Handwritten annotations near row 00150: "0", "5000", "16,000", "250"

AIA DOCUMENT G703 · APPLICATION AND CERTIFICATE FOR PAYMENT · 1992 EDITION · AIA® ©1992 · THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006-5292 · **WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.**
"This document has been reproduced electronically with the permission of The American Institute of Architects under License 97003 to Primavera Systems, Inc. Reproduction of this document without project-specific information is not permitted. Contact The American Institute of Architects to verify the current version of this document and license status."

G703-1992

NBDW25535

**CONTINUATION SHEET**
AIA DOCUMENT G703

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT,
containing Contractor's signed Certification, is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO.: 00011
APPLICATION DATE:
PERIOD TO: 2/28/2003
ARCHITECT'S PROJECT NO.: 238

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE) RATE |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 10420.05 | COMMERATIVE PLAQUE | $1,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $1,000.00 | $0.00 |
| 10420.98 | SUBTOTAL | $1,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $1,000.00 | $0.00 |
| 10440.00 | INTERIOR SIGNAGE | | | | | | | | |
| 10440.05 | INTERIOR SIGNAGE | $8,270.00 | $827.00 | $0.00 | $0.00 | $827.00 | 10.000 | $7,443.00 | $41.35 |
| 10440.98 | SUBTOTAL | $8,270.00 | $827.00 | $0.00 | $0.00 | $827.00 | 10.000 | $7,443.00 | $41.35 |
| 10500.00 | LOCKERS | | | | | | | | |
| 10500.05 | LOCKERS | $59,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $59,000.00 | $0.00 |
| 10500.98 | SUBTOTAL | $59,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $59,000.00 | $0.00 |
| 10520.00 | FIRE EXTINGUISHERS AND CABINETS | | | | | | | | |
| 10520.05 | FIRE EXTINGUISHERS AND CABINETS | $1,800.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $1,800.00 | $0.00 |
| 10520.98 | SUBTOTAL | $1,800.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $1,800.00 | $0.00 |
| 10617.00 | OPERABLE PARTITIONS | | | | | | | | |
| 10617.05 | OPERABLE PARTITIONS | $15,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $15,000.00 | $0.00 |
| 10617.98 | SUBTOTAL | $15,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $15,000.00 | $0.00 |
| 10800.00 | WASHROOM ACCESSORIES | | | | | | | | |
| 10800.05 | WASHROOM ACCESSORIES | $6,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $6,200.00 | $0.00 |
| 10800.98 | SUBTOTAL | $6,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $6,200.00 | $0.00 |
| 11131.00 | CLASSROOM EQUIPMENT | | | | | | | | |
| 11131.05 | CLASSROOM EQUIPMENT | $3,700.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $3,700.00 | $0.00 |
| 11131.98 | SUBTOTAL | $3,700.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $3,700.00 | $0.00 |
| 11400.00 | FSB - FOOD SERVICE EQUIPMENT | | | | | | | | |
| 11400.05 | FOOD SERVICE EQUIPMENT | $156,100.00 | $11,965.00 | $5,440.00 | $0.00 | $17,405.00 | 11.150 | $138,695.00 | $870.25 |
| 11400.98 | SUBTOTAL | $156,100.00 | $11,965.00 | $5,440.00 | $0.00 | $17,405.00 | 11.150 | $138,695.00 | $870.25 |
| 11486.00 | BASKETBALL BACKBOARDS AND GOALS | | | | | | | | |
| 11486.05 | BASKETBALL BACKBOARDS AND GOALS | $5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $5,000.00 | $0.00 |
| 11486.98 | SUBTOTAL | $5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $5,000.00 | $0.00 |

NBDW25545

**AIA DOCUMENT G703** · APPLICATION AND CERTIFICATE FOR PAYMENT · 1992 EDITION · AIA® · ©1992 · THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK
AVENUE, N.W., WASHINGTON, D.C. 20006-5292 · **WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.**
"This document has been reproduced electronically with the permission of The American Institute of Architects under License 97003 to Primavera Systems, Inc. Reproduction of this document without project-specific information is not permitted. Contact The American Institute of Architects to verify the current version of this document and license status."

G703-1992

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT,
containing Contractor's signed Certification, is attached.
In tabulations below, amounts are stated in the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO.: 00011
APPLICATION DATE:
PERIOD TO: 2/28/2003
ARCHITECT'S PROJECT NO.: 238

