**EXHIBIT  9**

*167 002 989*

LEONARD KOPELMAN
DONALD G PAIGE
ELIZABETH A LANE
JOYCE FRANK
JOHN W GIORGIO
BARBARA J. SAINT ANDRE
JOEL B. BARD
JOSEPH L. TEHAN, JR
THERESA M. DOWDY
DEBORAH A. ELIASON
RICHARD BOWEN
DAVID J. DONESKI
JUDITH C. CUTLER
ILANA M. QUIRK
KATHLEEN E. CONNOLLY
DAVID C. JENKINS
MARK R REICH

EDWARD M. REILLY
DIRECTOR WESTERN OFFICE

WILLIAM HEWIG III
JEANNE S. McKNIGHT
KATHLEEN M. O'DONNELL

### KOPELMAN AND PAIGE, P. C.

ATTORNEYS AT LAW

31 ST JAMES AVENUE

BOSTON. MASSACHUSETTS 02116-4102

(617) 556-0007
FAX (617) 654-1735

PITTSFIELD OFFICE
(413) 443-6100

NORTHAMPTON OFFICE
(413) 585-8632

WORCESTER OFFICE
(508) 752-0203

SANDRA M CHARTON
PATRICIA A CANTOR
THOMAS P. LANE, JR.
BRIAN W. RILEY
MARY L. GIORGIO
DARREN R. KLEIN
THOMAS W. MCENANEY
JONATHAN M. SILVERSTEIN
KATHARINE GOREE DOYLE
GEORGE X PUCCI
LAUREN F. GOLDBERG
JASON R. TALERMAN
MICHELE E. RANDAZZO
GREGG J. CORBO
RICHARD T. HOLLAND
LISA C. ADAMS
ELIZABETH R. CORBO
DANIEL C. HILL
MARCELINO LA BELLA
VICKI S. MARSH
JOHN J. GOLDROSEN
SHIRIN EVERETT
BRIAN E GLENNON, II
JONATHAN D. EICHMAN
TODD A. FRAMPTON
CAROLYN M. MURRAY
JACKIE A. COWIN

June 9, 2003

JENNIFER KOOP

JUN 1 1 2003

LONG GROVE SURETY

<u>BY HAND</u>

Deborah S. Griffin, Esq.
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116

Re:    <u>North Brookfield Junior/Senior High School Project</u>

Dear Ms. Griffin:

This letter is to follow-up our June 4, 2003 telephone conversation relative to the above-referenced matter. You asked several questions concerning the last two payments that were made by the Town to the general contractor, E.J. Sciaba Contracting Co., Inc. ("Sciaba"). Please be advised that the March 2003 requisition in the amount of $287,556.28 was paid to Sciaba on May 21, 2003. The April 2003 requisition in the amount of $443,733.76 was paid to Sciaba on May 27, 2003 after the Town received copies of lien releases from Sciaba for March 2003. Copies of the payment requisition for April, along with copies of the lien waivers, are attached hereto for your review and information. Please note that Lee Dore provided copies of the March and April requisitions and lien waivers to Mr. Anastasio last week.

Furthermore, you have asked whether the Town has made any direct payments to subcontractors on the project pursuant to G.L. c.30, §39M. Please be advised that the Town made direct payments to Millis Plumbing in the amount of $3,361.81 on or about May 22, 2003 and to Greenwood Industries in the amount of $31,350.00 on May 21, 2003.

You also asked whether the Town has a file regarding Mandate Erectors. It is my understanding that Mandate has initiated litigation against Sciaba. In response to your

**AM 07001**

**KOPELMAN AND PAIGE, P.C.**
Deborah S. Griffin, Esq.
June 9, 2003
Page 2

request, I have enclosed the Town's file documents, including a daily summary of activity that was redacted from the construction manager's daily reports.

Finally, please be advised that I have forwarded the list of potential completing general contractors that you compiled to the School Building Committee for review. I will inform you of the Committee's comments and any additions as soon as possible.

If you have any further questions, please do not hesitate to contact me.

Very truly yours,

Thomas W. McEnaney

TWM/rlf
Enc.
cc:   Board of Selectmen
      School Building Committee
      Mr. Lee Dore
193437/NBRO/0001

# EXHIBIT  10

E # SCIABA CONTRACTING CO., INC.                     GENERAL PROJECT RELEASE                     05-26-2003 .   Page 1
                                                                                                 System Date: 05-26-2003

Dear   HOLYOKE EQUIPMENT CO INC.
       109 LYMAN STREET                          Voice                .Fax
       HOLYOKE           MA  01041               413-536-7750   413-536-8919

Please review paid information               NORTH BROOKFIELD JR-SR HH

                                           General Release
In consideration of the payment of the sum hereinafter set forth, the undersigned does acknowledge and agree that
said payment shall constitute partial payment of all monies due it from E.J. Sciaba under the project
hereinafter referred to; and in further consideration of such payment does hereby release E.J. Sciaba and any other
persons or entities connected with or having to do with the construction of the   NORTH BROOKFIELD JR-SR HH           from any and
all claims including, but not limited to, claims for labor, equipment rentals and consultant fees and/or materials, on
said project or any other cause of action; and further release any claims against any funds whatsoever the source,
payable or paid for and/or towards the said construction of said PROJECT.

The undersigned does further warrant and represent to E.J. Sciaba that it has paid all persons employed by it who
supplied labor or materials or equipment in connection with the PROJECT; and does further certify that it has complied
with all record keeping as required by law for compliance with Wage and Hour Laws, Rules, and Regulations under any
State or Federal Laws, and does hereby indemnify and save harmless E.J. Sciaba its successors and assigns from and on
account of any claims, demands, costs, damages, or applicable Wage and Hour Regulations and Requirements as specified
in the Subcontract for the Project, or to pay any labor, equipment rentals,materialsen or suppliers or consultants employed
by it on the PROJECT.

