**EXHIBIT  17**

## DORE AND WHITTIER, INC.  Architects • Project Managers

1795 Williston Road, Suite 5, South Burlington, Vermont 05403  Tel. (802)863-1428 Fax (802)863-6955
1400 Hancock Street, Quincy Massachusetts 02169  Tel. (617) 471-2897 Fax (617) 471-2516

DEPOSITION
EXHIBIT

Dore 42
4-13-05

## MEETING NOTES

**DATE OF**
**MEETING:**      2 April 2003

**PROJECT:**      North Brookfield Jr./Sr. High School
                  Dore & Whittier Project No.  00-404

**SUBJECT:**      School Building Committee Meeting, 7:00 PM

**ATTENDING:**    Don Gillette          Co-Chair, Building Committee
                  Greg Kline            Building Committee
                  Jim Wuelfing          Building Committee
                  George Hanson         Building Committee
                  Ed O'Malley           Principal
                  Robert O'Neill        Superintendent
                  Chris Conway          Construction Manager (CMC)

1.  Minutes of 19 March 2003 were distributed and reviewed. Due to the lack of a quorum these
    minutes will need to be approved at the next meeting.

2.  Chris Conway presented the construction manager's report:

    Exterior of the building
    The contractor is reworking the building loop road from the west corner to the mid point
    of the gym rear wall due to frost and snowmelt and recent rains. The roadbed that was
    placed last fall has been removed and is being replaced with a base layer of 6" trap rock
    then a layer of 2" stone and gravel. The retention pond is being re-excavated to remove
    muck and earth that has fallen in over the winter. Dewatering of the pond and the two
    remaining well points is continuing daily to relieve the ground water.

    Area C
    The masons are back on site with a crew of three masons and two tenders. This crew is
    scheduled to be increased as soon as the contractor completes the loop road repair. The
    present crew has completed the CMU shear wall along the south side of the mechanical
    room and is currently erecting the split face veneer along the rear foundation of area C.
    The focus for this crew will be on exterior veneer of the north, west and south elevations
    of area C. The plumber is nearing completion of the below slab acid and sanitary waste
    systems for this area. The contractor continues to place the final lift of structural fill and
    has an approved material for the slab on grade base coarse material. Placement of base
    coarse material is expected next week.

    Area B
    The plumber has completed the underground waste for the kitchen area and is currently
    working on the mechanical room under slab lines. The plumber has started under slab

Prepared 14 April 2003

North Brookfield School Building Committee
Meeting 2 April 2003
Page 2                                                                - 2 -

sanitary and acid waste lines at the lower level lobby and cafeteria and EJS has started
excavation of those lines. The mason will be starting the elevator shaft walls at the lower
level tomorrow or Friday. At the main level the plumber has installed the composite slab
sleeves thru out all of area B. The ironworker has placed and welded most of the main
level metal decking. There still remains a substantial amount of detailing and roof level
decking at this area. EJS has shifted the ironworker's efforts to area A and will be
returning to area B once completed with A.

Area A
The ironworker is continuing with detailing in this area. Placement of main level decking
and edge stops is ongoing. Welding off of the structural steel brace frames is nearly
complete. The ironworker will be moving to the roof level decking and roof edge angle
placement and welding at the end of this week.

Major Material Deliveries
   o  Greenwood Industries has delivered 33,000 sf of sloped roof insulation to the site.
   o  EJS has delivered 28,000 sf of 2.5" rigid insulation for use at the exterior wall
      assemblies.
   o  EJS continues to deliver masonry units for exterior veneer and shear wall
      assemblies on a daily basis.
   o  Cheviot Corp has delivered three trailer loads of the window systems for the
      exterior walls.

3.  It was noted that there still hasn't been a schedule update delivered to the Committee as
    required by the contract documents. D&W will issue a memo to EJS listing outstanding items
    required that are on a critical path.

4.  The Building Committee requested that D&W investigate a projected completion date for the
    project based on manpower history to date as well as payment requisitions. The Committee is
    concerned that potential liquidated damages costs will be very high and question if the
    contractor's retainage alone could cover these costs.

5.  D&W issued a revised basketball court layout option with 4 ft purple boundary around
    playing surface. Volleyball court lines were also on the layout plan. The school emblem
    proposed at the last meeting by the athletic department was also located on center court. The
    Committee is concerned about the emblem with a flag painted on the court. Ed O'Malley will
    relay this concern to the athletic department and it will be discussed further at the next
    meeting.

6.  The Committee reviewed warrants for the project.  Building Committee members in
    attendance signed the warrant and it will be reviewed and processed at the next meeting when
    a quorum is present.

7.  The Committee requested a site tour within the next month. With daylight savings starting
    soon, the Committee may be able to tour the site prior to the commencement of a meeting.
    Members were invited to the scheduled walking tour of the construction site at 10AM on
    April 2, 2003.

