# EXHIBIT 23

Case 4:03-cv-40266-TSH    Document 63-6    Filed 01/25/2006    Page 1 of 10



**DORE AND WHITTIER, INC.**
Architects • Project Managers

1795 WILLISTON RD, STE. 200 •S. BURLINGTON, VT 05403
Phone (802) 863-1428 •Fax (802) 863-6955

1400 HANCOCK STREET •QUINCY, MA 02169
Phone: (617) 471-2897 •Fax: (617) 471-2516

29 WATER STREET, STE 304 NEWBURYPORT, MA 01950
Phone (978) 499-2999 •Fax (978) 499-2944

## MEETING MINUTES

| | | |
|---|---|---|
| DATE OF MEETING: | 28 May 2003 | Meeting #27 |
| PROJECT: | North Brookfield Jr./Sr. High School<br>Dore & Whittier Project # 00-404 | |
| SUBJECT: | Job Meeting held at E.J. Sciaba Site Trailer, at 10:00 a.m. | |
| ATTENDING: | Bob O'Neill | Superintendent of Schools |
| | Ed O'Malley | Principal |
| | Matt Daly | Project Manager, E.J. Sciaba |
| | Mike Haynes | Superintendent, E.J. Sciaba |
| | Harald Aksdal | Dore and Whittier, Inc. |
| | Chris Conway | Dore and Whittier, Inc. |
| | Lee Dore | Dore and Whittier, Inc. |

Weather: 55°, 10:00 a.m., Over Cast & Light Rain

Status Report /Work in Progress:

    EJS: Trenching for underground communication lines in progress. Preparation for building fuel oil tank pad in progress. Preparation for slab in "C" Building in progress. Masons are setting up staging.
    Site Work: None.

- **Dewatering:** Continuing.

- **Millis Plumbing:** Underground plumbing continuing. Excavation for piping continuing as needed.

- **Griffin Electric:** In process of installing branch circuits and coordinating with masons. All light fixtures are on site. 5/28 Correction: All light fixtures are not on site including all gym lighting, exterior poles and light heads, and all special and/or custom fixtures are missing.

Prepared 1/6/2004

North Brookfield Jr./Sr. High School Job Meeting #27     2
Dore and Whittier Project No. 00-404

**Projected Work:**

- 5/28 1. Greenwood will be on site Thursday and begin roofing work Friday or Monday.
- 2. Concrete slab in Building C scheduled for end of next week.
- 3. Masons and iron-workers will return weather permitting. Note: Masons and iron-workers were laid off for this week due to present weather and forecast. EJS noted materials will be available.
- 4. D&W expressed concern that laid off workers due to weather is not the only issue and that materials are not on site.

**Project Schedule:**

- 3/5 Updated schedule will be submitted to the D&W office for review this Friday, 7 March 2003. 3/19 In process and expected to be submitted this week. 4/2 Updated schedule has not been submitted for review. Last scheduled submittal by EJS was dated 10 Dec. 2002. At this time the schedule of the project is being dictated by the support coming from the main office. 4/16 No change. Still waiting updated schedule. It was noted that based on the average requisition amounts, up to now, that it is anticipated EJS will finish this project in 2005 if the current pace is maintained. 4/30 Project schedule has been submitted to D&W for review. 5/14 Submitted schedule; in need of revision. 5/28 Revised schedule will be submitted next Tuesday, 3 June 2003. A narrative explaining the recovery plan will also be provided by EJS.

**Certified Payroll:**

- 5/14 See attached. Note: Greenwood has not been updated through April.

**Submittals/Shop Drawings:**

- 5/28 D&W will prepare an updated separate list of items not submitted and items noted R.R., for EJS use.

**RFIs and ASIs:**

- 5/28 Updated logs will be distributed at the next meeting.

**PRs/COPs:**

- 5/28 Up dated logs will be distributed at the next meeting.

