# EXHIBIT 1

21 MAY 2003

| Name | Affiliation |
|---|---|
| Harold Ansdol | Dore & Whittier |
| Greg Kline | SBC |
| Larry Hasenfus | Selectman |
| Edward Wilkins Jr. | SBC |
| Don Gillette | SBC-Chair |
| R. John Dore | D & W |
| Ed Omalley | Principal NBHS |
| Lee York | D & W |
| Thomas W. McEnaney | Kopelman and Paige |
| Chris Conway | Dore & Whittier |
| Richard O'Neill | North Brookfield Public Schools |
| Burt Capone | atty for E.J. Sciaba |
| Stephen Beatty | Kemper Surety |
| Deborah Griffin | Hillman's Crispin, attorney for surety |
| Richard Anastasio | Grayhawk / Kemper Surety |
| Michael P. Sheehan | EJ Sciaba |
| Matt Daly | " |
| Mike Haynes | " |