UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>TOWN OF NORTH BROOKFIELD,<br>　　　　　　Defendant. | Civil Action No. 03-40266-CBS |

**CERTIFICATE OF SERVICE**

　　　　I, Deborah S. Griffin, counsel to the plaintiff in the above-captioned matter, hereby certify that I have this day served in the manner indicated below a copy of the following documents

　　　1.　　Memorandum in Opposition to Defendant's Motion for Partial Summary Judgment;

　　　2.　　Plaintiff's Response to Defendant's Local Rule 56.1 Statement of Material Facts Not in Dispute and Statement of Additional Facts in Opposition to Defendant's Motion for Partial Summary Judgment;

　　　4.　　Affidavit of Deborah S. Griffin in Support of Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment;

　　　5.　　Affidavit of Richard P. Anastasio in Support of Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment;

　　　6.　　Affidavit of Stephen J. Beatty in Support of Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment; and

　　　7.　　Certificate of Service

by CM/ECF to:

Thomas W. McEnaney, Esq.　　　　　　　　tmcenaney@k-plaw.com

and by First Class Mail, postage prepaid, on:

Kieran B. Meagher, Esq.
Kieran B. Meagher & Associates LLC
92 Montvale Avenue
Stoneham, MA  02180

2

          AMERICAN MANUFACTURERS MUTUAL
          INSURANCE COMPANY

          By its attorneys

          HOLLAND & KNIGHT LLP

          /s/ *Deborah S. Griffin*
          Deborah S. Griffin, BBO #211460
          Jeff D. Bernarducci, BBO #657454
          10 St. James Avenue
          Boston, MA 02116
          Tel:    617-523-2700
          Email:   deborah.griffin@hklaw.com

Dated: January 25, 2006

          # 3525964_v1
          431261.00002