UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-40266 CBS

| | |
|---|---|
| AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY,<br><br>  Plaintiff<br><br>v.<br><br>TOWN OF NORTH BROOKFIELD,<br><br>  Defendant | EXHIBITS A - DD |

Exhibits A – DD of the Affidavit of Thomas W. McEnaney to follow under separate cover.

TOWN OF NORTH BROOKFIELD

By its attorneys,

/s/Thomas W. McEnaney
David J. Doneski (BBO# 546991)
Thomas W. McEnaney (BBO# 629130)
Kopelman and Paige, P.C.
 Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

272335/NBRO-HS/0019