CERTIFICATE OF SERVICE

      I, Peter L. Mello, hereby certify that on the below date, I served a copy of the foregoing memoranda, responses to undisputed statements of fact, and affidavits, all in response to plaintiffs' motions for summary judgment as to defendant's counterclaims, by hand, to the following party of record:

      Ms. Deborah S. Griffin, Esq.
      Holland & Knight LLP
      10 St. James Avenue
      Boston, MA 02116

Dated: January 25, 2006     \s\ Peter L. Mello
                                        Peter L. Mello

272456/NBRO/0019