CERTIFICATE OF SERVICE

      I, Peter L. Mello, hereby certify that on the below date, I served a copy of the foregoing Defendant's Reply Memorandum, Reply to Plaintiff's Opposition to Rule 56.1 Statement of Facts, Affidavits, and Case, by hand, upon the following counsel of record for the Plaintiff:

> Deborah S. Griffin, Esq.
> Holland & Knight L.P.
> 10 St. James Avenue
> Boston, MA 02116

Dated: February 3, 2006                     /s/ Peter L. Mello
                                                    Peter L. Mello