UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY,<br>    Plaintiff,<br><br>vs.<br><br>TOWN OF NORTH BROOKFIELD,<br>    Defendant. | Civil Action No. 03-40266-CBS |

**CERTIFICATE OF SERVICE**

    I, Deborah S. Griffin, counsel to the plaintiff in the above-captioned matter, hereby certify that I have this day served in the manner indicated below a copy of the Reply of Plaintiff American Manufacturers Mutual Insurance Company to the Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment on Liquidated Damages as the Exclusive Remedy for Delay and Certificate of Service by CM/ECF to:

Thomas W. McEnaney, Esq.            tmcenaney@k-plaw.com

and by First Class Mail, postage prepaid, on:

Kieran B. Meagher, Esq.
Kieran B. Meagher & Associates LLC
92 Montvale Avenue
Stoneham, MA  02180

                                              AMERICAN MANUFACTURERS MUTUAL
                                              INSURANCE COMPANY

                                              By its attorneys

                                              HOLLAND & KNIGHT LLP


                                              /s/ *Deborah S. Griffin*
                                              Deborah S. Griffin, BBO #211460
                                              Jeff D. Bernarducci, BBO #657454
                                              10 St. James Avenue
                                              Boston, MA  02116
                                              Tel:     617-523-2700
                                              Email:   deborah.griffin@hklaw.com

Dated: February 3, 2006