UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY,<br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>TOWN OF NORTH BROOKFIELD,<br>　　　　　　　　Defendant. | Civil Action No. 03-40266-CBS |

## CERTIFICATE OF SERVICE

　　　　I, Deborah S. Griffin, counsel to the plaintiff in the above-captioned matter, hereby certify that I have this day served in the manner indicated below a copy of the Reply of Plaintiff American Manufacturers Mutual Insurance Company to Defendant Town of North Brookfield's Opposition to Plaintiff's Motion for Summary Judgment as to Count III of Defendant's Counterclaim – Tort and Certificate of Service by CM/ECF to:

Thomas W. McEnaney, Esq.　　　　　　　　tmcenaney@k-plaw.com

and by First Class Mail, postage prepaid, on:

Kieran B. Meagher, Esq.
Kieran B. Meagher & Associates LLC
92 Montvale Avenue
Stoneham, MA  02180

　　　　　　　　　　　　　　　　　　　AMERICAN MANUFACTURERS
　　　　　　　　　　　　　　　　　　　MUTUAL
　　　　　　　　　　　　　　　　　　　INSURANCE COMPANY

　　　　　　　　　　　　　　　　　　　By its attorneys

　　　　　　　　　　　　　　　　　　　HOLLAND & KNIGHT LLP


　　　　　　　　　　　　　　　　　　　/s/ *Deborah S. Griffin*
　　　　　　　　　　　　　　　　　　　Deborah S. Griffin, BBO #211460
　　　　　　　　　　　　　　　　　　　Jeff D. Bernarducci, BBO #657454
　　　　　　　　　　　　　　　　　　　10 St. James Avenue
　　　　　　　　　　　　　　　　　　　Boston, MA  02116
　　　　　　　　　　　　　　　　　　　Tel:　　617-523-2700
　　　　　　　　　　　　　　　　　　　Email:　deborah.griffin@hklaw.com

Dated: February 3, 2006