## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### NOTICE OF REASSIGNMENT

Please take notice that the civil action cases on the attached list previously assigned to Magistrate Judge Swartwood, who has now retired, have been reassigned to MAGISTRATE JUDGE TIMOTHY S. HILLMAN for all further proceedings. From this date forward the number on all pleadings should be followed by the letters TSH to indicate assignment of the case to MAGISTRATE JUDGE HILLMAN.

PLEASE NOTE that unless otherwise notified by the Court, all scheduling deadlines set by Magistrate Judge Swartwood will be adhered to by Magistrate Judge Hillman.

Questions concerning cases assigned to Magistrate Judge Hillman may be directed to Lisa Roland, Courtroom Deputy at (508) 929-9905.

Thank you for your cooperation in this matter.

SARAH ALLISON THORNTON
Clerk Of Court

By:    /s/ Deborah S. Shattuck
Division Manager

Date:   February 15, 2006

Copies to:        Counsel

### Civil Cases

| Case Number | Case Name |
| --- | --- |
| 02-cv-40238 | Butler v. Sigma-Aldrich, Inc. |
| 03-cv-40002 | Medina v. Carey, et al |
| 03-cv-40208 | Lund, et al v. Intermatic Incorporated |
| 03-cv-40266 | American Manufacturers v. Town of North Brookfield |
| 04-cv-11401 | Commerce Insurance v. Samsung Electronics |
| 04-cv-40235 | Gilchrist v. Spuhl |
| 05-cv-40081 | Bissell v. South Middlesex Opportunity Council |
| 05-cv-40136 | Kamel, et al v. U.S. Postal Service |