UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY, <br>        Plaintiff, <br><br> vs. <br><br> TOWN OF NORTH BROOKFIELD, <br>        Defendant. | Civil Action No. 03-40266-CBS |

## CERTIFICATE OF SERVICE

  I, Deborah S. Griffin, counsel to the plaintiff in the above-captioned matter, hereby certify that I have this day served in the manner indicated below a copy of the Plaintiff's Motion to Strike the Town's Reply Facts and Accompanying Affidavits, Memorandum in Support of Plaintiff's Motion to Strike the Town's Reply Facts and Accompanying Affidavits, and Certificate of Service by CM/ECF to:

Thomas W. McEnaney, Esq.      tmcenaney@k-plaw.com

and by First Class Mail, postage prepaid, on:

Kieran B. Meagher, Esq.
Kieran B. Meagher & Associates LLC
92 Montvale Avenue
Stoneham, MA  02180

                AMERICAN MANUFACTURERS MUTUAL
                INSURANCE COMPANY

                By its attorneys

                HOLLAND & KNIGHT LLP

                */s/ Deborah S. Griffin*
                Deborah S. Griffin, BBO #211460
                Jeff D. Bernarducci, BBO #657454
                10 St. James Avenue
                Boston, MA  02116
                Tel:  617-523-2700
                Email: deborah.griffin@hklaw.com

Dated: March 3, 2006