UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY,<br>      Plaintiff,<br><br>vs.<br><br>TOWN OF NORTH BROOKFIELD,<br>      Defendant. | Civil Action No. 03-40266-CBS |

## CERTIFICATE OF SERVICE

  I, Deborah S. Griffin, counsel to the plaintiff in the above-captioned matter, hereby certify that I have this day served in the manner indicated below a copy of the Plaintiff's Alternative Motion for Leave to Respond to Defendant's Reply Facts if Plaintiff's Motion to Strike is Denied, Memorandum of Law in Support of Plaintiff's Alternative Motion for Leave to Respond to Defendant's Reply Facts, and Certificate of Service by CM/ECF to:

Thomas W. McEnaney, Esq.    tmcenaney@k-plaw.com

and by First Class Mail, postage prepaid, on:

Kieran B. Meagher, Esq.
Kieran B. Meagher & Associates LLC
92 Montvale Avenue
Stoneham, MA 02180

              AMERICAN MANUFACTURERS
              MUTUAL
              INSURANCE COMPANY

              By its attorneys

              HOLLAND & KNIGHT LLP

              */s/ Deborah S. Griffin*
              Deborah S. Griffin, BBO #211460
              Jeff D. Bernarducci, BBO #657454
              10 St. James Avenue
              Boston, MA 02116
              Tel:  617-523-2700
              Email: deborah.griffin@hklaw.com

Dated: March 3, 2006