# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

AMERICAN MANUFACTURERS MUTUAL　　　　Civil Action
INSURANCE COMPANY,　　　　　　　　　　　No.:03-40266-TSH
　　　　　Plaintiff,

v.

TOWN OF NORTH BROOKFIELD,
　　　　　Defendant,

## PRETRIAL ORDER
### MAY 2, 2006

**HILLMAN, M.J.**

A Pretrial Conference is scheduled in this case on **Monday, October 30, 2006 at 2:00 p.m.** and a Jury Trial is scheduled for **Monday, November 6, 2006 at 9:00 a.m.** Trial days will be from 9:00 a.m. to 1:00 p.m.

The following pleadings shall be filed with this court on or before **Thursday, October 26, 2006**:

(a) proposed questions for a voir dire examination of the jury

(b) a listing of all anticipated witnesses, including the town of residence and occupation of expert witnesses.

(c) requests for substantive law jury instructions　　(also on disk)

(d) proposed special questions and/or special verdict forms (also on disk) and

(e) motions in limine.

**COUNSEL SHALL PRE-MARK ALL EXHIBITS**:

**Agreed upon exhibits marked sequentially by number (JEX 1, etc.). Exhibits not agreed upon, marked for identification alphabetically (Id. A, etc.).**

　　　　　　　　　　　　　　　　　　　　BY THE COURT,


　　　　　　　　　　　　　　　　　　　　  /s/Lisa B. Roland
　　　　　　　　　　　　　　　　　　　　Lisa B. Roland, Deputy Clerk
　　　　　　　　　　　　　　　　　　　　(508) 929-9905