UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY, <br>                       Plaintiff, <br><br> vs. <br><br> TOWN OF NORTH BROOKFIELD, <br>                       Defendant. | Civil Action No. 03-40266-CBS |

**CERTIFICATE OF SERVICE**

      I, Deborah S. Griffin, counsel to the plaintiff in the above-captioned matter, hereby certify that I have this day served in the manner indicated below a copy of the Plaintiff's Response to Defendant's Reply Facts, and Certificate of Service by CM/ECF to:

Thomas W. McEnaney, Esq.          tmcenaney@k-plaw.com

and by First Class Mail, postage prepaid, on:

Kieran B. Meagher, Esq.
Kieran B. Meagher & Associates LLC
92 Montvale Avenue
Stoneham, MA  02180

                                                  AMERICAN MANUFACTURERS MUTUAL
                                                  INSURANCE COMPANY

                                                  By its attorneys

                                                  HOLLAND & KNIGHT LLP

                                                  */s/ Deborah S. Griffin*
                                                  Deborah S. Griffin, BBO #211460
                                                  Jeff D. Bernarducci, BBO #657454
                                                  10 St. James Avenue
                                                  Boston, MA  02116
                                                  Tel:     617-523-2700
                                                  Email:  deborah.griffin@hklaw.com

Dated: August 14, 2006

                                                                # 3627697_v1
                                                                 431261.00002