UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-40266 TSH

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

    Plaintiff

v.

TOWN OF NORTH BROOKFIELD,

    Defendant

AGREEMENT FOR JUDGMENT

Now come the plaintiff, American Manufacturers Mutual Insurance Company ("AMMIC"), and the defendant, Town of North Brookfield ("Town"), and hereby stipulate and agree pursuant to Fed. R. Civ. P. 58(a) that judgment enter in the above-captioned matter in favor of the Town in the amount of $250,000.00. The parties waive prejudgment interest, costs, attorneys' fees and all rights of appeal hereunder.

| AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY | TOWN OF NORTH BROOKFIELD |
|---|---|
| By their attorneys, | By its attorneys, |
| /s/ Deborah S. Griffin | /s/ Thomas W. McEnaney |
| Deborah S. Griffin (BBO# 211460) | David J. Doneski (BBO# 546991) |
| Jeff D. Bernarducci (BBO# 657454) | Thomas W. McEnaney (BBO# 629130) |
| Holland & Knight, LLP | Kopelman and Paige, P.C. |
| 10 St. James Street | Town Counsel |
| Boston, MA 02116 | 101 Arch Street |
| (617) 523-2700 | Boston, MA 02110 |
| | (617) 556-0007 |

292219/NBRO/0019