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE) RATE |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 15400.160 | KITCHEN | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $0.00 | $0.00 |
| 15400.161 | UNDERGOUND WASTE | $4,500.00 | $4,500.00 | $0.00 | $0.00 | $4,500.00 | 100.000 | $0.00 | $225.00 |
| 15400.162 | LABOR-UNDERGROUND WASTE | $4,500.00 | $1,575.00 | $0.00 | $0.00 | $1,575.00 | 35.000 | $2,925.00 | $78.75 |
| 15400.163 | ABOVEGROUND WASTE AND VENT. | $4,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $4,500.00 | $0.00 |
| 15400.164 | LABOR- ABOVEGROUND WASTE AND VENT | $5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $5,000.00 | $0.00 |
| 15400.165 | WATER PIPING | $4,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $4,500.00 | $0.00 |
| 15400.166 | LABOR- WATER PIPING | $5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $5,000.00 | $0.00 |
| 15400.167 | GAS PIPING | $2,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $2,500.00 | $0.00 |
| 15400.168 | LABOR- GAS PIPING | $2,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $2,500.00 | $0.00 |
| 15400.169 | FIXTURES | $4,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $4,500.00 | $0.00 |
| 15400.170 | LABOR- FIXTURES | $4,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $4,500.00 | $0.00 |
| 15400.171 | INSULATION | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $3,500.00 | $0.00 |
| 15400.172 | DRAINS AND CARRIERS | $5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $5,000.00 | $0.00 |
| 15400.173 | LABOR- DRAINS AND CARRIERS | $3,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $3,000.00 | $0.00 |
| 15400.174 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $0.00 | $0.00 |
| 15400.180 | MISCELLANEOUS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $0.00 | $0.00 |
| 15400.181 | COORDINATION DRAWINGS | $7,900.00 | $6,715.00 | $0.00 | $0.00 | $6,715.00 | 85.000 | $1,185.00 | $335.75 |
| 15400.182 | PERMITS/MOBILIZATION | $5,000.00 | $5,000.00 | $0.00 | $0.00 | $5,000.00 | 100.000 | $0.00 | $250.00 |
| 15400.183 | ASBUILTS/O & M | $2,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $2,500.00 | $0.00 |
| 15400.900 | SUBTOTAL | $631,000.00 | $59,303.10 | $2,775.00 | $0.00 | $62,078.10 | 9.838 | $568,921.90 | $3,103.91 |
| | | | | | | | | | |
| 15500.000 | FSB - HVAC | | | | | | | | |
| 15500.184 | HVAC | $1,579,000.00 | $23,620.00 | $24,000.00 | $0.00 | $47,620.00 | 3.016 | $1,531,380.00 | $2,381.00 |
| 15500.199 | SUBTOTAL | $1,579,000.00 | $23,620.00 | $24,000.00 | $0.00 | $47,620.00 | 3.016 | $1,531,380.00 | $2,381.00 |
| | | | | | | | | | |
| 16000.00 | FSB - ELECTRICAL | | | | | | | | |
| 16000.05 | ELECTRICAL | $920,640.00 | $144,800.00 | $101,875.00 | $0.00 | $246,675.00 | 26.794 | $673,965.00 | $12,333.75 |
| 16000.98 | SUBTOTAL | $920,640.00 | $144,800.00 | $101,875.00 | $0.00 | $246,675.00 | 26.794 | $673,965.00 | $12,333.75 |
| | | | | | | | | | |
| 16740.00 | FSB - COMMUNICATION CABLING AND TEC | | | | | | | | |
| 16740.05 | COMMUNICATION CABLING AND TECHNOL | $164,900.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $164,900.00 | $0.00 |
| 16740.98 | SUBTOTAL | $164,900.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $164,900.00 | $0.00 |
| 18000.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $0.00 | $0.00 |
| 18000.01 | CHANGE ORDERS | | | | | | | | |

AIA DOCUMENT G703 · APPLICATION AND CERTIFICATE FOR PAYMENT  · 1992 EDITION ·  AIA® · ©1992 · THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK
AVENUE, N.W., WASHINGTON, D.C.  20006-5292    · WARNING:  Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.
"This document has been reproduced electronically with the permission of The American Institute of Architects under License 97703 to Primavera Systems, Inc.  Reproduction of this document without project-specific information is not permitted.  Contact The American Institute of Architects
to verify the current version of this document and license status."

G703-1992

NBDW25550

# CONTINUATION SHEET
## AIA DOCUMENT G703

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT,
containing Contractor's signed Certification, is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO.:  00011
APPLICATION DATE:
PERIOD TO:  2/28/2003
ARCHITECT'S PROJECT NO.:  238

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | H BALANCE TO FINISH (C - G) | I RETAINAGE (IF VARIABLE) RATE |
|---|---|---|---|---|---|---|---|---|---|
| 18000.02 | CO#001 (Credit-permit, computer) | ($20,000.00) | ($20,000.00) | $0.00 | $0.00 | ($20,000.00) | 100.000 | $0.00 | ($1,000.00) |
| 18000.03 | CO#003 (Unsuitable soil) | $132,804.25 | $132,804.25 | $0.00 | $0.00 | $132,804.25 | 100.000 | $0.00 | $6,640.21 |
| 18000.04 | CO#002 (COP#1-#4) | $18,169.12 | $8,214.35 | $0.00 | $0.00 | $8,214.35 | 45.210 | $9,954.78 | $410.72 |
| | CCD # 5 | ~~($347.77)~~ | ~~($347.77)~~ | ~~($347.77)~~ | | ~~($347.77)~~ | | | ~~($17.47)~~ |
| | | ~~$13,352,973.36~~ | $4,284,862.70 | ~~$379,044.00~~ | $0.00 | ~~$4,663,906.70~~ | 34.93% | $8,689,066.68 | ~~$233,195.34~~ |

Handwritten annotations:
- Column C: $13,349,623.59
- Column E: –3000  $372,694.21
- Column G: –3,000  $4,657,556.91
- Column I: –150  $232,877.85

NBDW25551

AIA DOCUMENT G703 · APPLICATION AND CERTIFICATE FOR PAYMENT   · 1992 EDITION  · AIA®  · ©1992 · THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK
AVENUE, N.W., WASHINGTON, D.C. 20006-5292   · WARNING:  Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.
"This document has been reproduced electronically with the permission of The American Institute of Architects under License #7003 to Primavera Systems, Inc.  Reproduction of this document without project-specific information is not permitted.  Contact The American Institute of Architects
to verify the current version of this document and license status."

G703-1992