Below is a summary of your firms activity on this project.

|  | Invoice | Payment |  | Amount | *Payment Due* |
|--------|--------|--------|-------------|--------|---|
| Invoice | Date | Date | Description | Paid | |
| 238 NORTH BROOKFIELD JR-SR HS | | | | | |
| 1790 HOLYOKE EQUIPMENT CO INC. | | | | | |
| 238-01 | 12-31-2002 | 12-31-2002 | 238 - Req# 1 Dec02 | 11,339.91 | *11,936.75* |
| 238-02 | 01-31-2003 | 02-28-2003 | 238 - Req#2 Jan03   *REQ# | 2,166.00 | *5,168.00* |
| 238-03 | 02-28-2003 | 03-03-2003 | 238 - Req# 03 Feb 03*   *REVISION* | 2,743.60 | *$17,104.75* |
|  | | | Vendor Totals | 16,249.51* | |

Signed and sealed under pains and penalties of perjury this **27** day of **MAY**, 200**3λ**

*[signature]*

Authorized representative of

HOLYOKE EQUIPMENT CO INC.

                                                                              16,249•51  +
                                                                                 855•24  +
                                                                              002•••••••••••
PLEASE RETURN TO:        E.J. SCIABA CONTRACTING CO. INC.                      17,104•75  *
                         ATTN: CONTRACT ADMINISTRATION
                         P.O. BOX 191
                         READVILLE, MA 02137

*This lien waiver is being signed contingent upon the receipt of the check in the amount of $16,249.51 and the receipt of the additional 5% retainage due in the amount of $855.24 that was withheld. Please see attached letter for explanation.*

# EXHIBIT  11

E.J SCIABA CONTRACTING CO., INC.    NBDW268    GENERAL PROJECT RELEASE    05-09-2003    Page 1
System Date: 01-09-2003

Dear   KMD MECHANICAL CORP.
316 SOUTHWEST CUTOFF                Voice          Fax
WORCESTER        MA    01604       (508)795-1020  (508)754-2472

Please review paid information          NORTH BROOKFIELD JR-SR HS

General Release

In consideration of the payment of the sum hereinafter set forth, the undersigned does acknowledge and agree that said payment shall constitute partial payment of all monies due it from E.J. Sciaba under the project hereinafter referred to; and in further consideration of such payment does hereby release E.J. Sciaba and any other persons or entities connected with or having to do with the construction of the   NORTH BROOKFIELD JR-SR HS   from any and all claims including, but not limited to, claims for labor, equipment rentals and consultant fees and/or materials, on said project or any other cause of action; and further release any claims against any funds whatsoever the source, payable or paid for and/or towards the said construction of said PROJECT.

The undersigned does further warrant and represent to E.J. Sciaba that it has paid all persons employed by it who supplied labor or materials or equipment in connection with the PROJECT; and does further certify that it has complied with all record keeping as required by law for compliance with Wage and Hour Laws, Rules, and Regulations under any State or Federal Laws, and does hereby indemnify and save harmless E.J. Sciaba its successors and assigns from and on account of any claims, demands, costs, damages, or applicable Wage and Hour Regulations and Requirements as specified in the subcontract for the Project, or to pay any labor, equipment rentals, materialmen or suppliers or consultants employed by it on the PROJECT.

Below is a summary of your claim activity on this project.

|   | Invoice | Invoice Date | Payment Date | Description | Amount Paid |
|---|---|---|---|---|---|
| 238 NORTH BROOKFIELD JR-SR HS | | | | | |
| 1144 KMD MECHANICAL CORP. | | | | | |
| | 238-01 | 09-31-2002 | | 238 Aug KMD Mechanical | 15,047.52 |
| | 238-02 | 09-19-2002 | 09-30-2002 | 238 SEP 02 | 3,736.50 |
| | | | | Vendor Totals | 18,638.02* |

Signed and sealed under pains and penalties of perjury this 9TH day of JANUARY, 2003.

_____
Authorized Representative of

KMD MECHANICAL CORP.

PLEASE RETURN TO:        E.J. SCIABA CONTRACTING CO. INC.
                        ATTN: CONTRACT ADMINISTRATION
                        P.O. BOX 191
                        READVILLE, MA 02137

E J SCIABA CONTRACTING CO., INC.                    GENERAL PROJECT RELEASE                    03-27-2003          Page 3
                                                                                               System Date: 03-27-2003

Dear  KMD MECHANICAL CORP.
      310 SOUTHWEST CUTOFF              Voice        Fax
      WORCESTER      MA    01604     (508)795-1828  (508)754-2472

Please review paid information           NORTH BROOKFIELD JR-SR HS

                                         General Release

In consideration of the payment of the sum hereinafter set forth, the undersigned does acknowledge and agree that
said payment shall constitute partial payment of all monies due it from E.J. Sciaba under the project
hereinafter referred to; and in further consideration of such payment does hereby release E.J. Sciaba and any other
persons or entities connected with or having to do with the construction of the   NORTH BROOKFIELD JR-SR HS          from any and
all claims including, but not limited to, claims for labor, equipment rentals and consultant fees and/or materials, on
said project or any other cause of action; and further release any claims against any funds whatsoever the source,
payable or paid for and/or towards the said construction of said PROJECT.