Prepared 14 April 2003

North Brookfield School Building Committee
Meeting 2 April 2003
Page 3                                                      - 3 -

8.  The next Building Committee meeting will be held on 16 April 2003 at 7:00pm.

The above is my summation of our meeting. If you have any additions and/or corrections, please contact me for incorporation into these minutes. After 10 days, we will accept these minutes as an accurate summary of our discussion and enter them into the permanent record of this project.

Sincerely,

**DORE AND WHITTIER, INC.**
Architects • Project Managers

Lee P. Doré, Assoc. AIA, CSI
Project Manager

c Bob O'Neill, Superintendent of Schools
  Mr. John Couture, Building Inspector
  Chris Conway, Construction Manager
  Engineers Design Group
  Garcia, Galuska, Desousa
  Berkshire Design Group
  ATC
  CCR/Pyramid
  John Crisafulli Consulting Services, Inc.
  RJD/LPD/ARR/JFT/RLZ/HA/CMC/GOJ/DAW/File

Prepared 14 April 2003

**EXHIBIT 18**

Robert J. O'Neill                                    05/23/2005

1

1                                        VOLUME: I

2        CERTIFIED ORIGINAL           PAGES: 1 to 186
         LEGALINK BOSTON

3                                      EXHIBITS: See Index

4

5              UNITED STATES DISTRICT COURT

6              DISTRICT OF MASSACHUSETTS

7

8    - - - - - - - - - - - - - - - - - x

9    AMERICAN MANUFACTURERS MUTUAL

10   INSURANCE COMPANY

11            Plaintiff

12      v.                              Civil Action

13                                      No. 03-40266-CBS

14   TOWN OF NORTH BROOKFIELD

15            Defendant

16   - - - - - - - - - - - - - - - - - x

17          DEPOSITION OF ROBERT J. O'NEILL

18             Monday, May 23, 2005

19                 9:06 a.m.

20              Holland & Knight

21            10 St. James Avenue

22            Boston, Massachusetts

23

24        Michelle Keegan, Court Reporter
              LegaLink Boston

Robert J. O'Neill                                                  05/23/2005

61

| | | |
|---|---|---|
| 11:12:34 | 1 | requisitions. |
| 11:12:36 | 2 | "The committee was concerned that |
| 11:12:38 | 3 | potential liquidated damages costs would be very |
| 11:12:41 | 4 | high and question if the contractor's retainage |
| 11:12:45 | 5 | alone could cover these costs." |
| 11:12:46 | 6 | Do you remember anything more of that |
| 11:12:49 | 7 | discussion? |
| 11:12:51 | 8 | A.  I do recall that discussion.  And just as |
| 11:12:54 | 9 | mentioned previously, I think the building committee |
| 11:13:00 | 10 | was looking for documentation with regard to their |
| 11:13:11 | 11 | concerns about the schedule.  And it was felt that |
| 11:13:16 | 12 | another way to do that would be to formalize a |
| 13:22 | 13 | budget and a manpower summary report. |
| 11:13:27 | 14 | Q.  Which member or members of the building |
| 11:13:29 | 15 | committee made the suggestion for an analysis based |
| 11:13:36 | 16 | on manpower history? |
| 11:13:38 | 17 | A.  I don't recall specifically the name. |
| 11:13:40 | 18 | Q.  Who suggested making an analysis based on |
| 11:13:43 | 19 | payment requisitions? |
| 11:13:45 | 20 | A.  I don't recall who specifically.  I do |
| 11:13:50 | 21 | recall there was general consensus that that would |
| 11:13:53 | 22 | be good information to have. |
| 11:13:53 | 23 | Q.  Did anyone talk about specific numbers |
| 11:14:00 | 24 | concerning the estimated liquidated damages as of -- |

LegaLink Boston

Robert J. O'Neill                                           05/23/2005

62

| 11:14:08 | 1 | that the committee thought they would be entitled to |
| 11:14:10 | 2 | as of the April 2, 2003 meeting? |
| 11:14:13 | 3 |     A.  I don't recall that discussion. |
| 11:14:16 | 4 |     Q.  Did anyone point out what the retainage |
| 11:14:21 | 5 | amount was as of the time of the April 2, 2003 |
| 11:14:25 | 6 | meeting? |
| 11:14:26 | 7 |     A.  I don't recall. |
| 11:14:30 | 8 |     Q.  Did Dore & Whittier ever present the |
| 11:14:44 | 9 | building committee with a projected completion date |
| 11:14:48 | 10 | for the project based on manpower history? |
| 11:14:50 | 11 |     A.  I believe they did at a subsequent meeting. |
| 11:15:01 | 12 |     Q.  Have you exhausted your recollection of the |
| 11:15:11 | 13 | discussion concerning the request that Dore & |
| 11:15:14 | 14 | Whittier investigate a projected completion date? |
| 11:15:16 | 15 |     A.  Yes. |
| 11:15:19 | 16 |         MS. GRIFFIN:  Let's mark this as the |
| 11:15:21 | 17 | next exhibit. |
| 11:15:24 | 18 |         (Exhibit Number 180 |
| 11:15:39 | 19 |         marked for identification) |
| 11:16:59 | 20 |         (Pause) |
| 11:16:59 | 21 |     Q.  Can you identify Exhibit 180, please? |
| 11:17:01 | 22 |     A.  It's my personal notes from the meeting of |
| 11:17:08 | 23 | 4/2, maybe. |
| 11:17:12 | 24 |         Is it 4/2? |