**C.O./CCDs:**

- Change Order #1 issued 6/26/02.
- Change Order #2 issued 11/20/02.
- Change Order #3 issued 12/10/02.
- Construction Change Directive #5 issued 2/13/03.
- Construction Change Directive #6R issued 2/25/03.



Prepared 1/6/2004

North Brookfield Jr./Sr. High School Job Meeting #27    3
Dore and Whittier Project No. 00-404

**Daily Reports:**

- 5/28 Updated reports submitted.

| ITEM | | ACTION BY/DATE |
|---|---|---|
| 17.09 | EJS and the CM will review current certificates of insurance log to evaluate out of date certificates and coordinate providing new as necessary. See attached. 1/8 In process. 1/22 See attached; to be resolved within the next two weeks. 2/5 EJS liability coverage has expired; update required. 3/5 EJS is up to date. Updates are required per the attached list. 4/2 Four contractors on the list remain requiring updates. EJS coordinating. 4/16 No change. 4/30 D&W to verify and provide new log for the next meeting. 5/14 See attached. 5/28 See attached. | D&W |
| 19.01 | Hung Associates is to come on site and investigate LGMF progress in Area 'C' and report findings for processing and the files. 2/5 On site this Thursday, 6 Feb. 2003. 3/5 Awaiting report (Copy given to D&W after meeting. D&W will review.) 3/19 Mecca to respond to Hung's report and make adjustments. Hung will be required to verify corrections. 4/2 No change. 4/16 EJS waiting Mecca to be on site and make corrections. 4/30 Mecca due on site next week. 5/14 Mecca not on site. Repairs are needed and new identified repairs are required. 5/28 EJS to coordinate with Hung. EJS has ordered materials and waiting for Hungs response. D&W is concerned that repairs be completed before composite deck is placed. EJS noted concern. | EJS |
| 21.02 | Owner requested front walk be paved as soon as possible. EJS will schedule as weather permits. Item will be reviewed and updated at the next meeting. 3/19 To be further reviewed at next meeting. 4/2 Not scheduled yet. EJS will verify schedule and accelerate. If possible, may try to do week of school break, 21 to 25 April. 4/16 EJS unable to coordinate and schedule paving work. EJS will put fence back up, repair as needed and coordinate with owner. 4/30 EJS to review. Existing fence to be repaired and maintained. 5/14 EJS will repair existing fencing, clean up area and fill and/or fence in around manholes. 5/28 EJS will do and coordinate with Owner for June 1 graduation and June 29 motorcycle rally. | EJS |
| 24.03 | Question: Has the gym exit doors hollow metal frames been ordered and/or are they on site? EJS to verify. 4/30 EJS to verify. 5/14 Not on site; EJS to order. 5/28 No change. | EJS |
| 26.01 | Owner request construction fence at ball field be repaired. EJS will do. 5/28 EJS to tighten fence again. | EJS |
| **New Business** | | |
| 27.01 | D&W noted on the pay requisition, General Condition item is requesting to be paid at being 72% complete. EJS will coordinated General Condition amount with new schedule and make revisions as required. | EJS |



Prepared 1/6/2004

North Brookfield Jr./Sr. High School Job Meeting #27     4
Dore and Whittier Project No. 00-404

| ITEM | | ACTION BY/DATE |
|---|---|---|
| 27.02 | Owner requested time line on when and/or if the Softball field was going to be worked on this summer and when would utilities work be done out into the main road. Once EJS has established a schedule, these items will be verified and coordinated with the Owner. | EJS |

Next meeting to be held 11 June 2003 at 10:00 a.m.

The above is my summation of our meeting. If you have any additions and/or corrections, please contact me for incorporation into these minutes. After 10 days, we will accept these minutes as an accurate summary of our discussion and enter them into the permanent record of the project.