The undersigned does further warrant and represent to E.J. Sciaba that it has paid all persons employed by it who
supplied labor or materials or equipment in connection with the PROJECT; and does further certify that it has complied
with all record keeping as required by law for compliance with Wage and Hour Laws, Rules, and Regulations under any
State or Federal Laws, and does hereby indemnify and save harmless E.J. Sciaba its successors and assigns from and on
account of any claims, demands, costs, damages, or applicable Wage and Hour Regulations and Requirements as specified
in the Subcontract for the Project, or to pay any labor, equipment rentals, materialmen or suppliers or consultants employed
by it on the PROJECT.

Below is a summary of your firms activity on this project.

                      Invoice   Payment
                      Date      Date                                              Amount
         Invoice      Date      Date        Description                           Paid

   238 NORTH BROOKFIELD JR-SR HS
     1144 KMD MECHANICAL CORP.
          1664  01-28-2003  02-28-2003  238 - Jan03 Req                          19,760.00
          1670  02-21-2003  03-03-2003  238 - Req Feb 03                          2,888.00
                                                        Vendor Totals            22,648.00*

Signed and sealed under pains and penalties of perjury this  4TH  day of  APRIL  , 200    2

_____
Authorized representative of

KMD MECHANICAL CORP.


PLEASE RETURN TO:          E.J. SCIABA CONTRACTING CO. INC.
                           ATTN: CONTRACT ADMINISTRATION
                           P.O. BOX 191
                           READVILLE, MA 02137

# EXHIBIT  12

Received Time Jan.10. 4:10PM
Date: 11-06-2002

Dear MILLIS PLUMBING
220 NORFOLK STREET
WALPOLE       MA    02081-1797        Voice       Fax
                                      508-668-1040  508-668-1898

Please review paid information              NORTH BROOKFIELD JR-SR HS

General Release

In consideration of the payment of the sum hereinafter set forth, the undersigned does acknowledge and agree that said payment shall constitute partial payment of all monies due it from E.J. Sciaba under the project hereinafter referred to; and in further consideration of such payment does hereby release E.J. Sciaba and any other persons or entities connected with or having to do with the construction of the    NORTH BROOKFIELD JR-SR HS    from any and all claims including, but not limited to, claims for labor, equipment rentals and consultant fees and/or materials, on said project or any other cause of action; and further release any claims against any funds whatsoever the source, payable or paid for and/or towards the said construction of said PROJECT.

The undersigned does further warrant and represent to E.J. Sciaba that it has paid all persons employed by it who supplied labor or materials or equipment in connection with the PROJECT; and does further certify that it has complied with all record keeping as required by law for compliance with Wage and Hour Laws, Rules, and Regulations under any State or Federal Laws, and does hereby indemnify and save harmless E.J. Sciaba its successors and assigns from and on account of any claims, demands, costs, damages, or applicable Wage and Hour Regulations and Requirements as specified in the Subcontract for the Project, or to pay any labor, equipment rentals,materialmen or suppliers or consultants employed by it on the PROJECT.

Below is a summary of your firms activity on this project.

| Invoice | Invoice Date | Payment Date | Description | Amount Paid |
|---|---|---|---|---|
| 238 NORTH BROOKFIELD JR-SR HS | | | | |
| 2610 MILLIS PLUMBING | | | | |
| 238-01 | 09-30-2002 | 10-31-2002 | 238 SEP 02 | 7,543.00 |

Signed and sealed under pains and penalties of perjury this _15_ day of _NOV._ , 200  2

_____
Authorized Representative of

MILLIS PLUMBING


PLEASE RETURN TO:        E.J. SCIABA CONTRACTING CO. INC.
                         ATTN: CONTRACT ADMINISTRATION
                         P.O. BOX 191
                         READVILLE, MA 02137

E J SCIABA CONTRACTING CO., INC.                    GENERAL PROJECT RELEASE                        12-17-2002        Page 1
                                                                                                   System Date: 12-17-2002


Dear   MILLIS PLUMBING
       220 NORFOLK STREET                      Voice          Fax
       WALPOLE        MA   02081-1797          508-668-1040   508-668-1898

Please review paid information              NORTH BROOKFIELD JR-SR HS

                                              **General Release**
In consideration of the payment of the sum hereinafter set forth, the undersigned does acknowledge and agree that
said payment shall constitute partial payment of all monies due it from E.J. Sciaba under the project
hereinafter referred to; and in further consideration of such payment does hereby release E.J. Sciaba and any other
persons or entities connected with or having to do with the construction of the   NORTH BROOKFIELD JR-SR HS        from any and
all claims including, but not limited to, claims for labor, equipment rentals and consultant fees and/or materials, on
said project or any other cause of action; and further release any claims against any funds whatsoever the source,
payable or paid for and/or towards the said construction of said PROJECT.


The undersigned does further warrant and represent to E.J. Sciaba that it has paid all persons employed by it who
supplied labor or materials or equipment in connection with the PROJECT; and does further certify that it has complied
with all record keeping as required by law for compliance with Wage and Hour Laws, Rules, and Regulations under any
State or Federal Laws, and does hereby indemnify and save harmless E.J. Sciaba its successors and assigns from and on
account of any claims, demands, costs, damages, or applicable Wage and Hour Regulations and Requirements as specified
in the Subcontract for the Project, or to pay any labor, equipment rentals,materialmen or suppliers or consultants employed
by it on the PROJECT.