LegaLink Boston

Robert J. O'Neill                                        05/23/2005

63

| Time | Line | |
|---|---|---|
| 11:17:13 | 1 | Q.  April 2.  That's the same meeting we were |
| 11:17:15 | 2 | just discussing in Exhibit 42; is that right? |
| 11:17:17 | 3 | A.  Correct. |
| 11:17:18 | 4 | Q.  And if you'd turn to the second page of |
| 11:17:25 | 5 | Exhibit 180, the last note you made on that page |
| 11:17:32 | 6 | says, "Penalties will exceed retainage," dash what? |
| 11:17:36 | 7 | Do you see that? |
| 11:17:36 | 8 | A.  Yes. |
| 11:17:37 | 9 | Q.  And did I read it correctly? |
| 11:17:39 | 10 | A.  Yes. |
| 11:17:39 | 11 | Q.  Does that refresh your recollection as to |
| 11:17:48 | 12 | anything more about the discussion concerning |
| 17:51 | 13 | whether the retainage would be enough to cover |
| 11:17:54 | 14 | liquidated damages? |
| 11:17:55 | 15 | A.  No.  I think just the question. |
| 11:18:02 | 16 | Q.  What did you mean by writing the word |
| 11:18:07 | 17 | "what"? |
| 11:18:08 | 18 | A.  I'm not sure.  There was probably a question |
| 11:18:10 | 19 | in my mind, the same issue, will they. |
| 11:18:16 | 20 | Q.  So you wrote it initially as a statement |
| 11:18:21 | 21 | that penalties will exceed retainage, correct? |
| 11:18:24 | 22 | A.  I'm not sure. |
| 11:18:24 | 23 | Q.  Did someone, in fact, make that statement as |
| 11:18:30 | 24 | a statement? |

LegaLink Boston

Robert J. O'Neill                                          05/23/2005

68

| Time | Line | |
|------|------|---|
| 11:28:29 | 1 | A. Yup. |
| 11:28:30 | 2 | Q. You attended the school building committee |
| 11:28:33 | 3 | meeting of April 16, 2003? |
| 11:28:35 | 4 | A. Yes. |
| 11:28:35 | 5 | Q. Paragraph 2 states, "Dore & Whittier |
| 11:28:46 | 6 | deferred the construction manager's report until the |
| 11:28:47 | 7 | next meeting, as progress has been slow over the |
| 11:28:50 | 8 | past two weeks." Was there any discussion about |
| 11:28:53 | 9 | progress over the past two weeks at the April 16 |
| 11:28:57 | 10 | school building committee meeting beyond what's |
| 11:28:59 | 11 | referenced there? |
| 11:29:00 | 12 | A. I don't recall. |
| 11:29:00 | 13 | Q. Paragraph 5 says, "A projected completion |
| 11:29:08 | 14 | graph for the project as of 16 April 2003 was |
| 11:29:15 | 15 | distributed." Is the graph that's referenced there |
| 11:29:23 | 16 | the document marked Exhibit 46? |
| 11:29:27 | 17 | A. I believe so. |
| 11:29:28 | 18 | Q. And then paragraph 5 continues by saying, at |
| 11:29:42 | 19 | the bottom of the first page, "Dore & Whittier and |
| 11:29:44 | 20 | the committee are very concerned that this schedule |
| 11:29:48 | 21 | will not be completed anywhere near the contract |
| 11:29:51 | 22 | time frame." |
| 11:29:57 | 23 | Did anyone voice the view at the school |
| 11:29:59 | 24 | building committee meeting of April 16, 2003 that it |

LegaLink Boston

Robert J. O'Neill                                    05/23/2005

69

```
11:30:04    1    was still possible for the building to be completed
11:30:06    2    on time?
11:30:06    3         A.   I don't recall.
11:30:11    4         Q.   The graph that was marked Exhibit 46, what
11:30:32    5    was your understanding of what it was that would be
11:30:41    6    completed at the end of the graph there?  The new
11:30:46    7    building?
11:30:46    8              MR. McENANEY:   Objection.
11:30:49    9         Q.   Let me rephrase the question.  Up at the top
11:30:53   10    of the graph it says, "Estimated completion is 14
11:30:56   11    months beyond substantial completion," right?  Do
11:31:01   12    you see that?
 31:01     13         A.   Yup.
11:31:03   14         Q.   And was this graph explained to you at the
11:31:08   15    April 16 meeting?
11:31:09   16         A.   Yes.
11:31:10   17         Q.   Who gave the explanation?
11:31:15   18         A.   I believe Lee Dore did.
11:31:17   19         Q.   Did Mr. Dore explain that it was the
11:31:23   20    estimated completion for the new building that was
11:31:26   21    14 months beyond the substantial completion date?
11:31:31   22         A.   I believe so.
11:31:31   23         Q.   Now, going over to page 2 of Exhibit 45, the
11:31:54   24    sentence begins at the bottom of the first page,
```
                          LegaLink Boston