Sincerely,

DORE AND WHITTIER, INC.
Architects • Project Managers


Harald Aksdal, AIA
Project Manager


HA:kne

C:     Mr. Robert O'Neill (with attachments)
       Mr. Chris Conway (with attachments)
       Attendees
       A/E Consultants
       Mr. John Couture, Building Inspector
       RJD/LPD/ARR/JFT/GOJ/File

Prepared 1/6/2004

**EXHIBIT 24**



**DORE AND WHITTIER, INC.**
Architects • Project Managers

1795 WILLIS...

29 WATE...

O'Neill
EXHIBIT NO. 181
52305
MICHELLE KEEGAN

## MEETING MINUTES

| | |
|---|---|
| **DATE OF MEETING:** | 14 May 2003 |
| **PROJECT:** | North Brookfield Jr./Sr. High School<br>Dore & Whittier Project # 00-404 |
| **SUBJECT:** | Job Meeting held at E.J. Sciaba... |
| **ATTENDING:** | Ed O'Malley<br>Peter Shipman<br>Mike Haynes<br>Harald Aksdal<br>Chris Conway |

Weather: 65°, 10:00 a.m., Partly Sunny

Status Report / Work in Progress:

    **EJS:** Masons have completed block and brick vene...
Masons are starting to work in the gym area. S...
Decking is continuing; second floor decking is 90%...
roof blocking. Roofers are not on site and will n...
Section C is waiting final grading. However, unabl...
visit and coordinate on site.
**Site Work:** None.

- **Dewatering:** Continuing.

- **Millis Plumbing:** Underground plumbing continui...
as needed.

- **Griffin Electric:** In process of installing branch c...
- All light fixtures are on site.

Projected Work:

- 5/14 None provided.

Prepared 5/23/2003

North Brookfield Jr./Sr. High School Job Meeting #26                                                  2
Dore and Whittier Project No. 00-404

Project Schedule:

- 3/5 Updated schedule will be submitted to the D&W office for review this Friday, 7 March 2003. 3/19 In process and expected to be submitted this week. 4/2 Updated schedule has not been submitted for review. Last scheduled submittal by EJS was dated 10 Dec. 2002. At this time the schedule of the project is being dictated by the support coming from the main office. 4/16 No change. Still waiting updated schedule. It was noted that based on the average requisition amounts, up to now, that it is anticipated EJS will finish this project in 2005 if the current pace is maintained. 4/30 Project schedule has been submitted to D&W for review. 5/14 Submitted schedule; in need of revision.

Certified Payroll:

- 5/14 See attached. Note: Greenwood has not been updated through April. EJS is missing two April submissions.

Submittals/Shop Drawings:

- 5/14 D&W will prepare an updated separate list of items not submitted and items noted R.R., for EJS use.

RFIs and ASIs:

- 5/14 Updated logs distributed. See attached.

PRs/COPs:

- 5/14 Updated logs distributed. See attached.

C.O./CCDs:

- Change Order #1 issued 6/26/02.
- Change Order #2 issued 11/20/02.
- Change Order #3 issued 12/10/02.
- Construction Change Directive #5 issued 2/13/03.
- Construction Change Directive #6R issued 2/25/03.
- 5/14 Updated logs distributed. See attached.

Daily Reports:

- 5/14 Updated reports submitted.

| ITEM | | ACTION BY/DATE |
|---|---|---|
| 17.09 | EJS and the CM will review current certificates of insurance log to evaluate out of date certificates and coordinate providing new as necessary. See attached. 1/8 In process. 1/22 See attached; to be resolved within the next | D&W |

Prepared 5/23/2003

North Brookfield Jr./Sr. High School Job Meeting #26  3
Dore and Whittier Project No. 00-404