Below is a summary of your firms activity on this project.
                      Invoice     Payment                                    Amount
          Invoice     Date        Date        Description                    Paid

       238 NORTH BROOKFIELD JR-SR HS
         2610 MILLIS PLUMBING
            238-02  10-18-2002  11-22-2002  238 BUILDING LOWER LEVEL,UND        31,231.25



Signed and sealed under pains and penalties of perjury this _20_ day of _Dec_ , 200    2


_____
Authorized representative of

MILLIS PLUMBING




PLEASE RETURN TO:              E.J. SCIABA CONTRACTING CO. INC.
_____       ATTN: CONTRACT ADMINISTRATION
                              P.O. BOX 191
                              READVILLE, MA 02137




RECEIVED JAN 6 0

MAR-31-2003 13:54    E J SCIABA CONTRACTING CO., INC.    508 668 1959    P.01/01

NBDW2340Bing

GENERAL PROJECT RELEASE

02-27-2003
Page 1
System Date: 02-27-2003

Dear WILLIS PLUMBING
210 NORTH BROOKFIELD
WILLIS, MA    01961-1797

Voice    Fax
508-668-1040    508-668-1898

Please review paid information

NORTH BROOKFIELD JR-SR HS

### General Release

In consideration of the payment of the sum hereinafter set forth, the undersigned does acknowledge and agree that said payment shall constitute partial payment of all monies due it from E.J. Sciaba under the project hereinafter referred to; and in further consideration of such payment does hereby release E.J. Sciaba and any other persons or entities connected with or having to do with the construction of the NORTH BROOKFIELD JR-SR HS from any and all claims including, but not limited to, claims for labor, equipment rentals and consultant fees and/or materials, on said project or any other cause of action, and further release any funds whatsoever the source, payable or paid for and/or toward the said construction of said PROJECT.

The undersigned does further warrant and represent to E.J. Sciaba that it has paid all persons employed by it who supplied labor or materials or equipment in connection with the PROJECT; and does further certify that it has complied with all record keeping as required by law for compliance with Wage and Hour Laws, Rules, and Regulations under any State or Federal laws, and does hereby indemnify and save harmless E.J. Sciaba, its successors and assigns from and on account of any claims, demands, costs, damages, or applicable Wage and Hour Regulations and Requirements as specified in the Subcontract for the project, or to pay any labor, equipment rentals, materialmen or suppliers or consultants employed by it on the PROJECT.

Below is a summary of your items activity on this project.

| Invoice | Invoice Payment Date | Description | Amount Paid |
|---|---|---|---|
| 208 NORTH BROOKFIELD JR-SR HS | | | |
| 2410 WILLIS PLUMBING | | | |
| 330-04  01-27-2003  01-31-2003 208 - Req# 4 June03 | | | 3,032.44 |

Signed and sealed under pains and penalties of perjury this ___ day of April, 2003

Authorized representative of

WILLIS PLUMBING

PLEASE RETURN TO:

E.J. SCIABA CONTRACTING CO., INC.
ATTN: CONTRACT ADMINISTRATION
P.O. BOX 181
READVILLE, MA 02137

TOTAL P.01

E J SCIABA CONTRACTING CO., INC.       GENERAL PROJECT RELEASE       05-26-2003    Page 1
                                                                             System Date: 05-26-2003

Dear  MILLIS PLUMBING
     220 NORFOLK STREET         Voice       Fax
     WALPOLE      MA  02081-1797   508-668-1040  508-668-1898

Please review paid information        NORTH BROOKFIELD JR-SR HS

**General Release**

In consideration of the payment of the sum hereinafter set forth, the undersigned does acknowledge and agree that said payment shall constitute partial payment of all monies due it from E.J. Sciaba under the project hereinafter referred to; and in further consideration of such payment does hereby release E.J. Sciaba and any other persons or entities connected with or having to do with the construction of the   NORTH BROOKFIELD JR-SR HS      from any and all claims including, but not limited to, claims for labor, equipment rentals and consultant fees and/or materials, on said project or any other cause of action; and further release any claims against any funds whatsoever the source, payable or paid for and/or towards the said construction of said PROJECT.

The undersigned does further warrant and represent to E.J. Sciaba that it has paid all persons employed by it who supplied labor or materials or equipment in connection with the PROJECT; and does further certify that it has complied with all record keeping as required by law for compliance with Wage and Hour Laws, Rules, and Regulations under any State or Federal Laws, and does hereby indemnify and save harmless E.J. Sciaba its successors and assigns from and on account of any claims, demands, costs, damages, or applicable Wage and Hour Regulations and Requirements as specified in the Subcontract for the Project, or to pay any labor, equipment rentals,materialmen or suppliers or consultants employed by it on the PROJECT.

Below is a summary of your firms activity on this project.

|  | Invoice | Payment |  | Amount |
|---|---|---|---|---|
| Invoice | Date | Date | Description | Paid |

   238 NORTH BROOKFIELD JR-SR HS
    2610 MILLIS PLUMBING
      238-06 03-31-2003 05-07-2003 238 - REQ# 06  MAR03       12,384.96

Signed and sealed under pains and penalties of perjury this 37th day of MAY , 200 3

_James Bettann BM_
Authorized representative of

MILLIS PLUMBING

-------

PLEASE RETURN TO:     E.J. SCIABA CONTRACTING CO. INC.
                      ATTN: CONTRACT ADMINISTRATION
                      P.O. BOX 191
                      READVILLE, MA 02137

# EXHIBIT  13

NBDW26829

Received Time Jan.10. 4:10PM

Dear  WAYNE J GRIFFIN ELECTRIC, INC.
116 HOPPING BROOK ROAD                    Voice         Fax
HOLLISTON      MA   01746        (508)429-2830  (508)429-7825

Please review paid information           NORTH BROOKFIELD JR-SR HS

General Release

In consideration of the payment of the sum hereinafter set forth, the undersigned does acknowledge and agree that said payment shall constitute partial payment of all monies due it from E.J. Sciaba under the project hereinafter referred to; and in further consideration of such payment does hereby release E.J. Sciaba and any other persons or entities connected with or having to do with the construction of the   NORTH BROOKFIELD JR-SR HS        from any and all claims including, but not limited to, claims for labor, equipment rentals and consultant fees and/or materials, on said project or any other cause of action; and further release any claims against any funds whatsoever the source, payable or paid for and/or towards the said construction of said PROJECT.