85

| | | |
|---|---|---|
| 11:57:18 | 1 | Q. After sending out the letter which is marked |
| 11:57:45 | 2 | Exhibit 85, did you get a response from Sciaba? |
| 11:57:50 | 3 | A. I received a call, I believe, from Matt Daly |
| 11:57:57 | 4 | shortly thereafter indicating that May 7th was a |
| 11:58:03 | 5 | problem and requesting a reschedule to May 21st. He |
| 11:58:16 | 6 | assumed primary responsibility for the project. |
| 11:58:21 | 7 | Q. When did Mr. Daly call you to tell you that |
| 11:58:23 | 8 | May 7th was a problem? |
| 11:58:28 | 9 | A. As I recall, at least a week in advance. |
| 11:58:31 | 10 | Maybe sometime around the end of the month. |
| 11:58:33 | 11 | Q. The end of April? |
| 11:58:35 | 12 | A. Yes. |
| 58:35 | 13 | Q. I'm going to show you next a document that |
| 11:58:50 | 14 | was marked previously as Exhibit 49, and then I'm |
| 11:58:56 | 15 | going to show you -- |
| 11:58:59 | 16 | MS. GRIFFIN: Let's mark the next |
| 11:58:59 | 17 | exhibit before I show it to you. |
| 11:59:02 | 18 | (Exhibit Number 181 |
| 11:59:03 | 19 | marked for identification) |
| 11:59:19 | 20 | Q. Exhibit 181 is another copy of the minutes |
| 11:59:25 | 21 | that were marked as Exhibit 49, but on 181 some of |
| 11:59:34 | 22 | the copying made part of page 1 illegible, but |
| 11:59:39 | 23 | there's also some handwriting on Exhibit 181 that is |
| 11:59:42 | 24 | not on 49. Do you see that? |

LegaLink Boston

Robert J. O'Neill                                    05/23/2005

86

| 11:59:43 | 1 | A.  (No verbal response) |
| 11:59:53 | 2 | Q.  Was that yes? |
| 11:59:54 | 3 | A.  Yes. |
| 11:59:54 | 4 | Q.  Is the handwriting on Exhibit 181, apart |
| 12:00:02 | 5 | from Mr. Aksdal's signature, is that your |
| 12:00:04 | 6 | handwriting? |
| 12:00:05 | 7 | A.  I believe so. |
| 12:00:13 | 8 | Q.  Can you tell us when you made the |
| 12:00:16 | 9 | handwritten notes on Exhibit 181? |
| 12:00:18 | 10 | A.  My guess would be at the next meeting, next |
| 12:00:25 | 11 | job meeting, potentially May 28th, if we adhered to |
| 12:00:33 | 12 | the schedule. |
| 12:00:33 | 13 | Q.  Would you turn to the last page of Exhibit |
| 12:00:54 | 14 | 181, please, and take a look at the notes to the |
| 12:01:11 | 15 | right of Mr. Aksdal's signature.  You wrote "New |
| 12:01:20 | 16 | CC," dash, and then there's something in quotes. |
| 12:01:22 | 17 | Would you read that -- what's in quotes. |
| 12:01:25 | 18 | A.  "Nothing has happened in the last two weeks. |
| 12:01:29 | 19 | EJS is resolving financial issues." |
| 12:01:32 | 20 | Q.  Was that a statement that Chris Conway made? |
| 12:01:34 | 21 | A.  I believe so. |
| 12:01:34 | 22 | Q.  The next entry says, "Lee," dash, "submit |
| 12:01:53 | 23 | schedule," dash, "substantial completion date.  Not |
| 12:01:57 | 24 | hit 8/15."  Did I read that right? |

LegaLink Boston

Robert J. O'Neill                                    05/23/2005

87

| Time | Line | |
|------|------|---|
| 12:01:59 | 1 | A.  Yes. |
| 12:02:00 | 2 | Q.  Can you recall what discussion there was |
| 12:02:05 | 3 | about that issue that led you to make those notes? |
| 12:02:07 | 4 | A.  Not exactly. |
| 12:02:09 | 5 | Q.  That note goes on to say, "Billing for 73 |
| 12:02:15 | 6 | percent general conditions."  What's the dollar |
| 12:02:20 | 7 | amount there that follows? |
| 12:02:22 | 8 | A.  It looks like $35,000 a month. |
| 12:02:25 | 9 | Q.  Do you remember the discussion about that |
| 12:02:27 | 10 | item? |
| 12:02:27 | 11 | A.  No, I don't. |
| 12:02:28 | 12 | Q.  What is the next note say?  Strike that. |
| 02:37 | 13 | Before I ask you about that, in the two |
| 12:02:43 | 14 | segments that I just read were you making a note of |
| 12:02:46 | 15 | something Lee Dore said at the meeting? |
| 12:02:48 | 16 | A.  Yes. |
| 12:02:49 | 17 | Q.  And then the next one says "MD."  Was that |
| 12:02:53 | 18 | Matt Daly talking now? |
| 12:02:55 | 19 | A.  I would guess so, yes. |
| 12:02:56 | 20 | Q.  Okay.  And what did you write there? |
| 12:02:58 | 21 | A.  "Receptive to reducing as long as covers my |
| 12:03:04 | 22 | cost.  Divide by the months left." |
| 12:03:11 | 23 | Q.  Keep going. |
| 12:03:12 | 24 | A.  "Will bill according to new completion |