| ITEM | | ACTION BY/DATE |
|---|---|---|
| | two weeks. 2/5 EJS liability coverage has expired; update required. 3/5 EJS is up to date. Updates are required per the attached list. 4/2 Four contractors on the list remain requiring updates. EJS coordinating. 4/16 No change. 4/30 D&W to verify and provide new log for the next meeting. 5/14 **See attached.** | |
| 19.01 | Hung Associates is to come on site and investigate LGMF progress in Area 'C' and report findings for processing and the files. 2/5 On site this Thursday, 6 Feb. 2003. 3/5 Awaiting report (Copy given to D&W after meeting. D&W will review.) 3/19 Mecca to respond to Hung's report and make adjustments. Hung will be required to verify corrections. 4/2 No change. 4/16 EJS waiting Mecca to be on site and make corrections. 4/30 Mecca due on site next week. 5/14 **Mecca not on site. Repairs are needed and new identified repairs are required.** | EJS |
| 21.02 | Owner requested front walk be paved as soon as possible. EJS will schedule as weather permits. Item will be reviewed and updated at the next meeting. 3/19 To be further reviewed at next meeting. 4/2 Not scheduled yet. EJS will verify schedule and accelerate. If possible, may try to do week of school break, 21 to 25 April. 4/16 EJS unable to coordinate and schedule paving work. EJS will put fence back up, repair as needed and coordinate with owner. 4/30 EJS to review. Existing fence to be repaired and maintained. 5/14 **EJS will repair existing fencing, clean up area and fill and/or fence in around manholes.** | EJS |
| 24.03 | Question: Has the gym exit doors hollow metal frames been ordered and/or are they on site? EJS to verify. 4/30 EJS to verify. 5/14 **Not on site; EJS to order.** | EJS |
| 25.05 | Note that EJS' Project Manager Scott Finneran has resigned. Until further notice, EJS's contact person, in Scott Finneran's place will be Mike Sheehan. 5/14 EJS's new Project Manager is Matt Daly. Note that correspondence is now to be mailed to EJS's main office and not to the trailer site. | For the record |
| **NEW BUSINESS** | | |
| 26.01 | Owner request construction fence at ball field be repaired. EJS will do. | EJS |
| 26.02 | Owner requested site clean up, roads cleared, fencing tightened up for the following:<br>1. June 1 Graduation<br>2. June 29 School will be site of the start of a large motorcycle rally | EJS |
| 26.03 | Yankee Engineering was on site 5 May for a steel inspection. Field report was issued to EJS, formal copy to follow. | For the record |
| 26.04 | Note: A meeting is scheduled for Wednesday 21 May at 2:00 p.m. in the High School Library with the bonding company, EJS, D&W and Owner representation to discuss the overall status of this project. | For the record |

Prepared 5/23/2003

North Brookfield Jr./Sr. High School Job Meeting #26
Dore and Whittier Project No. 00-404

Next meeting to be held ~~28 May~~ June 11, 2003 2003 at 10:00 a.m.

The above is my summation of our meeting. If you have any additions and/or corrections, please contact me for incorporation into these minutes. After 10 days, we will accept these minutes as an accurate summary of our discussion and enter them into the permanent record of the project.

Sincerely,

DORE AND WHITTIER, INC.
Architects • Project Managers

Harald Aksdal, AIA
Project Manager

HA:kne

C:  Mr. Robert O'Neill (with attachments)
    Mr. Chris Conway (with attachments)
    Attendees
    A/E Consultants
    Mr. John Couture, Building Inspector
    RJD/LPD/ARR/JFT/GOJ/File

Prepared 5/23/2003

---

Handwritten annotations:

CC 4
Staydall - submittals much missing

CC "tremendous amount of work this summer"

MD "not debating tremendous amount of work"

Ed (1.) softball field?
(2.) Road work -
CC - a lot has to do with the issuing of the schedule
CC - majority of site work has to take place this summer
* $8,000 for road work - estimate phone in concrete? CC - "sounds like an exorbitant price"

MD "Surety company will support - will get it done - confident"

New CC - "nothing has happened in last 2 weeks SJS is resolving financial issues"

Lee - submit schedule - substantial completion date - not hit 8/15

Billing for 73% general condition - $30,000/mo general conditions -

MD receptive to reducing - as long as covers my cost - divide by the months left.
* will bill according to new completion date

CC - Bldg Permit cost - CO #1 - get line item out. MD - will bill for 100%

"it can be done October 15th"