The undersigned does further warrant and represent to E.J. Sciaba that it has paid all persons employed by it who supplied labor or materials or equipment in connection with the PROJECT; and does further certify that it has complied with all record keeping as required by law for compliance with Wage and Hour Laws, Rules, and Regulations under any State or Federal Laws, and does hereby indemnify and save harmless E.J. Sciaba its successors and assigns from and on account of any claims, demands, costs, damages, or applicable Wage and Hour Regulations and Requirements as specified in the Subcontract for the Project, or to pay any labor, equipment rentals,materialmen or suppliers or consultants employed by it on the PROJECT.

Below is a summary of your firms activity on this project.

|  | Invoice | Payment |  | Amount |
|  | Invoice Date | Date | Description | Paid |
| --- | --- | --- | --- | --- |
| 238 NORTH BROOKFIELD JR-SR HS | | | | |
| 1510 WAYNE J GRIFFIN ELECTRIC, INC. | | | | |
| 238-01 | 06-30-2002 | 08-10-2002 | 238 JUN02 | 8,075.00 |
| 238-02 | 07-31-2002 | | 238 July Electrical | .00 |
| 238-03 | 08-31-2002 | | 238 Aug Electrical | .00 |
| 238-04 | 09-30-2002 | 09-30-2002 | 238 SEP 02 | 8,075.00 |
| 238-05 | 10-31-2002 | 11-30-2002 | 238 OCT 02 REQ | 950.00 |
| App#7 | 12-11-2002 | 12-30-2002 | 238 App#7 | 3,010.00 |
| Req#6 | 11-30-2002 | | Electrical | 11,495.00 |
| | | | Vendor Totals | 23,205.00* |

Signed and sealed under pains and penalties of perjury this __23__ day of __December__ , 200     2

_Gerard W. Richards_

Authorized representative of
Gerard W. Richards, As Operations Manager
WAYNE J GRIFFIN ELECTRIC, INC.

PLEASE RETURN TO:        E.J. SCIABA CONTRACTING CO. INC.
ATTN: CONTRACT ADMINISTRATION
P.O. BOX 191
READVILLE, MA 02137

Notwithstanding anything contained herein to the contrary, this partial release and signature is only an acknowledgment of the payment referenced herein (and only when actually received in good monies) and shall not be interpreted as a waiver of, or release of, any rights to make any other claims.

E J SCIABA CONTRACTING CO., INC.                    GENERAL PROJECT RELEASE                    03-27-2003    Page 4
                                                                                                System Date: 03-27-2003

Dear  WAYNE J GRIFFIN ELECTRIC, INC.
      115 HOPPING BROOK ROAD
      HOLLISTON     MA   01746        Voice              Fax
                                      (508)429-8830  (508)429-7825

Please review paid information               NORTH BROOKFIELD JR-SR HS

                                    General Release
In consideration of the payment of the sum hereinafter set forth, the undersigned does acknowledge and agree that
said payment shall constitute partial payment of all monies due it from E.J. Sciaba under the project
hereinafter referred to; and in further consideration of such payment does hereby release E.J. Sciaba and any other
persons or entities connected with or having to do with the construction of the    NORTH BROOKFIELD JR-SR HS      from any and
all claims including, but not limited to, claims for labor, equipment rentals and consultant fees and/or materials, on
said project or any other cause of action; and further release any claims against any funds whatsoever the source,
payable or paid for and/or towards the said construction of said PROJECT.

The undersigned does further warrant and represent to E.J. Sciaba that it has paid all persons employed by it who
supplied labor or materials or equipment in connection with the PROJECT; and does further certify that it has complied
with all record keeping as required by law for compliance with Wage and Hour Laws, Rules, and Regulations under any
State or Federal Laws, and does hereby indemnify and save harmless E.J. Sciaba its successors and assigns from and on
account of any claims, demands, costs, damages, or applicable Wage and Hour Regulations and Requirements as specified
in the Subcontract for the Project, or to pay any labor, equipment rentals,materialmen or suppliers or consultants employed
by it on the PROJECT.

Below is a summary of your firms activity on this project.
                        Invoice     Payment                                    Amount
            Invoice      Date        Date         Description                   Paid

    238 NORTH BROOKFIELD JR-SR HS
      1510 WAYNE J GRIFFIN ELECTRIC, INC.
          238-08  01-31-2003 01-31-2003 238 - Reqs 8 Jan03               82,175.00  ✓


Signed and sealed under pains and penalties of perjury this   1   day of   April   , 2003 XX

*[signature: Gerard W Richards]*

Authorized representative of
Gerard W. Richards, As Operations Manager
WAYNE J GRIFFIN ELECTRIC, INC.