LegaLink Boston

Robert J. O'Neill                                                05/23/2005

88

```
12:03:14    1   date."
12:03:14    2       Q.  Do you remember the discussion that led to
12:03:16    3   your making those notes?
12:03:18    4       A.  No, I guess I don't recall the specifics.
12:03:33    5   It had to do with Sciaba's costs related to the
12:03:37    6   potential new completion date and a reduction in
12:03:42    7   Sciaba's costs.
12:03:44    8       Q.  Did anybody from Dore & Whittier tell Sciaba
12:03:50    9   what date to use as a substantial completion date in
12:03:53   10   their next schedule?
12:03:54   11       A.  I don't recall.
12:03:57   12       Q.  Way over on the left there's a note that
   04:09   13   starts "CC," quote, "tremendous amount of work this
12:04:12   14   summer."  Did I read that right?
12:04:13   15       A.  Yes.
12:04:13   16       Q.  Was that something that Mr. Conway said?
12:04:17   17       A.  I believe so.
12:04:20   18       Q.  And what was the discussion that led you to
12:04:24   19   make that note?
12:04:25   20       A.  I guess we were still optimistic at this
12:04:35   21   point.  There's much that needs to get done.
12:04:42   22       Q.  And then a little bit below that there's an
12:04:48   23   asterisk, and it says, "$50,000 for roadwork.
12:04:55   24   Estimate phone."  Can you finish reading that note?
```
                        LegaLink Boston

# EXHIBIT  19

O'Neill
EXHIBIT NO. 180
5-2305
MICHELLE KEEGAN

4/2/2003

School Building Committee

1. Minutes from March 19, 2003
2. Job meeting March 19
3. Bills — D&W
         Plumbing Inspection
4. Itemized budget list to be

George Hanson — no quorum unofficial —
Greg Kline — Holyoke Equipment Notice —
Doug Hebede — weather - good & bad — frost/ water —
Jim Wuelfing — site impact
Chris Conway — Bob, Ed, Dale — site visit
Bob, Ed
Ed         loop road effort  24'-30' need w stone-large
           trap rock. Allows heavier equipment
           5-6000 stone.
           without this — no equipment activity
           actual + — no cost to owner — some geo removal
           + trap rock replacement
           continued dewatering
           Masons back on site  3 M + 2 tenders    mechanical room
           veneer — Area C —  Back wall HVAC room
           Plumber — prep for base slab in C
           Slay Dale — had waste question in Science
           Kitchen Mechanical plumbing accepted & approved
           ? slab in C — 3 weeks. Electric under
           slab is OK. No 2 week look-ahead

           Iron — housed in A, in B — 90% new level
metal decking. Substantial detailing still left. At
roof level + gym in B.
           Material deliveries — 33,000 ft²  Greenwood
           28,000 ft² — insulation — Sioba     materials

                                              (over)

masonry units, materials. 3 trailer loads of
window assembly
Sidoha issues on Practice.
Updated schedule? Mike/Chris? - continued
Manpower + equipment problems? past performance
projection on past requisitions - When will #
work out. Produce some type of projection.
% complete, cost. We need to project acti numbers
into next year. Based on % complete + cost
Basketball court - reviewed only concern is
the slag

Bill - signed but need approval next month

? or schedule follow up, any other activities
? or site tour for bldg committee
Long term look ahead based on performance to date-
Start looking at our options
Penalties will exceed retainage - What

4/8/2003
School
Building
Committee

George O. Hanson          S B C

Robert O'Neill            NBPS

Greg Kline                SBC

Ed O'Malley               Principal

Jim W Welghing            SBC

Jim Milette               S. B. C.