------------------------------
PLEASE RETURN TO:        E.J. SCIABA CONTRACTING CO. INC.
                         ATTN: CONTRACT ADMINISTRATION
                         P.O. BOX 191
                         READVILLE, MA 02137

Notwithstanding anything contained herein to the contrary, this partial release and signature is only an
acknowledgment of the payment referenced herein (and only when actually received in good monies)
and shall not be interpreted as a waiver of, or release of, any rights to make any other claims.  *[signature]*

E J SCIABA CONTRACTING CO., INC.        GENERAL PROJECT RELEASE        05-26-2003   Page 1
                                                               System Date: 05-26-2003

Dear WAYNE J GRIFFIN ELECTRIC, INC.
    116 HOPPING BROOK ROAD
    HOLLISTON    MA  01746        Voice      Fax
                          (508)429-8830 (508)429-7825

Please review paid information        NORTH BROOKFIELD JR-SR HS

**General Release**

In consideration of the payment of the sum hereinafter set forth, the undersigned does acknowledge and agree that said payment shall constitute partial payment of all monies due it from E.J. Sciaba under the project hereinafter referred to; and in further consideration of such payment does hereby release E.J. Sciaba and any other persons or entities connected with or having to do with the construction of the  NORTH BROOKFIELD JR-SR HS    from any and all claims including, but not limited to, claims for labor, equipment rentals and consultant fees and/or materials, on said project or any other cause of action; and further release any claims against any funds whatsoever the source, payable or paid for and/or towards the said construction of said PROJECT.

The undersigned does further warrant and represent to E.J. Sciaba that it has paid all persons employed by it who supplied labor or materials or equipment in connection with the PROJECT; and does further certify that it has complied with all record keeping as required by law for compliance with Wage and Hour Laws, Rules, and Regulations under any State or Federal Laws, and does hereby indemnify and save harmless E.J. Sciaba its successors and assigns from and on account of any claims, demands, costs, damages, or applicable Wage and Hour Regulations and Requirements as specified in the Subcontract for the Project, or to pay any labor, equipment rentals, materialmen or suppliers or consultants employed by it on the PROJECT.

Below is a summary of your firms activity on this project.

|  | Invoice | Payment |  | Amount |
|---|---|---|---|---|
| Invoice | Date | Date | Description | Paid |
| 238 NORTH BROOKFIELD JR-SR HS | | | | |
| 1510 WAYNE J GRIFFIN ELECTRIC, INC. | | | | |
| 238-09 03-31-2003 05-27-2003 238 ~ REQ# 09 MAR03 | | | | 100,937.50 |

Signed and sealed under pains and penalties of perjury this ___27___ day or ___May_____ , 200 3 X

*Gerard W Richards*
Authorized representative of
Gerard W. Richards, As Operations Manager
WAYNE J GRIFFIN ELECTRIC, INC.

PLEASE RETURN TO:       E.J. SCIABA CONTRACTING CO. INC.
                        ATTN: CONTRACT ADMINISTRATION
                        P.O. BOX 191
                        READVILLE, MA 02137

Notwithstanding anything contained herein to the contrary, this partial release and signature is only an acknowledgment of the payment referenced herein (and only when actually received in good monies) and shall not be interpreted as a waiver of, or release of, any claims or rights whatsoever.

# EXHIBIT  14

SECTION 01310

# CONSTRUCTION SCHEDULES

## PART 1  GENERAL

1.01    REQUIREMENTS INCLUDED

    A.    Promptly after award of the Contract, prepare and submit to Architects estimated construction progress schedules for the Work, with sub-schedules of related activities which are essential to its progress.

    B.    Submit revised progress schedules periodically.

1.02.    RELATED REQUIREMENTS

    A.    Conditions of the Contract.

    B.    Section 01010:    Summary of Work.

    C.    Section 01200:    Project Meetings.

    D.    Section 01300:    Submittals.

1.03.    FORM OF SCHEDULES

    A.    Prepare schedules in the form of a horizontal bar chart.

        1.    Provide separate horizontal bar for each trade or operation.
        2.    Horizontal time scale:  Identify the first work day of each week.
        3.    Scale and spacing:  To allow space for notations and future revisions.
        4.    Minimum sheet size: 8 1/2" by 11".

    B.    Provide supplementary drawings in the form of site plans and floor and roof plans marked up to show the following for each required phase and sub-phase of construction:

        1.    Construction limits by phase
        2.    Staging areas
        3.    Construction material delivery routes
        4.    Owner delivery routes and school bus loops
        5.    Owner parking
        6.    Contractor personnel parking
        7.    Barricades including traffic control devices and construction fencing
        8.    Temporary facilities including Contractor's office, Clerk's office, Contractor and Sub-Contractor storage trailers
        9.    Temporary protected walkways for Owner access around or through construction zones to facilities and areas required to be maintained during construction
        10.    Signs including project signs and traffic control signs
        11.    Required exits from existing facilities

    C.    Reference schedule items of work and operations to the coded Scheduling Key Plan

1.04    CONTENT OF SCHEDULES

    A.    Construction Progress Schedules:

        1.    Show the complete sequence of construction by activity.
        2.    Show the dates for the beginning and completion of each major element of construction.  Specifically list:
           a.    Site clearing.

        b.    Site utilities.
        c.    Foundation work.
        d.    Structural framing.
        e.    Subcontractor work.
        f.    Equipment installations.
        g.    Finishings.

    3.    Show projected percentage of completion for each item as of the first day of each month.

B.    Submittals Schedule for Shop Drawings, Product Data and Samples.  Show:

    1.    The dates for Contractor submittals.
    2.    The dates approved submittals will be required from the Architect.

## 1.05  PROGRESS REVISIONS

A.    Indicate progress of each activity to date of submission.

B.    Show changes occurring since previous submission of schedule:

    1.    Major changes in scope.
    2.    Activities modified since previous submission of schedule:
    3.    Revised projections of progress and completion.
    4.    Other identifiable changes.

C.    Provide a narrative report as needed to define:

    1.    Problem areas, anticipated delays, and the impact on the schedule.
    2.    Corrective action recommended, and its affect.
    3.    The effect on changes on schedules of other contractors.