Chris Conway              D & W

**EXHIBIT  20**

DEPOSITION EXHIBIT
Dave 4/6 vs
4-13-05

chart print page



Actual Billings vs. D&W Est. Drawdown
As of 4-16-03

Page 1

# EXHIBIT  21

## DORE AND WHITTIER, INC. Architects • Project Managers
1795 Williston Road, Suite 5, South Burlington, Vermont 05403  Tel. (802)863-1428 Fax (802)863-6955
1400 Hancock Street, Quincy Massachusetts 02169  Tel. (617) 471-2897 Fax (617) 471-2516

## MEETING NOTES

DEPOSITION EXHIBIT

Dore 45
4-13-05      VS

| | |
|---|---|
| **DATE OF MEETING:** | 16 April 2003 |
| **PROJECT:** | North Brookfield Jr./Sr. High School<br>Dore & Whittier Project No.  00-404 |
| **SUBJECT:** | School Building Committee Meeting, 7:00 PM |
| **ATTENDING:** | Don Gillette — Co-Chair, Building Committee<br>Jim Murray — Co-Chair, Building Committee<br>Greg Kline — Building Committee<br>Ed Wilkins, Jr. — Building Committee<br>Patricia Pariseau — Building Committee<br>Mary Ellen Tshilis — Building Committee<br>Ed O'Malley — Principal<br>Robert O'Neill — Superintendent<br>Chris Conway — Construction Manager (CMC)<br>Lee Dore — Dore and Whittier, Inc. (DW) |

1. Minutes of 2 April 2003 were distributed and reviewed.  Due to the lack of a quorum these minutes were not formally voted. Minutes of 19 March 2003 were approved unanimously as presented.

2. DW deferred the construction manager's report until the next meeting as progress has been slow over the past two weeks.

3. A motion was made to accept Peter Barstow's resignation from the Building Committee. This motion was approved unanimously.  It is noted that there are seven active members of the Building Committee.

4. George Hanson passed away last week.   The Committee valued his dedication and commitment to the building project, he will be missed.  The Committee will draft a letter of appreciation for review at the next meeting.

5. DW distributed a projected completion graph for the project as of 16 April 2003.  This projection was based on average monthly requisitions on the project to date.  The projection indicates a completion date of January, 2005, more than one year late.   Substantial Completion with all approved extensions of contract is December 15, 2003.  The required average monthly billing to hit the project schedule was approx. $881,000 per month.  The actual billings have been $392,000 per month and decreasing over the last three months. The projected completion percentage as of 16 April 2003 is 72% complete while the actual is 36% complete.   DW and the Committee are very concerned that this schedule will not be completed anywhere near the contract timeframe. The Committee noted that additional costs



Prepared 21 April 2003

North Brookfield School Building Committee
Meeting 16 April 2003
Page 2                                                                              - 2 -

will be incurred to pay the Architect and Construction Manager beyond the scheduled
substantial completion dates. These funds will need to be made up by liquidated damages of
$1,000 per day for each and every day the project is beyond substantial completion.
Liquidated damages are estimated at over $400,000 based on the projected completion date.

6.  D&W reviewed ongoing issues with the General Contractor.
    • Roofer has issued a letter to EJS stating that they will not be working on any EJS jobs
      until accounts are paid in full on several projects not just North Brookfield.
    • Griffin Electric has demobilized from the site as of today due to lack of progress on the
      work of the general contractor.
    • DW is concerned that approved change orders are not being distributed to subcontractors.
      One CO dating 1/14/03 has not been forwarded to Griffin Electric regarding additional
      conduit.  Griffin stated that their price proposal is no longer valid and it will be an
      additional cost to EJS.
    • Millis Plumbing has filed for direct payment claims. DW advised the Committee to send
      the claim to Town Counsel for them to issue a letter back to EJS with a specific time
      frame for action on the claim.

7.  DW advised the Committee that the March, 2003 Application for Payment will be sent back
    to EJS with an explanation of mistakes such as:
    • Non incorporation of CCD #5 (2nd month in a row this has not been added)
    • Lack of monthly progress schedule (last rec'd on 12/02)
    • Lack of coordination drawings
    • Lien release from Millis is not dated and appears to be from January, 2003 (Millis is filing
      a direct payment claim)

8.  The Committee discussed available options to them regarding lack of performance by the
    Contractor.  A motion was made to have Town Counsel review the job status and provide
    recommendations on how to proceed.  This motion was approved unanimously.

9.  The Committee review another proposed basketball court color scheme.  This option had an
    additional 4 ft black strip around the 4 ft purple stripe at the perimeter of the court.  This
    layout also did not include volleyball striping.  The Committee deferred a decision on this
    layout until the next meeting when the athletic director can be present.

10. The Committee approved warrants for the Dept. of Revenue and Yankee Engineering and
    Testing services.

11. CMC noted that Verizon is still working on a cost for new service connection.  The utility
    easement for Verizon has been approved by the Selectboard and returned to Verizon.

12. DW to fax copies of the payment bond and performance bond to Jim Murray at work.  Bob
    O'Neill will have a copy of the Contract between the Town and EJS sent to Kopelman and
    Paige for review.  DW noted that K&P may require a copy of the front end specifications as
    well.

13. The next Building Committee meeting will be held on 30April 2003 at 6:00pm.  A site tour

Prepared 21 April 2003

North Brookfield School Building Committee
Meeting 16 April 2003
Page 3                                                                    - 3 -

will start the meeting.  Meeting will start at the Construction Manager's trailer.

The above is my summation of our meeting.  If you have any additions and/or corrections, please contact me for incorporation into these minutes.  After 10 days, we will accept these minutes as an accurate summary of our discussion and enter them into the permanent record of this project.