## 1.06  SUBMISSIONS

A.    Submit initial schedules within 15 days after award of Contract.

    1.    Architect will review schedules and return review copy within ten days after receipt.
    2.    If required, resubmit within 7 days after return of review copy.

B.    Submit revised schedules with each application for payment.

C.    Submit the number of opaque reproductions which the Contractor requires, plus two copies which will be retained by the Architect.

## 1.07  DISTRIBUTION

A.    Distribute copies of the reviewed schedules to:

    1.    Job site file.
    2.    Subcontractors.
    3.    Other concerned parties.

B.    Instruct recipients to report promptly to the Contractor, in writing, any problems anticipated by the projections shown in the schedules.

END OF SECTION

# EXHIBIT  15

1

    CERTIFIED ORIGINAL

    LEGALINK BOSTON

Volume:   I

2

Pages:    1-153

3

Exhibits: 76-99

4           UNITED STATES DISTRICT COURT

5            DISTRICT OF MASSACHUSETTS

6

7   ---------------------------------------x

8  AMERICAN MANUFACTURERS MUTUAL

9  INSURANCE COMPANY,

10           Plaintiff,

11  vs.                C.A. NO. 03-40266 CBS

12  TOWN OF NORTH BROOKFIELD,

13           Defendant.

14  ---------------------------------------x

15

16   30(b)(6) DEPOSITION OF THE TOWN OF NORTH BROOKFIELD

17        By its designee JAMES MURRAY

18          Friday, April 29, 2005

19             9:00 a.m.

20         HOLLAND & KNIGHT LLP

21         10 St. James Avenue

22       Boston, Massachusetts 02116

23

24    Reporter:  Karen D. Quigley, RPR/RMR

53

1   just looking at in invoice 36 is your answer the same,

2   the town did not question why charges during any of those

3   months were higher than the charges when construction

4   were ongoing?

5              A.    That would be the same answer, yes.

6                    MS. GRIFFIN:  Let's go off the record

7   for a minute.

8                    (Off the record from 10:43 until

9                    10:50 a.m.)

10                   (Documents marked for identification

11                   as Exhibit Nos. 77 through 79.)

12  BY MS. GRIFFIN:

13             Q.    I've put before you, Mr. Murray, documents

14  that have been marked Exhibits 77, 78 and 79.  Could you

15  look at Exhibit 77 and confirm that Exhibit 77 is a copy

16  of the general conditions of the contract that were part

17  of the contract between the town and Sciaba?

18             A.    I believe they are.

19             Q.    Can you go to Exhibit 78 and confirm that

20  Exhibit 78 is a copy of the first volume of the project

21  manual that was part of Sciaba's contract with the town?

22             A.    Yes, it is.

23             Q.    Can you take a look at Exhibit 79 and

24  confirm that Exhibit 79 is a copy of Addendum No. 2 that

94

1   concern that you had even though you weren't at the

2   meeting on April 2nd?

3           A.    Yes.

4           Q.    Did you express that concern to somebody?

5           A.    Just among the building committee members.

6           Q.    Did you express that concern both before

7   and after the April 2nd meeting?

8           A.    I don't recall exactly but I'm sure it

9   was.

10          Q.    Had you done any calculations or estimates

11  yourself to try to estimate whether the retainage was

12  sufficient to cover what you thought liquidated damages

13  might be?

14          A.    I didn't do any calculations, write them

15  down.  I was just thinking numbers in my head at the

16  time.

17          Q.    Okay.  What do you remember thinking in

18  the way of numbers in your head about that subject?

19          A.    Just that the liquidated damages was going

20  to be excessive based on a late winter completion.

21          Q.    When you say excessive, do you mean they

22  were going to exceed the retainage?

23          A.    No, just that they were going to be very

24  high.

James Murray                                          04/29/2005

97

1          A.    Not that I'm aware of.

2          Q.    Did the committee ask any questions about

3     it?

4          A.    I'm sure there were questions, but I don't

5     recall the actual questions.

6          Q.    Do you recall any of the responses by Dore

7     and Whittier to the questions?

8          A.    Just that progress was very slow and

9     that's what they projected as a completion.

10         Q.    Did Dore and Whittier present the results

11    of any analysis other than the one that's shown on

12    Exhibit 46 at the April 16 meeting?

13         A.    Not that I recall.

14         Q.    So after hearing Dore and Whittier's

15    presentation at the April 16 meeting, did you believe

16    that substantial completion was going to be 14 months

17    late?

18         A.    Yes.

19         Q.    Did anybody who attended that meeting

20    disagree with that conclusion or voice disagreement with

21    that conclusion?

22         A.    No.

23         Q.    Did anybody at that meeting speak about an

24    estimate of what the damages would be that the town could

James Murray                                      04/29/2005

99

1          A.    I don't recall the person who said it.

2          Q.    Did anybody disagree with it?

3          A.    Not that I'm aware of.

4          Q.    Did anybody ask how much was being held at

5     that point in time in retainage?

6          A.    Not that I recall.

7          Q.    If you look at Exhibit 46, it was showing

8     total actual billings as of April 16, 2003 total actual

9     billings of four million seven hundred and some odd

10    dollars; right?

11         A.    Correct.

12         Q.    And is it your recollection that retainage

13    was being held at the rate of 5 percent?

14         A.    That's correct.

15         Q.    So 5 percent of $4.7 million was

16    approximately what $235,000 or thereabouts?

17         A.    Approximately.

18         Q.    And that's obviously less than the

19    $400,000 estimate of liquidated damages; correct?