Sincerely,

**DORE AND WHITTIER, INC.**
Architects • Project Managers

Lee P. Dore  Assoc. AIA, CSI
Project Manager

c Bob O'Neill, Superintendent of Schools
  Mr. John Couture, Building Inspector
  Chris Conway, Construction Manager
  Engineers Design Group
  Garcia, Galuska, Desousa
  Berkshire Design Group
  ATC
  CCR/Pyramid
  John Crisafulli Consulting Services, Inc.
  RJD/LPD/ARR/JFT/RLZ/HA/CMC/GOJ/DAW/File

# EXHIBIT  22

# APPLICATION AND CERTIFICATE FOR PAYMENT    AIA DOCUMENT G702

PAGE ONE OF ___ PAGES

TO OWNER: TOWN OF N. BROOKFIELD
10 New School Drive
North Brookfield, MA 01535

PROJECT: NORTH BROOKFIELD JR./SR. HI

FROM CONTRACTOR: E. J. SCIABA CONTRACTING CO. N. VIA ARCHITECT: DORE AND WHITTIER, INC.
18 Wolcott Street
Readville, MA 02137
1795 Williston Road
S. Burlington, VT 05403

**RECEIVED**
**MAY 0 8 2003**

APPLICATION NO: 0013B
PERIOD TO: 5/1/2003
PROJECT NOS.: 238
CONTRACT DATE:

Distribution to:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR
☐

CONTRACT FOR:

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the contract.
Continuation Sheet, AIA Document G703, is attached.

| | |
|---|---|
| 1. ORIGINAL CONTRACT SUM | $13,222,000.00 |
| 2. Net change by Change Orders | $132,829.28 |
| 3. CONTRACT SUM TO DATE (Line 1 ±2) | $13,354,829.28 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | ~~$5,426,335.90~~ $5,427,335.90 |
| 5. RETAINAGE: | |
| a. 5.000 % of Completed Work (Columns D + E on G703) | $0.00 |
| b. 5.000 % of Stored Material (Columns F on G703) | $0.00 |
| Total Retainage (Line 5a + 5b or Total in Columns I on G703) | $271,366.80 ~~$271,316.80~~ |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 less Line 5 Total) | $5,155,969.10 ~~$5,155,019.10~~ |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | $4,712,235.34 ~~$4,711,286.32~~ |
| 8. CURRENT PAYMENT DUE | ~~$443,732.77~~ $443,733.76 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $8,199,810.18 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $156,179.07 | $23,349.79 |
| Total approved this Month | $0.00 | $0.00 |
| TOTALS | $156,179.07 | $23,349.79 |
| NET CHANGES by Change Order | $132,829.28 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge information and belief the Work covered by this application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: E. J. SCIABA CONTRACTING

By: _____  Date: 5/8/03
5/8/2003

State of: MASSACHUSETTS
County of: SUFFOLK

Subscribed and sworn to before
me this 8TH day of MAY 200
Notary Public: Jeffrey L. Rogers
My Commission expires: 04/23/2010

**JEFFREY SCOTT ROGERS**
**Notary Public**
**Commonwealth of Massachusetts**
**My Commission Expires**
**April 23, 2010**

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED .......................... $443,733.76 ~~$443,732.77~~

(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to conform to the amount certified.)

ARCHITECT: Dore & Whittier, Inc.

By: _____  Date: 5/9/03
5/8/2003

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

Dore 72
EXHIBIT
4-13-05
CASE #

AIA DOCUMENT G702 • APPLICATION AND CERTIFICATE FOR PAYMENT • 1992 EDITION • AIA® • ©1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006-5292 • WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.
This document has been reproduced electronically with the permission of The American Institute of Architects under License #97003 to Primavera Systems, Inc. Reproduction of this document without project-specific information is not permitted. Contact The American Institute of Architects to verify the current version of this document and license status."

G702-1992

# CONTINUATION SHEET
## AIA DOCUMENT G703

PAGE 1 OF 23 PAGES

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT,
containing Contractor's signed Certification, is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO.: 0013B
APPLICATION DATE:
PERIOD TO: 5/1/2003
ARCHITECT'S PROJECT NO.: 238