20         A.    Correct.

21         Q.    Did the school building committee -- other

22    than expressing concern did the school building committee

23    take any steps with regard to withholding additional

24    funds from Sciaba to cover the shortfall between the

James Murray                                          04/29/2005

137

1          Q.   That was a period of more than five weeks,
2    right, between April 16 and May 27th?
3          A.   Yes.
4          Q.   In your view had five weeks' worth of
5    progress been made during that interval?
6          A.   I'm not sure what you're asking.
7          Q.   Well, what I'm asking is if the estimate
8    as of April 16 was that Sciaba was 14 months behind, by
9    the end of May were they still 14 months behind or were
10   they further behind than that?
11         A.   In my opinion they were further behind.
12         Q.   How much further behind were they?
13         A.   I would say another month at least.
14         Q.   Okay.  So it was your view that by the end
15   of May Sciaba was 15 months behind; right?
16         A.   Based on a requisition projection.
17         Q.   And if you were right about that, the
18   amount of liquidated damages that was running was even
19   higher than the $400,000 figure we saw in the April 16th
20   minutes; correct?
21         A.   That would be correct.
22         Q.   Now you did not see an updated schedule
23   from Sciaba at any time in May 2003, did you?
24         A.   No, I did not.

# EXHIBIT  16

## DORE AND WHITTIER, INC.  Architects • Project Managers

1795 Williston Road, Suite 5, South Burlington, Vermont 05403  Tel. (802)863-1428 Fax (802)863-6955
1400 Hancock Street, Quincy Massachusetts 02169  Tel. (617) 471-2897  Fax (617) 471-2516

DEPOSITION EXHIBIT

### MEETING NOTES

Dore  41
4-13-05   √S

| | |
|---|---|
| **DATE OF MEETING:** | 19 March 2003 |
| **PROJECT:** | North Brookfield Jr./Sr. High School<br>Dore & Whittier Project No.  00-404 |
| **SUBJECT:** | School Building Committee Meeting, 7:00 PM |
| **ATTENDING:** | Jim Murray — Co-Chair, Building Committee<br>Greg Kline — Building Committee<br>Patricia Pariseau — Building Committee<br>Ed Wilkins Jr. — Building Committee<br>George Hanson — Building Committee<br>Andy Leach — Asst. Principal<br>Randy Beaudoin — North Country Signs<br>Robert O'Neill — Superintendent<br>Lee P. Dore — Dore and Whittier, Inc. (DW)<br>Chris Conway — Construction Manager (CMC) |

1. Minutes of 5 March 2003 were unanimously approved as presented.

2. Chris Conway presented the construction manager's report.  It was noted that most of the work of the past few weeks involved structural steel.

   Area "C" – Structural fill is in place; grading and compacting continue; Plumber is working on toilet rooms' underground plumbing and continues to work on acid waste lines.  Work is progressing well on roof drains/leaders.

   Area "B" – Iron workers about 99% complete on bolted connections.  Two detailing crews are at work and the erection crew is finished.  Gym corrective work continues as well as metal deck work.

   Area "A" – Metal decking and detail work continue.

   EJS reports that the masons should be arriving on 3/24/03. Final coordination drawings are at the electricians and are scheduled to be complete within 2 weeks.  In 2 weeks that major subs are scheduled to start work.  EJS reported that 12 copies of the updated schedule are due at D&W tomorrow.  EJS has forwarded PR's 19, 20 and 17 as well as PCO #25 and CCD #2. DW will review next week.

3. Chris noted that the Mass Electric easement has been approved and signed by the Selectboard and returned to Mass Electric.



Prepared 3 April 2003

North Brookfield School Building Committee
Meeting 19 March 2003
Page 2                                                                                         - 2 -

4. The Verizon utility easement has been authorized by the Selectboard. Verizon will forward
   final copies to the Town.

5. DW discussed another project that is under construction and the Contractor is late. On that
   project the Town's attorney agreed to withhold liquidated damages from requisitions and
   placing them in an escrow account. This way the Town is still holding on to funds for
   liquidated damages that under typical situations would be already paid to the Contractor and
   difficult to recover. DW will keep the Committee informed of this project.

6. DW discussed some issues surrounding the metal roof submittal as proposed by EJS. The
   product submitted is a substitution of what was specified. DW is verifying that this product
   meets the requirements for a 30 year warranty.

7. Andy L. and Randy B. presented a proposed mascot rendering for the Committee to review.
   Discussion followed about painted lines on the court (specifically volleyball lines). The
   Committee discussed a 4 ft. or 2 ft border around the court. DW will prepare large scale
   drawings of the court with the proposed center court emblem and dimensions with a 2 ft
   border and a 4 ft border for the next meeting. It was noted that the school project would have
   to purchase the paint, however Randy was willing to donate his time. The Committee
   thanked Randy for his generosity.

8. The next Building Committee meeting will be held on 2 April 2003 at 7:00pm.

The above is my summation of our meeting. If you have any additions and/or corrections, please
contact me for incorporation into these minutes. After 10 days, we will accept these minutes as
an accurate summary of our discussion and enter them into the permanent record of this project.

Sincerely,

**DORE AND WHITTIER, INC.**
Architects • Project Managers

Lee P. Dore, Assoc. AIA, CSI
Project Manager

c Bob O'Neill, Superintendent of Schools
  Mr. John Couture, Building Inspector
  Chris Conway, Construction Manager
  Engineers Design Group
  Garcia, Galuska, Desousa
  Berkshire Design Group
  ATC
  CCR/Pyramid
  John Crisafulli Consulting Services, Inc.
  RJD/DMW/ARR/JFT/SED/File

Prepared 3 April 2003