| A | B | C | D | E | F | G | % | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE) RATE |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | (G÷C) | | |
| O0005 | Mobilization & Internal Office Setup | $123,722.00 | $123,722.00 | $0.00 | $0.00 | $123,722.00 | 100.000 | $0.00 | $6,186.10 |
| O0010 | General Contractor Bond | $247,444.00 | $247,444.00 | $0.00 | $0.00 | $247,444.00 | 100.000 | $0.00 | $12,372.20 |
| O0015 | Subcontractor Bonds | $118,000.00 | $118,000.00 | $0.00 | $0.00 | $118,000.00 | 100.000 | $0.00 | $5,900.00 |
| O0020 | GLPD Insurance | $26,000.00 | $26,000.00 | $0.00 | $0.00 | $26,000.00 | 100.000 | $0.00 | $1,300.00 |
| O0025 | Builders Risk | $32,000.00 | $32,000.00 | $0.00 | $0.00 | $32,000.00 | 100.000 | $0.00 | $1,600.00 |
| O0030 | Baseline CPM Schedule | $10,000.00 | $10,000.00 | $0.00 | $0.00 | $10,000.00 | 100.000 | $0.00 | $500.00 |
| O0035 | Schedule of Values | $5,000.00 | $5,000.00 | $0.00 | $0.00 | $5,000.00 | 100.000 | $0.00 | $250.00 |
| O0040 | Construction Sign | $3,500.00 | $3,500.00 | $0.00 | $0.00 | $3,500.00 | 100.000 | $0.00 | $175.00 |
| O0045 | Construction Fence | $24,000.00 | $24,000.00 | $0.00 | $0.00 | $24,000.00 | 100.000 | $0.00 | $1,200.00 |
| O0050 | SUBTOTAL | $589,666.00 | $589,666.00 | $0.00 | $0.00 | $589,666.00 | 100.000 | $0.00 | $29,483.30 |
| | | | | | | | | | |
| O0100 | GENERAL CONDITIONS | | | | | | | | |
| O0105 | Project Staffing | $452,853.00 | $298,546.21 | $25,158.00 | $0.00 | $323,704.21 | 71.481 | $129,148.79 | $16,185.21 |
| O0110 | Field Offices | $25,000.00 | $16,680.00 | $1,390.00 | $0.00 | $18,070.00 | 72.280 | $6,930.00 | $903.50 |
| O0115 | Temporary Telephones | $10,000.00 | $6,105.00 | $555.00 | $0.00 | $6,660.00 | 66.600 | $3,340.00 | $333.00 |
| O0120 | Temporary Toilets | $5,000.00 | $3,360.00 | $280.00 | $0.00 | $3,640.00 | 72.800 | $1,360.00 | $182.00 |
| O0125 | Electrical Consumption | $16,000.00 | $9,160.00 | $1,090.00 | $0.00 | $10,250.00 | 64.063 | $5,750.00 | $512.50 |
| O0130 | Storage Trailors | $3,500.00 | $2,838.00 | $200.00 | $0.00 | $3,038.00 | 86.800 | $462.00 | $151.90 |
| O0135 | Tarps, Blankets & Temp. Enclosure | $5,000.00 | $4,000.00 | $0.00 | $0.00 | $4,000.00 | 80.000 | $1,000.00 | $200.00 |
| O0140 | Interim Cleaning | $8,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $8,000.00 | $0.00 |
| O0145 | Project Photos | $3,000.00 | ~~$1,826.00~~ 6,000.00 | $0.00 | $0.00 | ~~$1,826.00~~ 6,000 | 60.867 | ~~$1,174.00~~ 10,000 | $91.30 |
| O0150 | CPM Schedule Updates | $16,000.00 | ~~$5,000.00~~ | $0.00 | $0.00 | ~~$5,000.00~~ | 31.250 | ~~$11,000.00~~ | ~~$250.00~~ 300 |
| O0155 | Registered Survey | $15,000.00 | $14,000.00 | $0.00 | $0.00 | $14,000.00 | 93.333 | $1,000.00 | $700.00 |
| O0160 | Layout Stakes & Supplies | $10,000.00 | $8,500.00 | $0.00 | $0.00 | $8,500.00 | 85.000 | $1,500.00 | $425.00 |
| O0165 | G.C. As-Builts & Closeout Documents | $5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $5,000.00 | $0.00 |
| O0170 | Temporary Water | $4,000.00 | $3,330.00 | $222.00 | $0.00 | $3,552.00 | 88.800 | $448.00 | $177.60 |
| O0175 | Dumpsters | $18,000.00 | $9,300.00 | $1,500.00 | $0.00 | $10,800.00 | 60.000 | $7,200.00 | $540.00 |
| O0180 | Final Cleaning | $10,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $10,000.00 | $0.00 |
| O0185 | Building Permit | $3,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $3,000.00 | $0.00 |
| O0299 | SUBTOTAL | $609,353.00 | $382,645.21 | $30,395.00 | $0.00 | $413,040.21 | 67.783 | $196,312.79 | $20,652.01 |
| | | | | | | | | | |
| O2060.00 | BUILDING DEMOLITION | | | | | | | | |
| O2060.05 | Demo Existing School | $67,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $67,500.00 | $0.00 |
| O2060.98 | SUBTOTAL | $67,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $67,500.00 | $0.00 |

AIA DOCUMENT G703 • APPLICATION AND CERTIFICATE FOR PAYMENT • 1992 EDITION • AIA® • ©1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK
AVENUE, N.W., WASHINGTON, D.C. 20006-5292 • WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.
"This document has been reproduced electronically with the permission of The American Institute of Architects under License 97003 to Primavera Systems, Inc. Reproduction of this document without project-specific information is not permitted. Contact The American Institute of Architects to verify the current version of this document and license status."

G703-1992

NBDW27016